UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In RE:

LIBOR-BASED
FINANCIAL INSTRUMENTS                             11-MD-2262
LITIGATION

MDL 2262

_____

Re:   *Maxwell Van De Velde v. Bank of America, et al.*, Case No. 11-cv-6120-GBD, transfer to this Court pending

# MOTION OF SHAPIRO HABER & URMY LLP AND SHEPHERD, FINKELMAN, MILLER & SHAH LLP FOR APPOINTMENT AS CO-LEAD COUNSEL FOR *INDIRECT* PURCHASER CLASS

Pursuant to the Court's August 22, 2011 Order and for the reasons set forth in the accompanying memorandum, Shapiro Haber & Urmy LLP and Shepherd, Finkelman, Miller & Shah LLP jointly request appointment as interim co-lead counsel for the indirect purchaser class.

Dated: September 1, 2011            Respectfully submitted,

s/ Patrick A. Klingman_____
James E. Miller
Patrick A. Klingman (PK-3658)
Lesley E. Weaver
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, Connecticut  06412
(860) 526-1100
(860) 526-1120 (facsimile)
Email: jmiller@sfmslaw.com
         pklingman@sfmslaw.com

Charles E. Tompkins
Thomas V. Urmy, Jr.
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA  02109
(617) 439-3939
(617) 439-0134 (facsimile)
Email:  ctompkins@shulaw.com
        turmy@shulaw.com

Lesley E. Weaver
Shepherd, Finkelman, Miller & Shah, LLP
199 Fremont Street, 20th Floor
San Francisco, CA  94105-2255
(415) 992-7282
(415) 489-7701 (facsimile)
Email:  lweaver@sfmslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2011, I filed the foregoing with the Clerk of Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

                                            s/ Patrick A. Klingman
                                            Patrick A. Klingman (PK-3658)