**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) (THK) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

<u>**NOTICE OF APPEARANCE OF RALPH J. BUNCHE**</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that RALPH J. BUNCHE, of the law firm of Hausfeld LLP, having been admitted to the bar of this Court, hereby appears as counsel for Mayor and City Council of Baltimore, the plaintiff in *Mayor and City Council of Baltimore v. Bank of America Corporation, et al.*, No. 11 Civ. 5450 (SDNY), and requests that copies of all papers served in this action be served upon the undersigned at the address below.

Dated: September 1, 2011

Respectfully submitted,

/s/ Ralph J. Bunche
Ralph J. Bunche
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Telephone: (202) 540-7176
Facsimile: (202) 540-7201
rbunche@hausfeldllp.com

*Counsel for Mayor and City Council of Baltimore*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2011 I caused the foregoing Notice of Appearance of Ralph J. Bunche to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

Dated: September 1, 2011

/s/ Ralph J. Bunche
Ralph J. Bunche