UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>No. 11 Civ. 5450 (NRB) (THK) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF MOTION AND MOTION OF PLAINTIFF MAYOR AND CITY COUNCIL OF BALTIMORE FOR APPOINTMENT OF INTERIM CLASS COUNSEL

PLEASE TAKE NOTICE: Plaintiff Mayor and City Council of Baltimore, through its undersigned attorneys, will and hereby does move this Court before the Honorable Naomi Reice Buchwald, at the Courthouse located at 500 Pearl Street, Courtroom 21A, New York, New York 10007, at a time and date to be set by the Court, pursuant to Federal Rule of Civil Procedure 23(g)(3) for entry of an order appointing Hausfeld LLP and Susman Godfrey L.L.P. as Interim Class Counsel. In support of this Motion, Movants rely on this Notice of Motion and the accompanying Memorandum of Law and Declarations of Michael D. Hausfeld and William Christopher Carmody and attached exhibits, including the letter outlining the substantive arguments made in this Motion pursuant to Section 2(D) of this Court's Individual Practice Rules, which is attached as Exhibit A to the Declaration of Michael D. Hausfeld.

Dated: September 1, 2011

By:   /s/ Michael D. Hausfeld                /s/ William Christopher Carmody

      Michael D. Hausfeld                    William Christopher Carmody
      William P. Butterfield                  Arun Subramanian
      Ralph J. Bunche                         SUSMAN GODFREY L.L.P.
      HAUSFELD LLP                          560 Lexington Avenue, 15th Floor
      1700 K St NW, Suite 650             New York, NY 10022
      Washington, DC 20006

                                                    Marc M. Seltzer
                                                    SUSMAN GODFREY L.L.P.
                                                      1901 Avenue of the Stars
                                                      Los Angeles, CA 90067-6029

*Counsel for Plaintiff Mayor and City Council of Baltimore*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2011 I caused the foregoing Notice of Motion and Motion of Plaintiff Mayor and City Council of Baltimore for Appointment of Interim Class Counsel and accompanying papers to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

Dated: September 1, 2011

                                                       /s/ Ralph J. Bunche
                                                        Ralph J. Bunche