# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br><br>No. 11 Civ. 5450 (NRB) (THK) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### [PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

UPON the Order entered on August 22, 2011, and the competing applications for the appointment of Interim Class Counsel to represent the plaintiff class,

**IT IS HEREBY ORDERED THAT:**

**I.    ORGANIZATION OF COUNSEL**

1.    Pursuant to Fed. R. Civ. P. 23(g)(3), the Court designates as Interim Class Counsel the law firms of Hausfeld LLP and Susman Godfrey L.L.P.,

2.    Interim Class Counsel shall be generally responsible for coordinating the activities of plaintiffs during pretrial proceedings and shall:

    a.    determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

    b.    coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2), and

1

26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

c. conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;

d. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the plaintiffs is conducted efficiently and effectively;

e. form an Interim Steering Committee of plaintiffs' counsel, as approved by the Court,

f. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

g. prepare and distribute periodic status reports to the parties;

h. maintain adequate time and disbursement records covering services as lead counsel;

i. monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

j. perform such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court.

## II.   CONSOLIDATED CLASS ACTION PLEADINGS

3. Pursuant to this Order:

   a. Plaintiffs shall file a single consolidated class action complaint ("Consolidated Complaint") on _____ [within (30) days of entry of this Order];

   b. The parties shall participate in a conference pursuant Rule 26(f) of the

    Federal Rules of Civil Procedure on or before _____ [within fifteen (15) days of the filing of the Consolidated Complaint];

c. Defendants shall file an answer to the Consolidated Complaint or, in the event they intend to file a motion to dismiss, Defendants shall file a pre-motion conference letter with the Court pursuant to Rule 3A of the Court's Individual Practices. on _____ [within thirty (30) days of the filing of the Consolidated Complaint]; and

d. The parties shall participate in an Initial Case Management Conference with the Court pursuant to Rule 2B of the Court's Individual Practices on _____ at which, *inter alia*, the parties shall discuss the scheduling of any motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and any discovery related matters, including the production by Defendants of documents that they have previously produced to the government.

Dated: _____, 2011

                                        **SO ORDERED**

                                        _____
                                        HON. NAOMI REICE BUCHWALD
                                        United States District Judge