IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-02262-NRB<br>ECF Case<br><br>**AFFIRMATION OF SERVICE** |

I, Brenton T. Culpepper, an attorney duly admitted to practice in the State of New York, declare under penalty of perjury that I have served a copy of the Notice of Appearance of Sean M. Murphy upon all persons on the attached Exhibit A by way of overnight mail.

Dated: New York, New York
September 19, 2011

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:  /s/ Brenton T. Culpepper, Esq.

Brenton T. Culpepper, Esq.
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000
(212) 530-5219 (facsimile)
bculpepper@milbank.com