**EXHIBIT A**

Brian J. Poronsky
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Il 60661

Christian T. Kemnitz
Katten Muchin Rosenman LLP (Chicago)
525 West Monroe Street
Chicago, IL 60661

David Marx
McDermott, Will & Emery LLP (Chicago)
227 West Monroe Street
#4400
Chicago, IL 60606-5096

Douglas Mason Chalmers
Douglas M. Chalmers P.C.
77 W. Wacker
Suite 4800
Chicago, IL 60601

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
1144 W. Lake St.,
#400
Oak Park, IL 60301-1043

George E. Barrett
Barrette, Johnsn & Parsley
217 2nd Ave N
Nashville, TN 37201

John D. Radice
Grant & Eisenhofer, PA
485 Lexington Avenue
29th Floor
New York, NY 10017

Karl Phillip Barth
Hagens, Berman L.L.P.
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Lawrence H. Heftman
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Matthew Charles Crowl
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

Michael E. Criden
Hanzman, Criden, Korge, Chaykin, Ponce & Heise, P.A.
200 South Biscayne Boulevard
Suite 2100
Miami, FL 33131

Robert F. Coleman
Coleman Law Firm
77 West Wacker Drive
Suite 4800
Chicago, IL 60601

Timothy L. Miles
Barrett, Johnston & Parsley
217 2nd Ave N
Nashville, TN 37201

William J. Nissen
Sidley Austin, LLP (Chicago)
One South Dearborn
Chicago, IL 60603