UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of | |
| CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated, | |
| Plaintiffs, | Case No. 1:11-md-02262-NRB |
| -vs.- | Hon. Naomi Reice Buchwald |
| BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG, | ECF Case |
| Defendants. | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Richard A. Mescon, a member in good standing of

the Bar of this Court, hereby move for Orders allowing the admissions *pro hac vice* of

Stacey P. Slaughter and K. Craig Wildfang as counsel for the City of New Britain

Firefighters' and Police Benefit Fund, in the above captioned action.

| | |
|---|---|
| Applicant's Name: | Stacey P. Slaughter |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 800 LaSalle Avenue, Suite 2800 |
| City/State/Zip: | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 349-8289 |
| Facsimile Number: | (612) 339-4181 |
| Email: | spslaughter@rkmc.com |

and

| | |
|---|---|
| Applicant's Name: | K. Craig Wildfang |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 800 LaSalle Avenue, Suite 2800 |
| City/State/Zip: | Minneapolis, Minnesota 55402 |
| Phone Number: | (612) 349-8554 |
| Facsimile Number: | (612) 339-4181 |
| Email: | kcwildfang@rkmc.com |

Stacey P. Slaughter and K. Craig Wildfang are members in good standing of the Bar of

the State of Minnesota. There are no pending disciplinary proceedings against either

Stacey P. Slaughter or K. Craig Wildfang in any State or Federal Court.

Dated:    November 17, 2011          Respectfully submitted,

By: _____
Richard A. Mescon

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY 10022-1240
Tel: 212-980-7400

*Attorneys for City of New Britain Firefighters' and
Police Benefit Fund*

82621983.1

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BNK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLB AG,<br>Defendants, | Case No. 1:11-mf-02262-NRB<br><br>HON. Naomi Reice Buchwald<br><br>ECF Case |

## DECLARATION OF RICHARD A. MESCON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Richard A. Mescon declares and states pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a duly licensed attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a member in good standing of the Bar of the State of New York and I am in good standing with this Court.

2.      I am a member of the Business Litigation Group of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., attorneys for City of New Britain Firefighters' and Police Benefit Fund, in the above captioned action. I am familiar with the proceedings in this case.

3. I make this statement based on my knowledge of the facts set forth herein and in support of the Motion to admit Stacey P. Slaughter and K. Craig Wildfang as counsel *pro hac vice* to represent Plaintiff City of New Britain Firefighters' and Police Benefit Fund in this matter.

4. Stacey P. Slaughter and K. Craig Wildfang are partners of the law firm Robins, Kaplan, Miller & Ciresi L.L.P.

5. I have known and worked with Mrs. Slaughter and Mr. Wildfang since I joined Robins, Kaplan, Miller & Ciresi L.L.P. in May 2011 and I am familiar with their practices.

6. Mrs. Slaughter and Mr. Wildfang are skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

7. As evidenced by the Certificate of Good Standing annexed to Mrs. Slaughter's Affidavit (attached hereto as Exhibit A), Mrs. Slaughter has been an active member in good standing of the Bar of the State of Minnesota since October 29, 1999 and the Bar of the State of New York since June 21, 2011.

8. As evidenced by the Certificate of Good Standing annexed to Mr. Wildfang's Affidavit (attached hereto as Exhibit B), Mr. Wildfang has been an active member in good standing of the Bar of the State of Minnesota since October 31, 1977.

9. Accordingly, I am pleased to move for the admissions of Stacey P. Slaughter and K. Craig Wildfang's, *pro hac vice*.

-2-

10.     I respectfully submit a proposed order granting the admission of Stacey P.

Slaughter, *pro hac vice*, which is attached as Exhibit C, and a proposed order granting

the admission of K. Craig Wildfang, *pro hac vice*, as Exhibit D.

WHEREFORE, it is respectfully requested that the motion to admit Stacey P.

Slaughter and K. Craig Wildfang, *pro hac vice*, to represent City of New Britain

Firefighters' and Police Benefit Fund in the above captioned matter, be granted.

