**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION <br><br> This Document Applies To:  All Cases | ) ) ) ) ) ) ) ) ) ) ) |

1:11-md-02262 (NRB) (THK)

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas A. Isaacson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Citibank N.A. in the above-captioned action and in each of the individual actions that have been transferred into the above-captioned action.

I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A.  A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit B.

Dated:  12/2/11

Respectfully Submitted,

Thomas A. Isaacson
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5082
Fax: 202-778-5082
E-Mail: tisaacson@cov.com



# EXHIBIT A



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS   A.   ISAACSON

was on the ___6TH___ day of ___FEBRUARY,   1984___

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 28, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
              Deputy Clerk

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |

1:11-md-02262 (NRB) (THK)

**ORDER FOR ADMISSION PRO HAC VICE**

This Document Applies To: All Cases

ECF CASE

---

      The motion of THOMAS A. ISAACSON for admission to practice Pro Hac Vice in the above captioned action, and in each of the individual actions that have been transferred into the above-captioned action, is granted.

      Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Thomas A. Isaacson
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2401
> Tel.: 202-662-5082
> Fax: 202-778-5082
> E-Mail: tisaacson@cov.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action and all actions that have been transferred into that action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case, and in all actions that have been transferred into that action, in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password.


Dated:  _____          _____

                                        United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262 (NRB) (THK) |
| | **CERTIFICATE OF SERVICE** |
| This Document Applies To: All Cases | ECF CASE |

    I hereby certify that I caused a true and correct copy of Thomas A. Isaacson's **Motion for Admission Pro Hac Vice**, and the exhibits thereto, to be served by first-class mail, postage prepaid, upon the following counsel of record in the above-captioned action in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 6̲t̲ day of ̲December̲ , 2011:

| | |
|---|---|
| *Counsel for Plaintiff Ravan Investments, LLC & Local Counsel for Independence Trading Inc.* | Linda P. Nussbaum<br>Jay W. Eisenhofer<br>John D. Radice<br>GRANT & EISENHOFER PA<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501<br>lnussbaum@gelaw.com<br>jeisenhofer@gelaw.com |
| *Counsel for Plaintiff Ravan Investments, LLC* | Kevin Bruce Love<br>Criden & Love, P.A.<br>7301 S.W. 57th Court, Suite 515<br>Miami, FL 33143<br>Tel: (305) 357-9000<br>Fax: (305) 357-9050<br>klove@hanzmancriden.com |
| *Counsel for Plaintiffs Richard Hershey and Jeffrey Laydon* | Douglas M. Chalmers<br>DOUGLAS M. CHALMERS, P.C.<br>77 West Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Tel: (312) 606-8700<br>Fax: (312) 444-1028 |

doug@clamers-law.com

| | |
|---|---|
| *Counsel for Plaintiffs Richard Hershey and Jeffrey Laydon* | Vincent Briganti<br>Geoffrey Horn<br>LOWEY DANNENBERG COHEN & HART, P.C.<br>One North Broadway<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>Fax: (914) 997-0035<br>vbriganti@lowey.com<br>ghorn@lowey.com |
| *Counsel for Plaintiffs Brian McCormick and Vito Spillone* | Steve W. Berman<br>Karl P. Barth<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>steve@hbsslaw.com<br>karlb@hbsslaw.com |
| *Counsel for Plaintiffs Brian McCormick and Vito Spillone* | Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1144 W. Lake Street, Suite 400<br>One Park, IL 60301<br>Tel: (708) 628-4949<br>Fax: (708) 628-4950<br>beth@hbsslaw.com |
| *Counsel for Plaintiffs City of Dania Beach Police and Firefighters' Retirement System, Carpenters Pension Fund of West Virginia, Ravan Investments, LLC and FTC Capital GMBH, Roberto E. Calle Gracey* | Samuel H. Rudman<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Tel: (631) 367-7100<br>Fax: (631) 367-1173<br>srudman@rgrdlaw.com |

| | |
|---|---|
| *Counsel for Plaintiff City of Dania Beach Police and Firefighters' Retirement System* | George E. Barrett<br>Douglas S. Johnston, Jr.<br>Timothy I. Miles<br>BARRETTJOHNSTON, LLC<br>217 Second Avenue, North<br>Nashville, TN 37201-1601<br>Tel: (615) 244-2202<br>Fax: (615) 252-3798<br>gbarrett@barrettjohnston.com<br>djohnston@barrettjohnston.com<br>tmiles@barrettjohnston.com |
| *Counsel for Plaintiff City of Dania Beach Police and Firefighters' Retirement System* | Roger Sugarman<br>SUGARMAN & SUSSKIND<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 529-2801<br>Fax: (305) 447-8115<br>sugarman@sugarmansusskind.com |
| *Counsel for Plaintiffs FTC Capital GMBH, FTC Futures Fund SICA V and FTC Futures Fund PCC Ltd.* | Roger Kirby<br>David Kovel<br>Daniel Hume<br>Surya Palaniappan<br>KIRBY McINERNEY LLP<br>825 Third Avenue<br>New York, NY 10022<br>Tel: (212) 317-2300<br>Fax: (212) 751-2540<br>rkirby@kmllp.com<br>dkovel@kmllp.com<br>dhume@kmllp.com |
| *Counsel for Plaintiffs FTC Capital GMBH, FTC Futures Fund SICA V and FTC Futures Fund PCC Ltd.* | Joseph F. Rice<br>William H. Narwold<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel: 843-216-9000<br>Fax: 843-216-9450<br>jrice@motleyrice.com<br>bnarwold@motleyrice.com |

