UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANICAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |

**EXCHANGE-BASED PLAINTIFFS' AND OVER-THE-COUNTER PLAINTIFFS' JOINT MOTION FOR PRETRIAL ORDER NO. 1**

Pursuant to the Court's November 29, 2011 Order Interim Co-Lead Counsel for the Exchange-Based Plaintiffs and Interim Co-Lead Counsel for the Over-the-Counter Plaintiffs ("Interim Co-Lead Counsel") submit this joint motion for the entry of Pretrial Order No. 1("PTO No. 1") to "facilitate their representation of the putative classes and to advance the conduct and progress of the litigation." November 29, 2011 Order (Doc. 66) at 7. PTO No. 1 establishes the responsibilities of Interim Co-Lead Counsel, consolidates the relevant class cases into either the Exchange-Based Plaintiff or Over-the-Counter Plaintiff group, and sets out procedures for the efficient management of the docket.[1] As a result of the Court's October 18, 2011 Memorandum and Order (Doc. 32) recognizing potential conflicts between the groups and the need for separate representation, PTO No. 1 designates a lead case for each group. Papers shall be filed both in the docket for this Multidistrict Litigation ("MDL"), and in the docket for the lead case of the relevant action. Thus, for example, a pleading related only to the Exchange-

---

[1] Exchange-Based Plaintiffs' request consolidation of *Maxwell Van De Velde, et al. v. Bank of America Corp., et al.*, Case No. 1:11-cv-06120 (S.D.N.Y.) as part of the Exchange-Based Plaintiffs' action because the class action complaint in that matter alleges that the plaintiff "purchased an exchange-traded Libor-based derivative, and was thereby damaged…". *See* Doc. 1, ¶8. Over-the-Counter Plaintiffs take no position on this issue. The proposed order does not seek consolidation of *Schwab Short- Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, 11-cv-6409 (S.D.N.Y.); *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation et al.*, 11-cv-6411 (S.D.N.Y.); *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, 11-cv-6412 (S.D.N.Y.). These cases are non-class cases brought by direct action plaintiffs.

1

Based Plaintiff case shall be filed into both the MDL docket and the docket for the lead case in that action.  A pleading relating to both cases shall be filed in the MDL docket and in both lead case dockets.  The dockets for the other class action cases shall be closed.  This will promote the efficient administration of the action by limiting the number of dockets in which papers will need to be filed, while permitting the efficient monitoring of each case by the Court and the parties.

In its November 29, 2011 Order the Court suggested "[i]f counsel believes that the litigation would benefit from an in-person conference before the Court to discuss the next steps to be taken in the litigation, they are invited to contact the Court so informing us."  November 29, 2011 Order at 11, n.7.  Interim Co-Lead Counsel do not believe that an in-person conference is necessary prior to the issuance of PTO No. 1 and respectfully suggest that the Court rule on this motion without an in-person conference so that Interim Co-Lead Counsel can begin formally organizing their respective cases.  However, we understand that Defendants intend to request an in-person conference to discuss the litigation schedule and other matters relating to these actions.  Interim Co-Lead Counsel do not oppose this request.

Dated:  December 14, 2011

Respectfully submitted,

| /s/ David E. Kovel | /s/ Michael D. Hausfeld |
|---|---|
| David E. Kovel | Michael D. Hausfeld |
| Roger W. Kirby | William P. Butterfield |
| Daniel Hume | Ralph J. Bunche |
| Surya Palaniappan | HAUSFELD LLP |
| KIRBY McINERNEY LLP | 1700 K St NW, Suite 650 |
| 825 Third Avenue | Washington, DC 20006 |
| New York, NY 10022 | Tel: 202-540-7200 |
| Tel: 212-317-2300 | |
| | William Christopher Carmody |
| Christopher Lovell | Arun Subramanian |
| Gary Jacobson | SUSMAN GODFREY L.L.P. |
| LOVELL STEWART HALEBIAN | 560 Lexington Ave, 15th Floor |
| JACOBSON LLP | New York, NY 10022 |

61 Broadway, Suite 501
New York, NY 10006
Tel: 212-608-1900

*Interim Co-Lead Counsel for Exchange Purchaser Plaintiffs*

Tel: 212-336-8330

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Tel: 310-789-3100

*Interim Co-Lead Counsel for Over-the-Counter Purchaser Plaintiffs*