UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to: All Cases
----------------------------------------X

MEMORANDUM

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed plaintiffs' Joint Motion for Pretrial Order No. 1, the letter of Robert F. Wise, Esq., submitted on behalf of defense counsel on December 20, 2011, and two letters from plaintiff's counsel in Van de Velde v. Bank of America Corp., 11 Civ. 6120 (GBD), dated December 16 and December 21, 2011, we have reconsidered our decision to not consolidate the Van de Velde action with the class action complaints in the multi-district litigation before this Court, and, with the consent of Judge Daniels, accept the Van de Velde action as related and consolidate it with the exchange-based plaintiff actions pursuant Rule 42(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:    New York, New York
            December 22, 2011

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE