UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS RELATES TO: EXCHANGE-BASED PLAINTIFF ACTION | |



and

| | |
|---|---|
| FTC Capital GmbH, et al., <br><br>Plaintiffs, <br><br>vs. <br>Credit Suisse Group AG, et al., <br><br>Defendants. | Case No. 11 Civ. 2613 |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Richard A. Lockridge, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Minnesota; and that his contact information is as follows:

> Richard A. Lockridge
> Lockridge Grindal Nauen P.L.L.P.
> 100 Washington Avenue South, Suite 2200
> Minneapolis, MN 55401
> T: (612) 339-6900
> F: (612) 339-0981
> E-mail: ralockridge@locklaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff AVP Properties, LLC in the above entitled action;

452347.1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for and ECF PASSWORD.</u>

Dated: January 18, 2012

United States District / Magistrate Judge