**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION** | **MDL No. 2262, 11 Civ. 2613** |

**THIS RELATES TO:  EXCHANGE-BASED PLAINTIFF ACTION**

**and**

| | |
|---|---|
| **FTC Capital GmbH, et al.,** | **Case No. 11 Civ. 2613** |
|           **Plaintiffs,** | |
| **vs.** | |
| **Credit Suisse Group AG, et al.,** | |
|           **Defendants.** | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2012

## <u>ORDER FOR ADMISSION PRO HAC VICE</u>

      The motion of W. Joseph Bruckner, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the states of Minnesota and Nebraska; and that his contact information is as follows:

          W. Joseph Bruckner
          Lockridge Grindal Nauen P.L.L.P.
          100 Washington Avenue South, Suite 2200
          Minneapolis, MN  55401
          T:  (612) 339-6900
          F:  (612) 339-0981
          E-mail:  wjbruckner@locklaw.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff AVP Properties, LLC in the above entitled action;

452343.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for and ECF PASSWORD.</u>

Dated:  January 18, 2012

United States District / Magistrate Judge