UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2012

| | |
|---|---|
| In the matter of the application of<br><br>CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and others similarly situated,<br><br>                  Plaintiffs,<br>-vs.-<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLAB AG,<br><br>                  Defendants. | Case No. 1:11-md-02262-NRB<br><br>Hon. Naomi Reice Buchwald<br><br>ECF Case |



[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Richard A. Mescon, said sponsor attorney's declaration in support; IT IS HEREBY ORDERED THAT

    Thomas J. Undlin
    Robins, Kaplan, Miller & Ciresi L.L.P.
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402
    Phone: (612) 349-8500 Fax: (612) 339-4181
    Email: tjundlin@rkmc.com

is admitted to practice *pro hac vice* as counsel for Plaintiff City of New Britain Firefighters' and Police Benefit Fund in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So Ordered: New York, New York
January 20, 2012

*[signature]*
United States District Judge

82748469.1