UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |

## [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Ralph J. Bunche, counsel for Plaintiffs Mayor and City Council of Baltimore;

IT IS HEREBY ORDERED THAT:

William Butterfield
Hausfeld LLP
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7143
Fax: (202) 540-7201
Email: wbutterfield@hausfeldllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2012
```

is admitted to practice *pro hac vice* as counsel for Plaintiffs Mayor and City Council of Baltimore in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: March 1, 2012

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE