UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| MAYOR AND CITY COUNCIL OF BALTIMORE and CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>                    v.<br><br>CREDIT SUISSE GROUP AG; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; JP MORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; HSBC HOLDINGS PLC; HSBC BANK PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG, CITIBANK N.A.; CITIGROUP INC.; COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A.; THE NORINCHU.K.IN BANK; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.; HBOS PLC; and ROYAL BANK OF CANADA,<br><br>                    Defendants. | **ERRATA TO THE BALTIMORE PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT (D.E. #130)**<br><br>**JURY TRIAL DEMANDED** |

On April 30, 2012, Plaintiffs Mayor and City Council of Baltimore and City of New

Britain Firefighters' and Police Benefit Fund (collectively, the "Baltimore Plaintiffs") filed their

Consolidated Amended Complaint (D.E. #130). The Baltimore Plaintiffs hereby make the

2258323_                                      1

following corrections to their Consolidated Amended Complaint:

1. In Paragraph 1, on page 2, the text "from on or before August 9, 2007 through at least February 2009" is replaced with "from August 2007 through May 2010".

2. In Paragraph 35, on pages 11-12, the text "Class members purchased LIBOR-Based Derivatives directly from Defendants" is replaced with "Class members purchased LIBOR-Based Instruments directly from Defendants".

3. In Paragraph 139, on page 68, the text "investigations regarding LIBOR are ongoing in the United States, Switzerland, Japan, United Kingdom, Canada, the European Union, and Singapore by nine different governmental agencies" is replaced with "investigations regarding LIBOR are ongoing in the United States, Switzerland, Japan, United Kingdom, Canada, the European Union, and Singapore by ten different governmental agencies".

4. In Paragraph 217, on page 98, the text "prices and rates of return on LIBOR-Based Derivatives" is replaced with "prices and rates of return on LIBOR-Based Instruments".

5. In Paragraph 218, on page 98, the text "otherwise make artificial the price of LIBOR-Based Derivatives" is replaced with "otherwise make artificial the price of LIBOR-Based Instruments".

6. In Paragraph 219, on page 99, the text "members of the Class who traded in LIBOR-Based Derivatives" is replaced with "members of the Class who traded in LIBOR-Based Instruments".

7. In Paragraph 222 on page 99, the text "controlled the rates of return on LIBOR-Based Derivatives" is replaced with "controlled the rates of return on LIBOR-Based Instruments".

8. In Paragraph 223, on page 99, the text "thus the prices and rates of return on

LIBOR-Based Derivatives" is replaced with "thus the prices and rates of return on LIBOR-Based Instruments".

9.  In Paragraph 224, on page 100, the text "market for LIBOR-Based Derivatives, occurred" is replaced with "market for LIBOR-Based Instruments, occurred".

Dated:  May 2, 2012                         Respectfully submitted,

/s/ Arun Subramanian_____
Arun Subramanian
William Christopher Carmody
Suyash Agrawal
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile:  (212) 336-8340
Email: bcarmody@SusmanGodfrey.com
Email: asubramanian@SusmanGodfrey.com
Email: sagrawal@SusmanGodfrey.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
Email: MSeltzer@SusmanGodfrey.com

Michael D. Hausfeld
William P. Butterfield
Hilary K. Scherrer
Nathaniel C. Giddings
HAUSFELD LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201
Email: mhausfeld@hausfeldllp.com
Email: wbutterfield@hausfeldllp.com
Email: hscherrer@hausfeldllp.com
Email: ngiddings@hausfeldllp.com

*Interim Lead Counsel for the Baltimore Plaintiffs and the Proposed Class*

Max R. Schwartz
Donald A. Broggi
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: mschwartz@scott-scott.com
 Email: dbroggi@scott-scott.com

Christopher M. Burke
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2012, the foregoing document was filed and served upon counsel of record via CM/ECF.

                    /s/ Arun Subramanian_____