```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2012
```

Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: | |
| MAXWELL VAN DE VELDE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP., et al., <br><br> Defendants. | Case No. 1:11-cv-06120-NRB |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF MAXWELL VAN DE VELDE

PLEASE TAKE NOTICE that Plaintiff Maxwell Van de Velde (Civil Action No. 1:11-cv-06120), by and through his undersigned counsel, hereby voluntarily dismisses his claims without prejudice against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Van de Velde's action has been consolidated into the *In Re LIBOR-Based Financial Instruments Antitrust Litig.*, Master Docket No. 11-md-2262. Defendants have not served an answer or motion for summary judgment to Van de Velde's Complaint. Van de Velde reserves his rights as an absent Class Member to share in any recovery in this case to which he would otherwise be entitled.

1

Dated: May 18, 2012

Respectfully Submitted,

*/s/ Charles E. Tompkins*
Charles E. Tompkins
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
Email: ctompkins@shulaw.com

**SO ORDERED:**

U.S.D.J.    5/21/12

2