**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | ECF Case |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL., <br> Plaintiffs, <br> v. <br> BANK OF AMERICA CORPORATION, ET AL., <br> Defendants. | **ORAL ARGUMENT REQUESTED** |
| METZLER INVESTMENT GMBH, ET AL., <br> Plaintiffs, <br> v. <br> CREDIT SUISSE GROUP AG, ET AL., <br> Defendants. | |
| GELBOIM, ET AL., <br> Plaintiffs, <br> v. <br> CREDIT SUISSE GROUP AG, ET AL., <br> Defendants. | |
| CHARLES SCHWAB BANK, N.A., ET AL., <br> Plaintiffs, <br> v. <br> BANK OF AMERICA CORPORATION, ET AL. <br> Defendants. | |
| SCHWAB MONEY MARKET FUND, ET AL., <br> Plaintiffs, <br> v. <br> BANK OF AMERICA CORPORATION, ET AL., <br> Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL., <br> Plaintiffs, <br> v. <br> BANK OF AMERICA CORPORATION, ET AL., <br> Defendants. | |

**NOTICE OF UBS AG's MOTION**
**TO DISMISS THE AMENDED COMPLAINTS**

PLEASE TAKE NOTICE that the undersigned, attorneys for UBS AG, in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended and Consolidated Complaints in each of the above-captioned actions.

The grounds for this motion are set forth in the Memorandum of Law in Support of UBS AG's Motion to Dismiss, which incorporates in part three memoranda:  (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Antitrust Claims and the accompanying Declaration of Robert F. Wise and exhibits thereto; (2) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Exchange-Based Plaintiffs' Claims and exhibit thereto; and (3) the Memorandum of Law in Support of Defendants' Motion to Dismiss the Schwab Plaintiffs' Amended Complaints, and the Declaration of Lawrence J. Zweifach and exhibits thereto.

Dated:   New York, New York                    Respectfully Submitted,
         June 29, 2012


                                               GIBSON, DUNN & CRUTCHER LLP

                                               By:   s/Peter Sullivan
                                                      Peter Sullivan
                                                      Lawrence J. Zweifach

                                               200 Park Avenue
                                               New York, New York 10166-0193
                                               (212) 351-4000
                                               *Attorneys for Defendant UBS AG*

                                               Of Counsel:

                                               Thomas G. Hungar
                                               D. Jarrett Arp
                                               John F. Bash
                                               1050 Connecticut Avenue, N.W.
                                               Washington, D.C. 20036-5306