**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　Defendants. | |
| METZLER INVESTMENT GMBH, ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　Defendants. | |
| GELBOIM, ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　Defendants. | |
| CHARLES SCHWAB BANK, N.A., ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>BANK OF AMERICA CORPORATION, ET AL.<br>　　　　　　　　Defendants. | |
| SCHWAB MONEY MARKET FUND, ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>　　　　　　　　Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL.,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>　　　　　　　　Defendants. | |

**DECLARATION OF LAWRENCE J. ZWEIFACH IN SUPPORT
OF DEFENDANT UBS AG's MOTION TO DISMISS**

I, LAWRENCE J. ZWEIFACH, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record in the above-captioned action for UBS AG. I make this declaration based on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a newspaper article entitled *Study Casts Doubt on Key Rate*, which appeared in the *Wall Street Journal* on May 29, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of a working paper entitled *Does the LIBOR Reflect Banks' Borrowing Costs?*, dated April 2, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of a law review article entitled *LIBOR Left in Limbo; A Call for More Reform*, which appeared in the North Carolina Banking Institute Journal in 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of a news article entitled *Libor Probe Said to Expose Collusion, Lack of Internal Controls*, which was published by Bloomberg on February 14, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of a news article entitled *Life as Libor Traders Knew It Seen as Abusive by Investigators*, which was published by Bloomberg on March 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of June, 2012 at New York, New York.

        /s/ Lawrence J. Zweifach
Lawrence J. Zweifach
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035