Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In RE:

LIBOR-Based Financial Instruments
Antitrust Litigation                          11 MD 2262 (NRB)

This Document Applies to 12 Civ. 4205 (NRB)
-----------------------------------------------------------x

-----------------------------------------------------------x

COMMUNITY BANK & TRUST, Individually
and On Behalf of All Others Similarly Situated,

                            Plaintiffs,

v.                                                  12 Civ. 4205 (NRB)

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; CITIGROUP, INC.
CITIGROUP, N.A.; JPMORGAN CHASE & CO.;
and JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                            Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2012

### STIPULATION AND PROPOSED ORDER RE
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court having by Order dated June 14, 2012, directed submission by plaintiff of an application regarding inclusion in the pending MDL, and consideration of the timing and manner of further proceedings in this action now being before the Court,

IT IS HEREBY STIPULATED AND AGREED that the time for Defendants to answer or move with respect to the complaint herein be extended to such time as set by further order of the Court.

Dated: New York, New York
July 2, 2012

        SHAPIRO HABER & URMY LLP

        _/s/ Charles E. Tompkins_
        Charles E. Tompkins, Esq.
        53 State Street
        Boston, MA 02109
        (617) 439-3939
        (617) 439-0134 (facsimile)
        E-mail: ctompkins@shulaw.com

        SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
        65 Main Street
        Chester, CT 06412
        (860) 526-1100
        (860) 526-1120 (facsimile)

        O'NEILL, CANNON, HOLLMAN, DeJONG & LAING, S.C.
        111 E. Wisconsin Avenue
        Suite 1400
        Milwaukee, WI 53202
        (414) 276-5000
        (414) 276-6581 (facsimile)

        *Attorneys for Plaintiff*

DAVIS POLK & WARDWELL LLP

_____
Robert F. Wise, Jr., Esq.
450 Lexington Avenue
New York, New York 10017
(212) 450-4512
(212) 701-5512 (facsimile)
E-mail: robert.wise@davispolk.com

*Attorneys for Defendants*
*Bank of America Corporation and*
*Bank of America, N.A.*


COVINGTON & BURLING LLP

_____
Andrew A. Ruffino, Esq.
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1097
(212) 841-1010 (facsimile)
E-mail: aruffino@cov.com

*Attorneys for Defendants*
*Citigroup, Inc. and Citibank, N.A.*

SIMPSON THACHER & BARTLETT LLP

*Thomas C. Rice /JAA*

Thomas C. Rice, Esq.
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-3040
(212) 455-2502 (fascimile)
E-mail: trice@stblaw.com

*Attorneys for Defendants*
*JPMorgan Chase & Co. and JPMorgan*
*Chase Bank, National Association*

SO ORDERED:

United States District Judge

Dated: June 5, 2012
         July