## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | 

MDL No. 2262
Master File No. 1:11-md-02262-NRB

ECF Case

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**STIPULATION AS TO
ACCEPTANCE OF SERVICE
AND RESERVATION OF RIGHTS**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the plaintiffs in the Actions identified in Paragraph 1 below (collectively, the "Actions") and defendants Bank of America Corporation, Bank of America, N.A., Barclays Bank plc, Citibank, N.A., Citigroup Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Credit Suisse Group AG, Deutsche Bank AG, HBOS plc, HSBC Bank plc, HSBC Holdings plc, JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, Lloyds Banking Group plc, Royal Bank of Canada, The Bank of Tokyo-Mitsubishi UFJ, Ltd., The Norinchukin Bank, The Royal Bank of Scotland Group plc, UBS AG, and WestLB AG (collectively, "Defendants"), by their respective counsel, as follows:

1.      Subject to the reservation of rights set forth in paragraph 2 below, each of the Defendants hereby accepts service of process in the following actions to the extent the Defendant is named as a defendant in the complaints, including the amended complaints filed on April 30, 2012, therein:

      a.   *FTC Capital GmbH, et al. v. Credit Suisse Group AG, et al.*, No. 11-cy-2613;

      b.   *Mayor and City Council of Baltimore v. Bank of America, et al.*, No. 11-cv-5450;

1

    c.   *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6409;

    d.   *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. 11-cv-6411;

    e.   *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6412; and

    f.   *Ellen Gelboim, et ano. v. Credit Suisse Group AG, et al.*, No. 12-cv-1025.

2.     Except for formal service of process in the Actions, each Defendant preserves, and does not waive, any of its rights, defenses or objections, including without limitation the defense of lack of personal jurisdiction.

3.     This Stipulation may be executed in multiple counterparts, all of which together shall constitute a single Stipulation.

Dated: June 12, 2012

_____
Karen L. Morris
Morris and Morris LLC
    Counselors at Law
4001 Kennett Pike, Suite 300
Wilmington, DE  19807
T: (302) 426-0400; F: (302) 426-0406

_____
David H. Weinstein
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
T: (215) 545-7200; F: (215) 545-6535

Attorneys for Debt Securities Holder
Plaintiffs Gelboim and Zacher

_____
Arun Subramanian
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
T: 212-336-8330; F: 212-336-834

_____
William P. Butterfield
Hausfeld LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
T: 202-540-7200; F: 202-540-7201

Co-Lead Counsel for Over-the-Counter
Plaintiffs

    c. *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6409;

    d. *Char les Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. 11-cv-6411;

    e. *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6412; and

    f. *Ellen Gelboim, et ano. v. Credit Suisse Group AG, et al.*, No. 12-cv-1025.

2.    Except for formal service of process in the Actions, each Defendant preserves, and does not waive, any of its rights, defenses or objections, including without limitation the defense of lack of personal jurisdiction.

3.    This Stipulation may be executed in multiple counterparts, all of which together shall constitute a single Stipulation.

Dated: June 12, 2012

_____

Karen L. Morris
Morris and Morris LLC
   Counselors at Law
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
T: (302) 426-0400; F: (302) 426-0406

_____

David H. Weinstein
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
T: (215) 545-7200; F: (215) 545-6535

Attorneys for Debt Securities Holder
Plaintiffs Gelboim and Zacher

_____

Arun Subramanian
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
T: 212-336-8330; F: 212-336-834

_____

William P. Butterfield
Hausfeld LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
T: 202-540-7200; F: 202-540-7201

Co-Lead Counsel for Over-the-Counter
Plaintiffs

2

    c. *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6409;

    d. *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. 11-cv-6411;

    e. *Schwab Money Market Fund, et al.* v. *Bank of America Corporation, et al.*, No. 11-cv-6412; and

    f. *Ellen Gelboim, et ano. v. Credit Suisse Group AG, et al.*, No. 12-cv-1025.

