USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to: All Cases
------------------------------------X

------------------------------------X
Community Bank & Trust, Individually and
on behalf of all other similarly situated,

           Plaintiffs,

      - against -

Bank of America Corporation; Bank of
America, N.A.; Citigroup, Inc.;
Citigroup, N.A.; JPMorgan & Co.; and
JPMorgan Chase Bank, National Association

           Defendants.
------------------------------------X

**ORDER**

11 MD 2262(NRB)

12 Civ. 4205

    **WHEREAS** on June 14, 2012, the Court issued an order requiring any plaintiff wishing to be joined with the multi-district litigation ("MDL") as a representative of a new class of plaintiffs to make an application detailing why the existing classes of plaintiffs do not protect it and why inclusion in the MDL would be appropriate; and

    **WHEREAS** plaintiff in 12 Civ. 4205, Community Bank & Trust, submitted such an application on June 25, 2012; and

**WHEREAS** by submission of July 5, 2012, defendants in 12 Civ. 4205 indicated that they support Community Bank & Trust's application; it is hereby

**ORDERED** that 12 Civ. 4205 is accepted for inclusion in the MDL; and it is further

**ORDERED** that defendants' joint motion to dismiss the Community Bank & Trust complaint shall be due on August 28, 2012 and shall not exceed 35 pages; and it is further

**ORDERED** that Community Bank & Trust's brief in opposition to the motion to dismiss shall by due on September 28, 2012 and shall not exceed 35 pages; and it is further

**ORDERED** that defendants' reply brief shall be due on October 29, 2012 and shall not exceed 15 pages.

Dated:    New York, New York
         July 12, 2012

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Counsel for Community Bank & Trust:**

Charles Edgar Tompkins, Esq.
Shapiro Haber & Urmy, LLP
53 State Street, 37th Floor
Boston, MA 02109

James E. Miller, Esq.
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412

**Liason Counsel for Defendants:**

Robert Wise, Jr., Esq.
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017

3