USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Relates to:

Exchange-Based Plaintiff Action
------------------------------------X

**MEMORANDUM AND ORDER**

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

In our Memorandum and Order of November 29, 2011, we granted counsel's request to consolidate the class action complaints then-pending before the Court pursuant to Federal Rule of Civil Procedure 42(a). (Docket No. 66 at 10.) In the course of our research, we have realized that the consolidation pursuant to Rule 42(a) was in error given that our authority over actions transferred from districts outside of the Southern District of New York extends only to pretrial matters, while Rule 42 effectuates consolidation for all purposes (including trial). See 17 Moore's Federal Practice § 112.07[b] (3d ed. 2012) (citing Shulman v. Goldman, Sachs & Co. (In re Penn Cent. Commercial Paper Litig.), 62 F.R.D. 341, 344 (S.D.N.Y. 1974), aff'd 515 F.2d 505 (2d Cir. 1975)).

This error does not affect the class structure and motion schedule that has been put into place, as such measures fall

1

within the Court's authority to coordinate and consolidate pretrial proceedings pursuant to 28 U.S.C. § 1407. <u>See</u> <u>In re Packaged Ice Litig.</u>, No. 08 Md. 1952 (E.D. Mich.) (similarly appointing interim class counsel for distinct classes of plaintiffs, directing the filing of amended complaints for each class, and ruling on dispositive motions as to each class); <u>In re Rail Freight Fuel Surcharge Antitrust Litig.</u>, No. 07 Md. 1869 (D.D.C.) (same).

Accordingly, we reverse our previous consolidation order pursuant to Rule 42(a) and instead consolidate the class action complaints pending in the MDL for pretrial purposes only.

**SO ORDERED.**

Dated:  New York, New York
        July 18, 2012

                                        /s/ Naomi Reice Buchwald
                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE