UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to: All Cases
----------------------------------------X

MEMORANDUM AND ORDER

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   For the reasons stated at our August 8, 2012 conference, a stay is hereby imposed on any actions not subject to defendants' pending motion to dismiss, filed on June 29, 2012. The stay applies to the four actions already filed that are not subject to the motion,[1] as well as any new actions filed hereafter that fall within the scope of the multi-district litigation. The stay will remain in place until the pending motion to dismiss is resolved.[2]

**SO ORDERED.**

---

[1] These actions are Community Bank & Trust v. Bank of America Corp., No. 12 Civ. 4205 (S.D.N.Y.), Berkshire Bank v. Bank of America Corp., No. 12 Civ. 5723 (S.D.N.Y.), 33-35 Green Pond Associates, LLC v. Bank of America Corp., No. 12 Civ. 5822 (S.D.N.Y.), and Lieberman v. Credit Suisse Group, No. 12 Civ. 6056 (S.D.N.Y.). The Court's July 12, 2012 Order setting a briefing schedule for the Community Bank & Trust action is therefore vacated.

[2] As we made clear at the August 8, 2012 conference, the stay is not meant to discourage the filing of new complaints. Indeed, we encourage the prompt filing of new complaints so that, following the resolution of the motion, and depending on its outcome, we are well-positioned to evaluate the structure of the case(s) moving forward.

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2012

Dated:  New York, New York
        August 14, 2012

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

2