USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2012

**MEMO ENDORSED**

# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER
212-701-3120

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
STUART G. DOWNING
ADAM M. DWORKIN
JENNIFER B. EZRING
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
GERARD M. MEISTRELL
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
ATHY A. O'KEEFFE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

*ADMITTED IN DC ONLY

September 12, 2012

Re: *LIBOR-Based Financial Instruments Antitrust Litigation,*
11-MD-2262 (NRB)

Dear Judge Buchwald:

    This firm represents Defendant Credit Suisse Group AG in the above-captioned multi-district litigation (the "MDL"). We write on behalf of Defendants Credit Suisse, The Norinchukin Bank, and the Bank of Tokyo-Mitsubishi UFJ, Ltd. regarding Defendants' pending motions to dismiss. Credit Suisse, Norinchukin, and Bank of Tokyo respectfully request leave to file a single, three-page, joint supplemental reply memorandum in support of their respective motions to dismiss, to be filed by September 27, 2012, the date on which MDL Defendants' joint reply memoranda to Plaintiffs' opposition to their motions to dismiss are due.

    This Court previously granted leave to Defendants to file individual, supplemental memoranda in further support of Defendants' respective motions to dismiss of five pages in length each (the "Individual Memoranda"). (June 26, 2012 Letter from the Court). Credit Suisse, Norinchukin, and Bank of Tokyo all filed Individual Memoranda on June 27, 2012 that discussed issues that were specific to each respective bank defendant and that were not covered in the Defendants' joint briefs in support of dismissal. (D.E. 171, 173, 175). Plaintiffs' opposition papers discuss issues raised in the Individual Memoranda.

    In an effort to consolidate any response to Plaintiffs' arguments, Credit Suisse, Norinchukin, and Bank of Tokyo seek leave to file a single reply of no more than three pages in the event that any of these defendants deems it necessary to address the issues specific to the Individual Memoranda and not addressed in the Defendants' joint submissions.

*Application granted.*

*Buchwald, USDJ*
*September 13, 2012*

**MEMO ENDORSED**

CAHILL GORDON & REINDEL LLP

- 2 -

Respectfully yours,

Joel Kurtzberg

Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

BY HAND

cc:   All counsel (by e-mail)