*Buchwald/J*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENT ANTITRUST LITIGATION | **MDL 2262 (NRB)** |
| This document relates to:<br><br>ELIZABETH LIEBERMAN and TODD AUGENBAUM, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG; BANK OF AMERICA CORPORATION; JP MORGAN CHASE & CO.; HSBC HOLDINGS PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; UBS AG, ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; CITIBANK NA; RABOBANK GROUP; BANK OF TOKYO-MITSUBISHI UFJ; SOCIETE GENERALE, ROYAL BANK OF CANADA; BANK OF NOVA SCOTIA; BNP PARIBAS S.A.; CREDIT AGRICOLE, S.A.; SUMITOMO MITSUI BANKING CORP.,<br><br>          Defendants. | **Case No. 12 Civ. 6056**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/2/2012 |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT SUMITOMO MITSUI BANKING CORP.

PLEASE TAKE NOTICE that plaintiffs in the above-captioned action, *Lieberman v. Credit Suisse Group AG*, 12 Civ. 6056, seek to dismiss without prejudice defendant Sumitom Mitsui Banking Corp., pursuant to Rule 41 of the Federal Rules of Civil Procedure. This voluntary dismissal applies to the *Lieberman* action only, and shall not apply to any of the other actions in MDL 2262.

Dated:  September 28, 2012

**MURRAY FRANK LLP**

_/s/Brian P. Murray_
Brian P. Murray (BM 9954)
Gregory B. Linkh (GL 0477)
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
Email: bmurray@murrayfrank.com

Jeffrey S. Abraham
**ABRAHAM, FRUCHTER & TWERSKY LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax:(212) 279-3655
Email: jabraham@aftlaw.com

Lionel Z. Glancy (pro hac to be filed)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel:  (310) 201-9150
Fax:  (310) 201-9160
Email: lglancy@glancylaw.com

**Counsel for Plaintiffs**

10/1/12