*Buchwald/J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENT ANTITRUST LITIGATION | MDL 2262 (NRB) |
| This document relates to:<br><br>ELIZABETH LIEBERMAN and TODD AUGENBAUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG; BANK OF AMERICA CORPORATION; JP MORGAN CHASE & CO.; HSBC HOLDINGS PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; UBS AG, ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; CITIBANK NA; RABOBANK GROUP; BANK OF TOKYO-MITSUBISHI UFJ; SOCIETE GENERALE, ROYAL BANK OF CANADA; BANK OF NOVA SCOTIA; BNP PARIBAS S.A.; CREDIT AGRICOLE, S.A.; SUMITOMO MITSUI BANKING CORP.,<br><br>Defendants. | Case No. 12 Civ. 6056 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2012

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT SUMITOMO MITSUI BANKING CORP.**

PLEASE TAKE NOTICE that plaintiffs in the above-captioned action, *Lieberman v. Credit Suisse Group AG*, 12 Civ. 6056, seek to dismiss without prejudice defendant Sumitom Mitsui Banking Corp., pursuant to Rule 41 of the Federal Rules of Civil Procedure. This voluntary dismissal applies to the *Lieberman* action only, and shall not apply to any of the other actions in MDL 2262.

Dated: September 28, 2012

        **MURRAY FRANK LLP**

        /s/Brian P. Murray
        Brian P. Murray (BM 9954)
        Gregory B. Linkh (GL 0477)
        275 Madison Avenue, Suite 801
        New York, New York 10016
        Telephone: (212) 682-1818
        Facsimile: (212) 682-1892
        Email: bmurray@murrayfrank.com

        Jeffrey S. Abraham
        **ABRAHAM, FRUCHTER & TWERSKY LLP**
        One Penn Plaza, Suite 2805
        New York, NY 10119
        Tel: (212) 279-5050
        Fax: (212) 279-3655
        Email: jabraham@aftlaw.com

        Lionel Z. Glancy (pro hac to be filed)
        **GLANCY BINKOW & GOLDBERG LLP**
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Tel: (310) 201-9150
        Fax: (310) 201-9160
        Email: lglancy@glancylaw.com

        **Counsel for Plaintiffs**

*[signature]*
10/1/12