UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re: LIBOR-Based Financial                    Case No. 11-md-02262
Instruments Antitrust Litigation   Plaintiff,

         -against-

                              Defendant.
--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending                    [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brian P. Murray**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BM 9954        My State Bar Number is 2388494

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Murray Frank LLP
              FIRM ADDRESS: 275 Madsion Avenue, Suite 801
              FIRM TELEPHONE NUMBER: (212) 682-1818
              FIRM FAX NUMBER: (212) 682-1892

NEW FIRM:     FIRM NAME: Glancy Binkow & Goldberg LLP
              FIRM ADDRESS: 77 Water Street, Suite 721
              FIRM TELEPHONE NUMBER: (646) 722-4180
              FIRM FAX NUMBER:

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 03/06/2013                               _____
                                                ATTORNEY'S SIGNATURE