UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2262 (NRB) (THK) |

### NOTICE OF APPEARANCE OF ASHLEY SIMONSEN

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that ASHLEY SIMONSEN of the law firm of Susman Godfrey L.L.P., having been admitted to the bar of this Court, hereby appears as counsel for Mayor and City Council of Baltimore, a plaintiff in *Mayor and City Council of Baltimore v. Bank of America Corporation, et al.*, No. 11 Civ. 5450 (SDNY), and for the interim class of Over-the-Counter Plaintiffs, and requests that copies of all papers served in this action be served upon the undersigned at the address below.

Dated: April 10, 2013

Respectfully submitted,

s/ *Ashley Simonsen*
Ashley Simonsen (AS4094)
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, New York  10022
Telephone:     212-336-8330
Facsimile:     212-336-8340
asimonsen@susmangodfrey.com

*Counsel for Mayor and City Council of Baltimore*

2654225v1/012751

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, I caused the foregoing Notice of Appearance of Ashley Simonsen to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

Dated: April 10, 2013

                                                    /s/   *Ashley Simonsen*
                                                      Ashley Simonsen