IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL NO. 2262<br>NO. 1:11-MD-02262-NRB |
| THIS DOCUMENT RELATES TO: | ECF CASE |
| FTC CAPITAL GMBH, ET AL.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CREDIT SUISSE GROUP AG, ET AL.,<br><br>                 Defendants. | NO. 1:11-CV-2613-NRB<br><br>[EXCHANGE-BASED PLAINTIFF ACTION] |

## DEFENDANTS' NOTICE OF MOTION
## FOR RECONSIDERATION OR REARGUMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., Credit Suisse Group AG and The Norinchukin Bank (collectively, "Movants") will move the Court, before the Honorable Naomi Reice Buchwald, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure granting defendant's Motion for Reconsideration or Reargument of that portion of the Court's March 29, 2013 Memorandum and Order denying defendants' motion to dismiss the exchange-based plaintiffs' Commodity Exchange Act ("CEA") claims, dismissing the exchange-based plaintiffs' CEA claims as to Movants with prejudice, and for such other relief as the Court deems just and proper.

Dated: April 12, 2013

Respectfully submitted,

s/ Daryl A. Libow
Daryl A. Libow (libowd@sullcrom.com)
Christopher M. Viapiano (viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500; Fax: (202) 956-6973

*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

s/ Herbert S. Washer
Herbert S. Washer (hwasher@cahill.com)
Elai Katz (ekatz@cahill.com)
Joel Kurtzberg (jkurtzberg@cahill.com)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000; Fax: (212) 269-5420

*Attorneys for Credit Suisse Group AG*

s/ Andrew W. Stern
Andrew W. Stern (astern@sidley.com)
Alan M. Unger (aunger@sidley.com)
Nicholas P. Crowell (ncrowell@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300; Fax: (212) 839-5599

*Attorneys for The Norinchukin Bank*