UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL<br>INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613<br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of plaintiffs FTC Capital GmbH, FTC Futures Fund SICAV, and FTC Futures Fund PCC Ltd. The undersigned certifies that she is admitted to practice before this Court and hereby requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated: New York, New York
April 19, 2013

By: *s/ Lauren Wagner Pederson*
LAUREN WAGNER PEDERSON (*of Counsel*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: 212-371-6600
Fax: 212-862-2540
lpederson@kmllp.com

*Attorney for Plaintiffs*