BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LIBOR -BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MDL Docket No. 2262 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Evans J. Carter, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiffs, Highlander Realty, LLC and Jeffrey D. Buckley and on Behalf of Class Members.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:   April 22, 2013              Respectfully submitted,

/s/ Evans J. Carter
Evans J. Carter, Esq.
Evans J. Carter, P.C.
860 Worester Road - P.O. Box 812
Framingham, MA 01701
Tel.: (508) 875-1669
Fax: (508) 875-1449
ejcatty1@verizon.net

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the nineteenth day of November A.D. 1968, said Court being the highest Court of Record in said Commonwealth:

### Evans J. Carter

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this seventeenth day of April in the year of our Lord two thousand and thirteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LIBOR -BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MDL Docket No. 2262 |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Evans J. Carter for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Evans J. Carter, Esq.
Evans J. Carter, P.C.
860 Worcester Road, 2nd Floor
P.O. Box 812
Framingham, MA 01701
T: (508) 875-1669 / F: (508) 875-1449
ejcatty1@verizon.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the plaintiffs, Highlander Realty, LLC and Jeffrey D. Buckley and on behalf of class members, in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____                    _____
                                              United States District / Magistrate Judge