UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| ALL ACTIONS | ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Mishkin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

Dated:   New York, New York            Respectfully Submitted,
         April 23, 2013

                                       DAVIS POLK & WARDWELL LLP

                                By:    /s/ Paul S. Mishkin
                                       Paul S. Mishkin

                                       450 Lexington Avenue
                                       New York, New York  10017
                                       Telephone: (212) 450-4000
                                       Facsimile: (212) 607-7983
                                       paul.mishkin@davispolk.com

                                       *Counsel for Defendants Bank of America Corporation and Bank of America, N.A.*