UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | ) ) ) ) No. 11-md-02262-NRB |
| HIGHLANDER REALTY, LLC, and JEFFREY D. BUCKLEY and on Behalf of Class Members,<br><br>Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS, a/k/a RBS CITIZENS BANK, N.A., and ROYAL BANK OF SCOTLAND, PLC,<br><br>Defendant | ) ) ) ) ) No. 13-cv-02343-NRB ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Andrea J. Robinson, hereby enters its appearance as counsel in the above-captioned actions for and on behalf of defendants RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, and The Royal Bank of Scotland, plc. The undersigned is a member in good standing of the bar of this Court.

    Respectfully submitted,

    /s/ Andrea J. Robinson
    Andrea J. Robinson
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    andrea.robinson@wilmerhale.com

*Counsel for Defendants RBS Citizens, N.A.,
f/k/a Citizens Bank of Massachusetts, and
The Royal Bank of Scotland, plc*

Dated: April 25, 2013

## CERTIFICATE OF SERVICE

    I, Andrea J. Robinson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of April, 2013.

                                                      /s/ Andrea J. Robinson  
                                                         Andrea J. Robinson