# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-02262-NRB |
| HIGHLANDER REALTY, LLC, and JEFFREY D. BUCKLEY and on Behalf of Class Members,<br><br>Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS, a/k/a RBS CITIZENS BANK, N.A., and ROYAL BANK OF SCOTLAND, PLC,<br><br>Defendant | No. 13-cv-02343-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Lesser, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters an appearance as counsel in the above-captioned actions for and on behalf of defendants RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, and The Royal Bank of Scotland, plc. The undersigned is a member in good standing of the bar of this Court.

    Respectfully submitted,

    /s/ David Lesser
    David Lesser
    WILMER CUTLER PICKERING HALE AND DORR LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel: (212) 230-8800
    Fax: (212) 230-8888
    david.lesser@wilmerhale.com

*Counsel for Defendants RBS Citizens, N.A.,
f/k/a Citizens Bank of Massachusetts, and
The Royal Bank of Scotland, plc*

Dated: April 25, 2013

## CERTIFICATE OF SERVICE

I, David Lesser, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of April, 2013.

/s/ David Lesser__
David Lesser
