# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-02262-NRB |
| HIGHLANDER REALTY, LLC, and JEFFREY D. BUCKLEY and on Behalf of Class Members,<br><br>Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS, a/k/a RBS CITIZENS BANK, N.A., and ROYAL BANK OF SCOTLAND, PLC,<br><br>Defendant | No. 13-cv-02343-NRB |

## DEFENDANT THE ROYAL BANK OF SCOTLAND, PLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant The Royal Bank of Scotland, plc, through counsel, states that it is a wholly-owned subsidiary of The Royal Bank of Scotland Group, plc ("RBSG").  RBSG is incorporated under the laws of Scotland and its ordinary shares are admitted and listed on the London Stock Exchange and Euronext Amsterdam, and are also traded on other exchanges.   RBSG shares are listed on the New York Stock Exchange in the form of American Depositary Receipts.   No publicly-held company owns 10% or more of RBSG stock.

                                            Respectfully submitted,

                                            /s/ Andrea J. Robinson
                                            Andrea J. Robinson

- 2 -

                                                                                           WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com

David Lesser
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
david.lesser@wilmerhale.com

*Counsel for Defendants RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, and The Royal Bank of Scotland, plc*

Dated: April 25, 2013

- 3 -

**CERTIFICATE OF SERVICE**

     I, Andrea J. Robinson, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of April, 2013.

                                                      /s/ Andrea J. Robinson
                                                         Andrea J. Robinson