UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-02262-NRB |
| HIGHLANDER REALTY, LLC, and JEFFREY D. BUCKLEY and on Behalf of Class Members,<br><br>Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS, a/k/a RBS CITIZENS BANK, N.A., and ROYAL BANK OF SCOTLAND, PLC,<br><br>Defendant | No. 13-cv-02343-NRB |

**DEFENDANT RBS CITIZENS, N.A.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, through counsel, states that it is a wholly-owned subsidiary of RBS Citizens Financial Group, Inc., which in turn is a wholly-owned subsidiary of The Royal Bank of Scotland Group, plc ("RBSG").  RBSG is incorporated under the laws of Scotland and its ordinary shares are admitted and listed on the London Stock Exchange and Euronext Amsterdam, and are also traded on other exchanges.  RBSG shares are listed on the New York Stock Exchange in the form of American Depositary Receipts.  No publicly-held company owns 10% or more of RBSG stock.

        Respectfully submitted,

        /s/ Andrea J. Robinson

        Andrea J. Robinson
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        andrea.robinson@wilmerhale.com

        David Lesser
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Tel: (212) 230-8800
        Fax: (212) 230-8888
        david.lesser@wilmerhale.com

        *Counsel for Defendants RBS Citizens, N.A.,*
        *f/k/a Citizens Bank of Massachusetts, and*
        *The Royal Bank of Scotland, plc*

Dated: April 25, 2013

- 3 -

## **CERTIFICATE OF SERVICE**

I, Andrea J. Robinson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of April, 2013.

    /s/ Andrea J. Robinson
    Andrea J. Robinson