IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
)
IN RE: LIBOR BASED FINANCIAL )
INSTRUMENTS ANTITRUST LITIGATION ) Docket No. 11-MD-2262 (NRB)
)
---------------------------------------------------------------X
)
FTC CAPITAL GMBH, et al. )
)
                         Plaintiffs, )
       - v. - )
) No. 1:11-cv-02613 (NRB)
CREDIT SUISSE GROUP AG, et al. )
)
                         Defendants. )
)
---------------------------------------------------------------X
)
MAYOR AND CITY COUNCIL OF )
BALTIMORE, et al. )
)
                         Plaintiffs, ) No. 1:11-cv-05450 (NRB)
       - v. - )
)
BANK OF AMERICA CORPORATION, et al. )
)
                         Defendants. )
---------------------------------------------------------------X
ELLEN GELBOIM, )
)
                         Plaintiff, )
      - v. - ) No. 1:12-cv-01025 (NRB)
)
CREDIT SUISSE GROUP AG, et al. )
)
                         Defendants. )
)
---------------------------------------------------------------X

```
------------------------------------------------------------------ X
SCHWAB SHORT-TERM BOND MARKET FUND,  )
et al.                                )
                                      )
                          Plaintiffs, )   No. 1:11-cv-06409 (NRB)
              - v. -                  )
                                      )
BANK OF AMERICA CORPORATION, et al.   )
                                      )
                          Defendants. )
------------------------------------------------------------------ X
CHARLES SCHWAB BANK, N.A., et al.     )
                                      )
                          Plaintiffs, )
              - v. -                  )
                                      )   No. 1:11-cv-06411 (NRB)
BANK OF AMERICA CORPORATION, et al.   )
                                      )
                          Defendants. )
                                      )
------------------------------------------------------------------ X
SCHWAB MONEY MARKET FUND, et al.      )
                                      )
                          Plaintiffs, )
              - v. -                  )
                                      )   No. 1:11-cv-06412 (NRB)
BANK OF AMERICA CORPORATION, et al.   )
                                      )
                          Defendants. )
                                      )
------------------------------------------------------------------ X
THE BERKSHIRE BANK,                   )
                                      )
                           Plaintiff, )
              - v. -                  )
                                      )   No. 1:12-cv-05723 (NRB)
BANK OF AMERICA CORPORATION, et al.   )
                                      )
                          Defendants. )
                                      )
------------------------------------------------------------------ X
```

```
-------------------------------------------------------------------X
33-35 GREEN POND ROAD ASSOCIATES,       )
LLC, et al.                             )
                                        )
                                        )
                        Plaintiff,      )   No. 1:12-cv-05822 (NRB)
            - v. -                      )
                                        )
BANK OF AMERICA CORPORATION, et al.     )
                                        )
                        Defendants.     )
-------------------------------------------------------------------X
ELIZABETH LIEBERMAN, et al.             )
                                        )
                        Plaintiffs,     )
            - v. -                      )
                                        )   No. 1:12-cv-06056 (NRB)
CREDIT SUISSE GROUP AG, et al.          )
                                        )
                        Defendants.     )
                                        )
-------------------------------------------------------------------X
                                        )
COURTYARD AT AMWELL II, LLC, et al.     )
                                        )
                        Plaintiff,      )
            - v. -                      )   No. 1:12-cv-06693 (NRB)
                                        )
BANK OF AMERICA CORPORATION, et al.     )
                                        )
                        Defendants.     )
                                        )
-------------------------------------------------------------------X
ANNIE BELL ADAMS, et al.                )
                                        )
                        Plaintiff,      )
            - v. -                      )
                                        )   No. 1:12-cv-07461 (NRB)
BANK OF AMERICA CORPORATION, et al.     )
                                        )
                        Defendants.     )
                                        )
-------------------------------------------------------------------X
```

```
---------------------------------------------------------------X
LOS ANGELES COUNTY EMPLOYEES              )
RETIREMENT ASSOCIATION,                   )
                                          )
                      Plaintiff,          )   No. 1:13-cv-00398 (NRB)
            - v. -                        )
                                          )
BANK OF AMERICA CORPORATION, et al.       )
                                          )
                      Defendants.         )
---------------------------------------------------------------X
                                          )
CARL A. PAYNE, et al.                     )
                                          )
                      Plaintiffs,         )
            - v. -                        )   No. 1:13-cv-00598 (NRB)
                                          )
BANK OF AMERICA CORPORATION, et al.       )
                                          )
                      Defendants.         )
                                          )
---------------------------------------------------------------X
                                          )
COUNTY OF SAN DIEGO,                      )
