Buchwald, N.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-02262-NRB |
| HIGHLANDER REALTY, LLC, and JEFFREY D. BUCKLEY and on Behalf of Class Members, Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS, a/k/a RBS CITIZENS BANK, N.A., and ROYAL BANK OF SCOTLAND, PLC,<br><br>Defendant | No. 13-cv-02343-NRB<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 04/30/2013 |

### ~~[PROPOSED]~~ NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Christopher B. Zimmerman is no longer with the firm of Wilmer Cutler Pickering Hale and Dorr LLP and is hereby withdrawn as counsel for Defendants RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, and The Royal Bank of Scotland, plc in the above-captioned matters. Wilmer Cutler Pickering Hale and Dorr LLP will continue to serve as counsel for Defendants RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts, and The Royal Bank of Scotland, plc in this matter.

Respectfully submitted,

RBS CITIZENS, N.A., F/K/A CITIZENS BANK
OF MASSACHUSETTS, AND THE ROYAL
BANK OF SCOTLAND, PLC

By their attorneys,

*/s/ Andrea J. Robinson*
Andrea J. Robinson

WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com

David Lesser
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
david.lesser@wilmerhale.com

Dated: April 25, 2013

SO ORDERED

*[signature]*
Hon. Naomi Reice Buchwald
USDJ
4/29/13