## LOVELL STEWART HALEBIAN JACOBSON LLP

ATTORNEYS AT LAW

61 BROADWAY, SUITE 501

NEW YORK, NEW YORK 10006

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
APR 19 2013
UNITED STATES COURT JUDGE

**BY FACSIMILE**

April 18, 2013

Hon. Naomi Reice Buchwald, U.S. D.J.
United States District Court
 for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*,
                MDL No. 2262, 11 Civ. 2613, Master File No. 1:11-md-2262-NRB

Dear Judge Buchwald:

After Your Honor's Order, dated March 29, 2013 [Dkt. No. 286], on the motions to dismiss, the Exchange-Based Plaintiffs are in a somewhat different procedural position from the other Plaintiffs.

Nonetheless, after consideration, the Exchange-Based Plaintiffs respectfully join in the requests made by the other class Plaintiffs for permission to move for leave to amend their complaints with respect to the antitrust claims. *See* Letter dated April 12, 2013 from OTC and Bondholder Plaintiffs to Your Honor.

In addition to matters raised by the other Plaintiffs, the Exchange-Based Plaintiffs would allege in an amended complaint as follows. The Barclays settlement and the subsequent settlements have revealed numerous facts indicating that Defendants systematically violated British Banking Association rules and otherwise harmed their competition with one another and other entities in trading Eurodollar futures contracts, seeking to attract deposits, and seeking to attract loans and other banking business. Each Defendant's submission of their LIBOR quotes constituted one part of, and their collusion on their LIBOR submissions subverted, prevented and otherwise harmed, such competition.

Thank you very much.

Respectfully submitted,

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP

David E. Kovel
KIRBY McINERNEY LLP
825 Third Avenue

## LOVELL STEWART HALEBIAN LLP

Hon. Naomi Reice Buchwald
April 18, 2013
Page 2

      61 Broadway, Suite 501      New York, NY 10022
      New York, NY 10006

*Interim Co-Lead Counsel for*
*Exchange-Based Plaintiffs*

cc:    All counsel of record (by email)