UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　　　Defendants. | MDL No. 2262 |
| METZLER INVESTMENT GMBH, ET AL.,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　　　Defendants. | Master File No. 1:11-md-2262-NRB |
| GELBOIM, ET AL.,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>　　　　　　　　　　Defendants. | ECF Case |
| CHARLES SCHWAB BANK, N.A., ET AL.,<br>　　　　　　　　　　Plaintiffs<br>　　v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE** |
| SCHWAB MONEY MARKET FUND, ET AL.,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>　　　　　　　　　　Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL.,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>　　　　　　　　　　Defendants. | |

　　　　PLEASE TAKE NOTICE that MARC WEINSTEIN of the law firm of Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Portigon AG (formerly known as WestLB AG), a defendant in the above-

captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated below.[1]

| | | |
|---|---|---|
| Dated: | New York, New York<br>May 10, 2013 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By:   /s/ Marc Weinstein<br>        Marc Weinstein<br>        Weinstei@hugheshubbard.com<br><br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Tel.   (212) 837-6460<br>Fax.   (212) 299-6460<br><br>*Counsel for Defendant Portigon AG*<br>*(formerly known as WestLB AG)* |

---

[1] In filing this Notice of Appearance, Portigon AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2013, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                    /s/ Marc Weinstein
              May 10, 2013                           Marc Weinstein