IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-02262-NRB |
| STEPHANIE NAGEL, on behalf of plaintiff and a class,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and AMERICAN EDUCATION SERVICES, INC.,<br><br>    Defendants. | No. 13-cv-3010-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tiffany N. Hardy, of Edelman Combs Latturner & Goodwin, LLC, hereby enters an appearance as counsel in the above-captioned actions for and on behalf of plaintiff Stephanie Nagel.  The undersigned is a member of good standing of the bar of this Court.

                Respectfully submitted,

                s/ Tiffany N. Hardy
                Tiffany Hardy
                EDELMAN, COMBS, LATTURNER
                  & GOODWIN, LLC
                120 S. LaSalle Street, Suite 1800
                Chicago, Illinois  60603-3593
                (312) 739-4200
                (312) 419-0379 (FAX)
                thardy@edcombs.com

                *Counsel for plaintiff Stephanie Nagel*

Dated: May 14, 2013

## **CERTIFICATE OF SERVICE**

    I, Tiffany N. Hardy, hereby certify that on May 14, 2013, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. The foregoing document will be send electronically to the registered participants as identified on the Notice of Electronic Filing.

s/ Tiffany N. Hardy  
Tiffany Hardy
