# MEMO ENDORSED

MEMO ENDORSED

LAW OFFICES
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
MAY - 3 2013
UNITED STATES COURT JUDGE

May 3, 2013

**BY FAX**
The Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2013

Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation*
11-MD-2262 (NRB)
*Weglarz et al v. JP Morgan Chase et al*
1:13-cv-1198 (NRB)

Dear Judge Buchwald,

I represent plaintiffs Jerry Weglarz and Nathan Weglarz in the above-referenced matter, and am writing to request a pre-motion conference regarding plaintiffs' anticipated motion to file an amended complaint.

Plaintiffs request leave of court to file their motion for leave to file an amended complaint.

Plaintiffs recently received information that defendant National Collegiate Trust does not currently own plaintiffs' loan at issue in the lawsuit. Plaintiffs seek to amend their complaint to name National Collegiate Student Loan Trust 2007-1, the current owner of plaintiffs' loans at issue in the lawsuit, as a defendant in place of National Collegiate Trust.

*So Ordered.*

Respectfully submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

*Counsel for Plaintiffs Jerry Weglarz and Nathan Weglarz*

Buchwald
USDJ
5/15/13

MEMO ENDORSED

Cc: All counsel (by email)