USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2013

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: LIBOR -BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MDL Docket No. 2262 |
|---|---|

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Evans J. Carter for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Evans J. Carter, Esq.
Evans J. Carter, P.C.
860 Worcester Road, 2nd Floor
P.O. Box 812
Framingham, MA 01701
T: (508) 875-1669 / F: (508) 875-1449
ejcatty1@verizon.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the plaintiffs, Highlander Realty, LLC and Jeffrey D. Buckley and on behalf of class members, in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: May 15, 2013

_____
United States District / ~~Magistrate~~ Judge