UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>1:11-md-02262 (NRB)<br><br>**ECF CASE** |
| THIS DOCUMENT RELATES TO:<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE and CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CREDIT SUISSE GROUP AG, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, HSBC HOLDINGS PLC, HSBC BANK PLC, BARCLAYS BANK PLC LLOYDS BANKING GROUP PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, UBS AG, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, CITIBANK NA, CITIGROUP INC., COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A., THE NORINCHUKIN BANK, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., HBOS PLC, SOCIÉTÉ GÉNÉRALE S.A, and ROYAL BANK OF CANADA,<br><br>　　　　　　　　Defendants. | Lead Case No. 11 Civ. 5450 (NRB)<br><br>**ECF CASE**<br><br>**ORAL ARGUMENT REQUESTED** |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED CONSOLIDATED SECOND AMENDED COMPLAINT</u>**

Plaintiffs Mayor and City Council of Baltimore and City of New Britain Firefighters' and Police Benefit Fund ("plaintiffs") respectfully move under Fed. R. Civ. P. 15(a) for leave to file a proposed Consolidated Second Amended Complaint ("CSAC"), which is attached in clean and redlined versions as Exhibits A and B to the corresponding Memorandum of Law In Support of Plaintiff's Motion for Leave to File Proposed Consolidated Second Amended Complaint.

Dated: New York, New York
   May 17, 2013

Respectfully submitted,

By:   /s/ William Christopher Carmody

William Christopher Carmody (WC8478)
Arun Subramanian (AS2096)
Seth Ard (SA1817)
Ashley Simonsen (AS4094)
SUSMAN GODFREY LLP
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: 212-336-8330
Facsimile: 212-336-8340
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars
Los Angeles, California 90067-6029

Drew D. Hansen (pro hac vice)
SUSMAN GODFREY LLP
1201 Third Avenue Suite 3800
Seattle, WA 98101

By:   /s/ Michael D. Hausfeld

Michael D. Hausfeld
William P. Butterfield
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, D.C. 20006

*Counsel for OTC Plaintiffs*