USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/20/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
LIBOR - Based Financial Instruments Antritrust Litigation.      11-md-2262(NRB)

STEPHANIE NAGEL,
On behalf of plaintiff and a class,
                   Plaintiff,                   13 cv 3010   (NRB)
     -against-
BANK OF AMERICA, N.A., and                    ORDER FOR ADMISSION
AMERICAN EDUCATION SERVICES, INC.,            PRO HAC VICE
                   Defendants.

The motion of __Jeffrey D. Bukowski, Esquire__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania__; and that his/her contact information is as follows (please print):

    Applicant's Name: Jeffrey D. Bukowski

    Firm Name: Stevens & Lee

    Address: 111 North 6th Street, P.O. Box 679

    City / State / Zip: Reading, PA 19603

    Telephone / Fax: (610) 478-2215/(610) 988-0805

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __defendant American Education Services__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 20, 2013

                                                                United States District / Magistrate Judge