USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/20/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
LIBOR - Based Financial Instruments Antritrust Litigation.

11-md-2262(NRB)

STEPHANIE NAGEL,
On behalf of plaintiff and a class,
Plaintiff,

13 cv 3010 (NRB)

-against-

BANK OF AMERICA, N.A., and
AMERICAN EDUCATION SERVICES, INC.,
Defendants.

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Jeffrey D. Bukowski, Esquire, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his/her contact information is as follows (please print):

Applicant's Name: Jeffrey D. Bukowski

Firm Name: Stevens & Lee

Address: 111 North 6th Street, P.O. Box 679

City / State / Zip: Reading, PA 19603

Telephone / Fax: (610) 478-2215/(610) 988-0805

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant American Education Services in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 20, 2013

United States District / Magistrate Judge