**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                )
**IN RE: LIBOR-BASED FINANCIAL**           )
**INSTRUMENTS ANTITRUST**                    )   Case No. 1:11-md-02262 (NRB)
**LITIGATION**                                              )
_____  )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Royal Bank of Canada ("RBC") certifies that RBC does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 23, 2013                        Respectfully submitted,

                                                          /s/ Christian T. Kemnitz

                                                          Christian T. Kemnitz (christian.kemnitz@kattenlaw.com)
                                                          Arthur W. Hahn (arthur.hahn@kattenlaw.com)
                                                          Brian J. Poronsky (brian.poronsky@kattenlaw.com)
                                                          KATTEN MUCHIN ROSENMAN LLP
                                                          525 West Monroe Street
                                                          Chicago, Illinois  60661
                                                          312.902.5379

                                                          *Counsel for Royal Bank of Canada*