BBA - The voice of banking and financial services - About Us

The BBA would like to place cookies on your computer to help us make this website better. By continuing to use the site you are agreeing to our use of cookies. To find out more about the use of cookies, please see our **privacy policy**   Accept

**bba**
The voice of banking
& financial services

🔍 [                                   ]   Go

Contact us

| Home | **About us** | Media | Customer | Policy | Statistics | Events & training | Publications | Blog |

- Member list
- BBA Associates
- FAQ
- Contacts
- Sponsorship Opportunities
- Venue hire
- Data protection
- Contact us
- Working for the BBA

**Journey to FCA – Super…** 📅

▶ A timely update on the FCA's handling of…

Home » About us

## About us

### What is the BBA?

The BBA is the leading trade association for the UK banking and financial services sector. We speak for over 200 member banks from 60 countries on the full range of UK and international banking issues.

### What do we do?

***Influencing decision makers***: We promote a legislative and regulatory system for banking and financial services - in the UK, Europe and internationally - which takes account of our members' needs and concerns and provides an effective and competitive market place in which their businesses can prosper.

***Promoting and defending the industry***: We engage with government, devolved administrations and Europe as well as the media and other key stakeholders to ensure the industry's voice is heard and to highlight the strength and importance of UK banking.

### Who do we represent?

We represent over 200 banks. These member banks collectively provide the full range of banking and financial services and make up the world's largest international banking centre, operating some 150 million accounts and contributing £50 billion annually to the UK economy. Our membership list can be found here: Member List

We also represent 70 Associate member firms. These firms enjoy many benefits of BBA membership, including access to up-to-the-minute information about key industry developments and also the ability to directly contact BBA policy directors should specialist help be required. Our Associate member list can be found here: Associate List

### How are we governed?

The BBA is governed by the Board, which meets 4 times per year and comprises the BBA Chief Executive and the Chief Executives of the largest banks operating in the UK, both retail, wholesale and from overseas. The Board represents the whole of the BBA membership. In addition to this the

Cited in In re Libor-Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright. Further reproduction is prohibited without permission.

BBA Council meets twice yearly.

The BBA Board is made up of senior executives from:

Barclays Bank plc
BNP Paribas
Citibank NA
Credit Suisse
Deutsche Bank AG
Hampshire Trust plc
HSBC Bank plc
J.P. Morgan Europe Limited
Lloyds Banking Group
Santander UK plc
Standard Chartered Bank
The Royal Bank of Scotland plc

[BBA Contacts](#)

[BBA / BBA Enterprises Ltd / BBA Libor Ltd address and corporate information](#)

**Applying for Associate Membership**

Applying is easy. Simply complete t...

**Associate Membership Fees**

Professional Associate membership i...

**Becoming a Professional Associate**

Background information, key feature...

**Benefits of Associate Membership at a Glance**

...

**Criteria for BBA membership**

General membership information and ...

**Key Features of Professional Associate Membership**

Being a member of the leading trade...

Home  Contact us  Legal  Sitemap  Links to other sites  RSS

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright. Further reproduction is prohibited without permission.