BBA Libor

BBALIBOR would like to place cookies on your computer to help us make this website better. By continuing to use the site you are agreeing to our use of cookies. To find out more about the use of cookies, please see our privacy policy    Accept

🌐 BBA website                                            💼 Member Sign in:                                             Forgotten password?



- Home
- **News & Releases**
- bbalibor™ Explained
- Technical Aspects
- Rates
- Licencing
- Panels
- Governance
- BBA Repo Rates
- Contact Us
- About the BBA



### Welcome to bbalibor™

**Strengthening LIBOR – confirmed implementation of recommendation number 6 of 'The Wheatley Review'**

BBA publishes results of public consultation on LIBOR and confirms final timescale for reducing range of rates. read more

**BBA reports findings of LIBOR reform consultation**

The timetable for ending LIBOR quotes in some currencies and maturities is published today by the British Bankers' Association, following a month-long consultation with market users. read more

**BBA consults on implementing Wheatley LIBOR reforms**

Following the recommendations of the Wheatley Review of LIBOR, the British Bankers' Association has today issued a consultation on how initial changes will be implemented. read more

**BBA statement on conclusions of Wheatley Review into LIBOR**

The British Bankers' Association said: "The BBA has worked very closely with the Wheatley Review of LIBOR and believe today's report is an essential step. The BBA has strongly stated the need for greater regulatory oversight of LIBOR, and tougher sanctions for those who try to manipulate it. The BBA Council has indicated it would support any recommendation that responsibility for LIBOR should be passed to a new sponsor. read more

**BBA statement on Wheatley Review of LIBOR**

The BBA said today: "The BBA seeks to work with the Wheatley review team as they complete their consultation on the future of LIBOR. If Mr Wheatley's recommendations include a change of responsibility for LIBOR, the BBA will support that." read more

**BBA statement on FSA LIBOR investigation**

The BBA said: "This is an announcement with extremely serious implications which need to be carefully considered and the investigation findings will be fully included in the current review of Libor. read more

**BBA Libor panels**

### Latest news

**Strengthening LIBOR – confirmed implementation of recommendation number 6 of 'The Wheatley Review'**

▸ BBA publishes results of public consultation on LIBOR and confirms…

**BBA reports findings of LIBOR reform consultation**

▸ The timetable for ending LIBOR quotes in some currencies and…

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all BBA LIBOR panels. read more

**Libor - update**

Following the statement issued on 5 March 2012, BBA Libor has today [Wednesday 28 March 2012] set out the next steps for the consultation on a number of technical issues. read more

**BBA Libor panels**

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all BBA LIBOR panels. read more

**BBA Libor panels**

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all BBA LIBOR panels. read more

**BBA Libor panels**

Société Générale will replace National Bank of Canada on the BBA LIBOR panel for the Canadian dollar. read more

**BBA USD LIBOR Panels**

Further to the press notice of 9th December, Bank of Nova Scotia, BNP Paribas Credit Agricole Corporate Investment Bank and Sumitomo Mitsui Banking Corporation will be added to the USD LIBOR panel in February 2011. read more

**BBA USD LIBOR Panels**

In confirmation of the press notice of 8th December, Bank of Nova Scotia, BNP Paribas and Credit Agricole Corporate Investment Bank will be added to the USD LIBOR panel in February 2011. Mizuho Bank will not be added. A further announcement will be made on USD LIBOR panel banks shortly. read more

**BBA Libor panels**

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all BBA LIBOR panels. read more

**Changes to the fixing calendar 2011**

Please find below a link to a fixing and value date calendar for BBA LIBOR over Easter 2011, which also incorporates the new Bank Holiday announced for 29th April. read more

**BBA Repo Rates**

The BBA calculates Repo rates for GBP each London business day. read more

**BBA Libor Panels**

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all the BBA LIBOR panels. read more

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13 Archived on 4/1/13 This document is protected by copyright. Further reproduction is prohibited without permission.

### Understanding BBA LIBOR

The BBA has reissued its popular factsheet Understanding BBA LIBOR, with a comparison of trends in recent years to offer some perspective on current trends. read more

### BBA LIBOR Panels

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all the BBA LIBOR panels. read more

### BBA explains how mortgage costs are calculated

The economic indicators of the easy-credit era have less influence on the cost of high street mortgages today than they had in the past, the BBA explains in a factsheet published today. read more

### Defining the L in BBA LIBOR

The independent Foreign Exchange and Money Markets Committee discuss the definition of BBA LIBOR each time they meet, to ensure the rates remain the best possible benchmark for these rapidly changing markets. read more

### BBA LIBOR Panels

At their recent meeting, the independent Foreign Exchange and Money Markets Committee that oversees BBA LIBOR undertook a full review of all the BBA LIBOR panels. read more

### BBA LIBOR: the world's most important number now tweets daily

The benchmark for an estimated $350 trillion worth of financial contracts worldwide is now using the online messaging service Twitter to provide daily updates to borrowers. read more

### bbalibor Panels - replacement of HBOS

These changes have been made in line with the definition of BBA LIBOR, and contributor panel banks are selected by the BBAs FX and Money Markets Advisory, on the basis of reputation, scale of activity in the London market and perceived expertise in the currency concerned, and giving due consideration to credit standing. read more

### LIBOR fixing and value date calendar over Christmas period

bbalibor rate fixing dates read more

### Clarification of the definition of BBA LIBOR in regard of government guarantee schemes

Technical Release read more

### LIBOR gets enhanced governance and scrutiny procedures

Further enhancements to the current system for producing, checking and verifying the global interest rate benchmark are announced today by the British Bankers' Association. read more

### Taking the mystery out of money - Understanding BBA LIBOR

The British Bankers' Association London Interbank Offered Rate (BBA

Cited in In re Libor Based Fin Instruments Antitrust Litig 11 MD 2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright. Further reproduction is prohibited without permission.

LIBOR) closely reflects the real rates of interest being used by the world's big financial institutions. read more

**BBA comment on Bank of England 3-month repo**

We welcome the Bank of England's announcement read more

© 1998-2013 British Bankers' Association, BBA Enterprises Ltd and BBA LIBOR Ltd. All rights reserved.

For permission to copy please contact BBA Publication Unit.

Any reproduction, republication, transmission or reuse in whole or part requires our consent.

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13 Archived on 4/1/13 This document is protected by copyright. Further reproduction is prohibited without permission.