

Menu  |  Login

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

CME Group » Agriculture » Corn

## Agriculture Products

View an Agricultural Product

Read the latest from our blog >> OpenMarkets

## Corn Futures

View Product List

Quotes  |  **Contract Specifications**  |  Performance Bonds / Margins  |  Product Calendar  |  Learn More

**Futures** | Options

**Corn Futures**

| | |
|---|---|
| Contract Size | 5,000 bushels (~ 127 Metric Tons) |
| Deliverable Grade | #2 Yellow at contract Price, #1 Yellow at a 1.5 cent/bushel premium #3 Yellow at a 1.5 cent/bushel discount |
| Pricing Unit | Cents per bushel |
| Tick Size (minimum fluctuation) | 1/4 of one cent per bushel ($12.50 per contract) |
| Contract Months/Symbols | March (H), May (K), July (N), September (U) & December (Z) |
| Trading Hours | CME Globex (Electronic Platform): 5:00 pm - 2:00 pm, Sunday - Friday Central Time<br>Open Outcry (Trading Floor): 9:30 am - 2:00 pm Monday - Friday Central Time |
| Daily Price Limit | $0.40 per bushel expandable to $0.60 when the market closes at limit bid or limit offer. There shall be no price limits on the current month contract on or after the second business day preceding the first day of the delivery month. |
| Settlement Procedure | Daily Grains Settlement Procedure (PDF)<br>Final Corn Settlement Procedure (PDF) |
| Last Trade Date | The business day prior to the 15th calendar day of the contract month. |

| | | |
|---|---|---|
| Last Delivery Date | Second business day following the last trading day of the delivery month. | |
| Product Ticker Symbols | CME Globex (Electronic Platform) | ZC<br>C=Clearing |
| | Open Outcry (Trading Floor) | C |
| Exchange Rule | These contracts are listed with, and subject to, the rules and regulations of CBOT. | |



- Download our mobile apps

- Interact with CME Group

  - Follow us on Twitter
  - Follow us on Facebook
  - View RSS Feeds
  - Subscription Center
  - Follow us on Google+
  - Follow us on Pinterest
  - Get LinkedIn
  - weibo.com

- Idea Exchange

  - Idea Exchange is your direct link to the product managers, marketers, and the development teams who create cmegroup.com and will allow you to review functionality, participate in focus groups and provide feedback on upcoming Web initiatives

- Contact Us

  - CME Group/Chicago HQ:
    Local: +1 312 930 1000
    Toll Free: +1 866 716 7274

    Global Customer Contacts

  - CME Customer Service:
    Phone: +1 312 930 2316
    Toll Free: +1 800 331 3332
    E-mail: info@cmegroup.com

    More CME Group Direct Lines
    Phone list by department

- Global Partnerships

- Exchange Partners | Index Partners | Subsidiaries & Other Ventures

- Global

- Français | Deutsch | Italiano | Español | Português | 中文 (简体) Chinese Simplified | 中文 (繁體) Chinese Traditional | 日本語 Japanese | 한국어 Korean

- Global Offices - Contact Information

  - Chicago - Global Headquarters | New York | Washington, D.C. | Houston | Calgary | São Paulo | London | Belfast | Singapore | Hong Kong | Tokyo |

Cited in In re Libor Based Fin Instruments Antitrust Litig
11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

Corn

Seoul



© 2013 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy

- CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of five Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX, COMEX and KCBT.

Cited in In re Libor Based Fin Instruments Antitrust Litig
11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright.
Further reproduction is prohibited without permission.