

Menu  |  Login

CME Group » Interest Rates » Eurodollar

## Interest Rates Products

**View an Interest Rate Product**
Select and go...

## Eurodollar Futures

View Product List

Quotes  |  **Contract Specifications**  |  Performance Bonds / Margins  |  Product Calendar  |  Learn More

**Futures**   Options

### Eurodollar Futures

| | |
|---|---|
| Underlying Instrument | Eurodollar Time Deposit having a principal value of USD $1,000,000 with a three-month maturity. |
| Price Quote | Quoted in IMM Three-Month LIBOR index points or 100 minus the rate on an annual basis over a 360 day year (e.g., a rate of 2.5% shall be quoted as 97.50). 1 basis point = .01 = $25. |
| Tick Size (minimum fluctuation) | One-quarter of one basis point (0.0025 = $6.25 per contract) in the nearest expiring contract month;<br>One-half of one basis point (0.005 = $12.50 per contract) in all other contract months.<br>The "new" front-month contract begins trading in 0.0025 increments on the same Trade Date as the Last Trading Day of the expiring "old" front-month contract. |
| Contract Months | Mar, Jun, Sep, Dec, extending out 10 years (total of 40 contracts) plus the four nearest serial expirations (months that are not in the March quarterly cycle). The new contract month terminating 10 years in the future is listed on the Tuesday following expiration of the front quarterly contract month. |
| Last Trading Day | The second London bank business day prior to the third Wednesday of the contract expiry month. Trading in the expiring contract closes at 11:00 a.m. London Time on the last trading day. |
| Settlement Procedure | Final Eurodollar Futures Settlement Procedure (PDF)<br>Daily Eurodollar Futures Settlement Procedure (PDF) |
| Position Limits | None |

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

Eurodollar

| | | |
|---|---|---|
| Block Minimum | Block Trading Minimums | |
| All or None Minimum | All or None Minimums | |
| Rulebook Chapter | CME Chapter 452 | |
| Trading Hours (All times listed are Central Time) | OPEN OUTCRY | MON-FRI: 7:20 a.m. - 2:00 p.m. |
| | CME GLOBEX | SUN - FRI: 5:00 p.m. - 4:00 p.m. CT |
| Ticker Symbol | OPEN OUTCRY | ED |
| | CME GLOBEX | GE |
| Exchange Rule | These contracts are listed with, and subject to, the rules and regulations of CME. | |



- Download our mobile apps

- **Interact with CME Group**

  - Follow us on Twitter
  - Follow us on Facebook
  - View RSS Feeds
  - Subscription Center
  - Follow us on Google+
  - Follow us on Pinterest
  - Get LinkedIn
  - weibo.com

- **Idea Exchange**

  - Idea Exchange is your direct link to the product managers, marketers, and the development teams who create cmegroup.com and will allow you to review functionality, participate in focus groups and provide feedback on upcoming Web initiatives

- **Contact Us**

  - CME Group/Chicago HQ:
    Local: +1 312 930 1000
    Toll Free: +1 866 716 7274

    Global Customer Contacts

  - CME Customer Service:
    Phone: +1 312 930 2316
    Toll Free: +1 800 331 3332
    E-mail: info@cmegroup.com

    More CME Group Direct Lines
    Phone list by department

Cited in In re Libor Based Fin Instruments Antitrust Litig 11MD2262 Decided 3/29/13 Archived on 4/1/13 This document is protected by copyright. Further reproduction is prohibited without permission.

Eurodollar

- **Global Partnerships**

- Exchange Partners | Index Partners | Subsidiaries & Other Ventures

- **Global**

- Français | Deutsch | Italiano | Español | Português | 中文 (简体) Chinese Simplified | 中文 (繁體) Chinese Traditional | 日本語 Japanese | 한국어 Korean

- **Global Offices -** Contact Information

- Chicago - Global Headquarters | New York | Washington, D.C. | Houston | Calgary | São Paulo | London | Belfast | Singapore | Hong Kong | Tokyo | Seoul



- © 2013 CME Group Inc. All rights reserved.
- Careers | Site Map | Disclaimer | Privacy Policy

- CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of five Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX, COMEX and KCBT.

Cited in In re Libor Based Fin Instruments Antitrust Litig
11MD2262 Decided 3/29/13
Archived on 4/1/13
This document is protected by copyright.
Further reproduction is prohibited without permission.