**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | )<br>)   Case No. 1:11-md-2262 (NRB)<br>)<br>) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Plaintiffs County of San Mateo, the San Mateo County Joint Powers Financing Authority, City of Riverside, the Riverside Public Financing Authority, County of San Diego, East Bay Municipal Utility District, City of Richmond, the Richmond Joint Powers Financing Authority, and the Successor Agency to the Richmond Community Redevelopment Agency, through their counsel of record, hereby respectfully move, pursuant to Local Civil Rule 1.4, for withdrawal of Daniel R. Sterrett's appearance in connection with the above-captioned action.  Daniel R. Sterrett is no longer with the firm of Cotchett, Pitre & McCarthy, LLP.

Plaintiffs will continue to be represented by Joseph W. Cotchett, Nanci E. Nishimura, and Frank C. Damrell of the law firm Cotchett, Pitre & McCarthy, LLP.

Dated: May 30, 2013                     Respectfully submitted,


    /s/ Nanci E. Nishimura
Joseph W. Cotchett
Nanci E. Nishimura
Frank C. Damrell, Jr.
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Counsel for Plaintiffs County of San Mateo, the*
*San Mateo County Joint Powers Financing*
*Authority, City of Riverside, the Riverside Public*
*Financing Authority, County of San Diego, East*

*Bay Municipal Utility District, City of Richmond,
the Richmond Joint Powers Financing Authority,
and the Successor Agency to the Richmond
Community Redevelopment Agency*