IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

In re:
LIBOR-BASED Financial Instruments Antitrust Litigation    11-md-2262 (NRB)

-----------------------------------------------------------------------------

STEPHANIE NAGEL,
On behalf of plaintiff and a class,

                                                                                              13-cv-3010 (NRB)

          Plaintiff,

  vs.

BANK OF AMERICA, N.A. and AMERICAN
EDUCATION SERVICES, INC.,

          Defendants

-----------------------------------------------------------------------------x

**STIPULATION TO DISMISS DEFENDANT AMERICAN
EDUCATION SERVICES ONLY**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stephanie Nagel and Defendant American Education Services (incorrectly identified in the caption as American Education Services, Inc.) hereby stipulate to the dismissal of Nagel's individual claims against Defendant American Education Services, only, without prejudice, and the claims of the putative class against Defendant American Education Services, only, without prejudice, and without costs.

Respectfully submitted,

| | |
|---|---|
| **STEPHANIE NAGEL** | **AMERICAN EDUCATION SERVICES** |
| By: s/Tiffany N. Hardy | By: s/Jeffrey D. Bukowski |
| Tiffany N. Hardy | Jeffrey D. Bukowski |
| One of her Attorneys | One of its Attorneys |

1

| | |
|---|---|
| Daniel A. Edelman<br>Tiffany N. Hardy<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>120 S. LaSalle Street, 18th Floor<br>Chicago, Illinois 60603<br>(312) 739-4200<br>(312) 419-0379 (FAX) | Jeffrey D. Bukowski<br>Daniel B. Huyett<br>STEVENS & LEE, P.C.<br>111 North Sixth Street<br>Reading, PA 19603<br>(610) 478-2219<br>(610) 988-0801 (FAX)<br><br>Constantine D. Pourakis<br>STEVENS & LEE, PC<br>485 Madison Avenue<br>New York, NY 10022<br>(212) 537-0409<br>(212) 319-8505 (FAX) |

## **CERTIFICATE OF SERVICE**

     I, Tiffany N. Hardy, hereby certify that on May 31, 2013, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which will send notification of such filings to all counsel of record.

s/ Tiffany N. Hardy  
Tiffany N. Hardy
