| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL NO. 2262 NO. 1:11-MD-02262-NRB |
|---|---|
| THIS DOCUMENT RELATES TO: | ECF Case |
| JERRY WEGLARZ and NATHAN WEGLARZ, on behalf of plaintiffs and a class, v. JP MORGAN CHASE BANK, N.A. and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, Defendants. | NO. 1:13-cv-1198-NRB |

**TO:** (See attached service list.)

      **PLEASE TAKE NOTICE** that on a date to be determined, we will appear before Honorable Judge Buchwald in Courtroom 21A in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, and present the following: **PLAINTIFFS' NOTICE OF MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE *INSTANTER* THEIR FIRST AMENDED COMPLAINT** pursuant to Fed. R. Civ. P. 15 to request that this Court enter an order determining that Plaintiffs Jerry Weglarz and Nathan Weglarz may file their first amended complaint.

      Respectfully submitted,

      s/Daniel A. Edelman
      Daniel A. Edelman

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on June 4, 2013 a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which will send notification of such filings to all counsel of record.

I further certify that the foregoing document will be sent via U.S. Mail to:

**National Collegiate Trust**
466 Lexington Ave.
New York, NY 10017-3140.

s/Daniel A. Edelman
Daniel A. Edelman
