**MEMO ENDORSED**                    MEMO ENDORSED

# Hogan
# Lovells



Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 30, 2013

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/11/2013
```

MEMO ENDORSED

Re:    1:11-md-02262-NRB
       In Re: Libor-Based Financial Instruments Antitrust Litigation

Dear Judge Buchwald:

I am writing to request that my appearance be removed from the above-captioned matter. As of Friday, May 31, 2013, I will no longer be affiliated with the law firm Hogan Lovells U.S., LLP as I have accepted a position as Chief of the Antitrust Bureau in the Office of the Attorney General of the State of New York.

After my appearance has been removed, I will update my ECF account to reflect my new position. I thank the Court and the Clerk's Office for its attention to this matter.

Sincerely,

Eric Stock, Esq.

Partner
Eric.Stock@hoganlovells.com
D 212-918-8277

*So Ordered.* /s/ Naomi Reice Buchwald
6/10/13

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rio de Janeiro Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com