USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/11/2013

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
                                    )
IN RE: LIBOR-BASED FINANCIAL        )    Case No. 1:11-md-2262 (NRB)
INSTRUMENTS ANTITRUST LITIGATION    )
                                    )
```

## [PROPOSED] ORDER FOR WITHDRAWAL OF APPEARANCE

WHEREAS Plaintiffs County of San Mateo, the San Mateo County Joint Powers

Financing Authority, City of Riverside, the Riverside Public Financing Authority, County of San

Diego, East Bay Municipal Utility District, City of Richmond, the Richmond Joint Powers

Financing Authority, and the Successor Agency to the Richmond Community Redevelopment

Agency have filed a Motion for Withdrawal of Appearance of Daniel R. Sterrett.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of

Daniel R. Sterrett is GRANTED; and the Court further directs the Clerk to remove Daniel R.

Sterrett from the docket in the above-noted cases.  IT IS SO ORDERED.

Dated: June 10, 2013

Hon. Naomi Reice Buchwald
United States District Judge