UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No 1:11-md-02262-NRB <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that LISA J. FRIED of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendants Lloyds Banking Group plc and HBOS plc in this action and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
       June 28, 2013

HOGAN LOVELLS US LLP

    /s/ Lisa J. Fried
Lisa J. Fried
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
lisa.fried@hoganlovells.com

*Attorneys for Lloyds Banking Group plc and HBOS plc*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28 2013, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: June 28, 2013            /s/ Lisa J. Fried
                                Lisa J. Fried