# MEMO ENDORSED

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

## MEMO ENDORSED

VIA FACSIMILE

July 10, 2013



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL 10 2013
UNITED STATES COURT JUDGE

Honorable Naomi Reice Buchwald
United States District Judge
Untied States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/2013

    Re:   *In re Libor-Based Fin. Instruments Antitrust Litig.,*
           MDL No. 2262, 11 Civ. 2613, Master File No. 1:11-md-2262-NRB

Dear Judge Buchwald:

## MEMO ENDORSED

We represent the Exchange-Based Plaintiffs ("Plaintiffs") in the above-referenced matter. We write respectfully to request permission to file a reply brief of no more than 17 pages in length in response to Defendants' Opposition to Plaintiffs' Motion For Leave To Amend ("Opposition Brief") [Dkt. No. 362]. We submit this letter pursuant to paragraph 2.C. of Your Honor's Individual Practices, which limits reply briefs to 10 pages in length absent Court permission. Plaintiffs request the additional seven pages in order to fully address, *inter alia,* Defendants' (i) citation to and characterization of 11 news articles introduced for the first time in support of their Opposition Brief, and (ii) arguments regarding the adequacy of Plaintiffs' proposed trader-based manipulation allegations, which have not previously been briefed. This is Plaintiffs' first request for an extension of the page limitations for their reply brief. Defendants have stated that they take no position with respect to this request.

*Handwritten endorsement:* Application granted, but plaintiffs are encouraged (strongly) to keep their papers as short as possible. /s/ Naomi Reice Buchwald USDJ 7/11/13

Respectfully submitted,

/s/ Christopher Lovell        /s/ David E. Kovel

Christopher Lovell, Esq.
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900

David E. Kovel, Esq.
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600

*Interim Co-Lead Counsel for
Exchange-Based Plaintiffs
and the Proposed Class*

cc:     All counsel of record (by email)

NEW YORK         CALIFORNIA