DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/24/2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
IN RE: LIBOR-BASED FINANCIAL    :    Case No. 1:11-md-2262-NRB
INSTRUMENTS ANTITRUST LITIGATION :
---------------------------------------------------------------- x

## ORDER

The motion of Joel S. Sanders, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name: Joel S. Sanders

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 555 Mission Street, Suite 3000

City / State / Zip: San Francisco, CA 94105

Telephone / Fax: 415-393-8268 / 415-374-8439

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: July 24, 2013

_____
United States District / Magistrate Judge