
MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In RE:

LIBOR-Based Financial Instruments
Antitrust Litigation

This Document Applies to: All Cases
-------------------------------------------------------------x
-------------------------------------------------------------x

COMMUNITY BANK & TRUST, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

BANK OF AMERICA CORPORATION; BANK
OF AMERICA, N.A.; CITIGROUP, INC.;
CITIBANK, N.A.; JPMORGAN CHASE & CO.;
and JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

Defendants.
-------------------------------------------------------------x

MEMO ENDORSED

11 MD 2262 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2013

12 Civ. 4205 (NRB)

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Patrick A. Klingman, undersigned counsel, hereby respectfully moves, pursuant to Local Civil Rule 1.4, for leave to withdraw his appearance for Plaintiff in connection with the above-captioned action. Colleagues at Shepherd, Finkelman, Miller & Shah, LLP with appearances in this matter, together with co-counsel, will continue to represent Plaintiff.

MEMO ENDORSED

ENDORSEMENT

Application granted.

[signature]

July 30, 2013

Respectfully submitted,

s/ Patrick A. Klingman
James E. Miller
Patrick A. Klingman (PK-3658)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
(860) 526-1100
(860) 526-1120 (facsimile)
Email: jmiller@sfmslaw.com
       pklingman@sfmslaw.com

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
36 East State Street
Media, PA  19063
(610) 891-9880
(610) 891-9883 (facsimile)
Email: nfinkelman@sfmslaw.com

Rose F. Luzon
Kolin C. Tang
Shepherd, Finkelman, Miller & Shah, LLP
401 West A Street, Suite 2350
San Diego, CA  92101
(619)-235-2416
(619)-234-7334 (facsimile)
Email: rluzon@sfmslaw.com
       ktang@sfmslaw.com

Thomas V. Urmy
Edward F. Haber
Charles E. Tompkins
Shapiro, Haber & Urmy, L.L.P.
53 State Street
Boston, MA  02109
(617) 439-3939
(617) 439-0134 (facsimile)
Email: turmy@shulaw.com
       ehaber@shulaw.com
       ctompkins@shulaw.com

        Douglas P. Dehler
        Greg W. Lyons
        O'Neil, Cannon, Hollman, DeJong & Laing, S.C.
        111 E. Wisconsin Avenue, Suite 1400
        Milwaukee, WI 53202
        (414) 276-5000
        (414) 276-6581 (facsimile)
        Email: doug.dehler@wilaw.com
                greg.lyons@wilaw.com

        Counsel for Plaintiff