UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLB AG,<br><br>Defendants. | Master File No. 1:11-md-02262- NRB<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that K. Craig Wildfang, Stacey P. Slaughter, Christopher W. Madel, Thomas J. Undlin, Robert A. Mescon, and their firm Robins, Kaplan, Miller & Ciresi L.L.P., who entered appearances on behalf of *Plaintiff City of New Britain Firefighters' and Police Benefit Fund*, hereby respectfully move the Court, pursuant to Local Civil Rule 1.4, to withdraw their appearances in the above-captioned matter. Scott+Scott LLP and The Mogin Law Firm, P.C. continue to serve as counsel for *Plaintiff City of New Britain Firefighters' and Police Benefit Fund*.

Dated: New York, NY
August 6, 2013

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*s/Thomas J. Undlin*
K. Craig Wildfang
Stacey P. Slaughter
Christopher W. Madel
Thomas J. Undlin

84086936.1

      2800 LaSalle Plaza
      800 LaSalle Avenue South
      Minneapolis, MN 55402-2015
      (612) 349-8500
      kcwildfang@rkmc.com
      spslaughter@rkmc.com
      cwmadel@rkmc.com
      tjundlin@rkmc.com

and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

      Robert A. Mescon
      601 Lexington Avenue
      Suite 3400
      New York, NY 10022-4611
      (212) 980-7400
      ramescon@rkmc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Dated: New York, NY  
August 6, 2013

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

s/Thomas J. Undlin  
K. Craig Wildfang  
Stacey P. Slaughter  
Christopher W. Madel  
Thomas J. Undlin  
2800 LaSalle Plaza  
800 LaSalle Avenue South  
Minneapolis, MN 55402-2015  
(612) 349-8500  
kcwildfang@rkmc.com  
spslaughter@rkmc.com  
cwmadel@rkmc.com  
tjundlin@rkmc.com

and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Robert A. Mescon  
601 Lexington Avenue  
Suite 3400  
New York, NY 10022-4611  
(212) 980-7400  
ramescon@rkmc.com