AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Lit )<br>*Plaintiff* )<br>v. )<br> )<br>*Defendant* ) | Case No.  11-md-02262-NRB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff 33-35 Green Pond Associates                    .

Date:   08/07/2013

/s/ Jeffrey A. Shooman
*Attorney's signature*

Jeffrey A. Shooman (JS8207)
*Printed name and bar number*

Lite DePalma Greenberg, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
*Address*

jshooman@litedepalma.com
*E-mail address*

(973) 623-3000
*Telephone number*

(973) 623-0858
*FAX number*