UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re LIBOR-Based Financial         Case No. 11-MD-2262
Instruments Anitrust Litigation     Plaintiff,

-against-

Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Joshua Seth Kyle
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  4744561

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sullivan & Cromwell LLP
            FIRM ADDRESS: 125 Broad Street, NY, NY 10004
            FIRM TELEPHONE NUMBER: 212-558-4000
            FIRM FAX NUMBER: 212-291-9367

NEW FIRM:   FIRM NAME: Barclays Bank PLC
            FIRM ADDRESS: 745 7th Avenue, NY, NY 10019
            FIRM TELEPHONE NUMBER: 212-526-8532
            FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/12/13

_____
ATTORNEY'S SIGNATURE