UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MD-2262 (NRB) (THK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd. in the above-captioned action:

>Richard D. Owens
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022
>Telephone: (212) 906-1396
>Facsimile:  (212) 751-4864
>E-mail: richard.owens@lw.com

Dated: August 14, 2013
New York, New York

LATHAM & WATKINS LLP

By:    /s/  Richard D. Owens
Richard D. Owens
885 Third Avenue
New York, New York  10022
Telephone: (212) 906-1396
Facsimile: (212) 751-4864

*Attorneys for Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd.*