UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MD-2262 (NRB) (THK)  **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd. in the above-captioned action:

> Jeff G. Hammel
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile:  (212) 751-4864
> E-mail: jeff.hammel@lw.com

Dated: August 14, 2013
New York, New York

LATHAM & WATKINS LLP

By:   /s/ Jeff G. Hammel
Jeff G. Hammel
885 Third Avenue
New York, New York  10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd.*