UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11-MD-2262 (NRB) (THK) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd. in the above-captioned action:

> Jennifer Greenberg
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1871
> Facsimile:   (212) 751-4864
> E-mail: jennifer.greenberg@lw.com

Dated:  August 14, 2013
         New York, New York                    LATHAM & WATKINS LLP


                                               By:    /s/  Jennifer Greenberg
                                                       Jennifer Greenberg
                                                       885 Third Avenue
                                                       New York, New York  10022
                                                       Telephone: (212) 906-1871
                                                       Facsimile: (212) 751-4864

                                               *Attorneys for Defendants British Bankers' Association, BBA Enterprises, Ltd., and BBA Libor, Ltd.*