Case 1:11-md-02262-NRB   Document 377   Filed 08/06/13   Page 1 of 2

MEMO ENDORSED

**MEMO ENDO**...

RECEIVED IN CHAMBERS
ELECTRONICA
DOC #:
08/15/2013

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, CITIBANK NA, DEUTSCHE BANK AG, HBOS plc, HSBC HOLDINGS PLC, JPMORGAN CHASE & CO., LLOYDS BANKING GROUP PLC, UBS AG, and WESTLB AG,<br><br>Defendants. | Master File No. 1:11-md-02262-NRB<br><br>**MEMO ENDORSED**<br><br>MOTION FOR WITHDRAWAL OF APPEARANCE |

*[Handwritten: Motion granted. So ordered. August 14, 2013]*

PLEASE TAKE NOTICE that K. Craig Wildfang, Stacey P. Slaughter, Christopher W. Madel, Thomas J. Undlin, Robert A. Mescon, and their firm Robins, Kaplan, Miller & Ciresi L.L.P., who entered appearances on behalf of *Plaintiff City of New Britain Firefighters' and Police Benefit Fund*, hereby respectfully move the Court, pursuant to Local Civil Rule 1.4, to withdraw their appearances in the above-captioned matter. Scott+Scott LLP and The Mogin Law Firm, P.C. continue to serve as counsel for *Plaintiff City of New Britain Firefighters' and Police Benefit Fund*.

Dated: New York, NY
August 6, 2013

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*s/Thomas J. Undlin*
K. Craig Wildfang
Stacey P. Slaughter
Christopher W. Madel
Thomas J. Undlin

84086936.1

2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
(612) 349-8500
kcwildfang@rkmc.com
spslaughter@rkmc.com
cwmadel@rkmc.com
tjundlin@rkmc.com

and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Robert A. Mescon
601 Lexington Avenue
Suite 3400
New York, NY 10022-4611
(212) 980-7400
ramescon@rkmc.com