USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/23/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GUARANTY BANK & TRUST COMPANY, etc.,

               Plaintiff,

   - against -

CREDIT SUISSE GROUP AG, et al.,

              Defendants.
------------------------------------X

**O R D E R**

13 Civ. 346 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    To the extent that plaintiffs seek to be considered a case within the LIBOR MDL, 11 MD 2262 (NRB), rather than as a related case filed in this district, the motion is granted.  In all other respects, the motion is denied without prejudice and the case is ordered subject to the continuing stay contained in our Memorandum and Order of August 23, 2013.

    **SO ORDERED.**

Dated:   New York, New York
           August 23, 2013

                                             NAOMI REICE BUCHWALD
                                             UNITED STATES DISTRICT JUDGE