UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE: LIBOR BASED FINANCIAL ) 
INSTRUMENTS ANTITRUST LITIGATION ) Docket No. 11-MD-2262 (NRB)
 )
-------------------------------------------------------------X
SALIX CAPITAL US INC. )
 )
        Plaintiff, ) No. 13-cv-4018 (NRB)
 )
        -against- )
 )
BANC OF AMERICA SECURITIES LLC, )
BANK OF AMERICA CORPORATION, )
BANK OF AMERICA, N.A., BARCLAYS )
BANK PLC, BARCLAYS CAPITAL INC., )
CITIBANK N.A., CITIGROUP GLOBAL ) **NOTICE OF APPEARANCE**
MARKETS LTD., CITIGROUP INC., )
CREDIT SUISSE GROUP AG, CREDIT )
SUISSE INTERNATIONAL, CREDIT )
SUISSE SECURITIES (USA) LLC, )
DEUTSCHE BANK AG, DEUTSCHE BANK )
SECURITIES, INC., JPMORGAN CHASE & )
CO., JPMORGAN CHASE BANK, N.A., J.P. )
MORGAN SECURITIES LLC, f/k/a J.P. )
MORGAN SECURITIES INC., ROYAL )
BANK OF SCOTLAND PLC, and UBS AG, )
 )
        Defendants, )
-------------------------------------------------------------X

        PLEASE TAKE NOTICE that Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

*[remainder of the page intentionally left blank]*

Dated: New York, New York
August 28, 2013

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:    /s/ Omari L. Mason
        Omari L. Mason (omason@stblaw.com)
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC.*