**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,<br>            Plaintiffs,<br>    v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>            Defendants. | MDL No. 2262 |
| METZLER INVESTMENT GMBH, ET AL.,<br>            Plaintiffs,<br>    v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>            Defendants. | Master File No. 1:11-md-2262-NRB |
| GELBOIM, ET AL.,<br>            Plaintiffs,<br>    v.<br>CREDIT SUISSE GROUP AG, ET AL.,<br>            Defendants. | ECF Case |
| CHARLES SCHWAB BANK, N.A., ET AL.,<br>            Plaintiffs,<br>    v.<br>BANK OF AMERICA CORPORATION, ET AL.<br>            Defendants. | **NOTICE OF APPEARANCE** |
| SCHWAB MONEY MARKET FUND, ET AL.,<br>            Plaintiffs,<br>    v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>            Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL.,<br>            Plaintiffs,<br>    v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>            Defendants. | |

PLEASE TAKE NOTICE that Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and

JPMorgan Chase Bank, N.A. in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
August 28, 2013

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Omari L. Mason
      Omari L. Mason (omason@stblaw.com)
      425 Lexington Avenue
      New York, New York 10017
      Tel: (212) 455-2000
      Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*