IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANICAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>EXCHANGE-BASED PLAINTIFF ACTION | MDL No. 2262<br>No. 1:11-MD-02262-NRB<br><br>ECF CASE |

### PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 23, 2013 MEMORANDUM AND ORDER

PLEASE TAKE NOTICE that the undersigned attorneys for the Exchange-Based Plaintiffs will move this Court before the Honorable Judge Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 15 of the Federal Rules of Civil Procedure granting the Exchange-Based Plaintiffs' Motion for Reconsideration of that portion of the Court's August 23, 2013 Memorandum and Order denying Exchange-Based Plaintiffs' motion to file their Second Amended Consolidated Class Action Complaint to include allegations based on trader-based manipulation during the period January 1, 2005 through the beginning of August 2007.

Dated:  September 6, 2013
        New York, New York

Respectfully submitted,

    /s/ David E. Kovel
David E. Kovel
Daniel Hume, Esq.
Roger Kirby, Of Counsel
Lauren Wagner Pederson, Of Counsel
**KIRBY McINERNEY LLP**
825 Third Avenue, 16th floor
New York, New York 10022

Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: dkovel@kmllp.com
dhume@kmllp.com
roger.w.kirby@gmail.com
lpederson@kmllp.com

*Interim Co-Lead Counsel for Exchange-Based Plaintiffs and the Class*


____/s/ *Christopher Lovell*____
Christopher Lovell
Gary Jacobson
Ian T. Stoll
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Email: clovell@lshllp.com
gsjacobson@lshllp.com
istoll@lshllp.com

*Interim Co-Lead Counsel for Exchange-Based Plaintiffs and the Class*