<u>**CERTIFICATE OF SERVICE**</u>

      I, Christopher Lovell, hereby certify that on this 6th day of September 2013, true and correct copies of the foregoing ***Plaintiffs' Notice of Motion for Reconsideration of the Court's August 23, 2013 Memorandum and Order, Exchange-Based Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration of The Court's August 23, 2013 Memorandum and Order***, and ***Declaration Of David E. Kovel in Support of The Exchange-Based Plaintiffs' Motion for Reconsideration of the Court's August 23, 2013 Memorandum and Order and Exhibits A-C thereto*** were filed and served via the Southern District's ECF system.

Dated:  New York, New York
        September 6, 2013

                                    */s/ Christopher Lovell*
                                    Christopher Lovell
                                    **Lovell Stewart Halebian Jacobson LLP**
                                    61 Broadway, Suite 501
                                    New York, New York 10006
                                    T:     (212) 608-1900
                                    F:     (212) 719-4775