AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Principal Financial Group, Inc.,; et al. | ) | | |
|---|---|---|---|
| Plaintiff | ) | | |
| v. | ) | Case No. | 11-MD-2262 (NRB) (THK) |
| Bank of America Corporation; et al. | ) | | |
| Defendant | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Principal Financial Group, Inc., et al.

Date: 09/10/2013

/s/ Stacey P. Slaughter
*Attorney's signature*

Stacey P. Slaughter (4937967)
*Printed name and bar number*

Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402-2015
*Address*

spslaughter@rkmc.com
*E-mail address*

(612) 349-8500
*Telephone number*

(612) 339-4181
*FAX number*