UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>This Documents Relates to: All Cases | MDL No. 2262 (NRB)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned attorney, ALEJANDRA DE URIOSTE, of the law firm CLIFFORD CHANCE US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants **The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc**, and **RBS Citizens, N.A.** in the above-captioned matter.

Dated: New York, New York
      September 11, 2013

      CLIFFORD CHANCE US LLP

      By:  S/ _____
            Alejandra de Urioste

      Clifford Chance US LLP
      31 West 52nd Street
      New York, NY 10019
      (212) 878-8000 (phone)
      (212) 878-8375 (fax)
      alejandra.deurioste@cliffordchance.com