**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: LIBOR-Based Financial Instruments Antitrust Litigation | No. 11 MD 2262 (NRB) (THK)<br><br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP shall appear as counsel for Deutsche Bank AG, a defendant in

individual actions that have been consolidated in the above-captioned matter.

Dated:   New York, New York
         September 12, 2013

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Ankush Khardori
    Ankush Khardori
    akhardori@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:    (212) 373-3596
Fax:    (212) 492-0596

*Counsel for Deutsche Bank AG*