**KIRBY McINERNEY LLP**

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
  Roger W. Kirby
  Alice McInerney

**BY HAND DELIVERY**

September 16, 2013

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   *Libor-Based Financial Instruments Antitrust Litig.*,
>         MDL No. 2262; 11 Civ. 2613

Dear Judge Buchwald:

We are interim co-lead counsel for the Exchange-Based Plaintiffs ("Plaintiffs") in the above-referenced action and enclose with this letter courtesy copies of Plaintiffs' Corrected Second Amended Consolidated Class Action Complaint ("Corrected SAC"), which Plaintiffs filed with the Court today.  The Corrected SAC contains Figure 20 (page 49) and Figure 21 (page 176), which were omitted or not correctly inserted in original SAC filed on September 10, 2013.[1]

Defendants have advised Plaintiffs that they have no objection to the filing of the Corrected SAC, although Defendants reserve their right to object to the pleading on all other grounds.

---

[1] The corrected SAC also includes a footnote (n. 154) explaining that Plaintiffs include allegations for antitrust and common law claims previously dismissed by the Court (Fifth and Sixth Claims for relief, respectively) and a Commodity Exchange Act claim arising from trader-based manipulation during January 1, 2005 through early-August 2007 (Second Claim for Relief), not to assert live claims, but to preserve such claims for appeal.

NEW YORK          CALIFORNIA

**KIRBY McINERNEY LLP**

Honorable Naomi Reice Buchwald
Page 2
September 16, 2013

Respectfully submitted,

 */s/ Christopher Lovell*          */s/ David E. Kovel*
Christopher Lovell, Esq.          David E. Kovel, Esq.
LOVELL STEWART HALEBIAN          KIRBY McINERNEY LLP
JACOBSON LLP                      825 Third Avenue
61 Broadway, Suite 501            New York, NY 10022
New York, NY 10006

*Interim Co-Lead Counsel for Exchange-Based Plaintiffs*

Enclosures

Cc:    All counsel of record (by electronic service)