# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master Case 11-md-2262 (NRB)<br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>Case No. 12 CV 1025 (NRB) | |
| ELLEN GELBOIM and LINDA ZACHER, individually for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE GROUP AG, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, HSBC HOLDINGS PLC, HSBC BANK PLC, BARCLAYS BANK PLC, LLOYDS BANKING GROUP PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, UBS AG, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, CITIBANK NA, CITIGROUP INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., THE NORINCHUKIN BANK, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., and ROYAL BANK OF CANADA,<br><br>Defendants. | **NOTICE OF APPEAL** |

Notice is hereby given that Ellen Gelboim and Linda Zacher, plaintiffs in the above named action ("Bondholder Plaintiffs"), individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from: (1) the

March 29, 2013 Memorandum and Order dismissing all claims for relief asserted by Bondholder Plaintiffs, (2) each and every part of the final judgment[1] associated with the dismissal of all claims for relief asserted by Bondholder Plaintiffs, (3) all orders subsumed within said final judgment, and, (4) without limitation, (a) the August 23, 2013 Memorandum and Order denying Bondholder Plaintiffs' motion for leave to amend their complaint, and (b) the August 10, 2012 Order foreclosing Bondholder Plaintiffs' earlier proposed motion for leave to amend.

Dated: September 17, 2013

| /s/ *Karen L. Morris* | /s/*David H. Weinstein* |
|---|---|
| KAREN L. MORRIS | DAVID H. WEINSTEIN |
| PATRICK F. MORRIS | STEVEN A. ASHER |
| R. MICHAEL LINDSEY | ROBERT S. KITCHENOFF |
| MORRIS AND MORRIS LLC | JEREMY S. SPIEGEL |
|    COUNSELORS AT LAW | WEINSTEIN KITCHENOFF & ASHER LLC |
| 4001 Kennett Pike, Suite 300 | 1845 Walnut Street, Suite 1100 |
| Wilmington, DE 19807 | Philadelphia, PA 19103 |
| Tele: (302) 426-0400 | Tele: (215) 545-7200 |
| Fax: (302) 426-0406 | Fax: (215) 545-6535 |
| Email: kmorris@morrisandmorrislaw.com | Email: weinstein@wka-law.com |
|       pmorris@morrisandmorrislaw.com |       asher@wka-law.com |
|       rmlindsey@morrisandmorrislaw.com |       kitchenoff@wka-law.com |
| |       spiegel@wka-law.com |
| | |
| | Attorneys for Bondholder Plaintiffs and Interim Co-Lead Bondholder Class Counsel |

---

[1] Bondholder Plaintiffs believe that such final judgment was entered on or about August 26, 2013 by operation of Federal Rule of Civil Procedure 58(c)(2)(B). Bondholder Plaintiffs hereby state their intention that this Notice of Appeal includes, without limitation, each and every part of the final judgment associated with the Court's dismissal of all claims for relief asserted by Bondholder Plaintiffs in the above-captioned proceedings, regardless of the manner and date of entry of judgment.

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing Notice of Appeal has been filed electronically and made available for viewing through and downloading from the Court's Electronic Case Filing System. Pursuant to District Court Local Civil Rule 5.2 and Local Rule 3.1 of the Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically upon counsel for all parties in this action.

Dated: September 17, 2013                     /s/*David H. Weinstein*
                                              DAVID H. WEINSTEIN
                                              WEINSTEIN KITCHENOFF & ASHER LLC
                                              1845 Walnut Street, Suite 1100
                                              Philadelphia, PA  19103
                                              Tele: (215) 545-7200
                                              Email: weinstein@wka-law.com