**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB |

**ECF Case**

PLEASE TAKE NOTICE that Steven Wolowitz, an attorney duly admitted to practice

before this court and a member of the law firm Mayer Brown LLP, hereby appears in the above-

captioned action as counsel for Defendant Société Générale.

DATED:  New York, New York
              September 18, 2013

MAYER BROWN LLP


By:  /s/ Steven Wolowitz
       Steven Wolowitz
       1675 Broadway
       New York, New York 10019
       Tel: (212) 506-2500
       Fax: (212) 262-1910
       swolowitz@mayerbrown.com

*Attorneys for Defendant Société Générale*