UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB<br><br>**ECF Case** |

     PLEASE TAKE NOTICE that Henninger S. Bullock, an attorney duly admitted to practice before this court and a member of the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

DATED:  New York, New York
          September 18, 2013

                                MAYER BROWN LLP

                                By:  /s/ Henninger S. Bullock
                                       Henninger S. Bullock
                                       1675 Broadway
                                       New York, New York 10019
                                       Tel: (212) 506-2500
                                       Fax: (212) 262-1910
                                       hbullock@mayerbrown.com

                               *Attorneys for Defendant Société Générale*