UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB  ECF Case |

    PLEASE TAKE NOTICE that Andrew J. Calica, an attorney duly admitted to practice before this court and associated with the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

DATED:  New York, New York
            September 18, 2013

                         MAYER BROWN LLP

                         By:  /s/ Andrew J. Calica
                               Andrew J. Calica
                               1675 Broadway
                               New York, New York 10019
                               Tel: (212) 506-2500
                               Fax: (212) 262-1910
                               acalica@mayerbrown.com

                       *Attorneys for Defendant Société Générale*