**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB |
| | **ECF Case** |

## DEFENDANT SOCIÉTÉ GÉNÉRALE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Société Générale states as follows:

1.      Société Générale has no parent company, and no publicly-held corporation holds 10% or more of its stock.

DATED:  New York, New York
            September 18, 2013

MAYER BROWN LLP

By:   /s/ Steven Wolowitz
        Steven Wolowitz
        Henninger S. Bullock
        Andrew J. Calica
        1675 Broadway
        New York, New York 10019
        Tel: (212) 506-2500
        Fax: (212) 262-1910
        swolowitz@mayerbrown.com
        hbullock@mayerbrown.com
        acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*