## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

September 20, 2013

<u>By ECF and Hand</u>

The Honorable Naomi Reice Buchwald,
　United States District Judge,
　　Daniel Patrick Moynihan United States Court House,
　　　500 Pearl Street,
　　　　New York, NY  10007-1312.

　　　　Re:　<u>*In re LIBOR-Based Fin. Instruments Antitrust Litig.*,</u>
　　　　　　<u>No. 1:11-md-2262-NRB (S.D.N.Y.)</u>

Dear Judge Buchwald:

　　　　This letter is submitted on behalf of all Defendants in the above-referenced action.  In its August 23, 2013 Memorandum and Order (the "Order"), the Court denied the Exchange-Based Plaintiffs' ("Plaintiffs") motion to amend their First Amended Complaint to the extent Plaintiffs sought to add new allegations of antitrust injury and trader-based manipulation, but allowed Plaintiffs to file a Second Amended Complaint consistent with the findings in the Order.  *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, No. 11-MD-2262, 2013 WL 4504769 (S.D.N.Y. Aug. 23, 2013).  Also in the Order, the Court permitted Defendants to seek leave to file a renewed motion to dismiss Plaintiffs' Commodity Exchange Act ("CEA") claims based on Eurodollar futures contracts entered into between May 30, 2008 and April 14, 2009 ("Period 2").  *Id.* at *23.

　　　　After reviewing Plaintiffs' Second Amended Complaint, Defendants respectfully seek leave to file the enclosed Renewed Motion to Dismiss the Exchange-Based Plaintiffs' Period 2 CEA Claims (*see* Appendix 1), in addition to the Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss the Exchange-Based Plaintiffs' Period 2 CEA Claims (*see* Appendix 2), and the accompanying Declaration of Matthew J. Porpora, with attached exhibits (*see* Appendix 3).

The Honorable Naomi Reice Buchwald                                                                -2-

       For the reasons set forth in Defendants' motion papers, Plaintiffs' Period 2 CEA claims are barred by statute of limitations and should be dismissed.

Respectfully submitted,

*/s/ Jeffrey T. Scott* /MJP
Jeffrey T. Scott

*Attorney for Defendant*
*Barclays Bank PLC*

cc:   All Counsel (by email)