USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/30/2013


Buchwald, N.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB  ECF Case |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Exchange-Based Plaintiffs and the undersigned counsel for defendant Société Générale that:

1. Société Générale was added as a defendant to Exchange-Based Plaintiffs' Second Amended Consolidated Class Action Complaint, dated September 10, 2013, following the Court's August 23, 2013 memorandum and order granting Exchange-Based Plaintiffs leave to do so. Exchange Based Plaintiffs subsequently filed a [Corrected] Second Amended Consolidated Class Action Complaint, dated September 16, 2013 ("Second Amended Complaint").

2. Société Générale's joining in Defendants' Motion for Reconsideration of March 29, 2013 Order on Motion to Dismiss shall be without prejudice to or waiver of Société Générale's right to seek leave from the Court to file its own motion to dismiss the Second Amended Complaint.

3. Société Générale's joining in Defendants' Motion for Leave to File Renewed Motion to Dismiss the Exchange-Based Plaintiffs' Period 2 CEA Claims shall be without prejudice to or waiver of Société Générale's right to seek leave to file its own motion to dismiss the Second Amended Complaint.

4. The parties will endeavor to submit a joint proposed briefing schedule in connection with Société Générale's anticipated motion for leave to file motion to dismiss the

Second Amended Complaint, and/or to otherwise work with the Court to achieve scheduling efficiency in light of the other motions pending in this action.

Dated: September 23, 2013
KIRBY McINERNEY LLP

By: *David Kovel* AC
David Kovel
Daniel Hume
Andrew McNeela
Lauren Wagner Pederson (*Of Counsel*)
Roger Kirby (*Of Counsel*)
825 Third Avenue, 16th Floor
New York, NY 10022
dkovel@kmllp.com
dhume@kmllp.com
amcneela@kmllp.com
roger.w.kirby@gmail.com
lpederson@kmllp.com

*Attorneys for Exchange-Based Plaintiffs*

MAYER BROWN LLP

By: [signature]
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Société Générale*

SO ORDERED:

[signature]
U.S.D.J.

9/27/13

2