**MEMO ENDORSED**

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

**MEMO ENDORSED**

Of counsel
Roger W. Kirby
Alice McInerney

*ENDORSEMENT*

*The Corrected Second Amended
Complaint may be filed.
So Ordered.*   Naomi Reice Buchwald,
USDJ

*September 27, 2013*

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

SEP 17 2013

UNITED STATES COURT JUDGE

**BY HAND DELIVERY**

September 16, 2013

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Libor-Based Financial Instruments Antitrust Litig.,*
              MDL No. 2262; 11 Civ. 2613

Dear Judge Buchwald:

    We are interim co-lead counsel for the Exchange-Based Plaintiffs ("Plaintiffs") in the above-referenced action and enclose with this letter courtesy copies of Plaintiffs' Corrected Second Amended Consolidated Class Action Complaint ("Corrected SAC"), which Plaintiffs filed with the Court today. The Corrected SAC contains Figure 20 (page 49) and Figure 21 (page 176), which were omitted or not correctly inserted in original SAC filed on September 10, 2013.[1]

    Defendants have advised Plaintiffs that they have no objection to the filing of the Corrected SAC, although Defendants reserve their right to object to the pleading on all other grounds.

---

[1] The corrected SAC also includes a footnote (n. 154) explaining that Plaintiffs include allegations for antitrust and common law claims previously dismissed by the Court (Fifth and Sixth Claims for relief, respectively) and a Commodity Exchange Act claim arising from trader-based manipulation during January 1, 2005 through early-August 2007 (Second Claim for Relief), not to assert live claims, but to preserve such claims for appeal.

KIRBY McINERNEY LLP

Honorable Naomi Reice Buchwald
Page 2
September 16, 2013

Respectfully submitted,

_/s/ Christopher Lovell_                          _/s/ David E. Kovel_
Christopher Lovell, Esq.                      David E. Kovel, Esq.
LOVELL STEWART HALEBIAN              KIRBY McINERNEY LLP
JACOBSON LLP                                   825 Third Avenue
61 Broadway, Suite 501                       New York, NY 10022
New York, NY 10006

_Interim Co-Lead Counsel for Exchange-Based Plaintiffs_

Enclosures

Cc:     All counsel of record (by electronic service)