IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, N.A., *et al*.,<br><br>                              Plaintiff<br><br>                              v.<br><br>BANK OF AMERICA CORPORATION, *et al*.,<br><br>                              Defendants. | No. 1:14-cv-01757-NRB |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE NORINCHUKIN BANK PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, Plaintiff The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks, by and through its undersigned attorneys, hereby dismisses with prejudice all of its claims against Defendant The Norinchukin Bank in the direct action *Federal Deposit Insurance Corporation as Receiver For Amcore Bank, N.A., et al. v. Bank of America Corp., et al.*, 1:14-cv-01757 (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without interest or costs to any party.

Dated: March 19, 2025

/s/ *James R. Martin*
James R. Martin
Jennifer D. Hackett
ZELLE LLP
775 Pennsylvania Avenue, NW Suite 375
Washington, DC 20006
Telephone: (202) 846-6435
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com

*Attorneys for The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks*

**SO ORDERED:**

Dated:

_____

Hon. Naomi Reice Buchwald
United States District Judge