# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>ECF Case<br>**ORAL ARGUMENT REQUESTED** |
| THIS DOCUMENT RELATES TO:<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,<br>                    Plaintiffs,<br>      v.<br>BANK OF AMERICA CORPORATION, ET AL.,<br>                    Defendants. | No. 11-cv-5450 |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## OTC PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that the undersigned, attorneys for Bank of America Corporation, Bank of America, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, Citibank, N.A., Citigroup Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Credit Suisse Group AG, Deutsche Bank AG, HBOS plc, HSBC Bank plc, HSBC Holdings plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Lloyds Banking Group plc, The Norinchukin Bank, Royal Bank of Canada, The Royal Bank of Scotland Group plc, Société Générale, UBS AG, and WestLB AG, in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the OTC Plaintiffs' Second Consolidated Amended Complaint in the above-captioned actions (ECF No. 406). In support of this motion, Defendants respectfully submit the accompanying memorandum of law.

Dated:    New York, New York
          November 26, 2013

/s/ Robert F. Wise, Jr.
Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

/s/ Daryl A. Libow
Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 956-7500
Fax: (202) 956-6973
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

*/s/* Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*/s/* Jonathan D. Schiller
Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C.  20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendant Barclays Bank PLC*

*/s/* David R. Gelfand
David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY  LLP
One Chase Manhattan Plaza
New York, New York  10005
Telephone: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

*/s/* Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
1201 Pennsylvania Avenue N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
jgimblett@cov.com

*/s/* Michael R. Lazerwitz
Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

*/s/* Herbert S. Washer
Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse Group AG*

2

| | |
|---|---|
| */s/* Moses Silverman<br>Moses Silverman<br>Andrew C. Finch<br>Ankush Khardori<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone: (212) 373-3355<br>Fax: (212) 492-0355<br>msilverman@paulweiss.com<br>afinch@paulweiss.com<br>akhardori@paulweiss.com<br><br>*Attorneys for Defendant Deutsche Bank AG* | */s/* Ed DeYoung<br>Ed DeYoung<br>Roger B. Cowie<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas  75201<br>Telephone: (214) 740-8614<br>Fax: (214) 740-8800<br>edeyoung@lockelord.com<br>rcowie@lockelord.com<br><br>Gregory T. Casamento<br>3 World Financial Center<br>New York, New York  10281<br>Telephone: (212) 812-8325<br>Fax: (212) 812-8385<br>gcasamento@lockelord.com<br><br>*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc* |
| */s/* Thomas C. Rice<br>Thomas C. Rice<br>Paul C. Gluckow<br>Omari L. Mason<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>Telephone: (212) 455-2000<br>Fax: (212) 455-2502<br>trice@stblaw.com<br>pgluckow@stblaw.com<br>omason@stblaw.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | */s/* Marc J. Gottridge<br>Marc J. Gottridge<br>Lisa J. Fried<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York  10022<br>Telephone: (212) 918-3000<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br><br>*Attorneys for Defendants Lloyds Banking Group plc and HBOS plc* |

<u>/s/ Andrew W. Stern</u>
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
Telephone: (212) 839-5300
Fax: (212) 839-5599
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

<u>/s/ Fraser L. Hunter, Jr.</u>
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com

<u>/s/ Robert G. Houck</u>
Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Telephone: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

<u>/s/ Arthur W. Hahn</u>
Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois  60661
Telephone: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com

*Attorneys for Defendant Royal Bank of Canada*

<u>/s/ Steven Wolowitz</u>
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1675 Broadway
New York, New York  10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*

| | |
|---|---|
| */s/* Peter Sullivan<br>Peter Sullivan<br>Lawrence J. Zweifach<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York  10166-0193<br>Telephone: (212) 351-4000<br>psullivan@gibsondunn.com<br>lzweifach@gibsondunn.com<br><br>Joel S. Sanders (*admitted pro hac vice*)<br>555 Mission Street Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8268<br>jsanders@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* | */s/* Ethan E. Litwin<br>Ethan E. Litwin<br>Christopher M. Paparella<br>Marc A. Weinstein<br>Morgan J. Feder<br>HUGES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York  10004<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>litwin@hugheshubbard.com<br>paparella@hugheshubbard.com<br>feder@hugheshubbard.com<br><br>*Attorneys for Defendant Portigon AG (f/k/a WestLB AG)* |