# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-418
www.rkmc.com

ATTORNEYS AT LAW

Thomas F. Berndt
TFBerndt@rkmc.com
612-349-0930

*Via ECF and Fax*

January 31, 2014

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation,*
        S.D.N.Y. No. 11-MD-2262 (NRB)
        *Principal Funds, et al. v. Bank of America Corporation, et al.,*
        Civil Action No. 13-cv-6013 (NRB)
        *Principal Financial Group, Inc., et al. v. Bank of America Corporation, et al.,*
        Civil Action No. 13-cv-6014 (NRB)

Dear Judge Buchwald:

    I represent plaintiffs in the above-captioned cases. Attached please find a Proposed Order Appointing International Process Server that our process server requested we have signed in order to conduct Hague Convention service on defendant Westdeutsche ImmobilienBank AG, a German company, through the German Central Authority.

                              Sincerely,

                              Thomas F. Berndt

Attachment
cc:     All Counsel of Record (via ECF)