IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Litigation | MDL No. 11-md-2262 (NRB) |
| Principal Funds, Inc., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Bank of America Corporation, *et al.*,<br><br>Defendants. | Civil Action No. 13-cv-6013 (NRB) |
| Principal Financial Group, Inc., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Bank of America Corporation, *et al.*,<br><br>Defendants. | Civil Action No. 13-cv-6014 (NRB) |

**[Proposed] Order Appointing International Process Server**

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, and her agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in Germany documents to be served on Defendant Westdeutsche ImmobilienBank AG in the above-captioned cases.

1

IT IS SO ORDERED this ___ day of _____, 2014.

BY THE COURT:

_____

84530405.1