```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/26/2014
```

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-2262 (NRB) |

## [PROPOSED] ORDER FOR WITHDRAWAL OF APPEARANCE

WHEREAS Plaintiffs County of San Mateo, the San Mateo County Joint Powers Financing Authority, City of Riverside, the Riverside Public Financing Authority, County of San Diego, East Bay Municipal Utility District, City of Richmond, the Richmond Joint Powers Financing Authority, the Successor Agency to the Richmond Community Redevelopment Agency, County of San Diego, East Bay Municipal Utility District, The Regents of the University of California, San Diego Association of Governments, County of Sonoma, David E. Sundstrom, in his official capacity as Treasurer of the County of Sonoma, County of Sacramento, City of Houston, and the County of Mendocino have filed a Motion for Withdrawal of Appearance of Aron K. Liang.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of Aron K. Liang is GRANTED; and the Court further directs the Clerk to remove Aron K. Liang from the docket in the above-noted cases. IT IS SO ORDERED.

Dated: February 25, 2014

Hon. Naomi Reice Buchwald
United States District Judge