UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Civil Action No. 1:11-md-02262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL CASES | |
| COMMUNITY BANK & TRUST, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 12-cv-4205 (NRB) |
| Plaintiff, v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CITIGROUP, INC.; CITIGROUP, N.A.; JPMORGAN & CO. and JPMORGAN CHASE NATIONAL ASSOCIATION, | |
| Defendant. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2014
```

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Community Bank & Trust, voluntarily dismisses this action without prejudice.

Dated: March 13, 2014           Respectfully submitted,

/s/Karen M. Leser-Grenon
James E. Miller
Karen M. Leser-Grenon (KL-9934)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412

So Ordered:
[signature] Naomi Reice Buchwald, USDJ
March 17, 2014

Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
       kleser@sfmslaw.com

Edward F. Haber
Thomas V. Urmy
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
Email: ehaber@shulaw.com
       turmy@shulaw.com

Douglas P. Dehler
Peter Faust
O'Neil, Cannon, Hollman, DeJong & Laing, S.C.
111 E. Wisconsin Avenue
Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-5000
Facsimile: (414) 276-6581
Email: doug.dehler@wilaw.com
       pete.faust@wilaw.com

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
36 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: nfinkelman@sfmslaw.com