---------------------------------------------------------------X
IN RE: LIBOR-BASED FINANCIAL        :   Case No.: 1:11-md-2262(NRB)
INSTRUMENTS ANTITRUST LITIGATION    :
---------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Michael A. Brille for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael A. Brille |
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015 |
| Telephone: | (202) 237-9608 |
| Fax: | (202) 237-6131 |
| E-Mail: | mbrille@bsfllp.com |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 06/02/2014

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Barclays PLC, Barclays Bank PLC, Barclays Capital Inc. and Barclays U.S. Funding LLC (f/k/a Barclays U.S. Funding Corporation) in the above captioned action:

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: May 30, 2014

_____
U.S.D.J.