IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Litigation | MDL No. 11-md-2262 (NRB) |
| Principal Funds, Inc., *et al.*, <br><br> Plaintiffs, <br> v. <br> Bank of America Corporation, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-6013 (NRB) |
| Principal Financial Group, Inc., *et al.*, <br><br> Plaintiffs, <br> v. <br> Bank of America Corporation, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-6014 (NRB) <br><br> USDC <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 06/02/2014 |

## [~~Proposed~~] Order for Withdrawal of Appearance

WHEREAS Plaintiffs Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Short-Term Income Fund; PFI Money Market Fund; PFI Preferred Securities Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Money Market Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government

1

& High Quality Bond Account; PVC Income Account; PVC Short-Term Income Account; Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Capital Interest Only I, LLC; Principal Commercial Funding, LLC; Principal Commercial Funding II, LLC; and Principal Real Estate Investors, LLC have filed a Motion for Withdrawal of Appearance of Joel A. Mintzer.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of Joel A. Mintzer is GRANTED; and the Court further directs the Clerk to remove Joel A. Mintzer from the docket in the above-noted cases. IT IS SO ORDERED.

Dated: May 30, 2014

Hon. Naomi Reice Buchwald
United States District Judge

84787863.1