```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2014
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ) Case No. 11-md-2262 (NRB)
ANTITRUST LITIGATION )

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Samuel William Cruse for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Samuel William Cruse |
| Firm Name: | Gibbs & Bruns LLP |
| Address: | 1100 Louisiana Street, Suite 5300<br>Houston, Texas 77002-5215 |
| Telephone | (713) 751-5287 |
| Fax: | (713) 750-0903 |
| Email: | scruse@gibbsbruns.com |

Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Federal National Mortgage Association in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant Samuel William Cruse is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 27, 2014

_____
United States District / Magistrate Judge