SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY                                    E-MAIL BCARMODY@SUSMANGODFREY.COM
DIRECT DIAL (212) 336-8334

August 5, 2014

BY HAND AND ECF

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262 (NRB)

Dear Judge Buchwald:

Counsel for the plaintiffs have conferred and respectfully request that the Court appoint Susman Godfrey LLP and Kirby McInerney LLP as liaison counsel for the class plaintiffs. In addition, as there are a large number of individual actions with issues that do not overlap completely with the class actions, we respectfully request that the Court appoint Dickstein Shapiro as liaison counsel for the individual actions.

The enclosed spreadsheet, which was prepared in consultation with defendants and submitted with their agreement, charts all the pending cases, identifying which claims have been dismissed and which remain viable. The Court's decisions in *LIBOR I, II,* and *III* dismissed certain claims in the Over-the-Counter, Exchange-Based, and Bondholder putative class cases and the initial Schwab individual actions; those rulings are noted on the chart. The claims in the other cases have not been dismissed and therefore are identified as "pending" on the chart.[1] (Plaintiffs in the remaining cases are aware of the Court's decisions and respectfully reserve their rights on their pending claims.)

---

[1] The docket entry for *LIBOR I*, #286, states that motions to dismiss were granted in part in cases other than the lead cases. This docket entry appears to be in error as the motions to dismiss were not directed at the complaints in these other cases. For example, the cases brought by the City of

August 5, 2014
Page 2

Liaison counsel will confer with defendants about a process for addressing issues related to this chart and the Court's July 17 letter, including (1) dismissals of claims in some cases by agreement, (2) amendments of complaints (some plaintiffs plan to amend their complaints and do not intend to waive their rights by not identifying potential amendments on this chart), and (3) class case administration questions such as adjustments to existing classes, creation of new classes, and appointment of any interim lead counsel in the previously stayed class cases.

Sincerely,

William Christopher Carmody
SUSMAN GODFREY LLP

David Kovel
KIRBY MCINERNEY LLP

cc:   All Counsel (By ECF)

---

Riverside (13-cv-0597), County of San Mateo (13-cv-0625), East Bay Municipal Utility District (13-cv-0626), the City of Richmond (13-cv-0627), and the County of San Diego (13-cv-0667), all represented by Cotchett, Pitre & McCarthy LLP, were transferred to the MDL on January 25, 2013, after the stay order was issued and the briefing on the motions to dismiss was complete, but the docket entry erroneously identifies them as cases in which the motions to dismiss were granted in part and denied in part.