UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | MDL No. 2262<br><br>Master Docket No. 11-02262 (NRB) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Alexander E. Barnett of COTCHETT, PITRE & McCARTHY, LLP hereby enters appearance as counsel for Plaintiffs City of Riverside, The Riverside Public Financing Authority, County of San Mateo, San Mateo County Joint Powers Financing Authority, City of Richmond, Richmond Joint Powers Financing Authority, Successor Agency to the Richmond Community Redevelopment Agency, County of San Diego, East Bay Municipal Utility District, City of Houston, The Regents of the University of California, San Diego Association of Governments, County of Sonoma, David E. Sundstrom, Treasurer of the County of Sonoma, County of Sacramento, and County of Mendocino in the above-captioned matter.

Dated: August 14, 2014

Respectfully submitted,

   */s/ Alexander E. Barnett*

Alexander E. Barnett (NYB # 2522696)
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY   10013
Telephone:	212-201-6820
Facsimile:	646-219-6678
Email:		abarnett@cpmlegal.com

*Counsel for Plaintiffs City of Riverside, The Riverside Public Financing Authority, County of San Mateo, San Mateo County Joint Powers Financing Authority, City of Richmond, Richmond Joint Powers Financing Authority, Successor Agency to the Richmond Community Redevelopment Agency, County of San Diego, East Bay Municipal Utility District, City of Houston, The Regents of the University of California, San Diego Association of Governments, County of Sonoma, David E. Sundstrom, Treasurer of the County of Sonoma, County of Sacramento, and County of Mendocino.*