**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

August 20, 2014

VIA HAND DELIVERY AND ECF
The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation,*
      MDL No. 2262, Case No. 1:11-md-02262-NRB

Dear Judge Buchwald:

We write on behalf of The Federal Home Loan Mortgage Corporation ("Freddie Mac") and The Federal Deposit Insurance Corporation as Receiver for 38 closed banks ("the FDIC-R") pursuant to your letter of July 17, 2014, and in response to several pre-motion letters filed by various defendants directed at Freddie Mac and the FDIC-R.  Attached please find the response of Freddie Mac and the FDIC-R to (1) defendants' letter directed at all federal and state antitrust claims (MDL Doc. 594) and (2) to defendants' pre-motion letters directed at their fraud, tortious interference, breach of contract and unjust enrichment claims (MDL Docs. 589, 594, 595, 596, and 602).

Defendants also filed a pre-motion letter stating their intention to move to dismiss most if not all of the Direct Action Plaintiffs' suits for lack of personal jurisdiction (MDL Docs. 581, 600, and 601).  Attached please find the collective response of all Direct Action Plaintiffs[1] to defendants' pre-motion letter on personal jurisdiction.

Respectfully submitted,

*/s/ Richard J. Leveridge/sk*

Richard J. Leveridge
James R. Martin
Jennifer D. Hackett
DICKSTEIN SHAPIRO LLP
(202) 420-4778 direct dial / (202) 379-9325 direct fax

Enclosures
cc:     All Counsel of Record (by ECF)

---

[1] These Plaintiffs are identified in Case Nos. 13, 15-18, 23-24, and 27-46 of the Excel Spreadsheet provided to the Court by Plaintiffs on August 5, 2014.

Los Angeles  |  New York  |  Orange County  |  Silicon Valley  |  Stamford  |  Washington, DC

DSMDB-3278182 v2