IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL NO. 2262<br>CASE NO. 1:11-MD-02262-NRB |
| THIS DOCUMENT RELATES TO: | ECF CASE |
| THE CHARLES SCHWAB CORP., ET AL.,<br><br>PLAINTIFFS, | |
| V. | NO. 1:13-CV-07005-NRB |
| BANK OF AMERICA CORP., ET AL.,<br><br>DEFENDANTS. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/22/2014

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW

IT IS HEREBY ORDERED that the Motion to Withdraw Michael H. Steinberg of the law firm Sullivan & Cromwell LLP as attorney for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. in the above-captioned action is GRANTED, and Mr. Steinberg is hereby terminated as attorney for The Bank of Tokyo-Mitsubishi UFJ, Ltd. in this action.

**SO ORDERED**

Dated: New York, New York
August 21, 2014

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE