UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>NOTICE OF APPEARANCE</u> |

PLEASE TAKE NOTICE that DANIEL L. BROCKETT of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, Salix Capital US Inc., The City of Philadelphia, and the Pennsylvania Intergovernmental Cooperation Authority, plaintiffs in the above-captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned via ECF.

DATED: New York, New York
August 23, 2014

                               Respectfully submitted,

                               QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                              By: /s/ Daniel L. Brockett
                                  Daniel L. Brockett
                                  51 Madison Avenue, 22nd Floor
                                  New York, New York 10010-1601
                                  Telephone: (212) 849-7000
                                  Fax: (212) 849-7100
                                  danbrockett@quinnemanuel.com

*Attorney for Plaintiffs Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, Salix*

_____
*Capital US Inc., The City of Philadelphia,
and the Pennsylvania Intergovernmental
Cooperation Authority*