UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: LIBOR-Based Financial Instrument Antitrust Litigation<br><br>This Document Applies to:<br><br>National Credit Union Administration Board,<br>         Plaintiffs,<br>v.<br><br>Credit Suisse Group AG et al.,<br>         Defendants. | Master File No. 1:11-md-02262-NRB<br><br>Civil Action No. 1:13-cv-07394-NRB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew C. Shen, with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., admitted to the Bar of this Court, hereby enters his appearance in the above-captioned action, as counsel for Plaintiff National Credit Union Administration Board.

Dated: August 29, 2014

    /s/ Andrew C. Shen
Andrew C. Shen
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: 202.326.7900
ashen@khhte.com

*Attorney for National Credit Union Administration Board*