# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) (THK) <br><br> Master File No. 1:11-md-2262-NRB <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> MAYOR AND CITY COUNCIL OF BALTIMORE, CITY OF NEW BRITAIN FIREFIGHTERS' AND POLICE BENEFIT FUND, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, AND YALE UNIVERSITY, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT SUISSE GROUP AG, CREDIT SUISSE INTERNATIONAL, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, HSBC HOLDINGS PLC, HSBC BANK PLC, BARCLAYS BANK PLC, LLOYDS BANKING GROUP PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, UBS AG, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, CITIBANK NA, CITIGROUP INC., COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A., THE NORINCHUKIN BANK, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., HBOS PLC, SOCIÉTÉ GÉNÉRALE S.A, and ROYAL BANK OF CANADA, <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 09/03/2014 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Matthew R. Berry, of Susman Godfrey L.L.P., for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Washington; and that his contact information is as follows:

> Matthew R. Berry (WA State Bar No. 37364)
> **SUSMAN GODFREY L.L.P.**
> 1201 Third Avenue, Suite 3800
> Seattle, WA 98101
> Telephone: (206) 373-7394
> Facsimile: (206) 516-3883
> MBerry@susmangodfrey.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Mayor and City Council of Baltimore, City of New Britain Firefighters' and Police Benefit Fund, Texas Competitive Electric Holdings Company LLC, and Yale University in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: September 2, 2014

Naomi Reice Buchwald
United States District Judge