USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/03/2014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In RE: LIBOR-Based Financial Instrument Antitrust Litigation | Master File No. 1:11-md-02262-NRB |
| This Document Applies to: National Credit Union Administration Board, Plaintiffs, v. Credit Suisse Group AG et al., Defendants. | Civil Action No. 1:13-cv-07394-NRB |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Wan J. Kim for admission to practice *Pro Hac Vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; his contact information is as follows:

> Wan J. Kim
> Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel: 202-326-7908/ Fax: 202-326-7999
> wkim@khhte.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff National Credit Union Administration Board in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 2, 2014
New York, New York

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE