UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that STEIG D. OLSON of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for The City of Philadelphia, the Pennsylvania Intergovernmental Cooperation Authority, Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, and Salix Capital US Inc., plaintiffs in the above-captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned via ECF.

DATED: New York, New York
           September 4, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

By: /s/ Steig D. Olson
     Steig D. Olson
     51 Madison Avenue, 22nd Floor
     New York, New York  10010-1601
     Telephone:  (212) 849-7000
     Fax:  (212) 849-7100
     steigolson@quinnemanuel.com

*Attorneys for Plaintiffs The City of Philadelphia, the Pennsylvania Intergovernmental Cooperation Authority, Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, and Salix Capital US Inc.*