UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that JACOB J. WALDMAN, who is associated with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and a member in good standing of the bar of this Court, hereby appears as counsel of record for Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, Salix Capital US Inc., The City of Philadelphia, and the Pennsylvania Intergovernmental Cooperation Authority, plaintiffs in the above-captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned via ECF.

DATED:  New York, New York
        September 4, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

By:  /s/ Jacob J. Waldman
     Jacob J. Waldman
     51 Madison Avenue, 22nd Floor
     New York, New York  10010-1601
     Telephone:  (212) 849-7000
     Fax:  (212) 849-7100
     steigolson@quinnemanuel.com

*Attorneys for Plaintiffs Capital Ventures International, Darby Financial Products, Prudential Investment Portfolios 2, Salix Capital US Inc., The City of Philadelphia, and the Pennsylvania Intergovernmental Cooperation Authority*