**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: THE BERKSHIRE BANK and GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, Individually and On Behalf of All Others Similarly Situated, Plaintiffs, v. BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG, Defendants. | MDL No. 2262 Master File No. 1:11-md-2262-NRB ECF Case Civil Action No. 12-CV-5723-NRB |

(*caption continued on next page*)

| | |
|---|---|
| DIRECTORS FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANKAG,<br><br>        Defendants. | No. 13 Civ. 1016 |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND CONSOLIDATION OF ALL RELATED CASES**

  I, Jeremy A. Lieberman, declare:

  1. I am an attorney with the law firm of Pomerantz LLP, counsel for Berkshire Bank, Government Development Bank for Puerto Rico, and Directors Financial Group (the "Lender Class Plaintiffs"). I make this Declaration in support of the motion for appointment of Interim Class Counsel and consolidation of all related cases.

  3. Attached hereto as Exhibit A is a true and correct copy of the firm resume for Pomerantz LLP.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 15th day of September, 2014, in New York, New York.

<u>  */s/Jeremy A. Lieberman*</u>
Jeremy A. Lieberman