**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In RE: | MDL No. 2262 |
| LIBOR-Based Financial Instrument Antitrust Litigation | Master File No. 1:11-md-2262-NRB |
| *This Application Applies to Payne Case* | |
| CARL A. PAYNE, et al. | Civil Action No.: 1:13-cv-00598-NRB |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

**DECLARATION OF DANIEL ALBERSTONE IN SUPPORT OF PLAINTIFFS
CARL A. PAYNE AND KENNETH W. COKER'S MOTION FOR CREATION OF A
NEW HOMEOWNER CLASS GROUP AND FOR APPOINTMENT OF BARON &
BUDD, P.C. AS INTERIM LEAD COUNSEL**

I, Daniel Alberstone, declare:

1.      I am an attorney with the law firm of Baron & Budd, P.C., counsel for Plaintiffs Carl A. Payne and Kenneth Coker (collectively the "Homeowner Plaintiffs").  I make this declaration in support of the Homeowner Plaintiffs' motion for the creation of a new homeowner class group and for appointment of Baron & Budd, P.C. as interim lead counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the firm resume for Baron & Budd, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 15th day of September 2014, in Los Angeles, California.

/s/ Daniel Alberstone
Daniel Alberstone

1