## MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

————

212-530-5000

FAX: 212-530-5219

| | | |
|---|---|---|
| **LOS ANGELES**<br>213-892-4000<br>FAX: 213-629-5063 | | **BEIJING**<br>8610-5969-2700<br>FAX: 8610-5969-2707 |
| **WASHINGTON, D.C.**<br>202-835-7500<br>FAX: 202-835-7586 | | **HONG KONG**<br>852-2971-4888<br>FAX: 852-2840-0792 |
| **LONDON**<br>44-20-7615-3000<br>FAX: 44-20-7615-3100 | **DAVID R. GELFAND**<br>PARTNER<br>DIRECT DIAL NUMBER<br>212-530-5520<br>E-MAIL: dgelfand@milbank.com | **SINGAPORE**<br>65 6428-2400<br>FAX: 65-6428-2500 |
| **FRANKFURT**<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | | **TOKYO**<br>813-5410-2801<br>FAX: 813-5410-2891 |
| **MUNICH**<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | September 19, 2014 | **SÃO PAULO**<br>55-11-3927-7700<br>FAX: 55-11-3927-7777 |

**By ECF and Hand Delivery**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, MDL No. 2262,
> 11 Civ. 2613, Master File No. 1:11-md-2262-NRB

Dear Judge Buchwald:

We are counsel for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") in the above-referenced matter. We submit this letter on behalf of Rabobank and Defendants Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc) and HBOS plc (collectively, "Lloyds") in connection with the Exchange-Based Plaintiffs' September 15, 2014 letter to the Court ("September 15 Letter") (Dkt. No. 648), which the Court authorized by Order dated September 4, 2014 (Dkt. No. 639). The September 15 Letter raises new arguments not detailed in Plaintiffs' initial letter of August 13, 2014 (Dkt. No.592) in support of Plaintiffs' contemplated motions. Accordingly, Rabobank and Lloyds respectfully request permission to file by September 23, 2014 a joint letter response of not more than 4 pages addressed to the new arguments raised by Plaintiffs.

Respectfully submitted,

*/s/ David R. Gelfand*

David R. Gelfand

cc:  All counsel (via ECF)