

**MEMO ENDORSED**

MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA
NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

DAVID R. GELFAND
PARTNER
DIRECT DIAL NUMBER
212-530-5520
E-MAIL: dgelfand@milbank.com

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

SÃO PAULO
55-11-3927-7700
FAX: 55-11-3927-7777

September 19, 2014

**By ECF and Hand Delivery**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

CHAMBER'S COPY

Re: *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, MDL No. 2262,
11 Civ. 2613, Master File No. 1:11-md-2262-NRB

Dear Judge Buchwald:

We are counsel for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") in the above-referenced matter. We submit this letter on behalf of Rabobank and Defendants Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc) and HBOS plc (collectively, "Lloyds") in connection with the Exchange-Based Plaintiffs' September 15, 2014 letter to the Court ("September 15 Letter") (Dkt. No. 648), which the Court authorized by Order dated September 4, 2014 (Dkt. No. 639). The September 15 Letter raises new arguments not detailed in Plaintiffs' initial letter of August 13, 2014 (Dkt. No.592) in support of Plaintiffs' contemplated motions. Accordingly, Rabobank and Lloyds respectfully request permission to file by September 23, 2014 a joint letter response of not more than 4 pages addressed to the new arguments raised by Plaintiffs.

Respectfully submitted,

/s/ David R. Gelfand

David R. Gelfand

cc: All counsel (via ECF)

*Application granted.*

Naomi Reice Buchwald
USDJ
9/22/14