SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
| --- | --- | --- | --- |
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

October 3, 2014

BY HAND AND ECF

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262 (NRB)

Dear Judge Buchwald:

We write on behalf of the OTC plaintiffs in response to the Lender Class Plaintiffs' Motion for Appointment of Interim Class Counsel and Consolidation of All Related Cases (Doc. No. 644). The proposed "Lender Class" would include all U.S. lending institutions that "originated, purchased outright, or purchased a participation interest in, loans paying interest at rates tied to USD LIBOR" between August 2007 and May 2010. (Doc. 645 at 6–7). The class as described overlaps with the OTC Class to the extent that it includes banks who lent money directly to the panel banks. Counsel for the OTC plaintiffs discussed this issue with counsel for the proposed lender class, and they have agreed to exclude transactions directly with the panel banks from their class definition. With that, OTC plaintiffs have no objection to the creation of the interim Lender Class and the appointment of Pomerantz LLP as interim class counsel.

Respectfully submitted,

*/s/ Bill Carmody*

William Christopher Carmody
SUSMAN GODFREY LLP

Cc:  All Counsel (By ECF)

3349302v1/012751