UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Short-Term Income Fund; PFI Money Market Fund; PFI Preferred Securities Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Money Market Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; and PVC Short-Term Income Account; <br><br>                Plaintiffs, <br><br>         v. <br><br> Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group PLC; The Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG; <br><br>                Defendants. | **MASTER FILE NO. 11-MD-2262-NRB** <br><br> **CASE NO. 13-CV-6013-NRB** <br><br> **DEFENDANT ICAP PLC'S RULE 7.1 DISCLOSURE STATEMENT** |

-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant ICAP plc hereby states as follows:

ICAP plc is a public limited company that has no parent organization. Schroders plc, a public limited company, owns greater than 10% of ICAP plc's stock. ICAP plc makes the preceding disclosure without prejudice to its right to contest personal jurisdiction in the above-captioned action.

Dated:   New York, New York
         October 3, 2014

        RICHARDS KIBBE & ORBE LLP

By: _____
    Brian S. Fraser (*bfraser@rkollp.com*)
    Shari A. Brandt (*sbrandt@rkollp.com*)
    H. Rowan Gaither (*rgaither@rkollp.com*)
    200 Liberty Street
    New York, NY 10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorneys for Defendant ICAP plc*