UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Principal Financial Group, Inc.; Principal Financial :
Services, Inc.; Principal Life Insurance Company; :
Principal Capital Interest Only I, LLC; Principal :
Commercial Funding, LLC; Principal Commercial : **MASTER FILE NO. 11-MD-2262-NRB**
Funding II, LLC; and Principal Real Estate :
Investors, LLC; : **CASE NO. 13-CV-6014-NRB**
 :
        Plaintiffs, : **DEFENDANT ICAP PLC'S RULE 7.1**
 : **DISCLOSURE STATEMENT**
   v. :
 :
Bank of America Corporation; Bank of America, :
N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays :
Bank PLC; British Bankers' Association; BBA :
Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; :
Citibank, N.A.; Coöperatieve Centrale Raiffseisen- :
Boerenleenbank, B.A.; Credit Suisse Group AG; :
Deutsche Bank AG; HBOS PLC; HSBC Holdings :
PLC; HSBC Bank PLC; ICAP PLC; JPMorgan :
Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds :
Banking Group PLC; The Norinchukin Bank; :
Portigon AG; Royal Bank of Canada; The Royal :
Bank of Scotland Group PLC; R.P. Martin Holdings :
Ltd.; Société Générale, S.A.; Tullett Prebon PLC; :
UBS AG; WestLB AG; and Westdeutsche :
ImmobilienBank AG; :
 :
        Defendants. :
 :
---------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant ICAP plc hereby states as follows:

    ICAP plc is a public limited company that has no parent organization. Schroders plc, a public limited company, owns greater than 10% of ICAP plc's stock. ICAP plc makes the

850611v.1 2348/00034

preceding disclosure without prejudice to its right to contest the sufficiency of service of process and personal jurisdiction in the above-captioned action.

Dated:　New York, New York
　　　　　October 3, 2014

RICHARDS KIBBE & ORBE LLP

By: _____
Brian S. Fraser (*bfraser@rkollp.com*)
Shari A. Brandt (*sbrandt@rkollp.com*)
H. Rowan Gaither (*rgaither@rkollp.com*)
200 Liberty Street
New York, NY  10281-1003
Telephone: 212.530.1800
Facsimile: 212.530.1801

*Attorneys for Defendant ICAP plc*