UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

NO. 11-md-2262-NRB

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____/

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that JEFFREY L. HABERMAN, who is associated with the law firm of Schlesinger Law Offices, P.A. and is a member in good standing of the bar of this Court, hereby appears as Counsel for Plaintiffs *Amabile et al. v. Bank of America*, et al., No. 13-cv-01700-NRB; and requests that copies of all papers and notices in the above-captioned action be served on the undersigned via ECF.

Dated: October 6, 2014

                                                    s/Jeffrey L. Haberman
                                                  Jeffrey L. Haberman
                                                  Schlesinger Law Offices, P.A.
                                                  1212 SE 3d Avenue
                                                  Ft. Lauderdale, FL 33316
                                                  Tel – 954-320-9507
                                                  Fax – 954-320-9509
                                                  jhaberman@schlesingerlaw.com