UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Regents of the University of California v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-05186-NRB;<br><br>*East Bay Municipal Utility District (EBMUD) v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-00626-NRB;<br><br>*San Diego Association of Governments (SANDAG) v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-05221-NRB;<br><br>*City of Richmond, et al. v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-00627-NRB;<br><br>*City Riverside et al. v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-00597-NRB;<br><br>*County of Mendocino v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-08644-NRB;<br><br>*County of Sacramento v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-05569-NRB;<br><br>*County of San Diego v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-00667-NRB;<br><br>*County of San Mateo, et al. v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-00625-NRB;<br><br>*County of Sonoma, et al. v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-05187-NRB;<br><br>*City of Houston v. Bank of America, et al.*<br>S.D.N.Y. Case No. 1:13-cv-05616-NRB. | Master File No. 1:11-md-02262-NRB<br><br>ECF CASE<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/07/2014 |

The motion of Kevin P. O'Brien for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant states in his motion that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

>  Kevin P. O'Brien (CAB #215148)
>  **COTCHETT, PITRE & McCARTHY, LLP**
>  840 Malcolm Road
>  Burlingame, CA  94010
>  Telephone:  650-697-6000
>  Facsimile:  650-697-0577
>  Email:  kobrien@cpmlegal.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs The Regents of the University of California, East Bay Municipal Utility District, San Diego Association of Governments, City of Richmond, The Richmond Joint Powers Financing Authority, Successor Agency to the Richmond Community Redevelopment Agency, City of Riverside, The Riverside Public Financing Authority, County of Mendocino, County of Sacramento, County of San Diego, County of San Mateo, San Mateo County Joint Powers Financing Authority, County of Sonoma, David E. Sundstrom, in his official capacity as Treasurer of the County of Sonoma, and City of Houston in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: October 6, 2014

_____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE