OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

THE CITY OF PHILADELPHIA, ET AL.,

    Plaintiff,

    V.

BANK OF AMERICA CORP., ET AL.,

    Defendants.

**REQUEST FOR ISSUANCE OF SUMMONS**

CASE NUMBER: 13-cv-6020

CASE NUMBER: 11-md-2262

TO: UBS AG, Royal Bank of Canada

**See attached**

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's ATTORNEY (name and address)

    Steig D. Olson
    Quinn Emanuel Urquhart & Sullivan, LLP
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000

a reply to the amended allegations against the UBS AG and the Royal Bank of Canada in this action which is served on you with this summons, within the time period ordered by the Court for such reply.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended allegations.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK    DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, ET AL., <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA CORP., ET AL., <br><br> Defendants. | **REQUEST FOR ISSUANCE OF SUMMONS** <br><br> CASE NUMBER: 13-cv-6020 <br><br> CASE NUMBER: 11-md-2262 |

**Name and addresses of Defendants:**

UBS AG
1285 Avenue of the Americas
New York, NY 10019

Royal Bank of Canada
Tower 49
12 East 49th Street, 35th Floor
New York, New York 10017

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
   and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                               Signature of Server

                                         _____
                                                        Address of Server