USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/08/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to: All Cases

------------------------------------------X

O R D E R

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the Regents of the University of California (and related plaintiffs), the City of Houston, and the City of Philadelphia each attempted to file timely amended complaints on October 6, 2014 (ECF No. 670 in 11-md-2262, ECF No. 671 in 11-md-2262, and ECF No. 41 in 13-cv-6020), each of which was rejected because plaintiffs had marked "all defendants" on an ECF form instead of listing all defendants separately; and

**WHEREAS** the City of Philadelphia subsequently attempted to file an identical amended complaint on October 7, 2014 (ECF No. 42 in 13-cv-6020), which was rejected as untimely; it is hereby

**ORDERED** that the City of Philadelphia's amended complaint of October 7, 2014, be deemed timely, and that the Regents of the University of California (and related plaintiffs) and the City of Houston have leave to re-file their amended complaints on or before October 9, 2014.

Dated: New York, New York
October 8, 2014

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE