**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:
LIBOR-BASED Financial Instruments Antitrust Litigation    11-md-2262 (NRB)

------------------------------------------------------------------------

JERRY WEGLARZ and NATHAN WEGLARZ,,
On behalf of plaintiffs and a class,

        Plaintiffs,

        vs.        13-cv-1198 (NRB)

JP MORGAN CHASE BANK, N.A. and
NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2007-1,

        Defendants,

------------------------------------------------------------------------

STEPHANIE NAGEL,
On behalf of plaintiff and a class,

                13-cv-3010 (NRB)

        Plaintiff,

        vs.

BANK OF AMERICA, N.A. and AMERICAN
EDUCATION SERVICES, INC.,

        Defendants
------------------------------------------------------------------------x

**REPLY IN SUPPORT OF APPLICATION OF PLAINTIFFS JERRY WEGLARZ, NATHAN WEGLARZ AND STEPHANIE NAGEL FOR ESTABLISHMENT OF <u>A SEPARATE PUTATIVE CLASS GROUP IN THE MDL</u>**

Having received no opposition to their Application For Establishment of a Separate Putative Class Group in the MDL, Plaintiffs Jerry Weglarz and Nathan Weglarz request that this court grants their Application for Establishment of A Separate Putative Class Group in the MDL.

Respectfully submitted,

<u>s/Daniel A. Edelman</u>
Daniel A. Edelman

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Edelman, hereby certify that on October 13, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which will send notification of such filings to all counsel of record.


<u>s/Daniel A. Edelman</u>
Daniel A. Edelman