**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

CASE NO. 1:11-MD-02262-NRB

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Jeremy Daniel Andersen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Jeremy Daniel Andersen
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Phone: (213) 443-3000 / Facsimile: (213) 443-3100
jeremyandersen@quinnemanuel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2014

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the City of Philadelphia, the Pennsylvania Intergovernmental Cooperation Authority, Darby Financial Products, Capital Ventures International, Prudential Investment Portfolios 2, Prudential Core Taxable Money Market Fund, and Salix Capital US Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 10, 2014

*[signature]*

Hon. Naomi R. Buchwald United States District Judge