UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: | MDL No. 2262 |
| LIBOR-Based Financial Instrument Antitrust Litigation | Master File No. 1:11-md-2262-NRB |
| *This Application Applies to All Cases* | |
| CARL A. PAYNE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, et al.,<br><br>Defendants. | Civil Action No.: 1:13-cv-00598-NRB |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2014

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of David Brian Fernandes, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

David Brian Fernandes
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818)839-2333
Facsimile: (818)986-9698
dfernandes@baronbudd.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Carl A. Payne and Kenneth W. Coker, individually and on behalf of other members of the general public similarly situated in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 23, 2014

_____
UNITES STATES DISTRICT / ~~MAGISTRATE~~ JUDGE