Case 1:11-md-02262-NRB Document 700 Filed 10/24/14 Page 1 of 2

MEMO ENDORSED

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION )

THIS DOCUMENT RELATES TO: )

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union )

Plaintiff,

v.

CREDIT SUISSE GROUP AG; CREDIT SUISSE GROUP INTERNATIONAL; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; LLOYDS BANKING GROUP PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A.; THE NORINCHUKIN BANK; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.; HBOS PLC; SOCIÉTÉ GÉNÉRALE S.A; ROYAL BANK OF CANADA; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP FINANCIAL PRODUCTS; DEUTSCHE BANK AG; RABOBANK INTERNATIONAL; CITI SWAPCO INC.; HSBC HOLDINGS PLC; HSBC BANK USA, N.A.; JPMORGAN CHASE & CO.; AND JPMORGAN CHASE BANK N.A. )

Defendants.

MDL No. 2262

Master File No. 1:11-md-2262-NRB

ECF Case

Case No. 13 CV 7394

MOTION TO CORRECT PARTY NAME

JURY TRIAL DEMANDED

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2014

MEMO ENDORSED

ENDORSEMENT

Motion granted.
So Ordered.

*Naomi Reice Buchwald*, USDJ

October 27, 2014

WHEREAS on October 6, 2014, Plaintiff National Credit Union Administration Board as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union ("NCUA") filed an Amended Complaint [ECF No. 662] showing the name of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A. ("Rabobank") as incorrectly spelled in the caption of the case;

NCUA moves to amend the caption to reflect the correct spelling of Rabobank's name. NCUA has conferred with Rabobank and Rabobank does not oppose this motion.

Attached as Exhibit A is a corrected caption.

Dated: October 24, 2014

By: _____

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999

*Attorneys for the National Credit Union Administration Board*

1

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION ) | MDL No. 2262 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Master File No. 1:11-md-2262-NRB |
| ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union ) | ECF Case |
| ) | |
| ) | Case No. 13-cv-2497-KH |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| Plaintiff, ) | |
| v. ) | |
| CREDIT SUISSE GROUP AG; CREDIT SUISSE GROUP INTERNATIONAL; BARCLAYS BANK PLC; BARCLAYS CAPITAL INC.; LLOYDS BANKING GROUP PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; COÖPERATIEVE CENTRALE RAIFFEISEN BOERENLEENBANK B.A.; THE NORINCHUKIN BANK; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.; HBOS PLC; SOCIÉTÉ GÉNÉRALE S.A; ROYAL BANK OF CANADA; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP FINANCIAL PRODUCTS; DEUTSCHE BANK AG; RABOBANK INTERNATIONAL; CITI SWAPCO INC.; HSBC HOLDINGS PLC; HSBC BANK USA, N.A.; JPMORGAN CHASE & CO.; AND JPMORGAN CHASE BANK N.A. ) | |
| Defendants. ) | |