UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: LIBOR-Based Financial Instruments
Antitrust Litigation

No. 11 MD 2262 (NRB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, Deutsche Bank Financial LLC, and Deutsche Bank Securities Inc., defendants in individual actions that have been consolidated in the above-captioned matter.

Dated:  New York, New York
        November 4, 2014

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP

By:  /s/ Noam Lerer
     Noam Lerer
     nlerer@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3113
Fax:    (212) 492-0113

*Counsel for Defendants*
*Deutsche Bank AG;*
*Deutsche Bank Financial LLC; and*
*Deutsche Bank Securities Inc.*