UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL No. 2262<br>CASE No. 1:11-MD-02262-NRB<br>ECF CASE<br>**<u>NOTICE OF APPEARANCE</u>** |
| THIS DOCUMENT RELATES TO: | |
| CITY OF RIVERSIDE, et al.,<br>        Plaintiffs,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00597 |
| COUNTY OF SAN MATEO, et al.,<br>        Plaintiffs,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>        Plaintiff,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00626 |
| CITY OF RICHMOND, et al.,<br>        Plaintiffs,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00627 |
| COUNTY OF SAN DIEGO, et al.,<br>        Plaintiffs,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00667 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>        Plaintiff,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-05221 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>        Plaintiff,<br>  v. | 13-Civ-05186 |

| | |
|---|---|
| BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | |
| COUNTY OF SONOMA, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-05187 |
| COUNTY OF SACRAMENTO,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-05569 |
| COUNTY OF MENDOCINO,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-08644 |
| GUARANTY BANK & TRUST COMPANY,<br>　　　　　Plaintiff,<br>　　v.<br>CREDIT SUISSE GROUP AG, et al.,<br>　　　　　Defendants. | 13-Civ-00346 |
| HEATHER M. EARLE, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-00407 |
| DIRECTORS FINANCIAL GROUP,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-01016 |
| COUNTY OF RIVERSIDE,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-01135 |
| SEIU PENSION PLANS MASTER TRUST,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　Defendants. | 13-Civ-01456 |
| CITY OF HOUSTON,<br>　　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA CORP., et al., | 13-Civ-05616 |

|  |  |
|---|---|
| Defendants.<br>NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br>　　　　　　　Plaintiff,<br>　　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　　　Defendants. | 13-Civ-07394 |
| BAY AREA TOLL AUTHORITY,<br>　　　　　　　Plaintiff,<br>　　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　　　Defendants. | 14-Civ-03094 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　Please enter my appearance as counsel to defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. in the above-captioned actions.

　　　　I certify that I am admitted to practice before this court.

Dated:　Washington, D.C.　　　　Respectfully submitted,
　　　　November 4, 2014

　　　　　　　　　　　　　　　　　s/ Daryl A. Libow
　　　　　　　　　　　　　　　　　Daryl A. Libow
　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　1700 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　Washington, D.C. 20006-5866
　　　　　　　　　　　　　　　　　libowd@sullcrom.com
　　　　　　　　　　　　　　　　　Tel: (202) 956-7650
　　　　　　　　　　　　　　　　　Fax: (202) 956-6973

　　　　　　　　　　　　　　　　　*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*