UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL No. 2262<br>CASE No. 1:11-MD-02262-NRB<br>ECF CASE<br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: | |
| CITY OF RIVERSIDE, et al.,<br>        Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00597 |
| COUNTY OF SAN MATEO, et al.,<br>        Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>        Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00626 |
| CITY OF RICHMOND, et al.,<br>        Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00627 |
| COUNTY OF SAN DIEGO, et al.,<br>        Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-00667 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>        Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>        Defendants. | 13-Civ-05221 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>        Plaintiff,<br>    v. | 13-Civ-05186 |

| | |
|---|---|
| BANK OF AMERICA CORP., et al.,<br>                    Defendants. | |
| COUNTY OF SONOMA, et al.,<br>                    Plaintiffs,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-05187 |
| COUNTY OF SACRAMENTO,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-05569 |
| COUNTY OF MENDOCINO,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-08644 |
| GUARANTY BANK & TRUST COMPANY,<br>                    Plaintiff,<br>          v.<br>CREDIT SUISSE GROUP AG, et al.,<br>                    Defendants. | 13-Civ-00346 |
| HEATHER M. EARLE, et al.,<br>                    Plaintiffs,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-00407 |
| DIRECTORS FINANCIAL GROUP,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01016 |
| COUNTY OF RIVERSIDE,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01135 |
| SEIU PENSION PLANS MASTER TRUST,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01456 |
| CITY OF HOUSTON,<br>                    Plaintiff,<br>          v.<br>BANK OF AMERICA CORP., et al., | 13-Civ-05616 |

| | |
|---|---|
| Defendants.<br>NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br>      Plaintiff,<br>   v.<br>BANK OF AMERICA CORP., et al.,<br>      Defendants. | 13-Civ-07394 |
| BAY AREA TOLL AUTHORITY,<br>      Plaintiff,<br>   v.<br>BANK OF AMERICA CORP., et al.,<br>      Defendants. | 14-Civ-03094 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel to defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. in the above-captioned actions.

  I certify that I am admitted to practice before this court.

Dated: Washington, D.C.
   November 4, 2014

Respectfully submitted,

s/ Christopher M. Viapiano
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5866
viapianoc@sullcrom.com
Tel: (202) 956-7650
Fax: (202) 956-6973
*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*