UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL No. 2262<br>CASE No. 1:11-MD-02262-NRB<br><br>ECF CASE<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** |
| THIS DOCUMENT RELATES TO: | |
| CITY OF RIVERSIDE, et al.,<br>   Plaintiffs,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-00597 |
| COUNTY OF SAN MATEO, et al.,<br>   Plaintiffs,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-00625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>   Plaintiff,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-00626 |
| CITY OF RICHMOND, et al.,<br>   Plaintiffs,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-00627 |
| COUNTY OF SAN DIEGO, et al.,<br>   Plaintiffs,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-00667 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>   Plaintiff,<br> v.<br>BANK OF AMERICA CORP., et al.,<br>   Defendants. | 13-Civ-05221 |

-2-

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-05186 |
| COUNTY OF SONOMA, et al.,<br>                    Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-05187 |
| COUNTY OF SACRAMENTO,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-05569 |
| COUNTY OF MENDOCINO,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-08644 |
| GUARANTY BANK & TRUST COMPANY,<br>                    Plaintiff,<br>    v.<br>CREDIT SUISSE GROUP AG, et al.,<br>                    Defendants. | 13-Civ-00346 |
| HEATHER M. EARLE, et al.,<br>                    Plaintiffs,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-00407 |
| DIRECTORS FINANCIAL GROUP,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01016 |
| COUNTY OF RIVERSIDE,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01135 |
| SEIU PENSION PLANS MASTER TRUST,<br>                    Plaintiff,<br>    v.<br>BANK OF AMERICA CORP., et al.,<br>                    Defendants. | 13-Civ-01456 |

| | |
|---|---|
| CITY OF HOUSTON,<br>             Plaintiff,<br>   v.<br>BANK OF AMERICA CORP., et al.,<br>             Defendants. | 13-Civ-05616 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br>             Plaintiff,<br>   v.<br>BANK OF AMERICA CORP., et al.,<br>             Defendants. | 13-Civ-07394 |
| BAY AREA TOLL AUTHORITY,<br>             Plaintiff,<br>   v.<br>BANK OF AMERICA CORP., et al.,<br>             Defendants. | 14-Civ-03094 |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. is a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc. ("MUFG").  MUFG is a publicly held corporation; no publicly held company owns 10% or more of MUFG's stock.

Dated:  Washington, D.C.  
              November 4, 2014

Respectfully submitted,

s/ Daryl A. Libow  
Daryl A. Libow  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue, N.W.  
Suite 700  
Washington, D.C. 20006-5866  
libowd@sullcrom.com  
Tel: (202) 956-7650  
Fax: (202) 956-6973

*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*