UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11 MD 02262 (NRB)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Andrew A. Ruffino, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendants Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., and Citi Swapco Inc., in the above-captioned action and in each of the individual actions that have been consolidated into the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

          Andrew A. Ruffino
          COVINGTON & BURLING LLP
          The New York Times Building
          620 Eighth Avenue
          New York, New York 10018-1405
          (212) 841-1000
          aruffino@cov.com

Dated:  New York, New York
        November 4, 2014

          Respectfully submitted,

          COVINGTON & BURLING LLP

          By:  <u>s/ Andrew A. Ruffino</u>
                Andrew A. Ruffino

          The New York Times Building
          620 Eighth Avenue
          New York, New York 10018-1405
          (212) 841-1000
          aruffino@cov.com

          *Attorneys for Defendants Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., and Citi Swapco Inc.*