**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11 MD 02262 (NRB)<br><br>**RULE 7.1 CORPORATE DISCLOSURE OF DEFENDANTS CITIGROUP FINANCIAL PRODUCTS, INC., CITIGROUP GLOBAL MARKETS LTD., AND CITI SWAPCO INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., and Citi Swapco Inc. states as follows:

Citigroup Financial Products, Inc. is wholly owned by Citigroup Global Markets Holdings, Inc., which in turn is wholly owned by Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citigroup Financial Products, Inc.

Citigroup Global Markets Ltd. is a subsidiary of Citigroup Global Markets Europe Ltd., which in turn is a subsidiary of Citigroup Global Markets Holdings, Inc., which in turn is wholly owned by Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citigroup Global Markets Ltd.

Citi Swapco Inc. is a subsidiary of Citigroup Financial Products, Inc., which in turn is wholly owned by Citigroup Global Markets Holdings Inc., which in turn is wholly owned by

Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citigroup Global Markets Inc.

| | |
|---|---|
| Dated: New York, New York<br>November 4, 2014 | COVINGTON & BURLING LLP<br><br>By: s/ Andrew A. Ruffino<br>       Andrew A. Ruffino<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>(212) 841-1000<br>aruffino@cov.com<br><br>*Attorney for Defendants Citigroup Financial Products, Inc., Citigroup Global Markets Ltd., and Citi Swapco Inc.* |