UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 11 MD 2262 (NRB) (GWG)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for British Bankers' Association (a public non-governmental party) certifies that it has no corporate parent and no publicly held corporations own 10% or more of British Bankers' Association's stock.

Dated: November 5, 2014
      New York, New York

LATHAM & WATKINS LLP

By: /s/ Richard D. Owens
    Richard D. Owens

885 Third Avenue
New York, New York 10022-4802
(212) 906-1200
richard.owens@lw.com

*Counsel for Defendant*
*British Bankers' Association*