UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| CITY OF RIVERSIDE V. BANK OF AM. CORP. ET AL | No. 13-cv-0597 |
| CNTY. OF SAN MATEO V. BANK OF AM. CORP. ET AL. | No. 13-cv-0625 |
| E. BAY MUN. UTIL. DIST. V. BANK OF AMERICAN CORP. ET AL. | No. 13-cv-0626 |
| CITY OF RICHMOND V. BANK OF AM. CORP. ET AL. | No. 13-cv-0627 |
| CNTY. OF SAN DIEGO V. BANK OF AM. CORP. ET AL. | No. 13-cv-0667 |
| REGENTS OF THE UNIV. OF CAL. V. BANK OF AM. CORP. ET AL. | No. 13-cv-5186 |
| CNTY. OF SONOMA V. BANK OF AM. CORP. ET AL. | No. 13-cv-5187 |
| SAN DIEGO ASS'N OF GOV'TS V. BANK OF AM. CORP. ET AL. | No. 13-cv-5221 |
| CNTY. OF SACRAMENTO V. BANK OF AM. CORP. ET AL. | No. 13-cv-5569 |
| CNTY. OF MENDOCINO V. BANK OF AM. CORP. ET AL. | No. 13-cv-8644 |
| AMABILE ET AL. V. BANK OF AM. CORP. ET AL. | No. 13-cv-1700 |
| MARAGOS V. BANK OF AM. CORP. ET AL. | No. 13-cv-2297 |
| FEDERAL HOME LOAN MORTG. CORP. V. BANK OF AM. CORP. ET AL. | No. 13-cv-3952 |
| SALIX CAPITAL US INC. V. BANC OF AM. SECURITIES LLC ET AL. | No. 13-cv-4018 |
| CITY OF HOUSTON V. BANK OF AM. CORP. ET AL. | No. 13-cv-5616 |

| | |
|---|---|
| PRINCIPAL FUNDS, INC. ET AL. V. BANK OF AM. CORP. ET AL. | No. 13-cv-6013 |
| PRINCIPAL FIN. GRP., INC. ET AL. V. BANK OF AM. CORP. ET AL. | No. 13-cv-6014 |
| CITY OF PHILADELPHIA V. BANK OF AM. CORP. ET AL. | No. 13-cv-6020 |
| THE CHARLES SCHWAB CORP. ET AL. V. BANK OF AM. ET AL. | No. 13-cv-7005 |
| NAT'L CREDIT UNION ADMIN. BD. V. CREDIT SUISSE GRP. AG ET AL. | No. 13-cv-7394 |
| FED. NAT'L MORTGAGE ASS'N V. BARCLAYS BANK PLC ET AL. | No. 13-cv-7720 |
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. V. BANK OF AM. CORP. ET AL. | No. 14-cv-0146 |
| FEDERAL DEPOSIT INSURANCE CORPORATION V. BANK OF AM. CORP. ET AL. | No. 14-cv-1757 |
| BAY AREA TOLL AUTHORITY V. BANK OF AM. CORP. ET AL. | No. 14-cv-3094 |
| PRUDENTIAL INV. PORTFOLIOS 2 V. BARCLAYS BANK PLC ET AL. | No. 14-cv-4189 |

### DECLARATION OF JOHN B. GAFFNEY IN SUPPORT OF THE BANK OF AMERICA DEFENDANTS' MOTION TO DISMISS THE DIRECT ACTIONS FOR LACK OF PERSONAL JURISDICTION

John B. Gaffney declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a Director and Assistant General Counsel employed by Bank of America, N.A. This declaration is submitted on behalf of certain related Bank of America entities identified below (collectively, the "Bank of America Defendants") which have been named as defendants in one or more of the above-captioned USD LIBOR actions.

2. The Bank of America Defendants have joined in a motion seeking dismissal, based on lack of personal jurisdiction, of claims asserted in several of the above-captioned actions which were not filed in New York. This declaration sets forth facts in connection with that motion. I have personal knowledge of the facts set forth herein based on

2

#86544183v4

my experience and responsibilities at Bank of America and my review of relevant corporate records.

3. Bank of America Corporation ("BAC") is a parent holding company. BAC is incorporated in Delaware and headquartered in Charlotte, North Carolina.

4. Bank of America, N.A. ("BANA") is a national bank organized under federal banking laws and headquartered in Charlotte, North Carolina. BANA maintains offices in New York, including its U.S. institutional trading operations that deal in LIBOR referenced instruments.

5. Merrill Lynch & Co., Inc. ("MLC") was at the relevant times a holding company incorporated in Delaware with a primary place of business in New York. Following its merger with Bank of America, MLC was a wholly owned subsidiary of Bank of America Corporation.

6. Merrill Lynch Capital Services, Inc. ("MLCS") is incorporated in Delaware and maintains its principal place of business in New York. MLCS is a derivatives product dealer.

7. Merrill Lynch International Bank, Ltd. ("MLIB") is an Ireland corporation based in Dublin, Ireland. MLIB does not operate in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of November in New York, New York.

_____
John B. Gaffney

#86544183v4