UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: *Prudential Inv. Portfolios 2, et al. v. Bank of Am. Corp., et al.*, No. 14-cv-4189 | Master File No. 1:11-md-2262-NRB<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

## DECLARATION OF PATRICK GONSALVES IN SUPPORT OF BARCLAYS PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Patrick Gonsalves, declare under penalty of perjury as follows:

1. I am Deputy Company Secretary for Barclays PLC in London, England.

2. I submit this declaration in support of Barclays PLC's Motion to Dismiss for Lack of Personal Jurisdiction in the above-captioned action. The facts stated herein are true and correct, to the best of my knowledge, based on records maintained by Barclays PLC in the ordinary course of business.

3. Except where otherwise indicated, all statements apply to the period from January 1, 2013 through November 5, 2014, and describe the operations of only Barclays PLC, not any separately incorporated and distinct subsidiary entities.

4. Barclays PLC is a bank holding company, pursuant to Section 8(a) of the International Banking Act of 1978, and is incorporated under the laws of England and Wales.

5. Barclays PLC has its registered office in London, England. It has no other offices.

6. Barclays PLC is registered as a financial holding company with the Federal Reserve Bank of New York pursuant to the Bank Holding Company Act of 1956, 12 U.S.C. § 1841 *et seq.*

7. Barclays PLC owns no real estate and holds no leases for real property in the United States.

8. Barclays PLC has no employees in the United States.

9. Barclays PLC sponsors Level 1 American Depositary Receipts within the United States.

10. Barclays PLC does not broker trades or employ interdealer brokers.

11. Barclays PLC is not a U.S. Dollar LIBOR panel member.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, based on records maintained by Barclays PLC in the ordinary course of business.

Executed in London, England on November 5, 2014.

                                                Patrick Gonsalves