UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL NO. 2262 |
| THIS DOCUMENT RELATES TO: | MASTER FILE NO. 1:11-MD-2262-NRB<br><br>ECF CASE |
| CITY OF RIVERSIDE V. BANK OF AM. CORP. ET AL | NO. 13-CV-0597 |
| CNTY. OF SAN MATEO V. BANK OF AM. CORP. ET AL. | NO. 13-CV-0625 |
| E. BAY MUN. UTIL. DIST. V. BANK OF AMERICAN CORP. ET AL. | NO. 13-CV-0626 |
| CITY OF RICHMOND V. BANK OF AM. CORP. ET AL. | NO. 13-CV-0627 |
| CNTY. OF SAN DIEGO V. BANK OF AM. CORP. ET AL. | NO. 13-CV-0667 |
| REGENTS OF THE UNIV. OF CAL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-5186 |
| CNTY. OF SONOMA V. BANK OF AM. CORP. ET AL. | NO. 13-CV-5187 |
| SAN DIEGO ASS'N OF GOV'TS V. BANK OF AM. CORP. ET AL. | NO. 13-CV-5221 |
| CNTY. OF SACRAMENTO V. BANK OF AM. CORP. ET AL. | NO. 13-CV-5569 |
| CNTY. OF MENDOCINO V. BANK OF AM. CORP. ET AL. | NO. 13-CV-8644 |
| AMABILE ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-1700 |
| MARAGOS V. BANK OF AM. CORP. ET AL. | NO. 13-CV-2297 |
| FEDERAL HOME LOAN MORTG. CORP. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-3952 |
| SALIX CAPITAL US INC. V. BANC OF AM. SECURITIES LLC ET AL. | NO. 13-CV-4018 |
| CITY OF HOUSTON V. BANK OF AM. CORP. ET AL. | NO. 13-CV-5616 |
| PRINCIPAL FUNDS, INC. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6013 |
| PRINCIPAL FIN. GRP., INC. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6014 |
| CITY OF PHILADELPHIA V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6020 |
| THE CHARLES SCHWAB CORP. ET AL. V. BANK OF AM. ET AL. | NO. 13-CV-7005 |

| | |
|---|---|
| NAT'L CREDIT UNION ADMIN. BD. V. CREDIT SUISSE GRP. AG ET AL. | NO. 13-CV-7394 |
| FED. NAT'L MORTGAGE ASS'N V. BARCLAYS BANK PLC ET AL. | NO. 13-CV-7720 |
| DARBY FIN. PRODUCTS ET AL. V. BARCLAYS BANK PLC ET AL | NO. 13-CV-8799 |
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 14-CV-0146 |
| FEDERAL DEPOSIT INSURANCE CORPORATION V. BANK OF AMERICA CORP. ET AL. | NO. 14-CV-1757 |
| BAY AREA TOLL AUTHORITY V. BANK OF AMERICA CORP. ET AL. | NO. 14-CV-3094 |
| PRUDENTIAL INV. PORTFOLIOS 2 V. BARCLAYS BANK PLC ET AL. | NO. 14-CV-4189 |

## DECLARATION OF PIERRE SCHREIBER IN SUPPORT OF CREDIT SUISSE GROUP AG'S MOTION TO DISMISS

I, Pierre Schreiber, hereby declare:

1. I am Managing Director of Credit Suisse Group AG ("CSGAG"). I submit this declaration in further support of CSGAG's motion to dismiss the above-captioned action for lack of personal jurisdiction. I set forth the facts below to the best of my knowledge based upon my review of CSGAG's records.

2. CSGAG is a financial institution incorporated under the laws of Switzerland. Its headquarters is and has been located at Paradeplatz 8, 8001 Zurich, Switzerland. CSGAG's principal place of business is and has been in Switzerland.

3. In 2013, CSGAG (through its subsidiaries) had 214 branches in Switzerland. CSGAG's subsidiaries have dozens of branches and representative offices in more than fifty other countries.

4. In 2013, a minority of CSGAG's consolidated net revenue (including net revenues of all direct and indirect subsidiaries) was attributable to the United States.

2

5. In 2013, CSGAG on a consolidated basis (through its subsidiaries) employed 46,000 full-time employees worldwide, including 17,900 employees in Switzerland. CSGAG subsidiaries had 8,365 employees in the United States, of which 7,840 were in New York. CSGAG subsidiaries also had relatively small number of employees in California (293), New Jersey (81), Pennsylvania (52), Texas (123), and Virginia (1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2014 in Zurich, Switzerland.

By: _____
[Pierre Schreiber]