UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL NO. 2262 |
| THIS DOCUMENT RELATES TO: | MASTER FILE NO. 1:11-MD-2262-NRB<br><br>ECF CASE |
| FEDERAL HOME LOAN MORTG. CORP. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-3952 |
| PRINCIPAL FIN. GRP., INC. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6014 |
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 14-CV-0146 |
| FEDERAL DEPOSIT INSURANCE CORPORATION V. BANK OF AMERICA CORP. ET AL. | NO. 14-CV-1757 |

## DECLARATION OF TAMLYN LUDFORD IN SUPPORT OF CREDIT SUISSE INTERNATIONAL'S MOTION TO DISMISS

I, Tamlyn Ludford, hereby declare:

1. I am an authorized signatory of Credit Suisse International ("CSI"). I submit this declaration in further support of CSI's motion to dismiss the above-captioned action for lack of personal jurisdiction. I set forth the facts below to the best of my knowledge based upon my review of CSI's records.

2. CSI is a bank domiciled in the United Kingdom. CSI's headquarters is One Cabot Square, London, E14 4QJ. CSI's principal place of business is in the United Kingdom.

3. Currently, CSI has six offices in the United Kingdom. It has no offices in the United States.

4. CSI has no bank branches in the United States.

5. In 2013, CSI had no banking or representative offices or agencies in the United States. CSI had two subsidiaries in the United States.

6. In 2013, less than 17% of CSI's consolidated revenue was attributable to the United States.

7. In 2013, ten of CSI's 727 employees worked in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2014 in London, England.

By: _____
Tamlyn Ludford