UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| PRINCIPAL FUNDS, INC. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6013 |
| PRINCIPAL FIN. GRP., INC. ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6014 |
| PRUDENTIAL INV. PORTFOLIOS 2 V. BARCLAYS BANK PLC ET AL. | NO. 14-CV-4189 |

### DECLARATION OF PIERRE SCHREIBER IN SUPPORT OF CREDIT SUISSE AG'S MOTION TO DISMISS

I, Pierre Schreiber, hereby declare:

1. I am Managing Director of Credit Suisse AG ("CSAG"). I submit this declaration in further support of CSAG's motion to dismiss the above-captioned actions for lack of personal jurisdiction. I set forth the facts below to the best of my knowledge based upon my review of CSAG's records.

2. CSAG is a financial institution incorporated under the laws of Switzerland. Its headquarters is and has been located at Paradeplatz 8, 8001 Zurich, Switzerland. CSAG's principal place of business is and has been in Switzerland.

3. CSAG has 21 branches and 21 representative offices worldwide.

4. In the United States, CSAG has a New York branch, and representative offices in Los Angeles, San Diego, and San Francisco, California.

5. CSAG has direct and indirect subsidiaries in the United States, of which Credit Suisse Holdings (USA), Inc. is the highest level United States holding company.

6. In 2013, a minority of CSAG's consolidated net revenue (including net revenues of all direct and indirect subsidiaries) was attributable to the United States.

7. At the end of 2013, CSAG reported 21,500 (FTE) employees, 17,100 (FTE) employees in Switzerland, and 4,400 (FTE) employees abroad. In the United States, CSAG employed 98 people in New York.

8. The London Branch of CSAG was responsible for the USD LIBOR submissions, and all of the employees who made the submissions were located in London.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2014 in Zurich, Switzerland.

By: _____
[Pierre Schreiber]