**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| PRINCIPAL FUNDS, INC.  ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6013 |
| PRINCIPAL FIN. GRP., INC.  ET AL. V. BANK OF AM. CORP. ET AL. | NO. 13-CV-6014 |
| PRUDENTIAL INV. PORTFOLIOS 2 V. BARCLAYS BANK PLC ET AL. | NO. 14-CV-4189 |

**DECLARATION OF THOMAS FINLAN IN SUPPORT OF**
**CREDIT SUISSE SECURITIES (USA) LLC'S MOTION TO DISMISS**

I, Thomas Finlan, hereby declare:

1.   I am a Vice President at Credit Suisse Securities (USA) LLC ("CSSU").  I submit this declaration in further support of CSSU's motion to dismiss the above-captioned action for lack of personal jurisdiction.  My work responsibilities for CSSU include reviewing and analyzing CSSU's records pertaining to finances, revenues, and employees.  I have knowledge of the facts set forth herein based on my review of those records.

2.   CSSU is a Delaware limited liability company and a wholly-owned subsidiary of Credit Suisse (USA) Inc., which is a company incorporated in Delaware.  CSSU's headquarters is and has been located at Eleven Madison Avenue, New York, New York 10010.  CSSU's principal place of business is and has been in New York.

3.   CSSU has approximately 7,840 employees in the United States, of which approximately 5,620 are located in New York.  CSSU employs approximately 81 people in New Jersey and none in Iowa.

4.   In 2013, less than 2% of CSSU's revenue was attributable to New Jersey.  Iowa represented a similarly insignificant proportion of revenue.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November 2014, in New York, New York.

By: _____

Thomas Finlan