UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| PRUDENTIAL INV. PORTFOLIOS 2 V. BARCLAYS BANK PLC ET AL. | NO. 14-CV-4189 |

## DECLARATION OF DOUGLAS ROSEMAN IN SUPPORT OF CREDIT SUISSE (USA) INC.'S MOTION TO DISMISS

I, Douglas Roseman, hereby declare:

1. I am a Director at Credit Suisse (USA) Inc. I submit this declaration in further support of Credit Suisse (USA) Inc.'s ("CSUI") motion to dismiss the above-captioned action for lack of personal jurisdiction. My work responsibilities for CSUI include reviewing and analyzing CSUI's records pertaining to finances, revenues, and employees. I have knowledge of the facts set forth herein based on my review of those records.

2. CSUI is incorporated under the laws of the State of Delaware. Its headquarters is and has been located at Eleven Madison Avenue, New York, New York 10010. CSUI's principal place of business is and has been in New York.

3. CSUI is the parent company for a number of subsidiaries in the United States, including Credit Suisse Securities (USA) LLC.

4. In 2013, approximately 88% of CSUI's revenue was attributable to New York.

5. CSUI does not have any direct employees. CSUI and its subsidiaries have approximately 8,251 employees in the United States, of which approximately 81 were located in New Jersey.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November 2014, New York, New York.

By: _____
Douglas Roseman