UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

MDL No. 2262
Master File No. 1:11-md-2262-NRB
ECF Case

## DECLARATION OF PAMELA A. SNELL

I, Pamela A. Snell, declare and state as follows under penalty of perjury:

1. I am an Assistant Corporate Secretary for HSBC Bank USA, N.A.

2. In my capacity as Assistant Corporate Secretary for HSBC Bank USA, N.A., I have personal knowledge of the matters set forth herein and believe them to be true and correct based on my work for HSBC Bank USA, N.A. and my review of its records.

3. HSBC Bank USA, N.A. is a national banking association organized under the laws of the United States, with its main office in McLean, Virginia and having a place of business in New York.

4. HSBC Bank USA, N.A. has no offices, branches, or other regular places of business in Kansas.

5. HSBC Bank USA, N.A. is a separate legal entity from HSBC Holdings plc and HSBC Bank plc, and it maintains separate books and records and a separate corporate existence from those entities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in New York, New York on November 5, 2014.

_____
Pamela A. Snell
Assistant Corporate Secretary
HSBC Bank USA, National Association