UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: LIBOR-BASED FINANCIAL : MDL No. 2262
INSTRUMENTS ANTITRUST LITIGATION :
: Case No: 1:11-md-2262 (NRB)
This document applies to: :
: ECF CASE
*Principal Fin. Grp., Inc. et al. v. Bank of Am.* :
*Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-06014- :
NRB; :
:
-----------------------------------------------------------x

## DECLARATION OF MARY M. MCCULLOUGH IN SUPPORT OF CHASE BANK USA, N.A.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Mary M. McCullough, hereby declare:

1. I am Secretary of Chase Bank USA, N.A. ("CBUSANA") and Executive Director of JPMorgan Chase Bank, N.A. I submit this declaration in further support of CBUSANA's motion to dismiss the above captioned action for lack of personal jurisdiction. I have personal knowledge of the facts set forth herein based on my work at CBUSANA and my review of CBUSANA's records.

2. CBUSANA is a National Bank incorporated under the laws of the United States. Its headquarters are and have been located at 201 North Walnut Street, Wilmington, Delaware 19801.

3. Currently, CBUSANA has one branch office located in the Cayman Islands and three offices, including its headquarters, in Delaware. CBUSANA did not have any branches, offices, or employees in Iowa from August 2007 to May 2010.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
November 5, 2014

_____
Mary M. McCullough
Secretary
Chase Bank, USA, N.A.