UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | : MDL No. 2262 |
| | : Case No: 1:11-md-2262 (NRB) |
| This document applies to: | : ECF CASE |
| *City of Philadelphia, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-06020-NRB; | : |
| *Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-03952-NRB; | : |
| *National Credit Union Administration Board v. Credit Suisse Group AG, et al.*, S.D.N.Y. Case No. 1:13-cv-07394-NRB; | : |
| *Principal Fin. Grp., Inc. et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-06014-NRB; | : |
| *Principal Funds, Inc. et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-06013-NRB; | : |
| *Regents of the Univ. of Cal. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-05186-NRB; | : |
| *E. Bay Mun. Util. Dist. v. Bank of American Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-00626-NRB; | : |
| *San Diego Ass'n of Gov'ts v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-05221-NRB; | : |
| *City of Richmond, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-00627-NRB; | : |
| *City of Riverside, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-00597-NRB; | : |
| *Cnty. Of Mendocino v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-08644-NRB; | : |
| *Cnty. of Sacramento v. Bank of Am. Corp. et al.*, | : |

| | |
|---|---|
| S.D.N.Y. Case No. 1:13-cv-05569-NRB; | : |
| | : |
| *Cnty. of San Diego v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-00667-NRB; | : |
| | : |
| *Cnty. of San Mateo, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-00625-NRB | : |
| | : |
| *Cnty. of Sonoma, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-05187-NRB | : |
| | : |
| *Bay Area Toll Auth. v. Bank of America Corp. et al.*, S.D.N.Y. Case No. 1:14-cv-03094-NRB; | : |
| | : |
| *Charles Schwab Corporation, et al. v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-07005-NRB; | : |
| | : |
| *City of Houston v. Bank of Am. Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-05616-NRB | : |
| | : |
| *Prudential Inv. Portfolios 2 et al. v. Bank of America Corp. et al.*, S.D.N.Y. Case No. 1:14-cv-04189-NRB | : |
| | : |
| ------------------------------------------------------------x | |

## DECLARATION OF CHRISTINE N. BANNERMAN IN SUPPORT OF MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION OF <u>JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.</u>

I, Christine N. Bannerman, hereby declare:

1. I am a Vice President and Assistant Secretary of JPMorgan Chase Bank, N.A. ("JPMCBNA"). I submit this declaration in further support of the motions to dismiss the above captioned actions for lack of personal jurisdiction of JPMorgan Chase & Co. ("JPMCC") and JPMCBNA. I have personal knowledge of the facts set forth herein based on my work at JPMCBNA and my review of relevant records.

2. JPMCC is a financial holding company incorporated under the laws of Delaware. JPMCC's principal place of business is and has been in New York. As a financial

holding company, JPMCC's principal business consists of holding stock in various banking institutions and other legal entities. JPMCBNA, a subsidiary of JPMCC, is a National Bank formed under the laws of United States of America, and its headquarters has been located in Ohio since November 13, 2004, as designated in its articles of association on file with the Office of the Comptroller of the Currency.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Brooklyn, New York
November 5, 2014

*Christine N. Bannerman* (signature)

Christine N. Bannerman
Vice President and Assistant Secretary
JPMorgan Chase Bank, N.A.