UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: LIBOR-BASED FINANCIAL                : MDL No. 2262
INSTRUMENTS ANTITRUST LITIGATION            :
                                            : Case No: 1:11-md-2262 (NRB)
This document applies to:                   :
                                            : ECF CASE
*Fed. Deposit Ins. Corp. v. Bank of America Corp.* :
*et al.*, S.D.N.Y. Case No. 1:14-cv-01757-NRB :
                                            :
                                            :
------------------------------------------------------------x

### DECLARATION OF REBECCA K. SMITH IN SUPPORT OF J.P. MORGAN MARKETS LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Rebecca K. Smith, hereby declare:

1. I am an Executive Director and Assistant General Counsel of JPMorgan Chase Bank, N.A., London Branch. I submit this declaration in further support of the motion to dismiss the above captioned action for lack of personal jurisdiction of J.P. Morgan Markets Limited ("JPMM"). I have personal knowledge of the facts set forth herein based on my work at JPMorgan Chase Bank, N.A., London Branch, and my review of relevant records.

2. JPMM is a financial institution incorporated under the laws of the United Kingdom. Its headquarters are and have been located at 25 Bank Street, Canary Wharf, London E14 5JP. JPMM's principal place of business is and has been in London, England.

3. JPMM did not have any branches, offices, or employees in the United States from August 2007 to end of 2011.

2

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: London, England
November 5, 2014

*Rebecca Smith*

Rebecca K. Smith
Executive Director and Assistant General Counsel
JPMorgan Chase Bank, N.A., London Branch