UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: LIBOR-BASED FINANCIAL           : MDL No. 2262
INSTRUMENTS ANTITRUST LITIGATION       :
                                       : Case No: 1:11-md-2262 (NRB)
This document applies to:              :
                                       : ECF CASE
*Darby Fin. Prods. et al. v. Barclays Bank PLC et* :
*al.*, S.D.N.Y. Case No. 1:13-cv-08799-NRB;   :
                                       :
*Fed. Deposit Ins. Corp. v. Bank of America Corp.* :
*et al.*, S.D.N.Y. Case No. 1:14-cv-01757-NRB;  :
                                       :
*Principal Fin. Grp., Inc. et al. v. Bank of Am.* :
*Corp. et al.*, S.D.N.Y. Case No. 1:13-cv-06014- :
NRB                                    :
                                       :
------------------------------------------------------------x

## DECLARATION OF DARA QUINN IN SUPPORT OF
## J.P. MORGAN DUBLIN PLC'S MOTION TO DISMISS FOR
## LACK OF PERSONAL JURISDICTION

I, Dara Quinn, hereby declare:

1.  I am Executive Director of J.P. Morgan Dublin plc ("JPMD"), f/k/a J.P. Morgan Bank Dublin plc. I submit this declaration in further support of JPMD's motion to dismiss the above captioned actions for lack of personal jurisdiction. I have personal knowledge of the facts set forth herein based on my work at JPMD and my review of JPMD's records.

2.  JPMD is a foreign financial services corporation incorporated under the laws of Ireland. Its headquarters are and have been located at International Financial Services Centre, Dublin 1, Ireland. JPMD's principal place of business is and has been in Ireland.

3.  JPMD did not have any branches, offices, or employees in the United States from August 2007 to end of 2011.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      November 5, 2014

*/s/ Dara Quinn*

Dara Quinn
Executive Director
J.P. Morgan Dublin plc