UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| CITY OF RIVERSIDE v. BANK OF AM. CORP. ET AL. | No. 13-cv-0597 |
| CNTY. OF SAN MATEO v. BANK OF AM. CORP. ET AL. | No. 13-cv-0625 |
| E. BAY MUN. UTIL. DIST. v. BANK OF AM. CORP. ET AL. | No. 13-cv-0626 |
| CITY OF RICHMOND v. BANK OF AM. CORP. ET AL. | No. 13-cv-0627 |
| CNTY. OF SAN DIEGO v. BANK OF AM. CORP. ET AL. | No. 13-cv-0667 |
| REGENTS OF THE UNIV. OF CAL. v. BANK OF AM. CORP. ET AL. | No. 13-cv-5186 |
| CNTY. OF SONOMA v. BANK OF AM. CORP. ET AL. | No. 13-cv-5187 |
| SAN DIEGO ASS'N OF GOV'TS v. BANK OF AM. CORP. ET AL. | No. 13-cv-5221 |
| CNTY. OF SACRAMENTO v. BANK OF AM. CORP. ET AL. | No. 13-cv-5569 |
| CNTY. OF MENDOCINO v. BANK OF AM. CORP. ET AL. | No. 13-cv-8644 |
| AMABILE ET AL. v. BANK OF AM. CORP. ET AL. | No. 13-cv-1700 |
| MARAGOS v. BANK OF AM. CORP. ET AL. | No. 13-cv-2297 |
| FEDERAL HOME LOAN MORTG. CORP. v. BANK OF AM. CORP. ET AL. | No. 13-cv-3952 |
| SALIX CAPITAL US INC. v. BANC OF AM. SECURITIES LLC ET AL. | No. 13-cv-4018 |
| CEMA JOINT VENTURE v. CHARTER ONE BANK, N.A. ET AL. | No. 13-cv-5511 |
| CITY OF HOUSTON v. BANK OF AM. CORP. ET AL. | No. 13-cv-5616 |
| PRINCIPAL FUNDS, INC. ET AL. v. BANK OF AM. CORP. ET AL. | No. 13-cv-6013 |
| PRINCIPAL FIN. GRP., INC. ET AL. v. BANK OF AM. CORP. ET AL. | No. 13-cv-6014 |

| | |
|---|---|
| CITY OF PHILADELPHIA v. BANK OF AM. CORP. ET AL. | No. 13-cv-6020 |
| THE CHARLES SCHWAB CORP. ET AL. v. BANK OF AM. ET AL. | No. 13-cv-7005 |
| NAT'L CREDIT UNION ADMIN. BD. v. CREDIT SUISSE GRP. AG ET AL. | No. 13-cv-7394 |
| FED. NAT'L MORTGAGE ASS'N v. BARCLAYS BANK PLC ET AL. | No. 13-cv-7720 |
| DARBY FIN. PRODS. ET AL. v. BARCLAYS BANK PLC ET AL. | No. 13-cv-8799 |
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. v. BANK OF AM. CORP. ET AL. | No. 14-cv-0146 |
| FEDERAL DEPOSIT INS. CORP. v. BANK OF AM. CORP. ET AL. | No. 14-cv-1757 |
| BAY AREA TOLL AUTHORITY v. BANK OF AM. CORP. ET AL. | No. 14-cv-3094 |
| PRUDENTIAL INV. PORTFOLIOS 2 v. BARCLAYS BANK PLC ET AL. | No. 14-cv-4189 |

## DECLARATION OF JOHN CONNORS IN SUPPORT OF DEFENDANTS UBS AG, UBS SECURITIES LLC, AND UBS LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, John Connors, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Corporate Legal and Governance and Policy Attorney at UBS AG with the rank of Executive Director. In this capacity, I am responsible for corporate and legal entity governance and general corporate matters relating to legal entities within Investment Bank, Wealth Management divisions and Corporate Center in Region Americas. I am an attorney with more than 25 years of experience in the financial services sector. I have been in-house counsel to UBS AG since 2010. I make this declaration based on personal knowledge gained through the performance of my duties and my investigation of the facts herein.

2. UBS AG is a 152-year-old financial institution incorporated in Switzerland. Its global headquarters and principal place of business are located in Zurich and Basel, Switzerland, at Bahnhofstrasse 45, 8001 Zurich, Switzerland, and Aeschenvorstadt 1, 4051 Basel,

Switzerland, respectively. UBS AG is the present-day successor to the Bank in Winterthur, a Swiss financial institution founded in 1862 fourteen years after Switzerland's formation as a federal state. Today, UBS AG is Switzerland's largest bank. In the United States, UBS AG maintains licensed branches in Connecticut, Florida, Illinois, New York, and California.

3. UBS Securities LLC is a wholly owned indirect subsidiary of UBS AG incorporated in Delaware. Its headquarters and principal place of business are located at 1285 Avenue of the Americas, New York, NY 10019.

4. UBS Limited is a wholly owned subsidiary of UBS AG incorporated in the United Kingdom. Its headquarters and principal place of business are located at 1 Finsbury Avenue, London, EC2M 2PP, United Kingdom.

5. There are four relevant jurisdictions. The jurisdictions relevant to UBS AG are California and Pennsylvania. The jurisdiction relevant to UBS Securities LLC is Iowa. And the jurisdiction relevant to UBS Limited is New York. The branch and/or office presence of each entity in each relevant jurisdiction is as follows:

- **California:** UBS AG has two branches in California.
- **Pennsylvania:** UBS AG has no branches or offices in Pennsylvania.
- **Iowa:** UBS Securities LLC has no branches or offices in Iowa.
- **New York:** UBS Limited has no branches or offices in New York.

6. No UBS AG branch, office, agency, or employee in California or Pennsylvania has ever been responsible for or involved with the determination or submission of rates to the British Bankers' Association in the United Kingdom for use in the calculation of Dollar Libor.

7. No UBS Securities LLC branch, office, agency, or employee in Iowa has ever been responsible for or involved with the determination or submission of rates to the British Bankers' Association in the United Kingdom for use in the calculation of Dollar Libor.

8.    No UBS Limited branch, office, agency, or employee in New York has ever been responsible for or involved with the determination or submission of rates to the British Bankers' Association in the United Kingdom for use in the calculation of Dollar Libor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of November, 2014 in Weehawken, New Jersey.

_____
John Connors
UBS AG
677 Washington Blvd.
Stamford, CT 06901
Telephone:   203.719.3000
Facsimile:    203.719.0340

3