USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ANNIE BELL ADAMS, DENNIS )
PAUL FOBES, LEIGH E. FOBES, )
MARGARET LAMBERT, and )
BETTY L. GUNTER, on behalf of )
themselves and all others similarly )
situated, )
)
       Plaintiffs, )
)
       versus )
)
BANK OF AMERICA CORP., et al. )
)
       Defendants. )
------------------------------------ x

CIVIL ACTION NO.:
12-Civ-7461 (NRB)

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)

The Plaintiffs in the above styled action, in which no responsive pleading has been filed

and no class certified, give notice of voluntary dismissal without prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 5, 2014

                    Respectfully submitted,
                    Counsel for Plaintiffs

                    /s/ *John Walter Sharbrough, III*
                    JOHN WALTER SHARBROUGH, III
                    JOHN W. SHARBROUGH, III, PC
                    114 Eaton Square
                    Mobile, AL  36608-1936
                    (251) 432-1413
                    (251) 432-1441 direct line
                    (251) 432-5297 fax
                    john@sharbroughlaw.com

**SO ORDERED:**

_____
**U.S.D.J.**     11/7/14

Notice of Dismissal-Page 1