UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| BAY AREA TOLL AUTHORITY,<br>        Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants | 1:14-cv-03094-NRB |
| CHARLES SCHWAB CORPORATION et al.,<br>        Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants | 1:14-cv-07005-NRB |
| CITY OF HOUSTON,<br>        Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-5616-NRB |
| CITY OF RICHMOND et al.,<br>        Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-00627-NRB |

| | |
|---|---|
| CITY OF RIVERSIDE et al.,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-00597-NRB |
| COUNTY OF MENDOCINO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-08644-NRB |
| COUNTY OF SACRAMENTO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-05569-NRB |
| COUNTY OF SAN DIEGO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-00667-NRB |
| COUNTY OF SAN MATEO et al.,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br>    Defendants | 1:13-cv-00625-NRB |

| | |
|---|---|
| COUNTY OF SONOMA et al.,<br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-05187-NRB |
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-00626-NRB |
| NATIONAL CREDIT UNION ADMIN. BOARD,<br>       Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG et al.,<br>       Defendants | 1:13-cv-07394-NRB |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al,<br>       Defendants | 1:13-cv-05186-NRB |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-05221-NRB |

# NOTICE OF APPEARANCE
# CHRISTOPHER M. PAPARELLA

PLEASE TAKE NOTICE that Christopher M. Paparella of the law firm of Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Westdeutsche ImmobilienBank AG, a defendant in the above-captioned matters, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated below.[1]

Dated:     New York, New York            Respectfully submitted,
           November 10, 2014
                                         HUGHES HUBBARD & REED LLP

                                         By:    /s/ Christopher M. Paparella
                                                Christopher M. Paparella
                                                Chris.Paparella@hugheshubbard.com

                                         One Battery Park Plaza
                                         New York, New York 10004-1482
                                         Tel.   (212) 837-6644
                                         Fax.   (212) 422-4726

                                         *Counsel for Defendant*
                                         *Westdeutsche ImmobilienBank AG*

---

[1] In filing this Notice of Appearance, Westdeutsche ImmobilienBank AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:   New York, New York   /s/ Christopher M. Paparella
         November 10, 2014    Christopher M. Paparella