**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| BAY AREA TOLL AUTHORITY,<br>        Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants | 1:14-cv-03094-NRB |
| CHARLES SCHWAB CORPORATION et al.,<br>        Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>        Defendants | 1:14-cv-07005-NRB |
| CITY OF HOUSTON,<br>        Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-5616-NRB |
| CITY OF RICHMOND et al.,<br>        Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>       Defendants | 1:13-cv-00627-NRB |

| | |
|---|---|
| CITY OF RIVERSIDE et al.,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-00597-NRB |
| COUNTY OF MENDOCINO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-08644-NRB |
| COUNTY OF SACRAMENTO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-05569-NRB |
| COUNTY OF SAN DIEGO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-00667-NRB |
| COUNTY OF SAN MATEO et al.,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br>    Defendants | 1:13-cv-00625-NRB |

| | |
|---|---|
| COUNTY OF SONOMA et al., <br>                Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>                Defendants | 1:13-cv-05187-NRB |
| EAST BAY MUNICIPAL UTILITY DISTRICT, <br>                Plaintiff, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>                Defendants | 1:13-cv-00626-NRB |
| NATIONAL CREDIT UNION ADMIN. BOARD, <br>                Plaintiff, <br><br>v. <br><br>CREDIT SUISSE GROUP AG et al., <br>                Defendants | 1:13-cv-07394-NRB |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br>                Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al, <br>                Defendants | 1:13-cv-05186-NRB |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS, <br>                Plaintiff, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>                Defendants | 1:13-cv-05221-NRB |

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF WESTDEUTSCHE IMMOBILIENBANK AG

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Westdeutsche ImmobilienBank AG ("WestImmo") certifies as follows:

1. WestImmo is a wholly-owned subsidiary of Erste Abwicklungsanstalt, ("EAA"), a structurally and financially independent public law entity operating under the umbrella of the Financial Market Stabilisation Authority (Bundesanstalt für Finanzmarktstabilisierung-FMSA).

2. No publicly held corporation owns 10% or more of WestImmo's stock.

Dated:  New York, New York  
November 10, 2014

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By:  /s/ Christopher M. Paparella  
Christopher M. Paparella  
Chris.Paparella@hugheshubbard.com

One Battery Park Plaza  
New York, New York 10004-1482  
Tel.   (212) 837-6644  
Fax.   (212) 299-6894

*Counsel for Defendant*  
*Westdeutsche ImmobilienBank AG*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2014, I caused the foregoing Rule 7.1 Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                    /s/ Christopher M. Paparella
               November 10, 2014                     Christopher M. Paparella