**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| BAY AREA TOLL AUTHORITY,<br>　　　　Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　Defendants | 1:14-cv-03094-NRB |
| CHARLES SCHWAB CORPORATION et al.,<br>　　　　Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　Defendants | 1:14-cv-07005-NRB |
| CITY OF HOUSTON,<br>　　　　Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　Defendants | 1:13-cv-5616-NRB |
| CITY OF RICHMOND et al.,<br>　　　　Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION et al.,<br>　　　　Defendants | 1:13-cv-00627-NRB |

| | |
|---|---|
| CITY OF RIVERSIDE et al.,<br>   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>   Defendants | 1:13-cv-00597-NRB |
| COUNTY OF MENDOCINO,<br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>   Defendants | 1:13-cv-08644-NRB |
| COUNTY OF SACRAMENTO,<br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>   Defendants | 1:13-cv-05569-NRB |
| COUNTY OF SAN DIEGO,<br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>   Defendants | 1:13-cv-00667-NRB |
| COUNTY OF SAN MATEO et al.,<br>   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br>   Defendants | 1:13-cv-00625-NRB |

| | |
|---|---|
| COUNTY OF SONOMA et al.,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-05187-NRB |
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-00626-NRB |
| NATIONAL CREDIT UNION ADMIN. BOARD,<br>    Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG et al.,<br>    Defendants | 1:13-cv-07394-NRB |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al,<br>    Defendants | 1:13-cv-05186-NRB |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br>    Defendants | 1:13-cv-05221-NRB |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION et al., <br>    Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>    Defendants | 1:14-cv-01757-NRB |
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION, <br>    Plaintiff, <br><br>v. <br><br>BANK OF AMERICA CORPORATION et al., <br>    Defendants | 1:13-cv-03952-NRB |

**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PORTIGON AG</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Portigon AG (f/k/a WestLB AG) certifies as follows:

1. Portigon AG has no parent corporation.

2. No publicly held corporation owns 10% or more of Portigon AG's stock.

Dated:   New York, New York         Respectfully submitted,
        November 10, 2014

                                              HUGHES HUBBARD & REED LLP

                                              By:   /s/ Christopher M. Paparella
                                                       Christopher M. Paparella
                                                       Chris.Paparella@hugheshubbard.com

                                              One Battery Park Plaza
                                              New York, New York 10004-1482
                                              Tel.   (212) 837-6644
                                              Fax.   (212) 299-6894

                                              *Counsel for Defendant Portigon AG*
                                              *(f/k/a WestLB AG)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2014, I caused the foregoing Rule 7.1 Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                      /s/ Christopher M. Paparella
             November 10, 2014                        Christopher M. Paparella