# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

November 12, 2014

**BY ECF AND HAND DELIVERY**

Honorable Naomi Reice Buchwald
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

      Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*
                11-MD-2262 (NRB)

Dear Judge Buchwald:

      As counsel for the Exchange-Based Plaintiffs ("Plaintiffs") in the above-referenced matter, I write this letter pursuant to Section 2.C. of Your Honor's Individual Practices in order to provide two courtesy copies of Plaintiffs' Supplemental Memorandum In Further Support Of Their Pre-Motion Conference Request For Preliminary Approval Of The Barclays Settlement.

      Thank you very much.

                                Respectfully Submitted,

                                */s/ Christopher Lovell*
                                Christopher Lovell
                                LOVELL STEWART HALEBIAN JACOBSON LLP
                                61 Broadway, Suite 501
                                New York, NY 10006

Enclosures

cc: Counsel of Record (by electronic filing without enclosures)