# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

November 13, 2014

Re:  *LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB)

Via ECF and Hand Delivery

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Buchwald:

Counsel for defendants and plaintiffs in the previously stayed class actions in which amended complaints are due today, have conferred regarding the briefing schedule for motions to dismiss. In putting together the proposed schedule, we have taken into account the loss of several substantial blocks of time in the next month and a half, including the Thanksgiving weekend (Nov 27-30), the reply period for defendants' motions to dismiss the direct action complaints (Dec 8-23), and the Christmas/New Year's break (Dec 24-Jan 5). Subject to the Court's approval, the parties have agreed:

| | |
|---|---|
| Defendants' motions due: | January 16, 2015 |
| Class Plaintiffs' opposition papers: | February 27, 2015 |
| Defendants' replies: | March 17, 2015 |

The time from filing of the motions to completion of briefing is sixty days. If this schedule is satisfactory to the Court, we respectfully request this letter be so endorsed.

Respectfully yours,

*/s/ Robert F. Wise*

Robert F. Wise

cc: All counsel (via ECF)

#86595058v1