UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: )<br>)<br>LIBOR-Based Financial Instruments )<br>Antitrust Litigation )<br>)<br>This Document Relates to: )<br>The Earle Action )<br>) | MDL No. 2262<br><br>Master File No. 1:11-md-2262 (NRB) |
| HEATHER M. EARLE, HENRYK )<br>MALINOWSKI, LINDA CARR, and ERIC )<br>FRIEDMAN, on behalf of themselves and )<br>all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORP., BANK OF )<br>AMERICA, N.A., THE BANK OF )<br>TOKYO – MITSUBISHI UFJ LTD., )<br>BARCLAYS BANK PLC, CITIGROUP, )<br>INC., CITIBANK N.A., CREDIT SUISSE )<br>GROUP, AG, COÖPERATIEVE )<br>CENTRALE RAIFFEISEN- )<br>BOERENLEENBANK B.A., DEUTSCHE )<br>BANK AG, HBOS PLC, HSBC )<br>HOLDINGS PLC, HSBC BANK PLC, )<br>JPMORGAN CHASE & CO., JPMORGAN )<br>CHASE BANK, N.A., CHASE BANK )<br>USA, N.A., THE NORINCHUKIN BANK, )<br>LLOYDS BANKING GROUP PLC, )<br>ROYAL BANK OF CANADA, ROYAL )<br>BANK OF SCOTLAND GROUP PLC and )<br>UBS AG, )<br>)<br>Defendants. | Case No. 13 Civ. 407 (NRB) |

**REVISED NOTICE OF VOLUNTARY DISMISSAL
<u>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Heather M. Earle, Henryk Malinowski, Linda Carr and Eric Friedman and their counsel hereby give notice that the above-captioned action, in which no responsive pleading has been filed and no class certified, is voluntarily dismissed without prejudice against Defendants Bank of America Corp., Bank of America, N.A., The Bank of Tokyo – Mitsubishi UFJ LTD., Barclays Bank PLC, Citigroup, Inc., Citibank N.A., Credit Suisse Group, AG, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Deutsche Bank AG, HBOS PLC, HSBC Holdings PLC, HSBC Bank PLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., The Norinchukin Bank, Lloyds Banking Group PLC, Royal Bank of Canada, Royal Bank of Scotland Group PLC, and UBS AG.

DATED: November 14, 2014

*(signature)*
Gregory K. Arenson
Richard J. Kilsheimer
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, N.Y. 10022
Telephone: (212) 687-1980
Fascimile: (212) 687-7714
garenson@kaplanfox.com
rkilsheimer@kaplanfox.com

Jeffrey C. Block
Whitney E. Street
Erica G. Sorg
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Fascimile: (617) 507-6020
Jeff@blockesq.com
Whitney@blockesq.com
Erica@blockesq.com

*Attorneys for Plaintiffs Heather M. Earle, Henryk Malinowski, Linda Carr, and Eric Friedman*

## **CERTIFICATE OF SERVICE**

      I, Gregory K. Arenson, declare that, on November 14, 2014, I caused true and correct copies of the foregoing Revised Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(i) to be delivered to all counsel of record via the Court's ECF system.

                                                    */s/ Gregory K. Arenson*
                                                     Gregory K. Arenson