## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> THE BERKSHIRE BANK, GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO and DIRECTORS FINANCIAL GROUP Individually and On Behalf of All Others Similarly Situated, <br><br>                                        Plaintiffs, <br><br>             v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; BRITISH BANKERS' ASSOCIATION; BBA ENTERPRISES LTD.; BBA LIBOR LTD.; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG, <br><br>                                        Defendants. | MDL No. 2262 <br><br> Master File No. 1:11-md-2262-NRB <br><br> ECF Case <br><br><br> Civil Action No. 12-CV-5723-NRB <br>                         13-CV-01016-NRB <br><br><br> **PLAINTIFFS' NOTICE OF ERRATA AND FILING CORRECTED CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiffs The Berkshire Bank ("Berkshire"), Government Development Bank for Puerto Rico ("GDB"), and Directors Financial Group ("DFG") (collectively, "Plaintiffs") hereby provide notice of errata and correction as follows:

On November 13, 2014, Plaintiffs filed their Consolidated Second Amended Class Action Complaint ("SAC") and, unbeknownst to Plaintiffs' counsel, when the SAC was converted from Word to PDF for transmission through the Court's ECF system, certain figures/graphs were partially removed from the SAC.

Plaintiffs hereby file a Corrected Consolidated Second Amended Class Action Complaint (the "Corrected SAC") to replace the SAC filed November 13, 2014. The Corrected SAC contains the figures/graphs that only partially appeared in the SAC. Accordingly, *Figures A, B, C, D, E, H, M, N, O, P,* contained in ¶¶ 77, 80, 81, 82, 83, 100, 120, 121, 122 now fully appear in the Corrected SAC. Plaintiffs believe these modifications do not necessitate a formal amendment as they are correcting a technical glitch. Moreover, these figures reflect information already contained in the November 13 filing, and the figures are identical to figures previously placed in the record of the multidistrict litigation through other complaints.

Dated: November 19, 2014

                                         Respectfully Submitted,

                                         **POMERANTZ LLP**

                                         */s/ Jeremy A. Lieberman*

Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
mgross@pomlaw.com
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois  60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

*Counsel for Plaintiffs and the Class*