# Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2014

MEMO ENDORSED

November 14, 2014

VIA HAND DELIVERY

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attn: Quality Assurance Department

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV 24 2014
UNITED STATES COURT JUDGE

Re:   ECF filing in 11-MD-2262 and associated cases

To the Quality Assurance Department:

We represent defendant Westdeutsche ImmobilienBank AG ("WestImmo") in *In re LIBOR-Based Financial Instruments Antitrust Litigation*, Master File No: 1:11-md-2262-NRB and certain associated cases.

To correct an erroneous designation of the Financial Market Stabilisation Authority (Bundesanstalt fur Finanzmarktstabilisierung-FMSA) ("FMSA"), as a corporate parent of WestImmo, we wish to withdraw the docket entries listed in the attached Schedule A, and delete FMSA from the system as a corporate parent.

A corrected and final Rule 7.1 Corporate Disclosure Statement identifying Corporate Parent Erste Abwicklungsanstalt ("EAA") for WestImmo was filed on November 13, 2014, and appears on the dockets of the MDL and the associated cases at the docket numbers listed in Schedule A.

Please contact me at (212) 837-6644, or my associate Morgan Feder at (212) 837-6894 if you have any questions.

Best regards,

*Chris Paparella*
Christopher Paparella

So Ordered.
[signature] Naomi Reice Buchwald, USDJ
11/25/14

**Schedule A**

| Case Name | Civil Action Number | Docket Entries to be Withdrawn | Docket Number of Correct Rule 7.1 Disclosure Statement |
|---|---|---|---|
| In re: LIBOR-Based Financial Instruments Antitrust Litigation | 11-md-2262-NRB | 813, 825 | 827 |
| City of Riverside et al. v. Bank of America Corp. et al. | 13-cv-00597-NRB | 130, 139 | 140 |
| County of San Mateo et al v. Bank of America Corporation et al | 13-cv-00625-NRB | 129, 138 | 139 |
| East Bay Municipal Utility District v. Bank of America Corporation et al | 13-cv-00626-NRB | 128, 137 | 138 |
| City of Richmond et al v. Bank of America Corporation et al | 13-cv-00627-NRB | 128, 137 | 138 |
| County of San Diego v. Bank of America Corporation et al | 13-cv-00667-NRB | 129, 138 | 139 |
| The Regents of the University of California v. Bank of America Corporation et al | 13-cv-05186-NRB | 118, 127 | 128 |
| County of Sonoma et al v. Bank of America Corporation et al | 13-cv-05187-NRB | 118, 127 | 128 |
| San Diego Association of Governments v. Bank of America Corporation et al | 13-cv-05221-NRB | 111, 120 | 121 |

| County of Sacramento v. Bank of America Corporation, et al. | 13-cv-05569-NRB | 111, 120 | 121 |
| City of Houston v. Bank of America Corporation et al | 13-cv-05616-NRB | 112, 121 | 123 |
| Charles Schwab Corporation et al v. Bank of America Corporation et al | 13-cv-07005-NRB | 142, 151 | 152 |
| National Credit Union Administration Board v. Credit Suisse Group AG et al | 13-cv-07394-NRB | 91, 100 | 101 |
| County of Mendocino v. Bank of America Corporation et al | 13-cv-08644-NRB | 91, 100 | 101 |
| Bay Area Toll Authority v. Bank of America Corporation et al | 14-cv-03094-NRB | 73, 82 | 83 |