UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL PRODUCTS ANTITRUST LITIGATION | MDL NO. 2262<br>NO. 1:11-MD-02262-NRB |
| THIS DOCUMENT RELATES TO: | ECF Case |
| JERRY WEGLARZ and NATHAN WEGLARZ,<br><br>      on behalf of plaintiffs and a class,<br><br>- against -<br><br>JP MORGAN CHASE BANK, N.A. and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1,<br><br>      Defendants. | NO. 1:13-cv-1198-NRB |

## NOTICE OF APPEARANCE
## USHER WINSLETT

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant National Collegiate Student Loan Trust 2007-1.

Dated: New York, New York
       November 26, 2014

WINSLETT STUDNICKY McCORMICK
& BOMSER LLP

By: _____
Usher Winslett
6 East 39th Street, 6th Floor
New York, NY 10016-0112
(646) 688-5424
uwinslett@wsmblaw.com
*Attorneys for Defendant National Collegiate Student Loan Trust 2007-1*