**MEMO ENDORSED** **DAVIS POLK & WARDWELL** **MEMO ENDORSED**

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC - 2 2014
UNITED STATES COURT JUDGE

December 1, 2014

Re: *LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB); *Goldsleger v. Bank of Am. Home Loans et al.*, 14 Civ. 7720 (NRB)

Via ECF and Hand Delivery

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/03/2014

Dear Judge Buchwald:

I write in regard to the briefing schedule for Bank of America's forthcoming motion to dismiss *Goldsleger v. Bank of America Home Loans*. The parties have conferred and jointly propose the following schedule, which matches the upcoming schedule for the putative class action cases:

Defendants' motion due:    January 16, 2015

Plaintiff's opposition papers: February 27, 2015

Defendants' reply:    March 17, 2015

If this schedule is satisfactory to the Court, we respectfully request this letter be so endorsed.

Respectfully yours,
/s/Robert F. Wise

cc: All counsel (via ECF)

*So Ordered.
Naomi Reice Buchwald
USDJ
12/3/14*

MEMO ENDORSED