IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LIBOR-Based Financial Instruments Antitrust Litigation | Civil Case No. 11-MD-2262 (NRB) |
| This document relates to: <br><br> Principal Financial Group, Inc.; Principal Financial Services, Inc.; and Principal Life Insurance Company <br><br> Plaintiffs, <br> v. <br><br> Bank of America Corporation; Bank of America, N.A.; Barclays Bank PLC; Barclays Capital, Inc.; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Chase Bank USA, N.A.; Citibank, N.A.; Citigroup Global Markets, Inc.; Citigroup, Inc.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; HBOS PLC; JPMorgan Bank Dublin PLC; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group PLC; Lloyds Bank PLC; Merrill Lynch Capital Services, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; The Royal Bank of Scotland PLC; RBS Securities, Inc.; | Civil Action No. 1:13-cv-06014 (NRB) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 12/08/2014 |

85355905.1

| UBS AG; and UBS Securities LLC;<br><br>Defendants. | |
|---|---|

## [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Benjamin D. Steinberg, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

Benjamin D. Steinberg
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
T: (612) 349-8500
F: (612) 339-4181

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 5, 2014

United States District/~~Magistrate~~ Judge

85355905.1

# APPENDIX

This document applies to the following cases and resolves the following docket entries:

| CASE NAME | CASE NO. | ECF NO. |
|---|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 | 867 |
| Principal Financial Group, Inc. et al. v. Bank of America Corp. et al. | 13-cv-6014 | 99 |

1