IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LIBOR-Based Financial Instruments Antitrust Litigation | Civil Case No. 11–MD-2262 (NRB) |
| This document relates to: <br><br> Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Short-Term Income Fund; PFI Money Market Fund; PFI Preferred Securities Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Money Market Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; and PVC Short-Term Income Account; <br><br>              Plaintiffs, <br> v. <br><br> Bank of America Corporation; Bank of America, N.A.; Barclays Bank PLC; Barclays Capital, Inc.; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citibank, N.A.; | Civil Action No. 1:13-cv-06013 (NRB) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 12/08/2014 |

85351803.1

| | |
|---|---|
| Citigroup Global Markets, Inc.; Citigroup, Inc.; Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.; Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC; Deutsche Bank AG; Deutsche Bank Securities, Inc.; HBOS PLC; JPMorgan Chase Bank, N.A.; JPMorgan Chase & Co.; J.P. Morgan Securities, LLC; Lloyds Banking Group PLC; Lloyds Bank PLC; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; The Royal Bank of Scotland PLC; RBS Securities, Inc.; UBS AG; and UBS Securities LLC;<br><br>            Defendants. | |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Benjamin D. Steinberg, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

    Benjamin D. Steinberg
    Robins, Kaplan, Miller & Ciresi L.L.P.
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402
    T: (612) 349-8500
    F: (612) 339-4181

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

85351803.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _December 5, 2014_    _____

United States District/~~Magistrate~~ Judge

85351803.1

# APPENDIX

This document applies to the following cases and resolves the following docket entries:

| CASE NAME | CASE NO. | ECF NO. |
|---|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 | 866 |
| Principal Funds, Inc. et al. v. Bank of America Corp. et al. | 13-cv-6013 | 99 |

1