# Exhibit 1

Case 1:11-md-02262-NRB   Document 872-1   Filed 12/08/14   Page 2 of 13



**Brokerage Firm Summary**

# UBS SECURITIES LLC

Get Detailed Report »

CRD# 7654    SEC# 8-22651

 Brokerage Firm

 Former Investment Adviser Firm

## Disclosure Events 

**This firm has disclosure events. See detailed report for more information.**

| Type | Count |
|---|---|
| Regulatory Event | 215 |
| Civil Event | 3 |
| Arbitration | 3 |

## Firm Profile 

| Main Office Location | Mailing Address | Business Telephone Number |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS NEW YORK, NY  10019 | 677 WASHINGTON BOULEVARD STAMFORD, CT  06901 | 203-719-3000 |

Regulated by the FINRA New York district office.

**This firm is registered with:**

- the SEC
- 18 Self-Regulatory Organizations
- 52 U.S. states and territories:

  - Alabama
  - Alaska
  - Arizona
  - Arkansas
  - California
  - Colorado
  - Connecticut
  - Delaware
  - District of Columbia

  - Louisiana
  - Maine
  - Maryland
  - Massachusetts
  - Michigan
  - Minnesota
  - Mississippi
  - Missouri
  - Montana

  - Oklahoma
  - Oregon
  - Pennsylvania
  - Puerto Rico
  - Rhode Island
  - South Carolina
  - South Dakota
  - Tennessee
  - Texas

- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Utah
- Vermont
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

**Firm Operations:**
- This firm conducts 13 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm does not have referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Limited Liability Company.
- This firm was formed in Delaware on 06/29/1998.
- Its fiscal year ends in December.



**Brokerage Firm Summary**

### RBS SECURITIES INC.

CRD# 11707    SEC# 8-37135

 Brokerage Firm

Get Detailed Report »

### Disclosure Events

**This firm has disclosure events. See detailed report for more information.**

| Type | Count |
|---|---|
| Regulatory Event | 30 |
| Civil Event | 34 |

### Firm Profile

| Main Office Location | Mailing Address | Business Telephone Number |
|---|---|---|
| 600 WASHINGTON BOULEVARD STAMFORD, CT  06901 | 600 WASHINGTON BOULEVARD STAMFORD, CT  06901 | 203-897-2700 |

Regulated by the FINRA Boston district office.

**This firm is registered with:**

- the SEC
- 2 Self-Regulatory Organizations
- 49 U.S. states and territories:

  - Alabama
  - Alaska
  - Arizona
  - Arkansas
  - California
  - Colorado
  - Connecticut
  - Delaware
  - District of Columbia
  - Florida
  - Georgia
  - Louisiana
  - Maryland
  - Massachusetts
  - Michigan
  - Minnesota
  - Mississippi
  - Missouri
  - Montana
  - Nebraska
  - Nevada
  - New Hampshire
  - Oklahoma
  - Oregon
  - Pennsylvania
  - Rhode Island
  - South Carolina
  - South Dakota
  - Tennessee
  - Texas
  - Utah
  - Vermont
  - Virginia

- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky

- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio

- Washington
- West Virginia
- Wisconsin
- Wyoming

**Firm Operations:**
- This firm conducts 12 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm does not have referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Corporation.
- This firm was formed in Delaware on 11/07/1985.
- Its fiscal year ends in December.



## Brokerage Firm Summary

### DEUTSCHE BANK SECURITIES INC.

Get Detailed Report »

CRD# 2525     SEC# 8-17822

✓ Brokerage Firm
✓ Investment Adviser Firm

## Disclosure Events

This firm has disclosure events. See detailed report for more information.

| Type | Count |
| --- | --- |
| Regulatory Event | 206 |
| Civil Event | 2 |
| Arbitration | 12 |

## Firm Profile

| Main Office Location | Mailing Address | Business Telephone Number |
| --- | --- | --- |
| 60 WALL STREET NEW YORK, NY 10005 | 60 WALL STREET NYC60-3712 NEW YORK, NY 10005 | 212-250-2500 |

Regulated by the FINRA New York district office.

**This firm is registered with:**

- the SEC
- 18 Self-Regulatory Organizations
- 53 U.S. states and territories:

- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Florida

- Louisiana
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska

- Oklahoma
- Oregon
- Pennsylvania
- Puerto Rico
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Texas
- Utah

- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Vermont
- Virgin Islands
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

**Firm Operations:**
- This firm conducts 16 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm does not have referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Corporation.
- This firm was formed in Delaware on 12/29/1971.
- Its fiscal year ends in December.



**Brokerage Firm Summary**

### CITIGROUP GLOBAL MARKETS INC.

Get Detailed Report »

CRD# 7059    SEC# 8-8177

✓ Brokerage Firm
✓ Investment Adviser Firm

### Disclosure Events

**This firm has disclosure events. See detailed report for more information.**

| Type | Count |
|---|---|
| Regulatory Event | 408 |
| Civil Event | 4 |
| Arbitration | 792 |

### Firm Profile

| Main Office Location | Mailing Address | Business Telephone Number |
|---|---|---|
| 390 - 388 GREENWICH STREET NEW YORK, NY 10013-2396 | REGISTRATION DEPARTMENT ONE COURT SQUARE 19TH FLOOR LONG ISLAND CITY, NY 11120 | 212-816-6000 |

Regulated by the FINRA New York district office.

