# Exhibit 2

Case 1:11-md-02262-NRB   Document 872-2   Filed 12/08/14   Page 2 of 13



# IOWA SECRETARY OF STATE
## Matt Schultz

| Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth |

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary

🖨 print

Summary   Address   Agent   Filings   Names   Officers   Stock   Search Again

🖨 Print Certificate of Authorization

Searched: **bank of america**

| Business No. | Legal Name | Status |
|---|---|---|
| 231492 | BANK OF AMERICA, NATIONAL ASSOCIATION | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | US | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 8/20/1999 | 8/20/1999 |
| **Chapter** | | |
| CODE 490 FOREIGN PROFIT | | |

### Names (Viewing 2 of 2)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Fictitious name | Active | No | U.S. TRUST |

### Registered Agent or Reserving Party

| Full Name | |
|---|---|
| C T CORPORATION SYSTEM | |
| **Address** | **Address 2** |
| 400 E COURT AVE | |
| **City, State, Zip** | |
| DES MOINES, IA, 50309 | |

### Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| 100 NORTH TRYON STREET | SUITE 170 |
| **City, State, Zip** | |
| CHARLOTTE, NC, 28202 | |

↑ Back to Top

STAY CONNECTED

  

VOTER FRAUD HOTLINE
1–888–SOS–VOTE




**HOW CAN THE SECRETARY HELP YOU?**


**NEWS ROOM**


**CONSTITUENT SERVICES**

**FEATURED RESOURCES**

QUICK LINKS   ONLINE SERVICES   SEARCH

- Am I Registered to Vote in Iowa?
- Track Your Absentee Ballot
- Request an Absentee Ballot
- IASourceLink
- Business Entity Forms & Fees
- Business Entities Search
- UCC Search

**JOIN OUR MAILING LIST**

[Email Address]   SIGN UP

Secretary of State    Home | State of Iowa | Sitemap | Disclaimer | Contact Us
sos@sos.iowa.gov | (515) 281-5204

First Floor, Lucas Building
321 E. 12th St.
Des Moines, IA 50319



# IOWA SECRETARY OF STATE
## Matt Schultz

Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary                                        print

Summary   Address   Agent   Filings   Names   Officers   Stock   Search Again

Print Certificate of Existence

Searched: **490017**

| Business No. | Legal Name | Status |
|---|---|---|
| 490017 | CITIGROUP INC. | Active |
| **Type** | **State of Inc.** | **Modified** |
| Reserved | IA | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| 4/7/2015 | 12/8/2014 | 12/8/2014 |
| **Chapter** | | |
| CODE 490 DOMESTIC PROFIT | | |

### Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Reserved | Active | No | CITIGROUP INC. |

### Registered Agent or Reserving Party

**Full Name**
CT CORPORATION

| Address | Address 2 |
|---|---|
| 400 E COURT AVE | STE 110 |

**City, State, Zip**
DES MOINES, IA, 50309

### Home Office

**Full Name**

| Address | Address 2 |
|---|---|

**City, State, Zip**

↑ Back to Top

STAY CONNECTED

  

VOTER FRAUD HOTLINE
1-888-SOS-VOTE


MILITARY VOTERS >

 
Help!
HOW CAN THE SECRETARY HELP YOU?


NEWS ROOM


CONSTITUENT SERVICES

**FEATURED RESOURCES**

QUICK LINKS   ONLINE SERVICES   SEARCH

- 2014 General Election Information
- Find Your Precinct/Polling Place
- Am I Registered to Vote in Iowa?
- Register to Vote
- Request an Absentee Ballot
- Track Your Absentee Ballot
- IASourceLink

**JOIN OUR MAILING LIST**

Email Address

Secretary of State
First Floor, Lucas Building
321 E. 12th St.
Des Moines, IA 50319

Home | State of Iowa | Disclaimer | Sitemap | Contact Us
sos@sos.iowa.gov | (515) 281-5204


