**APPENDIX A.4**

**Complaints supplying *American Pipe* tolling**

| Case | Class Definition | Defendants | Claims |
|---|---|---|---|
| Class Action Complaint, *FTC Capital GMBH v. Credit Suisse Grp. AG*, No. 11-2613 (S.D.N.Y. filed Apr. 15, 2011)[1] | "[A]ll persons, corporations and other legal entities . . . that transacted in Libor-based derivatives during [2006 and June 2009]." | Credit Suisse Group AG; Bank of American Corp; J.P. Morgan Chase & Co.; HSBC Holdings PLC; Barclays Bank PLC; Lloyds Banking Group PLC; WestLB AG; UBS AG; Royal Bank of Scotland Group PLC; Deutsche Bank AG; The Norinchukin Bank; Citbank NA | Commodities Exchange Act; Sherman Act; Unjust Enrichment and Restitution |
| Complaint, *Carpenters Pension Fund of West Va.*, No. 11-2883 (S.D.N.Y. filed Apr. 27, 2011) | "[A]ll customers of Defendants who invested in a LIBOR-based product sold by Defendants between 2006 and 2009 and were paid less than they would have been paid had Defendants not conspired to depress LIBOR through their manipulative behavior." | Bank of American Corp.; Citibank, N.A.; UBS AG | Sherman Act; Unjust Enrichment and Restitution |
| Complaint, *City of Dania Beach Police & Firefighters' Ret. Sys.*, No. 11-3128 (S.D.N.Y. filed May 9, 2011) | "[A]ll customers of Defendants who invested in a LIBOR-based product sold by Defendants between 2006 and 2009 and were paid less than they would have been paid had Defendants not conspired to depress LIBOR through their manipulative behavior." | Bank of America Corp.; Citibank, N.A.; UBS AG; Does 1-10 | Sherman Act; Unjust Enrichment and Restitution |

---

[1]   An amended complaint was filed on April 30, 2012, which amended the class definition to exclude NCUA's claims, thereby ending tolling for this complaint.

| Case | Class Definition | Defendants | Claims |
|---|---|---|---|
| Complaint, *Ravan Investments, LLC v. Bank of America Corp.*, No. 11-3249 (S.D.N.Y. filed May 13, 2011) | "All persons, corporations and other legal entities . . . that, during the period from at least 2006 through 2009 . . . (a) purchased directly from Defendants Libor-based financial instruments whose values increase as Libor decreases; (b) sold directly to Defendants Libor-based derivatives whose values decline as Libor decreases; (c) received payments directly from Defendants which decrease as Libor decreases and/or increase as Libor increases; or (d) purchased Libor-based derivatives whose values increase as Libor decreases, or sold Libor-based derivatives whose values decline as Libor decreases. | Bank of America Corp.; Credit Suisse Group AG; J.P. Morgan Chase & Co.; HSBC Holdings PLC; Barclays Bank PLC; Lloyds Banking Group PLC; WestLB AG; UBS AG; Royal Bank of Scottland Group PLC; Detusche Bank AG; Citibank NA | Sherman Act; Commodities Exchange Act |
| Complaint, *Insulators & Asbestos Workers Local #14 v. Bank of America Corp.*, No. 11-3781 (S.D.N.Y. filed June 3, 2011) | "All persons (excluding governmental entities . . .) who at any time during the period from January 1, 2006 through December 31, 2009 purchased or sold LIBOR-based financial products." | Bank of America Corp.; Barclays Bank PLC; Citibank NA; Credit Suisse Group AG; Deutsche Bank AG; HSBC Holdings PLC; J.P. Morgan Chase & Co.; Lloyds Banking Group PLC; The Royal Bank of Scotland Group PLC; UBS AG; WestLB AG; The Norinchukin Bank | Sherman Act; Commodities Exchange Act |
| Class Action Complaint, *Mayor and City Council of Baltimore v. Bank of America Corp.*, No. 11-5450 (S.D.N.Y. filed Aug. 5, 2011) | "All persons or entities . . . who purchased LIBOR-Based Derivatives directly from Defendants, including their subsidiaries and/or affiliates, from August 1, 2007 through such time as the effects of Defendants' illegal conduct ceased." | Bank of America Corp.; Barclays Bank PLC; Citibank NA; HSBC Holdings PLC; J.P. Morgan Chase & Co.; Lloyds Banking Group PLC; UBS AG; WestLB AG | Sherman Act; Unjust Enrichment and Restitution |
| Complaint, *33-35 Green Pond Road Associates, LLC v. Bank of America Corp.*, No. 12-5822 (S.D.N.Y. filed July 30, 2012) | "All persons or entities . . . who purchased U.S. dollar LIBOR-Based Derivatives from the following non-Defendant commercial banks and insurance companies in the United States [excluded] based directly on the rates set by Defendants, form at least as early as August 1, 2007 through such time as the effects of Defendants' illegal conduct ceased." | Bank of America Corp.; Barclays Bank PLC; Citibank NA; Centrale Raiffeisen-Berenleenbank B.A.; Credit Suisse Group AG; Deutsche Bank AG; HSBC Holdings PLC; J.P. Morgan Chase & Co.; Lloyds Banking Group PLC; The Norinchukin Bank; The Royal Bank of Canada; The Royal Bank of Scotland Group PLC; Tokyo Mitsubishi UFJ; UBS AG; WestLB AG | Sherman Act |

