**Exhibit A:  Jurisdictional Challenges in *Darby Financial Products v. Barclays Bank* (No. 1:13-cv-08799-NRB)**

| Summary of Jurisdictional Challenges ||
|---|---|
| **Defendants in this action**:  Barclays Bank PLC, Deutsche Bank AG, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Bank Dublin PLC, Royal Bank of Scotland PLC, UBS AG, UBS Limited ||
| **Court where originally filed:**  New York Supreme Court, New York County ||
| **Jurisdictions challenged:**  New York, the United States ||
| **Defendants that do not challenge jurisdiction on any claim:**  JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., UBS AG ||
| **Swap counterparty Defendants that challenge jurisdiction on some claims, but consent to jurisdiction in New York on ISDA contract claims, and are thus subject to pendent jurisdiction over *all* claims:**  Deutsche Bank AG, J.P. Morgan Bank Dublin PLC, UBS Limited ||
| **Remaining Defendants that challenge jurisdiction:**  Barclays Bank PLC, Royal Bank of Scotland PLC ||

| Jurisdictional Challenges By Claim |||||
|---|---|---|---|---|
| **Claim(s)** | **Defendants brought against** | **Defendants conceding jurisdiction** | **Defendants not conceding, but subject to pendent jurisdiction** | **Remaining Defendants challenging** |
| Common law fraud, aiding and abetting fraud, tortious interference, civil conspiracy, antitrust | All Defendants | JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., UBS AG | Deutsche Bank AG, J.P. Morgan Bank Dublin PLC, UBS Limited | Barclays Bank PLC, Royal Bank of Scotland PLC |
| ISDA breach of contract and breach of implied covenant of good faith and fair dealing | Deutsche Bank AG, JPMorgan Chase Bank, N.A., JPMorgan Bank Dublin PLC, UBS AG, UBS Limited | Deutsche Bank AG, JPMorgan Chase Bank, N.A., J.P. Morgan Bank Dublin PLC, UBS AG, UBS Limited | N/A | None |
| Unjust enrichment | Deutsche Bank AG, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Bank Dublin PLC, UBS AG, UBS Limited | JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., UBS AG | Deutsche Bank AG, J.P. Morgan Bank Dublin PLC, UBS Limited | None |

**Exhibit B: Jurisdictional Challenges in *Prudential Investment Portfolios 2 v. Bank of America Corp.* (No. 1:14-cv-04189)**

| Summary of Jurisdictional Challenges ||
|---|---|
| **Defendants in this action**: Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Barclays Capital Inc., Barclays PLC, Citibank, N.A., Citigroup Funding Inc., Citigroup Global Markets Inc., Citigroup Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, Credit Suisse (USA) Inc., Deutsche Bank AG, HSBC Bank PLC, HSBC Finance Corp., HSBC Holdings PLC, HSBC Securities (USA) Inc., HSBC USA Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., Royal Bank of Canada, RBC Capital Markets LLC, Royal Bank of Scotland PLC, RBS Securities Inc., UBS AG, UBS Securities, LLC ||
| **Court where originally filed:** U.S. District Court, District of New Jersey ||
| **Jurisdictions challenged:** New Jersey, the United States ||
| **Defendants that do not challenge jurisdiction:** Citigroup Global Markets Inc., Citigroup Inc., HSBC Finance Corp., HSBC Securities (USA) Inc., HSBC USA Inc., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., RBC Capital Markets LLC, RBS Securities Inc., UBS AG, UBS Securities, LLC ||
| **Swap counterparty Defendants that challenge jurisdiction on some claims, but consent to jurisdiction in New York on ISDA contract claims, and are thus subject to pendent jurisdiction over *all* claims:** Barclays Bank PLC, Deutsche Bank AG, Royal Bank of Scotland PLC* ||
| **Remaining Defendants that challenge jurisdiction:** Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Barclays PLC, Citibank, N.A., Citigroup Funding Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, Credit Suisse (USA) Inc., HSBC Bank PLC, HSBC Holdings PLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Royal Bank of Canada ||

| Jurisdictional Challenges By Claim ||||||
|---|---|---|---|---|
| **Claim(s)** | **Defendants brought against** | **Defendants conceding jurisdiction** | **Defendants not conceding, but subject to pendent juris.** | **Remaining Defendants challenging** |
| Common law fraud, aiding and abetting fraud, tortious interference, unjust enrichment, NJ RICO, antitrust, negligent misrepresentation, and civil conspiracy against all Defendants. | All Defendants | Citigroup Global Markets Inc., Citigroup Inc., HSBC Finance Corp., HSBC Securities (USA) Inc., HSBC USA Inc., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., RBC Capital Markets LLC, RBS Securities Inc., UBS AG, UBS Securities, LLC | Barclays Bank PLC, Deutsche Bank AG, Royal Bank of Scotland PLC | Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Barclays PLC, Citibank, N.A., Citigroup Funding Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, Credit Suisse (USA) Inc., HSBC Bank PLC, HSBC Holdings PLC, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Royal Bank of Canada |

| | | | | |
|---|---|---|---|---|
| ISDA breach of contract and breach of implied covenant of good faith and fair dealing against swap counterparty Defendants. | Barclays Bank PLC, Deutsche Bank AG, Royal Bank of Scotland PLC | Barclays Bank PLC, Deutsche Bank AG, Royal Bank of Scotland PLC | N/A | None |
| Breach of contract and implied covenant of good faith and fair dealing against obligor Defendants which issued floating rate notes purchased by the Prudential Funds. | Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Barclays Capital Inc., Citigroup Funding Inc., Citigroup Inc., Credit Suisse (USA) Inc., Deutsche Bank AG, HSBC Finance Corp., HSBC USA Inc., JPMorgan Chase & Co., Royal Bank of Canada, Royal Bank of Scotland PLC, UBS AG | Citigroup Inc., HSBC Finance Corp., HSBC USA Inc., UBS AG | Barclays Bank PLC, Deutsche Bank AG, Royal Bank of Scotland PLC | Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Citigroup Funding Inc., Credit Suisse (USA) Inc., HSBC USA Inc., JPMorgan Chase & Co., Royal Bank of Canada |

*Even though this action was originally filed in New Jersey, it will end up in front of this Court for all purposes, either with the consent of the swap counterparty Defendants, or pursuant to a Section 1404 transfer by Prudential. The swap counterparty Defendants are thus treated as subject to the jurisdiction of this Court.

