**Triaxx Exhibit A**

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

1. **Sponsor:** The Sponsor organizes and initiates MBS transactions and acquires the mortgages to be securitized in the MBS trust.
2. **Underwriter or Dealer:** The Underwriters underwrite the MBS offering and, along with dealers, sell MBS certificates to investors.
3. **Trustee:** The Trustee administers the MBS trust for the benefit of investors.
4. **Paying Agent:** The Paying Agent makes interest and principal payments to investors from the MBS trust.
5. **Servicer:** The Servicer services the mortgage loans in the MBS trusts.
6. **Originator:** The Originator creates the mortgages for securitization.
7. **Depositary:** Depositaries facilitate the transfer of certificate ownership to investors.
8. **Counterparty:** Defendants and their affiliates entered into hedging or other transactions directly linked to the MBS transaction.

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| BAFC 2006-5 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | CitiMortgage, Inc. | **Bank of America, N.A.** | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BAFC 2006-6 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | CitiMortgage, Inc. | | | **Bank of America, N.A.** |
| BAFC 2006-7 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC; J.P. Morgan Sec. Inc. | | | | **Bank of America, N.A.** | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BAFC 2007-1 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | **Bank of America, N.A.** | **Bank of America, N.A.** | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BAFC 2007-2 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | **Bank of America, N.A.** | **Bank of America, N.A.** | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BAFC 2007-4 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | | **Bank of America, N.A.** | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BAFC 2007-5 | **Bank of America, N.A.** | Banc of America Securities LLC | | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | |
| BOAA 2005-3 | **Bank of America, N.A.** | Banc of America Securities LLC | | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | |
| BOAA 2007-1 | **Bank of America, N.A.** | Banc of America Securities LLC | | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BOAMS 2006-2 | **Bank of America, N.A.** | Banc of America Securities LLC | | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BOAMS 2006-3 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BOAMS 2007-1 | **Bank of America, N.A.** | Banc of America Securities LLC | Banc of America Securities LLC | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| BSABS 2005-AC3 | | | | | | | | **CitiBank, N.A.** | |
| BSABS 2005-AC5 | | | | | | HSBC Mortg. Corp. (USA) | | **CitiBank, N.A.** | |
| CHASE 2006-S3 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |

Triaxx Exhibit A

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| CHASE 2006-S4 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | Chase Home Fin. LLC | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CHASE 2007-S1 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | Chase Home Fin. LLC | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CHASE 2007-S2 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CHASE 2007-S3 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CHASE 2007-S4 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | Chase Home Fin. LLC | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CHASE 2007-S5 | Chase Mortg. Fin. Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| CMALT 2006-A2 | CitiMortgage, Inc. | Citigroup Global Mkts. Inc. | | | **CitiBank, N.A.** | | | | |
| CMALT 2006-A3 | CitiMortgage, Inc. | UBS Securities LLC | | | **CitiBank, N.A.** | | CitiMortgage, Inc.; Citi FSB, Citibank | | |
| CMALT 2006-A4 | CitiMortgage, Inc. | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | | CitiMortgage, Inc. | | | |
| CMALT 2006-A5 | CitiMortgage, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | CitiMortgage, Inc. | | | **Credit Suisse International** |
| CMALT 2006-A6 | CitiMortgage, Inc. | Greenwich Capital Mkts., Inc. | Greenwich Capital Mkts., Inc. | | | CitiMortgage, Inc. | | | |
| CMALT 2006-A7 | CitiMortgage, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | CitiMortgage, Inc. | CitiMortgage, Inc. | | **Credit Suisse International** |
| CMALT 2007-A1 | CitiMortgage, Inc. | Citigroup Global Mkts. Inc. | Citigroup Global Mkts. Inc. | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | |
| CMALT 2007-A2 | CitiMortgage, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | **Credit Suisse International** |

\* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**
**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| CMALT 2007-A3 | CitiMortgage, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC; Greenwich Capital Mkts., Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | **Credit Suisse International** |
| CMALT 2007-A4 | CitiMortgage, Inc. | Greenwich Capital Mkts., Inc. | | | | CitiMortgage, Inc. | CitiMortgage, Inc. | | |
| CMALT 2007-A5 | CitiMortgage, Inc. | HSBC Sec. (USA) Inc.; Greenwich Capital Mkts., Inc. | HSBC Sec. (USA) Inc.; UBS Securities LLC | | | CitiMortgage, Inc. | | | |
| CMALT 2007-A6 | CitiMortgage, Inc. | Greenwich Capital Mkts., Inc. | | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | |
| CMLTI 2005-12 | Citigroup Global Markets Realty Corp. | Citigroup Global Mkts. Inc. | | | | | | | |
| CMLTI 2006-8 | Citigroup Global Markets Realty Corp. | Citigroup Global Mkts. Inc. | Citigroup Global Mkts. Inc. | | | | | | **CitiBank, N.A.** |
| CMSI 2006-3 | CitiMortgage, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | CitiMortgage, Inc. | | **Credit Suisse International** |
| CMSI 2007-1 | CitiMortgage, Inc. | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | |
| CMSI 2007-5 | CitiMortgage, Inc. | Citigroup Global Mkts. Inc.; UBS Securities LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | **CitiBank, N.A.** | CitiMortgage, Inc. | | | |
| CSFB 2005-4 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | **Bank of America, N.A.** | | **CitiBank, N.A.** | **Credit Suisse International** |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| CSMC 2006-9 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CSMC 2007-1 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | |
| CSMC 2007-2 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CSMC 2007-3 | DLJ Mortgage Capital, Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWALT 2004-30CB | | | | | | | | | **Barclays Bank PLC** |
| CWALT 2004-J12 | | | | | | HSBC Mortg. Corp. (USA) | RBC Mortgage Company | | |
| CWALT 2005-10CB | | J.P. Morgan Sec. Inc.; UBS Securities LLC | | | | | | | **Barclays Bank PLC** |
| CWALT 2005-13CB | | | HSBC Sec. (USA) Inc. | | | | | | **JPMorgan Chase Bank, N.A.** |
| CWALT 2005-28CB | | | | | | | | | **Barclays Bank PLC** |
| CWALT 2005-34CB | | | | | | | | | **Barclays Bank PLC** |
| CWALT 2005-37T1 | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2005-J1 | | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | HSBC Mortg. Corp. (USA) | RBC Mortgage Company | | **Bank of America, N.A.** |

