# EXHIBIT 2

```
                                 00000100.txt
=====Begin Message=====
Message#: 61496
Message Sent: 05/16/2008 10:04:36
From: MKONIGSBERG@bloomberg.net|MARC KONIGSBERG|JPMORGAN SECURITIES|1014|187026
To: MARTINRM@bloomberg.net|RYAN MARTIN|BARCLAYS GLOBAL INVE|2164|4247
To: MTOM@bloomberg.net|MARCUS TOM|BARCLAYS GLOBAL INVE|2164|4247
To: PLAW7@bloomberg.net|PEYRON LAW|CAPULA INVESTMENT SE|519935|707246
To: JDU6@bloomberg.net|JIANGTAO DU|CAPULA INVESTMENT SE|519935|707246
To: LTSIRAKIS2@bloomberg.net|LYCOURGOS TSIRAKIS|CAPULA INVESTMENT SE|519935|707246
To: PIBHAR@bloomberg.net|PIYUSH BHARTI|CAPULA INVESTMENT SE|519935|707246
To: YHUO1@bloomberg.net|YAN HUO|CAPULA INVESTMENT SE|519935|707246
To: NROSE3@bloomberg.net|NATHAN ROSE|CAPULA INVESTMENT SE|519935|707246
To: JOSH.BRODIE@bloomberg.net|JOSHUA BRODIE|ALPHADYNE ASSET MANA|516769|518929
To: SCHAKRABORTY@bloomberg.net|SHIV CHAKRABORTY|ALPHADYNE ASSET MANA|516769|518929
To: MWILLIAMSON6@bloomberg.net|MARY WILLIAMSON|ALPHADYNE ASSET MANA|516769|518929
To: DBHAGAT2@bloomberg.net|DIPEN BHAGAT|ALPHADYNE ASSET MANA|516769|518929
To: RBOYLE4@bloomberg.net|RYAN BOYLE|ALPHADYNE ASSET MANA|516769|518929
To: PKHUONG@bloomberg.net|PHILIPPE KHUONG-HUU|ALPHADYNE ASSET MANA|516769|518929
To: CLEONARD8@bloomberg.net|CHRIS LEONARD|ALPHADYNE ASSET MANA|516769|518929
To: SPAREKH1@bloomberg.net|SANJIV PAREKH|ALPHADYNE ASSET MANA|516769|518929
To: IVANROSS@bloomberg.net|IVAN ROSS|TEQUESTA FUNDS|103894|501629
To: PDURAND@bloomberg.net|PHILIPPE DURAND|TEQUESTA FUNDS|103894|501629
To: RBUESINGER@bloomberg.net|RONALD BUESINGER|TEQUESTA FUNDS|103894|501629
To: F.CUA@bloomberg.net|FELIX CUA| |71398|71398
To: JAMESXU8@bloomberg.net|JAMES XU|MAPLE LEAF CAPITAL L|254382|254382
To: SADEYEMO@bloomberg.net|DELE SAMUEL ADEYEMO|JPMORGAN CHASE BANK|1014|18787
To: BOBTREUE@bloomberg.net|BOB TREUE|BARNEGAT FUND MANAGE|183408|183408
To: NIGELNYL@bloomberg.net|NIGEL NG YAN LUK|BARNEGAT FUND MANAGE|183408|183408
To: NADINEB@bloomberg.net|NADINE BATES|FANNIE MAE|1164|4188
To: DIANEA@bloomberg.net|DIANE ASUNCION-WHITE|FANNIE MAE|1164|4188
To: MARGOM@bloomberg.net|MARGO MILLER|FANNIE MAE|1164|4188
To: KKINI@bloomberg.net|KIRAN KINI|FANNIE MAE|1164|4188
To: KRISHNA@bloomberg.net|KRISHNA GUDAVALLI|FANNIE MAE|1164|4188
To: SFLANAGAN1@bloomberg.net|SEAN FLANAGAN|FREDDIE MAC|1159|274981
To: DGHOSE1@bloomberg.net|DEVAJYOTI GHOSE|FREDDIE MAC|1159|274981
To: MMTEIXEIRA@bloomberg.net|MARCELO TEIXEIRA|FREDDIE MAC|1159|274981
To: BCARROLL@bloomberg.net|BOB CARROLL|FREDDIE MAC|1159|274981
To: felix@tequestafund.com|FELIX| | |
To: NGROSSMAN1@bloomberg.net|NEIL GROSSMAN|GROSSMAN, NEIL|727002|727002
To: bloomberg.rose2@gmail.com|BLOOMBERG.ROSE2| | |
To: josh.brodie@adyne.com|JOSH.BRODIE| | |
To: sc@adyne.com|SC| | |
To: bobm@adyne.com|BOBM| | |
To: RIYER7@bloomberg.net|RAMA IYER|ALPHADYNE ASSET MANA|516769|518929
To: doc_ghose@freddiemac.com|DOC_GHOSE| | |
To: sanjiv.parekh@adyne.com|SANJIV.PAREKH| | |
Attachment: Libor_researchnote.pdf
FileID: 482D943200000C1B07E4774B.pdf
Attachment: Libor_Conference_Call.pdf
FileID: 482D943300001AF407F475F1.pdf
Subject: JP Morgan Research Note - The Outlook for Libor

Forwarded To:   BLOOMBERG.ROSE2 By: nrose3@bloomberg.net
Forwarded To:   JOSH.BRODIE By: josh.brodie@bloomberg.net
Forwarded To:   SC By: schakraborty@bloomberg.net
Forwarded To:   BOBM By: mwilliamson6@bloomberg.net
Forwarded To: RAMA IYER By: RYAN BOYLE, ALPHADYNE ASSET MANA
Forwarded To:   DOC_GHOSE By: dghose1@bloomberg.net
Forwarded To:   SANJIV.PAREKH By: sparekh1@bloomberg.net
Enclosed is a research note entitled The Outlook for Libor. The note
provides an overview of BBA Libor, discusses proposals for changing it, and
provides our Outlook for Libor/OIS spreads.  The main conclusions of the
piece are:
                                   Page 1
```

00000100.txt

· We provide an overview of BBA Libor and discuss proposals for building a better Libor
· The Libor fixing process is not broken; BBA Libor broadly reflects the borrowing costs of top tier large banks. Differences between Libor and other indices can largely be explained by the composition of the Libor panel. The main limitations of Libor are due more to lack of liquidity in the market rather than any bias in the fixing process
· We present a model of the spread between 3-month Libor and OIS; the model suggests Libor is currently too wide relative to measures of balance sheet pressures and credit risk
· We expect the spread between 3-month Libor and OIS to narrow sharply in the coming months; increased liquidity measures by Central Banks along with increased term funding by financials are the main drivers

We will hold a conference call at 10.30 am EST to discuss the note.  See the attached announcement for details.

(See attached file: Libor_researchnote.pdf)

(See attached file: Libor Conference Call.pdf)

--------------------------------------------
This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED.  Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use.
 If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
=====End Message=====