Dated:    November __/__, 2011          Respectfully submitted,

By:_____

Richard A. Mescon

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY 10022-1240
Tel: 212-980-7400

*Attorneys for City of New Britain Firefighters' and Police Benefit Fund*

82622003.1

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of | |
| CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated, | |
| Plaintiffs, | Case No. 1:11-MD-02262-NRB |
| -vs.- | Hon. Naomi Reice Buchwald |
| BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG, | ECF Case |
| Defendants. | |

## DECLARATION OF STACEY P. SLAUGHTER

Stacey P. Slaughter declares and states pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney from the law office Robins, Kaplan, Miller & Ciresi L.L.P.

2. I submit this Declaration in support of my admission *pro hac vice* to appear

as counsel for City of New Britain Firefighters' and Police Benefit Fund.

3. As evidenced by the Certificate of Good Standing annexed hereto, I am a

member in good standing of the Bar of the State of Minnesota and the Bar of the State of

New York.

4. There are no pending disciplinary proceedings against me in any State or

Federal court.

WHEREFORE, I respectfully request that I be permitted to appear as counsel *pro hac vice* in this matter.

Dated:    November 16, 2011          Respectfully submitted,

By: _Stacy Slaughter_
Stacey P. Slaughter

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY 10022-1240
Tel: 212-980-7400

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Tel: 612-349-8500

*Attorneys for City of New Britain Firefighters' and Police Benefit Fund*

82622015.1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STACEY PAIGE SLAUGHTER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 1999

Given under my hand and seal of this court on

November 16, 2011



*Bridget C Gernander*

—————————————————————

Bridget C. Gernander
Clerk of Appellate Courts



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Stacey Paige Slaughter

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **21st day of June, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of November, 2011**.



*Robert D. Mayberger*
*Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

CITY OF NEW BRITAIN FIREFIGHTERS' AND
POLICE BENEFIT FUND, on behalf of itself and
others similarly situated,

                    Plaintiffs,

-vs.-

BANK OF AMERICA CORPORATION, BARCLAYS
BANK PLC, CITIBANK NA, DEUTSCHE BANK AG,
HBOS plc, HSBC HOLDINGS PLC, JPMORGAN
CHASE & CO., LLOYDS BANKING GROUP PLC,
UBS AG, and WESTLAB AG,

                    Defendants.

Case No. 1:11-MD-02262-NRB

Hon. Naomi Reice Buchwald

ECF Case

---

## DECLARATION OF K. CRAIG WILDFANG

K. Craig Wildfang declares and states pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney from the law office Robins, Kaplan, Miller & Ciresi L.L.P.

2.      I submit this Declaration in support of my admission *pro hac vice* to appear

as counsel for City of New Britain Firefighters' and Police Benefit Fund.

3.      As evidenced by the Certificate of Good Standing annexed hereto, I am a

member in good standing of the Bar of the State of Minnesota

4.      There are no pending disciplinary proceedings against me in any State or

Federal court.

WHEREFORE, I respectfully request that I be permitted to appear as counsel *pro*

*hac vice* in this matter.

Dated:     November 16, 2011          Respectfully submitted,

By: _____
.K. Craig Wildfang

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY 10022-1240
Tel: 212-980-7400

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Tel: 612-349-8500

*Attorneys for City of New Britain Firefighters' and
Police Benefit Fund*

82626855.1

-2-

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

K CRAIG  WILDFANG

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 21, 1977

Given under my hand and seal of this court on

November 16, 2011



*Bridget C Gernander*

Bridget C. Gernander
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated,<br><br>                        Plaintiffs,<br>-vs.-<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG,<br><br>                   Defendants. | Case No. 1:11-md-02262-NRB<br><br>Hon. Naomi Reice Buchwald<br><br>ECF Case |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Richard A. Mescon, said sponsor attorney's declaration in

support; IT IS HEREBY ORDERED THAT

      Stacey P. Slaughter
      Robins, Kaplan, Miller & Ciresi L.L.P.
      800 LaSalle Avenue, Suite 2800
      Minneapolis, Minnesota 55402
      Phone: (612) 349-8500 Fax: (612) 339-4181
      Email: spslaughter@rkmc.com
is admitted to practice *pro hac vice* as counsel for Plaintiff City of New Britain

Firefighters' and Police Benefit Fund in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