| | |
|---|---|
| *Counsel for Plaintiffs FTC Capital GMBH, FTC Futures Fund SICA V and FTC Futures Fund PCC Ltd.* | Deborah Sturman<br>STURMANLLC<br>275 Seventh Avenue, 2nd Floor<br>New York, NY 10001<br>Tel: 212-367-7017<br>Fax: 917-546-2544 |
| *Counsel for Plaintiff Carpenters Pension Fund of West Virginia* | Darren J. Robbins<br>David W. Mitchell<br>Lucas F. Olts<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: 619-231-1058<br>Fax: 619-231-7423<br>darrenr@rgrdlaw.com<br>davidm@rgrdlaw.com<br>lolts@rgrdlaw.com |
| *Counsel for Plaintiffs Jeffrey Laydon and Richard Hershey* | Robert F. Coleman<br>Steven R. Jakubowski<br>COLEMAN LAW FIRM<br>77 West Wacker Drive, Suite 4800<br>Chicago, IL 60601-1812<br>Tel: (312) 444-1000<br>Fax: (312) 444-1028<br>rcoleman@colemanlaw.com<br>sjakubowski@colemanlaw.com |
| *Counsel for Plaintiff Roberto E. Calle Gracey* | Marvin A. Miller<br>Matthew E. Van Tine<br>Lori A. Fanning<br>MILLER LAW LLC<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: (312) 332-3400<br>Fax: (312) 676-2676<br>mmiller@millerlawllc.com<br>mvantine@millerlawllc.com<br>lfanning@millerlawllc.com |

| | |
|---|---|
| *Counsel for Plaintiff Roberto E. Calle Gracey* | Christopher Lovell<br>Gary S. Johnson<br>Christopher M. McGrath<br>LOVELL STEWART HALEBIAN JACOBSON LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Tel: (212) 608-1900<br>clovell@lshllp.com |
| *Counsel for Plaintiff Roberto E. Calle Gracey* | Douglas G. Thompson, Jr.<br>Michael G. McClellan<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, N.W.<br>Washington, D.C. 20007<br>Tel: (202) 337-8000<br>Fax: (202) 337-8090<br>dthompson@finkelsteinthompson.com<br>mclellan@finkelsteinthomspon.com |
| *Counsel for Plaintiffs Gary Francis and Eldorado Trading Group, LLC* | J. Douglas Richards<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: (212) 838-7797<br>Fax: (212) 838-7745<br>drichards@cohenmilstein.com |
| *Counsel for Plaintiffs Gary Francis and Eldorado Trading Group, LLC* | Daniel A. Small<br>Benjamin D. Brown<br>David A. Young<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue NW<br>Suite 500 West<br>Washington, D.C. 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>dsmall@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>dyoung@cohenmilstein.com |

| | |
|---|---|
| *Counsel for Plaintiff Insulators and Asbestos Workers Local #14* | A. Arnold Gershan<br>William J. Ban<br>BARRACK, RHONES & BACINE<br>425 Park Avenue, 31st Floor<br>New York, NY 10022<br>Tel: (212) 688-0782<br>Fax: (212) 688-0783<br>agershon@barrack.com<br>wban@barrack.com |
| *Counsel for Plaintiff Insulators and Asbestos Workers Local #14* | Gerald J. Rodos<br>Daniel R. Bacine<br>Jeffrey E. Bacine<br>BARRACK, RHONES & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, P A 19103<br>Tel: (215) 963-0600<br>Fax: (215) 963-0838<br>grodos@barrack.com<br>dbacine@barrack.com<br>ccarder@barrack.com |
| *Counsel for Plaintiff 303030 Trading LLC* | Paul E. Slater<br>SPERLING & SLATER<br>55 West Monroe Street<br>Suite 3200<br>Chicago, 1L 60603<br>Tel: (312) 641-3200<br>Fax: (312) 641-6492<br>pes@sperling-law.com |
| *Counsel for Plaintiff 303030 Trading LLC* | H. Laddie Montague, Jr.<br>Merrill G. Davidoff<br>Charles P. Goodwin<br>Michael C. Dell'Angelo<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>hlmontague@bm.net |