2.    Except for formal service of process in the Actions, each Defendant preserves, and does not waive, any of its rights, defenses or objections, including without limitation the defense of lack of personal jurisdiction.

3.    This Stipulation may be executed in multiple counterparts, all of which together shall constitute a single Stipulation.

Dated: June 12, 2012

| | |
|---|---|
| Karen L. Morris<br>Morris and Morris LLC<br>   Counselors at Law<br>4001 Kennett Pike, Suite 300<br>Wilmington, DE 19807<br>T: (302) 426-0400; F: (302) 426-0406 | David H. Weinstein<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>T: (215) 545-7200; F: (215) 545-6535<br><br>Attorneys for Debt Securities Holder<br>Plaintiffs Gelboim and Zacher |
| Arun Subramanian<br>Susman Godfrey L.L.P.<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>T: 212-336-8330; F: 212-336-834 | William P. Butterfield<br>Hausfeld LLP<br>1700 K St. NW, Suite 650<br>Washington, D.C. 20006<br>T: 202-540-7200; F: 202-540-7201<br><br>Co-Lead Counsel for Over-the-Counter<br>Plaintiffs |

2

    c. *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6409;

    d. *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. 11-cv-6411;

    e. *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, No. 11-cv-6412; and

    f. *Ellen Gelboim, et ano. v. Credit Suisse Group AG, et al.*, No. 12-cv-1025.

2.     Except for formal service of process in the Actions, each Defendant preserves, and does not waive, any of its rights, defenses or objections, including without limitation the defense of lack of personal jurisdiction.

3.     This Stipulation may be executed in multiple counterparts, all of which together shall constitute a single Stipulation.

Dated: June 12, 2012

---

Karen L. Morris
Morris and Morris LLC
   Counselors at Law
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
T: (302) 426-0400; F: (302) 426-0406

---

David H. Weinstein
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
T: (215) 545-7200; F: (215) 545-6535

Attorneys for Debt Securities Holder
Plaintiffs Gelboim and Zacher

---

Arun Subramanian
Susman Godfrey L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
T: 212-336-8330; F: 212-336-834

---

William P. Butterfield
Hausfeld LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
T: 202-540-7200; F: 202-540-7201

Co-Lead Counsel for Over-the-Counter
Plaintiffs

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212- 841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY  10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212- 841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212- 841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212-841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212- 841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

David Kovel
Kirby McInnerny LLP
825 Third Avenue, 16th Floor
New York, NY 10022
T: 212-371-6600; F: 212-751-2540

Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
T: 212-608-1900

Co-Lead Counsel for Exchange-Based
Plaintiffs

Steven E. Fineman
Leiff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1001
T: 212-355-9500; F: 212-355-9592

Attorneys for Charles Schwab Plaintiffs

Robert F. Wise, Jr.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
T: 212-450-4512; F: 212-701-5512

Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.

David H. Braff
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
T: 212-558-4705; F: 212-558-3588

Attorneys for Defendant Barclays Bank plc

David R. Gelfand
Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-841-1097; F: 212- 841-1010

Attorneys for Defendants Citibank, NA and
Citigroup Inc.

David R. Gelfand
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
T: 212-530-5520; F: 212-822-5520

Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.

_(signature)_

_____
Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

_____
Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

_____
Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

_____
Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

_____
Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

_____
Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

_____
Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

_____
Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

_Moses Silverman_

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York 10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Herbert S. Washer
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
T: 212-848-7216; F: 646-848-7216

Attorneys for Defendant Credit Suisse Group,
AG

Moses Silverman
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, New York  10019-6064
T: 212-373-3355; F: 212-492-0355

Attorneys for Defendant Deutsche Bank AG

Gregory T. Casamento
Locke Lord LLP
Three World Financial Center
New York, New York 10281-2101
T: (212) 812-8325 F: (212) 812-8385