                                          )
                      Plaintiff,          )
            - v. -                        )   No. 1:13-cv-00667 (NRB)
                                          )
BANK OF AMERICA CORPORATION, et al.       )
                                          )
                      Defendants.         )
---------------------------------------------------------------X
                                          )
EAST BAY MUNICIPAL UTILITY DISTRICT,      )
                                          )
                      Plaintiff,          )
            - v. -                        )   No. 1:13-cv-00626 (NRB)
                                          )
BANK OF AMERICA CORPORATION, et al.       )
                                          )
                      Defendants.         )
                                          )
---------------------------------------------------------------X
```

```
------------------------------------------------------------------ X
COUNTY OF SAN MATEO, et al.              )
                                         )
                           Plaintiffs,   )
                  - v. -                 )   No. 1:13-cv-00625 (NRB)
                                         )
BANK OF AMERICA CORPORATION, et al.      )
                                         )
                           Defendants.   )
------------------------------------------------------------------ X
                                         )
CITY OF RICHMOND, et al.                 )
                                         )
                           Plaintiffs,   )
                  - v. -                 )   No. 1:13-cv-00627 (NRB)
                                         )
BANK OF AMERICA CORPORATION, et al.      )
                                         )
                           Defendants.   )
                                         )
------------------------------------------------------------------ X
                                         )
CITY OF RIVERSIDE, et al.                )
                                         )
                           Plaintiff,    )
                  - v. -                 )   No. 1:13-cv-00597 (NRB)
                                         )
BANK OF AMERICA CORPORATION, et al.      )
                                         )
                           Defendants.   )
                                         )
------------------------------------------------------------------ X
                                         )
GUARANTY BANK & TRUST COMPANY,           )
                                         )
                           Plaintiff,    )
                  - v. -                 )   No. 1:13-cv-00346 (NRB)
                                         )
CREDIT SUISSE GROUP AG, et al.           )
                                         )
                           Defendants.   )
                                         )
------------------------------------------------------------------ X
```

```
----------------------------------------------------------------- X
HEATHER M. EARLE, et al.                      )
                                              )
                         Plaintiffs,          )
                - v. -                        )   No. 1:13-cv-00407 (NRB)
                                              )
BANK OF AMERICA CORPORATION, et al.           )
                                              )
                         Defendants.          )
-----------------------------------------------------------------X
                                              )
DIRECTORS FINANCIAL GROUP,                    )
                                              )
                         Plaintiff,           )
                - v. -                        )   No. 1:13-cv-01016 (NRB)
                                              )
BANK OF AMERICA CORPORATION, et al.           )
                                              )
                         Defendants.          )
                                              )
-----------------------------------------------------------------X
                                              )
COUNTY OF RIVERSIDE,                          )
                                              )
                         Plaintiff,           )
                - v. -                        )   No. 1:13-cv-01135 (NRB)
                                              )
BANK OF AMERICA CORPORATION, et al.           )
                                              )
                         Defendants.          )
                                              )
-----------------------------------------------------------------X
                                              )
SEIU PENSION PLANS MASTER TRUST,              )
                                              )
                         Plaintiff,           )   No. 1:13-cv-01456 (NRB)
- v. -                                        )
                                              )
BANK OF AMERICA CORPORATION, et al.           )
                                              )
                         Defendants.          )
                                              )
-----------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Colin Reardon, hereby enters its appearance as counsel in the above-captioned actions for and on behalf of defendant The Royal Bank of Scotland Group plc.  The undersigned is a member in good standing of the bar of this Court.

Dated: April 29, 2013                /s/ Colin Reardon
                                     Colin Reardon
                                     Wilmer Cutler Pickering Hale and Dorr LLP
                                     7 World Trade Center
                                     250 Greenwich Street
                                     New York, NY 10007
                                     Telephone: (212) 230-8800
                                     Facsimile: (212) 230-8888

                                     *Counsel for the Royal Bank of Scotland Group plc*