**This firm is registered with:**
- the SEC
- 14 Self-Regulatory Organizations
- 53 U.S. states and territories:

  - Alabama
  - Alaska
  - Arizona
  - Arkansas
  - California
  - Colorado

  - Louisiana
  - Maine
  - Maryland
  - Massachusetts
  - Michigan
  - Minnesota

  - Oklahoma
  - Oregon
  - Pennsylvania
  - Puerto Rico
  - Rhode Island
  - South Carolina

- Connecticut
- Delaware
- District of Columbia
- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Mississippi
- Missouri
- Montana
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- South Dakota
- Tennessee
- Texas
- Utah
- Vermont
- Virgin Islands
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

**Firm Operations:**
- This firm conducts 25 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm has referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Corporation.
- This firm was formed in New York on 10/15/1998.
- Its fiscal year ends in December.



| Brokerage Firm Summary | |
|---|---|
| **BARCLAYS CAPITAL INC.**<br>CRD# 19714    SEC# 8-41342<br>✅ Brokerage Firm<br>✅ Investment Adviser Firm | Get Detailed Report » |

## Disclosure Events 

**This firm has disclosure events. See detailed report for more information.**

| Type | Count |
|---|---|
| Regulatory Event | 42 |

## Firm Profile 

| Main Office Location | Mailing Address | Business Telephone Number |
|---|---|---|
| 745 7TH AVENUE<br>NEW YORK,<br>NY  10019 | 745 7TH AVENUE<br>NEW YORK, NY  10019 | 212-526-7000 |

Regulated by the FINRA New York district office.

**This firm is registered with:**
- the SEC
- 18 Self-Regulatory Organizations
- 53 U.S. states and territories:

| | | |
|---|---|---|
| • Alabama | • Louisiana | • Oklahoma |
| • Alaska | • Maine | • Oregon |
| • Arizona | • Maryland | • Pennsylvania |
| • Arkansas | • Massachusetts | • Puerto Rico |
| • California | • Michigan | • Rhode Island |
| • Colorado | • Minnesota | • South Carolina |
| • Connecticut | • Mississippi | • South Dakota |
| • Delaware | • Missouri | • Tennessee |
| • District of Columbia | • Montana | • Texas |
| • Florida | • Nebraska | • Utah |
| • Georgia | • Nevada | • Vermont |
| • Hawaii | • New Hampshire | • Virgin Islands |

- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky

- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio

- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming

**Firm Operations:**
- This firm conducts 25 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm does not have referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Corporation.
- This firm was formed in Connecticut on 03/30/1998.
- Its fiscal year ends in December.



| Brokerage Firm Summary | |
|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED** | Get Detailed Report » |

CRD# 7691    SEC# 8-7221

✓ Brokerage Firm
✓ [Investment Adviser Firm](#)

## Disclosure Events 

**This firm has disclosure events. See detailed report for more information.**

| Type | Count |
|---|---|
| Regulatory Event | 468 |
| Civil Event | 6 |
| Arbitration | 996 |

## Firm Profile 

| Main Office Location | Mailing Address | Business Telephone Number |
|---|---|---|
| ONE BRYANT PARK NEW YORK, NY  10036 | 222 BROADWAY NY3-222-12-05 NEW YORK, NY  10038 | 800-637-7455 |

Regulated by the FINRA New York district office.

**This firm is registered with:**
- the SEC
- 18 Self-Regulatory Organizations
- 53 U.S. states and territories:

  - Alabama
  - Alaska
  - Arizona
  - Arkansas
  - California
  - Colorado
  - Connecticut

  - Louisiana
  - Maine
  - Maryland
  - Massachusetts
  - Michigan
  - Minnesota
  - Mississippi

  - Oklahoma
  - Oregon
  - Pennsylvania
  - Puerto Rico
  - Rhode Island
  - South Carolina
  - South Dakota

|   |   |   |
|---|---|---|
| • Delaware | • Missouri | • Tennessee |
| • District of Columbia | • Montana | • Texas |
| • Florida | • Nebraska | • Utah |
| • Georgia | • Nevada | • Vermont |
| • Hawaii | • New Hampshire | • Virgin Islands |
| • Idaho | • New Jersey | • Virginia |
| • Illinois | • New Mexico | • Washington |
| • Indiana | • New York | • West Virginia |
| • Iowa | • North Carolina | • Wisconsin |
| • Kansas | • North Dakota | • Wyoming |
| • Kentucky | • Ohio | |

**Firm Operations:**
- This firm conducts 23 types of businesses.
- This firm is affiliated with financial or investment institutions.
- This firm has referral or financial arrangements with other brokers or dealers.
- This firm is classified as a Corporation.
- This firm was formed in Delaware on 11/10/1958.
- Its fiscal year ends in December.