# IOWA SECRETARY OF STATE
## Matt Schultz

| Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth |

Home » Search Databases » Business Entities » Results » Summary

# Business Entity Summary                                     print

Summary   Address   Agent   Filings   Names   Officers   Stock   Search Again

🖨 **Print Certificate of Authorization**

Searched: **Citigroup Global**

| Business No. | Legal Name | Status |
|---|---|---|
| 277544 | CITIGROUP GLOBAL MARKETS INC. | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | NY | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 3/24/2003 | 3/24/2003 |
| **Chapter** | | |
| CODE 490 FOREIGN PROFIT | | |

## Names (Viewing 2 of 2)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | CITIGROUP GLOBAL MARKETS INC. |
| Legal | Inactive | No | SALOMON SMITH BARNEY INC. |

## Registered Agent or Reserving Party

| Full Name | |
|---|---|
| C T CORPORATION SYSTEM | |
| **Address** | **Address 2** |
| 400 E COURT AVE | |
| **City, State, Zip** | |
| DES MOINES, IA, 50309 | |

## Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| 388 GREENWICH STREET | |
| **City, State, Zip** | |
| NEW YORK, NY, 10013 | |

↑ Back to Top

---

## STAY CONNECTED

**VOTER FRAUD HOTLINE**
**1–888–SOS–VOTE**




**HOW CAN THE SECRETARY HELP YOU?**


**NEWS ROOM**


**CONSTITUENT SERVICES**

### FEATURED RESOURCES

QUICK LINKS   ONLINE SERVICES   SEARCH

- Am I Registered to Vote in Iowa?
- Track Your Absentee Ballot
- Request an Absentee Ballot
- IASourceLink
- Business Entity Forms & Fees
- Business Entities Search
- UCC Search

**JOIN OUR MAILING LIST**

[Email Address]   SIGN UP

---

Secretary of State                                           Home | State of Iowa | Sitemap | Disclaimer | Contact Us
                                                             sos@sos.iowa.gov | (515) 281-5204

First Floor, Lucas Building
321 E. 12th St.
Des Moines, IA 50319



# IOWA SECRETARY OF STATE
## Matt Schultz

| Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth |

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary

🖨 print

Summary   Address   Agent   Filings   Names   Officers   Stock   Search Again

🖨 Print Certificate of Authorization

Searched: **JP morgan securities**

| Business No. | Legal Name | Status |
|---|---|---|
| 403970 | J.P. MORGAN SECURITIES LLC | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | DE | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 9/9/2010 | 9/9/2010 |
| **Chapter** | | |
| CODE 489 FOREIGN LIMITED LIABILITY COMPANY | | |

## Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | J.P. MORGAN SECURITIES LLC |

## Registered Agent or Reserving Party

| Full Name |
|---|
| C T CORPORATION SYSTEM |

| Address | Address 2 |
|---|---|
| 400 E COURT AVE | |

| City, State, Zip |
|---|
| DES MOINES, IA, 50309 |

## Home Office

| Full Name |
|---|
| |

| Address | Address 2 |
|---|---|
| 383 MADISON AVENUE | |

| City, State, Zip |
|---|
| NEW YORK, NY, 10179 |

↑ Back to Top

Secretary of State
First Floor, Lucas Building
321 E. 12th St.

Home | State of Iowa | Sitemap | Disclaimer | Contact Us
sos@sos.iowa.gov | (515) 281-5204

**STAY CONNECTED**

**VOTER FRAUD HOTLINE**
**1–888–SOS–VOTE**

**MILITARY VOTERS ›**

**HOW CAN THE SECRETARY HELP YOU?**

**NEWS ROOM**

**CONSTITUENT SERVICES**

**FEATURED RESOURCES**

QUICK LINKS   ONLINE SERVICES   SEARCH

- Am I Registered to Vote in Iowa?
- Track Your Absentee Ballot
- Request an Absentee Ballot
- IASourceLink
- Business Entity Forms & Fees
- Business Entities Search
- UCC Search

**JOIN OUR MAILING LIST**

[Email Address]   SIGN UP

Des Moines, IA 50319



# IOWA SECRETARY OF STATE
## Matt Schultz

| Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth |

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary                                              🖨 print

**Summary**   Address   Agent   Filings   Names   Officers   Stock   Search Again

🖨 Print Certificate of Authorization

Searched: **merrill lynch**

| Business No. | Legal Name | Status |
|---|---|---|
| 279174 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | DE | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 4/30/2003 | 4/30/2003 |
| **Chapter** | | |
| CODE 490 FOREIGN PROFIT | | |