| Case | Class Definition | Defendants | Claims |
|------|-----------------|------------|--------|
| Consolidated Amended Complaint, *Mayor and City Council of Baltimore v. Credit Suisse Group AG*, No. 11-2262 (S.D.N.Y. filed Apr. 30, 2012) | "All persons or entities . . . that purchased in the United States, directly from a Defendant, a financial instrument that paid interest indexed to LIBOR . . . any time during the period August 2007 through May 2010." | Credit Suisse Group AG; Bank of America Corp.; Bank of America, N.A.; JP Morgan Chase & Co.; JPMorgan Chase Bank, National Association; HSBC Holdings PLC; HSBC Bank PLC; Barclays Bank PLC; Lloyds Banking Group PLC; WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group PLC; Deutsche Bank AG; Citibank NA; Citigroup Inc.; Cooperatieve Centrale Raiffeisen Boerenleenbank B.A.; The Norinchukin Bank; The Bank of Tokyo Mitsubishi UFJ, Ltd.; HBOS PLC; Royal Bank of Canada | Sherman Act; Unjust Enrichment and Restitution |
| First Amended Class Action Complaint, *Gelboim v. Credit Suisse Group AG*, No. 12-1025 (S.D.N.Y. filed Apr. 30, 2012) | "[A]ll . . . who owned . . . any U.S. dollar-denominated debt security (a) that was assigned a unique identification number by the CUSIP system; (b) on which interest was payable at any time between August 2007 and May 2010 . . . ; and (c) where that interest was payable at a rate expressly linked to the U.S. Dollar Libor rate." | Credit Suisse Group AG; Bank of America Corp.; Bank of America, N.A.; JP Morgan Chase & Co.; JPMorgan Chase Bank, National Association; HSBC Holdings PLC; HSBC Bank PLC; Barclays Bank PLC; Lloyds Banking Group PLC; WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group PLC; Deutsche Bank AG; Citibank NA; Citigroup Inc.; Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.; The Norinchukin Bank; the Bank of Tokyo-Mitsubishi UFJ, Ltd.; Royal Bank of Canada | Sherman Act |
| Second Consolidated Amended Complaint, *Mayor and City Council of Baltimore v. Credit Suisse Group AG*, No. 11-2262 (S.D.N.Y. filed Sept. 10, 2013) | "All persons or entities . . . that purchased in the United States, directly from a Defendant (or a Defendant's subsidiaries or affiliates), a financial instrument that paid interest indexed to LIBOR . . . any time during the period August 2007 through May 2010." | Credit Suisse Group AG; Credit Suisse International; Bank of America Corp.; Bank of America, N.A.; JP Morgan Chase & Co.; JPMorgan Chase Bank, National Association; HSBC Holdings PLC; HSBC Bank PLC; Barclays Bank PLC; Lloyds Banking Group PLC; WestLB AG; Westdeutsche Immobilienbank AG; UBS AG; The Royal Bank of Scotland Group PLC; Deutsche Bank AG; Citibank NA; Citigroup Inc.; Cooperatieve Centrale Raiffeisen Boerenleenbank B.A.; The Norinchukin Bank; The Bank of Tokyo Mitsubishi UFJ, Ltd.; HBOS PLC; Societe Generale S.A.; Royal Bank of Canada | Sherman Act; Breach of Contract and Implied Covenant of Good Faith and Fair Dealing; Unjust Enrichment |

| Case | Class Definition | Defendants | Claims |
|---|---|---|---|
| Complaint, *Community Bank & Trust v. Bank of America Corporation, et al.* No. 1:12-cv-4205 (S.D.N.Y. filed May 25, 2012) | "All Community Banks who issued loans in which the interest rates were tied to the USD LIBOR rate during the Relevant Period [between August 2006 and May 2010], and who suffered losses as a result." | Bank of America Corporation; Bank of America, N.A.; Citigroup, Inc.; Citibank, N.A.; JPMorgan & Co.; and JPMorgan Chase Bank, National Association | Federal and state RICO claims |