**Exhibit C: Jurisdictional Challenges in *The City of Philadelphia v. Bank of America Corp.* (No. 1:13-06020)**

| Summary of Jurisdictional Challenges ||
|---|---|
| **Defendants in this action**: Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Citigroup Inc., Citibank, N.A., Citigroup Financial Products, Inc., Credit Suisse Group AG, Deutsche Bank AG, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Royal Bank of Canada, Royal Bank of Scotland PLC, UBS AG ||
| **Court where originally filed:** U.S. District Court, Eastern District of Pennsylvania ||
| **Jurisdictions challenged:** Pennsylvania, the United States ||
| **Defendants that do not challenge jurisdiction on any claim:** Citigroup Inc. ||
| **Swap counterparty Defendants that challenge jurisdiction on some claims, but consent to jurisdiction in *Philadelphia* on ISDA contract claims, and are thus subject to pendent jurisdiction over *all* claims:** Citigroup Financial Products, Inc., JPMorgan Chase Bank, N.A., Royal Bank of Canada ||
| **Remaining Defendants that challenge jurisdiction:** Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse Group AG, Deutsche Bank AG, JPMorgan Chase & Co., Royal Bank of Scotland PLC, UBS AG ||

| Jurisdictional Challenges By Claim ||||| 
|---|---|---|---|---|
| **Claim(s)** | **Defendants brought against** | **Defendants conceding jurisdiction** | **Defendants not conceding, but subject to pendent juris.** | **Remaining Defendants challenging** |
| Common law fraud, aiding and abetting fraud, tortious interference, civil conspiracy, antitrust | All Defendants | Citigroup Inc. | Citigroup Financial Products, Inc., JPMorgan Chase Bank, N.A., Royal Bank of Canada | Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Citibank, N.A., Credit Suisse Group AG, Deutsche Bank Group AG, JPMorgan Chase & Co., Royal Bank of Scotland PLC, UBS AG |
| ISDA breach of contract and breach of implied covenant of good faith and fair dealing | Citigroup Financial Products, Inc., JPMorgan Chase Bank, N.A., Royal Bank of Canada | Citigroup Financial Products, Inc., JPMorgan Chase Bank, N.A., Royal Bank of Canada | N/A | None |
| Unjust enrichment | Citigroup Inc., Citibank, N.A., Citigroup Financial Products, Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Royal Bank of Canada | Citigroup Inc. | Citigroup Financial Products, Inc., JPMorgan Chase Bank, N.A., Royal Bank of Canada | Citibank, N.A., JPMorgan Chase & Co. |

**Exhibit D: Jurisdictional Challenges in *Salix Capital US Inc. v. Bank of America Securities LLC* (No. 1:13-cv-04018)**

| Summary of Jurisdictional Challenges |
|---|
| **Defendants in this action**: Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Ltd., Citigroup Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., Royal Bank of Scotland PLC, UBS AG |
| **Court where originally filed:** New York Supreme Court, New York County |
| **Jurisdictions challenged:** New York, the United States |
| **Defendants that do not challenge jurisdiction on any claim:** Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Ltd., Citigroup Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., UBS AG |
| **Swap counterparty Defendants that challenge jurisdiction on some claims, but consent to jurisdiction in New York on ISDA contract claims, and are thus subject to pendent jurisdiction over *all* claims:** Barclays Bank PLC, Credit Suisse International, Deutsche Bank AG |
| **Remaining Defendants that challenge jurisdiction:** Credit Suisse AG, Credit Suisse Group AG, Royal Bank of Scotland PLC |

| Jurisdictional Challenges By Claim ||||||
|---|---|---|---|---|
| **Claim(s)** | **Defendants brought against** | **Defendants conceding jurisdiction** | **Defendants not conceding, but subject to pendent juris.** | **Remaining Defendants challenging** |
| Common-law fraud, aiding and abetting fraud, tortious interference, civil conspiracy, antitrust | All Defendants | Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Ltd., Citigroup Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., UBS AG | Barclays Bank PLC, Credit Suisse International, Deutsche Bank AG | Credit Suisse AG, Credit Suisse Group AG, Royal Bank of Scotland PLC |
| ISDA breach of contract and breach of implied covenant of good faith and fair dealing | Bank of America, N.A., Barclays Bank PLC, Citigroup Global Markets Ltd., Credit Suisse International, Deutsche Bank AG, JPMorgan Chase Bank, N.A. | Bank of America, N.A., Barclays Bank PLC, Citigroup Global Markets Ltd., Credit Suisse International, Deutsche Bank AG, JPMorgan Chase Bank, N.A. | N/A | None |

| | | | | |
|---|---|---|---|---|
| Unjust enrichment | Bank of America Corp., Bank of America, N.A., Barclays Bank PLC, Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Ltd., Citigroup Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc. | Bank of America Corp., Bank of America, N.A., Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Inc., Citigroup Global Markets Ltd., Citigroup Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc. | Barclays Bank PLC, Credit Suisse International, Deutsche Bank AG | Credit Suisse AG, Credit Suisse Group AG |