* Defendants are in bold, affiliates are in normal font

Triaxx Exhibit A

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| CWALT 2005-J2 | | | | | | | | | **Bank of America, N.A.** |
| CWALT 2006-24CB | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2006-28CB | | Citigroup Global Mkts. Inc. | | | | | | | |
| CWALT 2006-30T1 | | Greenwich Capital Mkts., Inc. | | | | | | **CitiBank, N.A.** | |
| CWALT 2006-39CB | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2006-40T1 | | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | | | | **CitiBank, N.A.** | |
| CWALT 2006-41CB | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | |
| CWALT 2006-43CB | | UBS Securities LLC | UBS Securities LLC | | | | | **CitiBank, N.A.** | Union Bank of Switzerland, London Branch |
| CWALT 2006-45T1 | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2006-7CB | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWALT 2006-J5 | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2007-11T1 | | HSBC Sec. (USA) Inc.; UBS Securities LLC | HSBC Sec. (USA) Inc. | | | | | **CitiBank, N.A.** | |
| CWALT 2007-16CB | | | | | | | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| CWALT 2007-2CB | | | | | | | | **CitiBank, N.A.** | |
| CWALT 2007-3T1 | | UBS Securities LLC | UBS Securities LLC | | | | | **CitiBank, N.A.** | |
| CWALT 2007-4CB | | | | | | | | **CitiBank, N.A.** | **Bank of America, N.A.** |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**
**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| CWHL 2006-13 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWHL 2006-17 | | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | | | | **CitiBank, N.A.** | |
| CWHL 2006-18 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWHL 2006-19 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWHL 2006-20 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| CWHL 2006-21 | | | | | | | | **CitiBank, N.A.** | |
| CWHL 2007-2 | | | | | | | | **CitiBank, N.A.** | |
| CWHL 2007-3 | | | | | | | | **CitiBank, N.A.** | |
| CWHL 2007-4 | | Banc of America Securities LLC; Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| FHAMS 2005-FA10 | | Citigroup Global Mkts. Inc.; UBS Securities LLC | Citigroup Global Mkts. Inc. | | | | | | **CitiBank, N.A.** |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**
**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| FHAMS 2005-FA7 | | Citigroup Global Mkts. Inc.; Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | | |
| FHAMS 2006-FA6 | | HSBC Sec. (USA) Inc. | | | | | | | |
| FHAMS 2007-FA3 | | | | | | | | **CitiBank, N.A.** | |
| FHASI 2006-4 | | Banc of America Securities LLC | Banc of America Securities LLC | | | | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| FHASI 2007-1 | | UBS Securities LLC | Greenwich Capital Mkts., Inc. | | | | | **CitiBank, N.A.** | |
| FHASI 2007-4 | | Banc of America Securities LLC | Banc of America Securities LLC | | | | | **CitiBank, N.A.** | **Bank of America, N.A.** |
| GSR 2005-5F | | | | | | **JPMorgan Chase Bank, N.A.** | | | |
| GSR 2006-9F | | | | | | **Bank of America, N.A.** | | | |
| GSR 2007-1F | | | | | | | Chase Home Fin. LLC | | |
| HALO 2006-2 | HSBC Bank USA, N.A. | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | | CitiMortgage, Inc. | HSBC Mortg. Corp. (USA) | | |
| JPMMT 2006-S3 | J.P. Morgan Mortgage Acquisition Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| JPMMT 2006-S4 | J.P. Morgan Mortgage Acquisition Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| JPMMT 2007-S1 | J.P. Morgan Mortgage Acquisition Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | **JPMorgan Chase Bank, N.A.** |
| JPMMT 2007-S2 | J.P. Morgan Mortgage Acquisition Corp. | J.P. Morgan Sec. Inc. | J.P. Morgan Sec. Inc. | | | **JPMorgan Chase Bank, N.A.** | | **CitiBank, N.A.** | |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**
**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| LMT 2005-2 | | | | | | | | **CitiBank, N.A.** | |
| LMT 2006-3 | | | | **CitiBank, N.A.** | | | | | |
| LMT 2006-4 | | | | **CitiBank, N.A.** | | | | | |
| LMT 2006-5 | | | | HSBC Bank USA, N.A. | | | | **CitiBank, N.A.** | |
| LMT 2006-7 | | | | HSBC Bank USA, N.A. | | **Bank of America, N.A.** | **Bank of America, N.A.** | **CitiBank, N.A.** | |
| LMT 2006-9 | | | | | | | | **CitiBank, N.A.** | |
| LMT 2007-5 | | | | | | | | **CitiBank, N.A.** | |
| MSM 2006-7 | | | | | | | | **CitiBank, N.A.** | |
| RALI 2005-QS13 | | | | | | | | | **Barclays Bank PLC** |
| RALI 2005-QS9 | | UBS Securities LLC | | | | | | | |
| RALI 2006-QS12 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | **Credit Suisse International** |
| RALI 2006-QS16 | | | Greenwich Capital Mkts., Inc. | | | | | | Royal Bank of Scotland PLC |
| RALI 2006-QS18 | | | | | | | | | **Bank of America, N.A.** |
| RALI 2006-QS6 | | Greenwich Capital Mkts., Inc. | | | | | | | |
| RALI 2007-QS1 | | Citigroup Global Mkts. Inc. | Citigroup Global Mkts. Inc. | | | | | | |
| RALI 2007-QS8 | | Greenwich Capital Mkts., Inc. | | | | | | | |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**
**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| RALI 2008-QR1 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | |
| RAST 2006-A10 | | | | | | | | **CitiBank, N.A.** | |
| RAST 2006-A11 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC; UBS Securities LLC | | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| RAST 2006-A14C | | | | | | | | **CitiBank, N.A.** | |
| RAST 2006-A15 | | UBS Securities LLC | | | | | | **CitiBank, N.A.** | |
| RAST 2006-A6 | | HSBC Sec. (USA) Inc. | | | | | | **CitiBank, N.A.** | |
| RAST 2006-A7CB | | | | | | | | **CitiBank, N.A.** | |
| RAST 2006-A8 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| RAST 2007-A1 | | HSBC Sec. (USA) Inc. | HSBC Sec. (USA) Inc. | | | | | **CitiBank, N.A.** | |
| RFMSI 2006-S12 | | Greenwich Capital Mkts., Inc. | Greenwich Capital Mkts., Inc. | | | | | | Royal Bank of Scotland PLC |
| RFMSI 2006-S5 | | Greenwich Capital Mkts., Inc. | | | | | | | Royal Bank of Scotland PLC |
| RFMSI 2006-S7 | | Banc of America Securities LLC; Greenwich Capital Mkts., Inc. | | | | | HSBC Mortg. Corp. (USA) | | |
| RFMSI 2006-S8 | | UBS Securities LLC | Banc of America Securities LLC | | | | | | |