So Ordered:   New York, New York
                      November ___, 2011


_____

United States District Judge


82622046.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated,<br><br>      **Plaintiffs,**<br><br>-vs.-<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG,<br><br>      **Defendants.** | Case No. 1:11-md-02262-NRB<br><br>Hon. Naomi Reice Buchwald<br><br>ECF Case |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Richard A. Mescon, said sponsor attorney's declaration in

support; IT IS HEREBY ORDERED THAT

> K. Craig Wildfang
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 800 LaSalle Avenue, Suite 2800
> Minneapolis, Minnesota 55402
> Phone: (612) 349-8500
> Fax: (612) 339-4181
> Email: kcwildfang@rkmc.com

is admitted to practice *pro hac vice* as counsel for Plaintiff City of New Britain

Firefighters' and Police Benefit Fund in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So Ordered:  New York, New York
             November ___, 2011

_____

United States District Judge

82627343.1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated,<br><br>               Plaintiffs,<br><br>-vs.-<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG,<br><br>               Defendants. | Case No. 1:11-md-02262-NRB<br><br>HON. Naomi Reice Buchwald<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I hereby certify that on November $\underline{17}$, 2011, I caused the following documents:

1.  Motion to Admit Counsel *Pro Hac Vice*;

2.  Declaration of Richard A. Mescon in Support of Motion to Admit Counsel *Pro Hac Vice*;

3.  Declaration of Stacey P. Slaughter;

4.  Declaration of K. Craig Wildfang;

5.  [Proposed] Order for Admission *Pro Hac Vice* on Written Motion (for Stacey P. Slaughter);

6.  [Proposed] Order for Admission *Pro Hac Vice* on Written Motion (for K. Craig Wildfang); and

7.  Certificate of Service

to be filed with the Clerk of Court by hand delivery, and served by email on the

following:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Jacob Altschul**
  maltschul@mwe.com

- **Juan Alberto Arteaga**
  jarteaga@stblaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Vincent Briganti**
  vbriganti@lowey.com

- **Ralph Johnson Bunche , III**
  rbunche@hausfeldllp.com,asandberg@hausfeldllp.com

- **Arthur J. Burke**
  arthur.burke@dpw.com

- **Gregory Thomas Casamento**
  gcasamento@lockelord.com,chicagodocket@lockelord.com

- **Roger Brian Cowie**
  rcowie@lockelord.com

- **Edwin R Deyoung**
  edeyoung@lockelord.com,rcowie@lockelord.com

- **Jay W. Eisenhofer**
  jeisenhofer@gelaw.com,cnevers@gelaw.com,mwinchell@gelaw.com

- **Lori Ann Fanning**
  lfanning@millerlawllc.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **Steven E. Fineman**
  sfineman@lchb.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Brendan Patrick Glaskin**
  bglackin@lchb.com

- **Marc Joel Gottridge**
  marc.gottridge@hoganlovells.com,scott.reynolds@hoganlovells.com,marie.ferrar
  a@hoganlovells.com,tu.nguyen@hoganlovells.com,arona.samb@hoganlovells.co
  m

- **Richard M. Heimann**
  rheimann@lchb.com

- 
- **Geoffrey Milbank Horn**
  ghorn@lowey.com

- 
- **Daniel Hume**
  dhume@kmllp.com,obraun@kmllp.com,rsong@kmllp.com,dkovel@kmllp.com,w
  karnadi@kmllp.com,btse@kmllp.com

- 
- **Steve R. Jakubowski**
  sjakubowski@colemanlawfirm.com

- 
- **Dana Ashley Jupiter**
  djupiter@stblaw.com

- 
- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- 
- **Roger W Kirby**
  roger.w.kirby@gmail.com,wkardina@kmllp.com,lmorris@kmllp.com,rsong@kmll
  p.com

- 
- **Patrick Anthony Klingman**
  pklingman@sfmslaw.com

- 
- **David E Kovel**
  dkovel@kmllp.com,lmorris@kmllp.com

- 

-3-

- **Kevin Bruce Love**
  klove@cridenlove.com

- 
- **Michael Joseph Miarmi**
  mmiarmi@lchb.com

- 
- **Marvin Alan Miller**
  lfanning@millerllc.com, ajewell@millerllc.com,mmiller@millerlawllc.com,
  JRamirez@millerllc.com

- 
- **David W. Mitchell**
  davidm@csgrr.com

- 
- **Sean Miles Murphy**
  smurphy@milbank.com,jalfano@milbank.com

- 
- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,ajanel
  le@motleyrice.com