| | |
|---|---|
| *Counsel for Plaintiff Courmont &*<br>*Wapner Associates, L.P.* | Elizabeth M. Gonsiorowski<br>Lionel Z. Glancy<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Tel: (310)201-9150<br>info@glancylaw.com |
| *Counsel for Plaintiff Courmont &*<br>*Wapner Associates, L.P.* | Joseph P. Garland<br>LAW OFFICES OF JOSEPH P. GARLAND<br>1 Barker Avenue, Suite 230<br>White Plains, NY 10601<br>Tel: (914) 912-7858<br>Joe.jpgarland@gmail.com |
| *Counsel for Plaintiff Atlantic Trading*<br>*USA, LLC* | Patrick E. Cafferty<br>Anthony F. Fata<br>Daniel O. Herrera<br>CAFFERTY FAUCHER LLP<br>30 N. LaSalle, Suite 3200<br>Chicago, IL 60602<br>Tel: (312) 782-4880<br>Fax: (312) 782-4485<br>pcafferty@caffertyfaucher.com<br>afata@caffertyfaucher.com<br>dherrera@caffertyfaucher.com |
| *Counsel for Plaintiff Eldorado*<br>*Trading Group, LLC* | Lisa J. Rodriguez<br>Nicole M Acchione<br>Trujillo Rodriguez & Richards, LLC<br>258 Kings Highway, East<br>Haddonfield, NJ 08033<br>Tel: (856) 795-9002<br>Fax: (856) 795-9887<br>lisa@trrlaw.com |
| *Counsel for Plaintiff Eldorado*<br>*Trading Group, LLC* | Solomon B. Cera<br>Thomas C. Bright<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 777-2230<br>Fax: (415) 777-5189<br>sbc@gbcslaw.com<br>tcb@gbcslaw.com |

| | |
|---|---|
| *Counsel for Plaintiff Todd Augenbaum* | Jeffrey S. Abraham<br>ABRAHAM, FRUCHTER & TWERSKY, LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>Tel: (212) 279-5050<br>Fax: (212) 279-3655<br>jabraham@aftlaw.com |
| *Attorneys for Plaintiff Maxwell van de Velde* | James E. Miller<br>Patrick A. Klingman 9PK-3658)<br>Shepherd, Finkelman, Miller & Shah LLP<br>65 Main Street<br>Chester, Connecticut 06412<br>(860) 526 – 1100<br>(860) 526 – 1120 (facsimile)<br>pklingman@sfmslaw.com<br><br>Charles E. Tompkins<br>Thomas V. Urmy<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA -2109<br>(617) 439 – 3939<br>(617) 439 – 0134 (facsimile)<br>ctompkins@shulaw.com<br>turmy@shulaw.com<br><br>Lesley E. Weaver<br>Shepard, Finkelman, Miller & Shah, LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255<br>(415) 992 – 7282<br>(415) 489-7701<br>lweaver@sfmslaw.com |
| *Attorneys for Plaintiffs Schwab Short-Term Bond Market Fund, Schwab Total Bond Market Fund and Schwab U.S. Dollar Liquid Assets Fund; Charles Schwab Bank N.A., Schwab Value Advantage Money Fund, Schwab Retirement Advantage Money Fund, Schwab Investor Money Fund, Schwab Cash Reserves, Schwab Yieldplus Fund, Schwab Yieldplus Fund Liquidation Trust, Charles Schwab & Co., Inc., The Charles* | Richard M. Heimann(State Bar No. 063607)<br>Joseph R. Saveri (State Bar No. 130064)<br>Eric B. Fastiff (State Bar No. 182260)<br>Brendan Glackin (State Bar No. 199643)<br>Andrew Scirica Kingsdale<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415)956-1000<br>Facsimile: (415)956-1008<br><br>Steven E. Fineman (State Bar No. 140335)<br>Michael J. Miarmi |

| | |
|---|---|
| *Schwab Corporation* | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: (212)355-9500<br>Facsimile: (212)355-9592<br>sfineman@lchb.com<br>mmiarmi@lchb.com |
| | Lowell Haky (State Bar No. 178526)<br>Vice President and Associate General Counsel<br>CHARLES SCHWAB & CO., INC.<br>211 Main Street<br>SF211MN-6-455<br>San Francisco, CA 94105<br>Telephone: (415)667-0622<br>Facsimile: (415)667-1638 |
| *Attorneys for Plaintiffs Mayor and City Council of Baltimore* | William C. Carmody<br>Arun Subramanian<br>SUSMAN GODFREY LLP<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br>asubramanian@susmangodfrey.com |
| | Michael D. Hausfeld<br>William P. Butterfield<br>Ralph J. Bunche<br>HAUSFELD LLP<br>1700 K St. NW, Suite 650<br>Washington, D.C. 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br>rbunche@hausfeldllp.com |
| | Marc Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 |