Attorneys for Defendants HSBC Bank plc and
HSBC Holdings plc

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
T: 212- 455-3040; F: 212-455-2502

Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, National
Association

Marc J. Gottridge
Hogan Lovells US LLP
875 Third Avenue
New York, New York  10022
T: 212-909-0643; F: 212-918-3100

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc except in Nos. 11-
cv-6409, 11-cv-6411, and 11-cv-6412

Richard A. Williamson
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006-1404
T: 212-412-9530; F: 212-964-9200

Attorneys for Defendants Lloyds Banking
Group plc and HBOS plc only in Nos. 11-cv-
6409, 11-cv-6411, and 11-cv-6412

Arthur W. Hahn
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
T: 312-902-5241; F: 312- 577.8892

Attorneys for Defendant Royal Bank of
Canada

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-956-7650; F: 202-956-6973

Attorneys for Defendant The Bank of Tokyo-
Mitsubishi UFJ, Ltd.

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
T: 212-839-5785; F: 212-839-5599

Attorneys for Defendant The Norinchukin
Bank


Robert Houck
Clifford Chance
31 West 52nd Street
New York, New York 10019-6131
T: 212-878-3224; F: 212-878-8375

Attorneys for Defendant The Royal Bank of
Scotland Group plc


Peter Sullivan
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193
T: 212-351-5370; F: 212-351-4035

Attorneys for Defendant UBS AG


Ethan E. Litwin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
T: 212-837-6540; F: 212-299-6540

Attorneys for Defendant West LB AG

_Robert Houck_ (signature)

| | |
|---|---|
| Alan M. Unger | Robert Houck |
| Sidley Austin LLP | Clifford Chance |
| 787 Seventh Avenue | 31 West 52nd Street |
| New York, New York  10019 | New York, New York 10019-6131 |
| T: 212-839-5785; F: 212-839-5599 | T: 212-878-3224; F: 212-878-8375 |
| | |
| Attorneys for Defendant The Norinchukin Bank | Attorneys for Defendant The Royal Bank of Scotland Group plc |

| | |
|---|---|
| Peter Sullivan | Ethan E. Litwin |
| Gibson Dunn | Hughes Hubbard & Reed LLP |
| 200 Park Avenue | One Battery Park Plaza |
| New York, NY  10166-0193 | New York, New York  10004-1482 |
| T: 212-351-5370; F: 212-351-4035 | T: 212-837-6540; F: 212-299-6540 |
| | |
| Attorneys for Defendant UBS AG | Attorneys for Defendant West LB AG |

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
T: 212-839-5785; F: 212-839-5599

Attorneys for Defendant The Norinchukin
Bank

Peter Sullivan
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193
T: 212-351-5370; F: 212-351-4035

Attorneys for Defendant UBS AG

Robert Houck
Clifford Chance
31 West 52nd Street
New York, New York 10019-6131
T: 212-878-3224; F: 212-878-8375

Attorneys for Defendant The Royal Bank of
Scotland Group plc

Ethan E. Litwin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
T: 212-837-6540; F: 212-299-6540

Attorneys for Defendant West LB AG

Alan M. Unger
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
T: 212-839-5785; F: 212-839-5599

Attorneys for Defendant The Norinchukin
Bank

Robert Houck
Clifford Chance
31 West 52nd Street
New York, New York 10019-6131
T: 212-878-3224; F: 212-878-8375

Attorneys for Defendant The Royal Bank of
Scotland Group plc

Ethan E. Litwin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004-1482
T: 212-837-6540; F: 212-299-6540

Attorneys for Defendant West LB AG

Peter Sullivan
Gibson Dunn
200 Park Avenue
New York, NY  10166-0193
T: 212-351-5370; F: 212-351-4035

Attorneys for Defendant UBS AG

**SO ORDERED.**

Dated:   July 5, 2012

United States District Judge
Southern District New York