## Names (Viewing 3 of 4)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED |
| Fictitious name | Active | No | MERRILL LYNCH & CO. |
| Fictitious name | Active | No | MERRILL LYNCH PETRIE DEVESTITURE ADVISORS |

## Registered Agent or Reserving Party

| Full Name | |
|---|---|
| C T CORPORATION SYSTEM | |
| **Address** | **Address 2** |
| 400 E COURT AVE | |
| **City, State, Zip** | |
| DES MOINES, IA, 50309 | |

## Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| 150 N COLLEGE ST; NC1-028-17-06 | |
| **City, State, Zip** | |
| CHARLOTTE, NC, 28255 | |

↑ Back to Top

### STAY CONNECTED

[Facebook]  [Twitter]  [Vimeo]  [Flickr]

**VOTER FRAUD HOTLINE**
**1-888-SOS-VOTE**




**HOW CAN THE SECRETARY HELP YOU?**


**NEWS ROOM**


**CONSTITUENT SERVICES**

### FEATURED RESOURCES

**QUICK LINKS** | ONLINE SERVICES | SEARCH

· Am I Registered to Vote in Iowa?
· Track Your Absentee Ballot
· Request an Absentee Ballot
· IASourceLink
· Business Entity Forms & Fees
· Business Entities Search
· UCC Search

### JOIN OUR MAILING LIST

[Email Address]   SIGN UP

Business Entity Summary                                                                                        Page 2 of 2

Case 1:11-md-02262-NRB   Document 872-2   Filed 12/08/14   Page 11 of 13

Secretary of State
First Floor, Lucas Building
321 E. 12th St.
Des Moines, IA 50319

Home | State of Iowa | Sitemap | Disclaimer | Contact Us
sos@sos.iowa.gov | (515) 281-5204



# IOWA SECRETARY OF STATE
# Matt Schultz

| Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth |

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary                              🖨 print

Summary  Address  Agent  Filings  Names  Officers  Stock  Search Again

🖨 Print Certificate of Authorization

Searched: **royal bank of scotland**

| Business No. | Legal Name | Status |
|---|---|---|
| 353725 | RBS PLC (INC.) | Active |
| **Type** | **State of Inc.** | **Modified** |
| Foreign fictitious | GBR | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 10/31/2007 | 10/31/2007 |
| **Chapter** | | |
| CODE 490 FOREIGN PROFIT | | |

## Names (Viewing 2 of 2)

| Type | Status | Modified | Name |
|---|---|---|---|
| Foreign fictitious | Active | No | RBS PLC (INC.) |
| Legal (foreign using fictitious) | Active | No | THE ROYAL BANK OF SCOTLAND PLC |

## Registered Agent or Reserving Party

| Full Name | |
|---|---|
| CORPORATION SERVICE COMPANY | |
| **Address** | **Address 2** |
| 505 5TH AVENUE | SUITE 729 |
| **City, State, Zip** | |
| DES MOINES, IA, 50309 | |

## Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| ATTN: LEGAL DEPT | 600 WASHINGTON BLVD |
| **City, State, Zip** | |
| STAMFORD, CT, 06901 | |

↑ Back to Top

---

### STAY CONNECTED

  

**VOTER FRAUD HOTLINE**
**1–888–SOS–VOTE**




**HOW CAN THE SECRETARY HELP YOU?**


**NEWS ROOM**


**CONSTITUENT SERVICES**

**FEATURED RESOURCES**

QUICK LINKS  |  ONLINE SERVICES  |  SEARCH

- Am I Registered to Vote in Iowa?
- Track Your Absentee Ballot
- Request an Absentee Ballot
- IASourceLink
- Business Entity Forms & Fees
- Business Entities Search
- UCC Search

**JOIN OUR MAILING LIST**

Email Address                SIGN UP

---

Secretary of State                Home | State of Iowa | Sitemap | Disclaimer | Contact Us
                                  sos@sos.iowa.gov | (515) 281-5204

First Floor, Lucas Building
321 E. 12th St.
Des Moines, IA 50319