* Defendants are in bold, affiliates are in normal font

Triaxx Exhibit A

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| RFMSI 2006-S9 | | Greenwich Capital Mkts., Inc. | Greenwich Capital Mkts., Inc. | | | | | | Royal Bank of Scotland PLC |
| RFMSI 2007-S1 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC; Greenwich Capital Mkts., Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | | | | | |
| RFMSI 2007-S4 | | Greenwich Capital Mkts., Inc. | Greenwich Capital Mkts., Inc. | | | | | | Royal Bank of Scotland PLC |
| RFMSI 2007-S6 | | Citigroup Global Mkts. Inc. | Citigroup Global Mkts. Inc. | | | | | | Barclays Bank PLC; CitiBank, N.A. |
| WFMBS 2005-14 | | Greenwich Capital Mkts., Inc.; UBS Securities LLC | | | | | | **CitiBank, N.A.** | |
| WFMBS 2006-10 | | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC | | HSBC Bank USA, N.A. | | | | **CitiBank, N.A.** | **Credit Suisse International** |
| WFMBS 2006-8 | | | | HSBC Bank USA, N.A. | | | | **CitiBank, N.A.** | |
| WFMBS 2006-9 | | HSBC Sec. (USA) Inc. | | HSBC Bank USA, N.A. | | | | **CitiBank, N.A.** | |
| WFMBS 2007-1 | | Citigroup Global Mkts. Inc.; Greenwich Capital Mkts., Inc. | Greenwich Capital Mkts., Inc. | HSBC Bank USA, N.A. | | | | | |
| WFMBS 2007-2 | | Citigroup Global Mkts. Inc. | | HSBC Bank USA, N.A. | | | | | |
| WFMBS 2007-4 | | Citigroup Global Mkts. Inc. | Greenwich Capital Mkts., Inc. | HSBC Bank USA, N.A. | | | | | |

* Defendants are in bold, affiliates are in normal font

**Triaxx Exhibit A**

**Triaxx MBS Holdings and Roles Played By Defendants and Affiliates***

| Trust Name | Sponsor | Underwriter | Dealer | Trustee | Paying Agent | Servicer | Originator | Depositary | Counterparty |
|---|---|---|---|---|---|---|---|---|---|
| WFMBS 2007-8 | | HSBC Sec. (USA) Inc. | Credit Suisse First Boston LLC / Credit Suisse Sec. (USA) LLC; HSBC Sec. (USA) Inc. | HSBC Bank USA, N.A. | | | | | |
| WMALT 2007-1 | | | | | | | | | **Barclays Bank PLC** |

* Defendants are in bold, affiliates are in normal font