- 
- **Linda P. Nussbaum**
  lnussbaum@gelaw.com,rfinnimore@gelaw.com,sschwaiger@gelaw.com,jradice@
  gelaw.com

- 
- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- 
- **Surya Palaniappan**
  spalaniappan@kmllp.com

- 
- **Thomas Andrew Paskowitz**
  tpaskowitz@sidley.com,nyefiling@sidley.com

- 
- **Joseph F. Rice**
  jrice@motleyrice.com

- 
- **Thomas C. Rice**
  trice@stblaw.com,managingclerk@stblaw.com

- 
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

-

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com
- 
- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com
- 
- **Max Raphael Schwartz**
  mschwartz@scott-scott.com,efile@scott-scott.com
- 
- **David R. Scott**
  drscott@scott-scott.com,efile@scott-scott.com
- 
- **Moses Silverman**
  msilverman@paulweiss.com
- 
- **Andrew W. Stern**
  astern@sidley.com,nyefiling@sidley.com
- 
- **Eric Jonathan Stock**
  eric.stock@hoganlovells.com,marie.ferrara@hoganlovells.com,tu.nguyen@hoganlovells.com
- 
- **Arun Srinivas Subramanian**
  asubramanian@susmangodfrey.com,rleone@susmangodfrey.com,rajiashvili@susmangodfrey.com
- 
- **Peter Sullivan**
  psullivan@gibsondunn.com,aarias@gibsondunn.com
- 
- **Thomas V. Urmy**
  turmy@shulaw.com,lwolahan@shulaw.com,kkeen@shulaw.com,dwoulfe@shulaw.com
- 
- **Robert Frank Wise , Jr**
  rwise@dpw.com,ecf.ct.papers@dpw.com

and served by first-class U.S. mail on the following:

**George E. Barrett**
Barrette, Johnson & Parsley
217 2nd Ave N
Nashville, TN 37201

**Karl Phillip Barth**
Hagens, Berman L.L.P.
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

**Douglas Mason Chalmers**
Douglas M. Chalmers P.C.
77 W. Wacker
Suite 4800
Chicago, IL 60601

**Robert F. Coleman**
Coleman Law Firm
77 West Wacker Drive
Suite 4800
Chicago, IL 60601

**Michael E. Criden**
Hanzman, Criden, Korge, Chaykin, Ponce & Heise, P.A.
200 South Biscayne Boulevard
Suite 2100
Miami, FL 33131

**Matthew Charles Crowl**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

**Elizabeth A. Fegan**
Hagens Berman Sobol Shapiro LLP
1144 W. Lake St.,
#400
Oak Park, IL 60301-1043

**Lowell Harry Haky**
Charles Schwab and Co., Inc.
Office of Corporate Counsel
211 Main Street
SF211MN-6-455
San Francisco, CA 94105

**Lowell Harry Haky**
Charles Schwab and Co., Inc.
Office of Corporate Counsel
211 Main Street
SF211MN-6-455
San Francisco, CA 94105

**Lawrence H. Heftman**
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

**Christian T. Kemnitz**
Katten Muchin Rosenman LLP (Chicago)
525 West Monroe Street
Chicago, IL 60661

**David Marx**
McDermott, Will & Emery LLP (Chicago)
227 West Monroe Street
#4400
Chicago, IL 60606-5096

**Timothy L. Miles**
Barrett, Johnston & Parsley
217 2nd Ave N
Nashville, TN 37201

**William J. Nissen**
Sidley Austin, LLP (Chicago)
One South Dearborn
Chicago, IL 60603

**Brian J. Poronsky**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Il 60661

**John D. Radice**
Grant & Eisenhofer, PA
485 Lexington Avenue
29th Floor
New York, NY 10017

**Deborah M. Sturman**
Sturman LLC
275 Seventh Avenue, 2nd Floor
New York, NY 10001

**Matthew E Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
Fax: (312) 676-2676

Dated:     November  17 , 2011

Respectfully submitted,

By: _____
    Richard A. Mescon

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY  10022-1240
Tel: 212-980-7400

*Attorneys for Plaintiff City of New Britain
Firefighters' and Police Benefit Fund*

82622061.1