*Counsel for Plaintiff AVP Properties, LLC*

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluck.com
dhedlund@gustafsongluck.com
mlooby@gustafsongluck.com

W. Joseph Bruckner (#147758)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com

Charles S. Zimmerman (#0120054)
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: Charles.Zimmerman@zimmreed.com

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200
Email: dnast@rodanast.com

Kenneth A. Wexler
Edward A. Wallace
WEXLER WALLACE LLP
55 West Monroe St.
Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wexlerwallace.com
eaw@wexlerwallace.com

Michael L. Roberts
Roberts Law Firm
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575

| | |
|---|---|
| *Attorneys for Independence Trading, Inc.* | Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, 21 st Floor<br>Philadelphia, P A 19107<br>(215) 238-1700<br>jkohn@kohnswift.com<br>whose@kohnswift.com<br>dabrahams@kohnswift.com |
| | Warren Rubin<br>LAW OFFICES<br>BERNARD M. GROSS, P.C.<br>Wanamaker Bldg., Suite 450<br>100 Penn Square East<br>Market & Juniper Sts.<br>Philadelphia, P A 19107<br>(215) 561-3600<br>warren@bernardmgross.com |
| *Counsel for Defendant Barclays Bank PLC* | Jeffrey T. Scott<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-3082<br>Fax: (212) 291-9138<br>scottj@sullcrom.com |
| *Counsel for Defendant Bank of America Corporation* | Robert F. Wise, Jr.<br>Arthur J. Burke<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4512<br>Fax: (212) 701-5512<br>robert.wise@davispolk.com<br>arthur.burke@davispolk.com |
| *Counsel for Defendant Credit Suisse Group AG* | Herbert S. Washer<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 848-7216<br>Fax: (646) 848-7216<br>herbert.washer@shearman.com |

| | |
|---|---|
| *Counsel for Defendant Deutsche Bank AG* | Moses Silverman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 373-3355<br>Fax: (212) 492-0355<br>msilverman@paulweiss.com |
| *Counsel for Defendants Lloyds Banking Group Plc and HBOS Plc* | Marc J. Gottridge<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com |
| *Counsel for Defendant UBS AG* | Peter Sullivan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>psullivan@gibsondunn.com |
| *Counsel for Defendant Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.* | Amelia T.R. Starr<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5516<br>amelia.starr@davispolk.com |
| *Counsel for Defendant The Royal Bank of Scotland Group P LC* | HSBC HOLDINGS PLC<br>8 Canada Square<br>LondonEI45HQ<br>United Kingdom<br><br>Robert G. Houck<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: (212) 878-8000<br>Fax: (212) 878-8375<br>robert.houck@cliffordchance.com |

| | |
|---|---|
| *Counsel for Defendant The Norinchukin Bank* | Andrew W. Stem<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br>astem@sidley.com |
| *Counsel for Defendant Societe Generale* | Steven Wolowitz<br>Richard Steuer<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>Tel: (212) 506-2535<br>swolowitz@mayerbrown.com<br>rsteuer@mayerbrown.com |
| *Counsel for Defendant Societe Generale* | John J. Tharp, Jr.<br>MAYER BROWN LLP<br>71 Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 701-7146<br>jtharp@mayerbrown.com |
| *Counsel for Defendant The Royal Bank of Canada* | Arthur W. Hahn<br>Christian T. Kemnitz<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Tel: (312) 902-5200<br>arthur.hahn@kattenlaw.com<br>christian.kemnitz@kattenlaw.com |
| *Counsel for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.* | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 956-7500<br>Fax: (202) 956-7056<br>lbowd@sullcrom.com |

*Counsel for Defendants JPMorgan Chase & Co., J.P. Morgan Clearing Corp., and J.P. Morgan Futures, Inc.*

Thomas C. Rice
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com

*Counsel for City of New Britain Firefighters' and Police Benefit Fund*

David R. Scott
Scott & Scott, LLC
156 South Main Street
P.O.Box 192
Colchester, CT 06415
Tel: (860)537-5537
Fax: (860)537-4432
drscott@scott-scott.com


K. Craig Wildfang
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8554
Fax: (612) 339-4181
kcwildfang@rkmc.com


Max Raphael Schwartz
Scott Scott, L.L.P.
500 Fifth Avenue
40th Floor
New York, NY 10110
Tel: (212) 223-6444
Fax: (212) 223-6334
mschwartz@scott-scott.com


Richard A. Mescon
Robins, Kaplan, Miller & Ciresi, LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
ramescon@rkmc.com

Stacey Paige Slaughter
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8289
Fax: (612) 339-4181
spslaughter@rkmc.com


Michael C. Nicholson

Dated: December 6, 2011