# EXHIBIT 3

```
                              00000136.txt
=====Begin Message=====
Message#: 106090
Message Sent: 05/29/2008 09:32:10
From: SBECK3@Bloomberg.net|STEVEN BECK|DEUTSCHE BANK SECURI|1726|328663
To: GREITER8@Bloomberg.net|GREGORY JAMES REITER|WORLD BANK, THE|1042|1043
To: PTSE5@Bloomberg.net|PETER TSE|MOORE CAPITAL MANAGE|24222|24222
To: SKIM151@Bloomberg.net|SARAH KIM|GUARDIAN LIFE INSURA|2463|107450
To: KLICHTMAN@Bloomberg.net|KURT LICHTMAN|MOORE CAPITAL MANAGE|24222|24222
To: SLEE286@Bloomberg.net|SUNG LEE|DISCOVERY CAPITAL MA|120074|356463
To: PSEE77@Bloomberg.net|PUI SEE WONG|DEUTSCHE BANK SECURI|1726|329382
To: DMAURICE3@Bloomberg.net|DAVID MAURICE|NORGES BANK|3157|737803
To: HTANG13@Bloomberg.net|HAOMING TANG|SOCIETE GENERALE|2586|36073
To: JDU6@Bloomberg.net|JIANGTAO DU|CAPULA INVESTMENT SE|519935|707246
To: JDEGREGORIO2@Bloomberg.net|JOSEPH DEGREGORIO|NORGES BANK|3157|737803
To: LY3@Bloomberg.net|LY DANG|DISCOVERY CAPITAL MA|120074|356463
To: HARRISONCHOI@Bloomberg.net|HARRISON CHOI|METROPOLITAN WEST AS|102990|102990
To: MMENKEN1@Bloomberg.net|MICHAEL MENKEN|SOCIETE GENERALE|2586|36073
To: TPARK5@Bloomberg.net|TAE PARK|SOCIETE GENERALE|2586|36073
To: JAEKIM27@Bloomberg.net|JAE KIM|UBS GLOBAL AM (AMERI|1113|257969
To: VLADK2@Bloomberg.net|VLAD KOTLYARSKY|UBS SECURITIES LLC|1113|179394
To: APASTOR1@Bloomberg.net|ANDREI PASTOR|BANK OF AMERICA N.A.|1184|15698
To: RWIKSTROM@Bloomberg.net|ROLAND WIKSTROM|NORGES BANK|3157|737803
To: MBRENNAN13@Bloomberg.net|MATTHEW BRENNAN|BANK OF AMERICA N.A.|1184|15698
To: PIBHAR@Bloomberg.net|PIYUSH BHARTI|CAPULA INVESTMENT SE|519935|707246
To: MMARRIA3@Bloomberg.net|MOHIT MARRIA|FIDAC|13888|249117
To: ABRODY2@Bloomberg.net|ALAN BRODY|COLONIAL INVESTMENT|504986|504986
To: YSHEN8@Bloomberg.net|YUAN SHEN|BABSON CAPITAL MANAG|1340|246798
To: SLYNG1@Bloomberg.net|SEAN LYNG|AIG GLOBAL INVESTMEN|1106|445092
To: KSINGH10@Bloomberg.net|KULJOT SINGH|FORTIS FINANCIAL SER|20164|255407
To: RICK7@Bloomberg.net|RICHARD THOMSON|MILLENNIUM PARTNERS|4792|123769
To: RWILLEMSE2@Bloomberg.net|ROBERT WILLEMSE|LOTSOFF CAPITAL MANA|5618|69099
To: WETHERINGTON@Bloomberg.net|SCOTT WETHERINGTON|ING INVESTMENT MANAG|3113|65751
To: MGAO1@Bloomberg.net|MEI GAO|FORE RESEARCH & MANA|300086|304979
To: GDAVID2@Bloomberg.net|GREG DAVID|STARK & ROTH, INC.|14769|649189
To: JAKEB@Bloomberg.net|PAUL BARRETT|FORTIS FINANCIAL SER|20164|255407
To: KJOYCE@Bloomberg.net|KEIR JOYCE|T. ROWE PRICE ASSOCI|1049|50719
To: PROSE2@Bloomberg.net|PETE ROSE|DEUTSCHE BANK SECURI|1726|328663
To: DJBARRETT@Bloomberg.net|DAVID BARRETT|ELLINGTON MANAGEMENT|37809|37809
To: JNUTT@Bloomberg.net|JEFF NUTT|STANDISH MELLON ASSE|2566|360419
To: NBEFR3@Bloomberg.net|ESPEN FROYN|NORGES BANK|3157|3157
To: SFLANAGAN1@Bloomberg.net|SEAN FLANAGAN|FREDDIE MAC|1159|274981
To: MIKET@Bloomberg.net|MIKE TAETS|FREDDIE MAC|1159|274981
To: BCARROLL@Bloomberg.net|BOB CARROLL|FREDDIE MAC|1159|274981
To: BMKAR@Bloomberg.net|RAPHAEL A DAVIS|AIG GLOBAL INVESTMEN|1106|445092
To: WONGTRAKOOL@Bloomberg.net|BONNIE WONGTRAKOOL|WESTERN ASSET MANAGE|5556|378179
To: DYCHENG@Bloomberg.net|DAVID CHENG|WESTERN ASSET MANAGE|5556|378179
To: SEANOJ@Bloomberg.net|SEAN O JOHNSON|WESTERN ASSET MANAGE|5556|378179
To: EISLEY1@Bloomberg.net|ERIKA ISLEY|PRINCIPAL CAPITAL MA|2201|8331
To: BDAVIS20@Bloomberg.net|BRYAN DAVIS|PRINCIPAL CAPITAL MA|2201|8331
To: JWEIRUP2@Bloomberg.net|JED WEIRUP|PRINCIPAL CAPITAL MA|2201|8331
To: PHONV@Bloomberg.net|PHON VILAYOUNE|PRINCIPAL CAPITAL MA|2201|8331
To: CJJONES@Bloomberg.net|CLINT J JONES|PRINCIPAL CAPITAL MA|2201|8331
To: BFREDERICKS@Bloomberg.net|BRAD FREDERICKS|PRINCIPAL CAPITAL MA|2201|8331
To: JHALA@Bloomberg.net|JOE JHALA|BARCLAYS GLOBAL INVE|2164|4247
To: TNERCESSIAN@Bloomberg.net|TERRY NERCESSIAN|BARCLAYS GLOBAL INVE|2164|4247
To: KIPPJOS@Bloomberg.net|JOSEPH KIPPELS|BARCLAYS GLOBAL INVE|2164|4247
To: SANDPIT@Bloomberg.net|EDDY VATARU|BARCLAYS GLOBAL INVE|2164|4247
To: HILL71@Bloomberg.net|MATT HILL|PUTNAM INVESTMENTS L|1367|762970
To: JMISRA@Bloomberg.net|JATIN MISRA|PUTNAM INVESTMENTS L|1367|762970
To: MIKESALM@Bloomberg.net|MICHAEL SALM|PUTNAM INVESTMENTS L|1367|762970
To: DCHOQUETTE1@Bloomberg.net|DANIEL CHOQUETTE|PUTNAM INVESTMENTS L|1367|762970
To: TPIHL@Bloomberg.net|TIM PIHL|WASHINGTON MUTUAL SA|2078|506825
To: GCAMAS1@Bloomberg.net|GREG CAMAS|WASHINGTON MUTUAL SA|2078|506732
```

```
                                00000136.txt
To: RTITUS1@Bloomberg.net|ROBERT TITUS|WASHINGTON MUTUAL SA|2078|506825
To: JUPDIKE@Bloomberg.net|JON UPDIKE|FANNIE MAE|1164|4188
To: LKIM4@Bloomberg.net|LAURA KIM|FANNIE MAE|1164|48079
To: CBERGE1@Bloomberg.net|CHRISTIAAN BERGE|FANNIE MAE|1164|48079
To: APINTO08@Bloomberg.net|ALVARO PINTO|FANNIE MAE|1164|48079
To: BALEZHANG@Bloomberg.net|MATTHEW ZHANG|FANNIE MAE|1164|48079
To: BARTOLINI@Bloomberg.net|STEPHEN BARTOLINI|FANNIE MAE|1164|48079
To: JCARTER@Bloomberg.net|JASON CARTER|FANNIE MAE|1164|208793
To: ESAHADI@Bloomberg.net|ERIC SAHADI|FANNIE MAE|1164|48079
To: AHERR@Bloomberg.net|AUSTIN HERR|FANNIE MAE|1164|48079
To: SSHEN@Bloomberg.net|STEPHEN SHEN|FANNIE MAE|1164|48079
To: MMALONEY3@Bloomberg.net|MICHAEL MALONEY|FANNIE MAE|1164|48079
To: robert.s.kovach@fhlb-pgh.com|ROBERT.S.KOVACH| | |
To: paul.dimmick@fhlb-pgh.com|PAUL.DIMMICK| | |
To: michael.w.welton@fhlb-pgh.com|MICHAEL.W.WELTON| | |
To: wolfmh@fhlbcin.com|WOLFMH| | |
To: hampton.tunis@fhlbny.com|HAMPTON.TUNIS| | |
To: mark.blasinsky@fhlb-pgh.com|MARK.BLASINSKY| | |
To: mccarthr@fhlbsf.com|MCCARTHR| | |
To: emcgreen@fhlbdm.com|EMCGREEN| | |
To: mmessinger@fhlbc.com|MMESSINGER| | |
To: catherine.m.hewlett@fhlb-pgh.com|CATHERINE.M.HEWLETT| | |
To: TKNEZ@Bloomberg.net|TODD KNEZOVIC|DEUTSCHE BANK AG|1726|770757
To: JJC3@Bloomberg.net|JAMES CONNELLY|MILLENNIUM PARTNERS|4792|123769
To: KMCDANIEL@FHLBSEA.COM|KMCDANIEL| | |
To: ruscittt@fhlbsf.com|RUSCITTT| | |
To: MJONSON2@Bloomberg.net|MICHELLE JONSON|FEDERAL HOME LOAN BA|1180|2389
To: MACKENZIESJ@Bloomberg.net|MACKENZIE SMITH|FEDERAL HOME LOAN BA|1180|655200
To: ARTHURZ@Bloomberg.net|ARTHUR ZHANG|FEDERAL HOME LOAN BA|1180|1180
To: ADEMETIS1@Bloomberg.net|ANDREAS DEMETIS|FEDERAL HOME LOAN BA|1180|2389
To: SBHASIN@Bloomberg.net|SANJAY BHASIN|FEDERAL HOME LOAN BA|1180|2389
To: ANDRIA@Bloomberg.net|ANDRIA VAN DER MERWE|FEDERAL HOME LOAN BA|1180|2389
To: JDOUCAS@Bloomberg.net|JOSEPH DOUCAS|FEDERAL HOME LOAN BA|1180|2389
To: MORTONL@Bloomberg.net|LAURENT MORTON|FEDERAL HOME LOAN BA|1180|7847
To: RCORNEJO@Bloomberg.net|RENE CORNEJO|FEDERAL HOME LOAN BA|1180|2389
To: MAROUN@Bloomberg.net|GEORGE MAROUN|FEDERAL HOME LOAN BA|1180|223504
To: WAHOO-WA@Bloomberg.net|CHAD BRANDT|FEDERAL HOME LOAN BA|1180|2389
To: MARKWERT@Bloomberg.net|MARK T WERT|FEDERAL HOME LOAN BA|1180|143781
To: JCANTY@Bloomberg.net|JAMES CANTY|FEDERAL HOME LOAN BA|1180|2389
To: GEVANSKY@Bloomberg.net|GREG EVANSKY|US BANK, N.A.|1686|121312
To: RUSSBLAKE@Bloomberg.net|RUSSELL BLAKE|FEDERAL HOME LOAN BA|1180|223504
To: DANC171@Bloomberg.net|DANIEL CAVENDER|FEDERAL HOME LOAN BA|1180|143781
To: BUDGILL@Bloomberg.net|BUD GILL|FEDERAL HOME LOAN BA|1180|143781
To: MCFERRIN@Bloomberg.net|GENE MCFERRIN|FEDERAL HOME LOAN BA|1180|2389
To: TCRANDALL@Bloomberg.net|TIMOTHY CRANDALL|US BANK, N.A.|1686|121312
To: CQUAITE@Bloomberg.net|CHANDRA QUAITE|FEDERAL HOME LOAN BA|1180|143781
To: DMOORE1@Bloomberg.net|DENISE MOORE|FEDERAL HOME LOAN BA|1180|655200
To: SHNORTH@Bloomberg.net|STEVEN NORTH|FEDERAL HOME LOAN BA|1180|5672
To: COSSE@Bloomberg.net|CAROLE COSSE|FEDERAL HOME LOAN BA|1180|4964
To: JIMZ@FHLBSEA.COM|JIMZ| | |
To: KMALMBERG1@Bloomberg.net|KIRK MALMBERG|FEDERAL HOME LOAN BA|1180|5672
To: JIBOP@Bloomberg.net|JIBO PAN|FEDERAL HOME LOAN BA|1180|2389
To: CDIMITRAK@Bloomberg.net|CAROL DIMITRAKOPOULOS|FEDERAL HOME LOAN BA|1180|2389
To: CMILNE1@Bloomberg.net|CHRISTOPHER MILNE|FEDERAL HOME LOAN BA|1180|2389
To: LGEIJLSWIJK@Bloomberg.net|LARISSA VAN GEIJLSWIJK|WORLD BANK, THE|1042|1043
To: MSKURATOVSKA@Bloomberg.net|MARIA SKURATOVSKAYA|WORLD BANK, THE|1042|1043
To: NAYOUB@Bloomberg.net|NEHME AYOUB|WORLD BANK, THE|1042|1043
To: SROSS16@Bloomberg.net|SCOTT ROSS|BANC OF AMERICA SECU|1184|315606
To: DZILUCA@Bloomberg.net|DANIEL ZILUCA|BANC OF AMERICA SECU|1184|315606
To: DREDMOND5@Bloomberg.net|DOUGLAS REDMOND|BANC OF AMERICA SECU|1184|315606
To: SLATEREPORT@Bloomberg.net|LEE TURNER|BANC OF AMERICA SECU|1184|315606
To: PGRUNE@Bloomberg.net|PATRICK GRUNE|BANK OF AMERICA|1184|72958
To: RREDMON@Bloomberg.net|RICK REDMOND|CASPIAN CAPITAL MANA|5068|412927
```

```
                              00000136.txt
To: MHEIDARI@Bloomberg.net|MASSOUD HEIDARI|CASPIAN CAPITAL MANA|5068|412927
To: KOLDERK@Bloomberg.net|KARL KOLDERUP|CASPIAN CAPITAL MANA|5068|412927
To: JMHERMAN@Bloomberg.net|JACK HERMAN|FIRST HORIZON HOME L|1062|121352
To: BUNRUH@Bloomberg.net|BRANDON UNRUH|FIRST HORIZON HOME L|1062|121352
To: JWCFT@Bloomberg.net|JOHN CAIN|FIRST HORIZON HOME L|1062|121352
To: SMJBOND3@Bloomberg.net|STEVE JUSZCZYSZYN|DELAWARE MANAGEMENT|1610|7233
To: BCMCD99@Bloomberg.net|BRIAN MCDONNELL|DELAWARE MANAGEMENT|1610|7233
To: CATHE@Bloomberg.net|CATHE TOCHER|GREAT WEST LIFE & AN|2416|200085
To: sam.moyn@gw1.com|SAM.MOYN| | |
To: thone.gdovin@gw1.com|THONE.GDOVIN| | |
To: MLEVINE58@Bloomberg.net|MICHAEL LEVINE|MARINER INVESTMENT G|17335|465696
To: PINCLEDON1@Bloomberg.net|PETER INCLEDON|MARINER INVESTMENT G|17335|465696
To: KEVINJF@Bloomberg.net|KEVIN J FINNERTY|MARINER INVESTMENT G|17335|648266
To: RBRYANT5@Bloomberg.net|RICK BRYANT|CITIMORTGAGE INC|1690|372942
To: FMYERS2@Bloomberg.net|FRANK MYERS|CITIMORTGAGE INC|1690|372942
To: debbie.snow@citigroup.com|DEBBIE.SNOW| | |
To: SBROOKS5@Bloomberg.net|SEAN BROOKS|DELAWARE MANAGEMENT|1610|7233
To: ALEXWEI@Bloomberg.net|ALEX WEI|DELAWARE MANAGEMENT|1610|86001
To: DMCBOND@Bloomberg.net|PAUL GRILLO|DELAWARE MANAGEMENT|1610|7233
To: dkmckenna@delinvest.com|DKMCKENNA| | |
To: AWHITE15@Bloomberg.net|ANDREW WHITE|AVM, L.P.|1930|451720
To: BKOETS1@Bloomberg.net|BOB KOETS|AVM, L.P.|1930|451720
To: MRHODES1@Bloomberg.net|MATTHEW RHODES|AVM, L.P.|1930|451720
To: FRIESENG@Bloomberg.net|GARTH FRIESEN|AVM, L.P.|1930|451720
To: MREGER@Bloomberg.net|MIKE REGER|AVM, L.P.|1930|451720
To: JLKEISLER@Bloomberg.net|JOHN KEISLER|JPMORGAN SECURITIES|1014|187026
To: MMULLIN@Bloomberg.net|MARY MULLIN|JPMORGAN CHASE BANK|1014|18787
To: SENDLENSKI@Bloomberg.net|ALLEN SENDLENSKI|JPMORGAN SECURITIES|1014|187026
To: JR153345@Bloomberg.net|JOAN ROGERS|JPMORGAN SECURITIES|1014|187026
To: SDICKS@Bloomberg.net|STEVE DICKS|JPMORGAN CHASE BANK,|1014|208891
To: SHABIG@Bloomberg.net|SCOTT HABIG|JWM PARTNERS, LLC|137316|137316
To: JCTSAI@Bloomberg.net|JOHN TSAI|JWM PARTNERS, LLC|137316|137316
To: LEAHY@Bloomberg.net|RICHARD LEAHY|JWM PARTNERS, LLC|137316|137316
To: JMERIWET@Bloomberg.net|JOHN W MERIWETHER|JWM PARTNERS, LLC|137316|137316
To: ARJUN@Bloomberg.net|ARJUN KRISHNAMACHAR|JWM PARTNERS, LLC|137316|137316
To: jgardega@jwmp.com|JGARDEGA| | |
To: lhilibra@jwmp.com|LHILIBRA| | |
To: DUTAUD@Bloomberg.net|ERIC DUTAUD|PRUDENTIAL INSURANCE|1366|36476
To: MHARARI@Bloomberg.net|MIKE HARARI|PRUDENTIAL INSURANCE|1366|36476
To: RICHPIC@Bloomberg.net|RICH PICCIRILLO|PRUDENTIAL INSURANCE|1366|36476
To: GFIJENN@Bloomberg.net|JENN ZIMMERMAN|PRUDENTIAL INVESTMEN|1366|92857
To: STEWARTWONG@Bloomberg.net|STEWART WONG|PRUDENTIAL INSURANCE|1366|36476
To: DEW@Bloomberg.net|CRAIG DEWLING|PRUDENTIAL INSURANCE|1366|36476
To: GFIKAY@Bloomberg.net|KAY WILLCOX|PRUDENTIAL INVESTMEN|1366|92857
To: AWINKELER@Bloomberg.net|ANTHONY WINKELER|WELLS FARGO BANK, N.|1660|71777
To: DHOGENKAMP@Bloomberg.net|DAVID HOGENKAMP|WELLS FARGO BANK, N.|1660|71777
To: YCHO15@Bloomberg.net|YOUNG CHO|WELLS FARGO BANK, N.|1660|71777
To: MMUNGER@Bloomberg.net|MARK MUNGER|WELLS FARGO BANK, N.|1660|71777
To: MOHAN.CHELLASWAMI@WELLSFARGO.COM|MOHAN.CHELLASWAMI| | |
To: JOE.WHITE@WELLSFARGO.COM|JOE.WHITE| | |
To: MARK.MUNGER@WELLSFARGO.COM|MARK.MUNGER| | |
To: DAVID.HOGENKAMP@WELLSFARGO.COM|DAVID.HOGENKAMP| | |
To: TODD.ZIMMERMAN@WELLSFARGO.COM|TODD.ZIMMERMAN| | |
To: GREG.LAVALLEE@MORTGAGE.WELLSFARGO.COM|GREG.LAVALLEE| | |
To: ANDREW.PESKIN@MORTGAGE.WELLSFARGO.COM|ANDREW.PESKIN| | |
To: HAKAN.BEYGO@MORTGAGE.WELLSFARGO.COM|HAKAN.BEYGO| | |
To: TIM.MANKUS@MORTGAGE.WELLSFARGO.COM|TIM.MANKUS| | |
To: MGARVE01@Bloomberg.net|MICHAEL GARVEY|FANNIE MAE|1164|48079
To: GASHTON1@Bloomberg.net|GEORGE ASHTON|FANNIE MAE|1164|122101
To: CLONG9@Bloomberg.net|CHAKA LONG|FANNIE MAE|1164|122101
To: EHOHMANN1@Bloomberg.net|ED HOHMANN|FANNIE MAE|1164|122101
To: JWTHAYER@Bloomberg.net|JASON THAYER|FANNIE MAE|1164|122101
To: JCASELLA1@Bloomberg.net|JEFF CASELLA|FANNIE MAE|1164|48079
```

```
                            00000136.txt
To: SDO1@Bloomberg.net|SALLY DO|FANNIE MAE|1164|48079
To: ASCHULTZ8@Bloomberg.net|ART SCHULTZ|FANNIE MAE|1164|48079
To: GMACNAIR2@Bloomberg.net|GRAY MACNAIR|FANNIE MAE|1164|48079
To: RZEISS@Bloomberg.net|RYAN ZEISS|FANNIE MAE|1164|48079
To: RRSCHULTZ@Bloomberg.net|RENEE SCHULTZ|FANNIE MAE|1164|48079
To: BONSALLE@Bloomberg.net|ANDREW BONSALLE|FANNIE MAE|1164|48079
To: FNMADAVE@Bloomberg.net|DAVID BEALMEAR|FANNIE MAE|1164|48079
To: RLIGHTBURN1@Bloomberg.net|RICHARD LIGHTBURN|MKP CAPITAL MANAGEME|41547|158257
To: QYANG3@Bloomberg.net|QINGBO YANG|MKP CAPITAL MANAGEME|41547|158257
To: JOETRAIN@Bloomberg.net|JOE TRAIN|MKP CAPITAL MANAGEME|41547|158257
To: TJCMKP@Bloomberg.net|TERRENCE CONNELLY|MKP CAPITAL MANAGEME|41547|158257
To: MPERKINS3@Bloomberg.net|MAURICE "CHIP" PERKINS|MKP CAPITAL MANAGEME|41547|158257
To: AGARVEY@Bloomberg.net|AARON GARVEY|MKP CAPITAL MANAGEME|41547|158257
To: MKPCAP@Bloomberg.net|HENRY LEE|MKP CAPITAL MANAGEME|41547|158257
To: PMCMAHON@Bloomberg.net|PATRICK MCMAHON|MKP CAPITAL MANAGEME|41547|158257
To: KROSENBLOOM4@Bloomberg.net|KEITH ROSENBLOOM|CHARTER ATLANTIC|1189|33365
To: FJACC@Bloomberg.net|FRANK JACCARINO|CHARTER ATLANTIC|1189|33365
To: SLOOT@Bloomberg.net|MATT SLOOTSKY|CHARTER ATLANTIC|1189|33365
To: JCAREY1@Bloomberg.net|JOHN CAREY|CHARTER ATLANTIC|1189|33365
To: KMBECK@Bloomberg.net|KEVIN BECK|J.P. MORGAN INVESTME|1014|588836
To: KAZIOR@Bloomberg.net|ANDREW KAZIOR|J.P. MORGAN INVESTME|1014|588836
To: MPALLAI@Bloomberg.net|MATTHEW PALLAI|J.P. MORGAN INVESTME|1014|588836
To: JGARVEY11@Bloomberg.net|JENIFER GARVEY|J.P. MORGAN INVESTME|1014|588836
To: CCLASEN@Bloomberg.net|CHRIS CLASEN|J.P. MORGAN INVESTME|1014|588836
To: JFABRE@Bloomberg.net|JOSEPH FABRE|J.P. MORGAN INVESTME|1014|588836
To: MPECORARO@Bloomberg.net|MICHAEL PECORARO|J.P. MORGAN INVESTME|1014|588836
To: BWILLIAMS31@Bloomberg.net|BRANDON WILLIAMS|FREDDIE MAC|1159|274981
To: KLAFLEUR@Bloomberg.net|KERRIE LA FLEUR|FREDDIE MAC|1159|274981
To: KFOODY-MALUS@Bloomberg.net|KATHLEEN FOODY-MALUS|FREDDIE MAC|1159|274981
To: EMCNAMARA1@Bloomberg.net|EDWARD MCNAMARA|FREDDIE MAC|1159|274981
To: GKAIN@Bloomberg.net|GARY KAIN|FREDDIE MAC|1159|274981
To: BUCHANAN1@Bloomberg.net|BUCK BUCHANAN|FREDDIE MAC|1159|274981
To: CKUEHL2@Bloomberg.net|CHRIS KUEHL|FREDDIE MAC|1159|274981
To: bmcgrath@fhlbi.com|BMCGRATH| | |
To: william.j.newton@bankofamerica.com|WILLIAM.J.NEWTON| | |
To: luke.c.peters@bankofamerica.com|LUKE.C.PETERS| | |
To: SVSHROFF@Bloomberg.net|SANJAY SHROFF|DRAKE MANAGEMENT LLC|216601|216601
To: ACRAWFORD11@Bloomberg.net|ALEC CRAWFORD|ZIFF BROTHERS INVEST|23577|604790
To: JAYK@Bloomberg.net|JAY KRUGER|FEDERAL HOME LOAN BA|1180|5130
To: ALTORRES@Bloomberg.net|ALFRED TORRES|FORTIS FINANCIAL SER|20164|255407
To: TJYROBERTS@Bloomberg.net|TIM ROBERTS|STRUCTURED PORTFOLIO|62636|144130
To: RAPPEL@Bloomberg.net|ROBERT APPEL|APG INVESTMENTS US I|12779|224910
To: jconnelly@mlp.com|JCONNELLY| | |
To: CADIF@Bloomberg.net|WELLINGTON J DENAHAN|FIDAC|13888|249117
To: KKONRAD@Bloomberg.net|KRIS KONRAD|FIDAC|13888|249117
To: ESZABO1@Bloomberg.net|ERIC SZABO|FIDAC|13888|249117
To: N_MURTHA@Bloomberg.net|NANCY MURTHA|FIDAC|13888|249117
To: RLYGHT@Bloomberg.net|ROSE-MARIE LYGHT|FIDAC|13888|249117
To: ROHAGAN@Bloomberg.net|RYAN O'HAGAN|FIDAC|13888|249117
To: JBRUNO7@Bloomberg.net|JILL BRUNO|FIDAC|13888|249117
To: CWOSCHENKO4@Bloomberg.net|CHRISTIAN WOSCHENKO|FIDAC|13888|249117
To: CYARL@Bloomberg.net|CHOUDHARY YARLAGADDA|FIDAC|13888|249117
To: rthomson@mlp.com|RTHOMSON| | |
To: bbmsg@ellington.com|BBMSG| | |
To: sjohnson@westernasset.com|SJOHNSON| | |
To: RHUDA99@Bloomberg.net|RIZWANUL HUDA|FEDERAL HOME LOAN BA|1180|223504
To: KALLSCHWANG1@Bloomberg.net|KAREN ALLSCHWANG|FEDERAL HOME LOAN BA|1180|223504
To: TURNER11@Bloomberg.net|LEE TURNER|BANC OF AMERICA SECU|1184|315606
To: JPREST@Bloomberg.net|JASON PREST|AVM, L.P.|1930|451720
To: MIGLIANO@Bloomberg.net|ANDREW MIGLIANO|AVM, L.P.|1930|451720
To: GREGBABIJ@Bloomberg.net|GREG BABIJ|AVM, L.P.|1930|451720
To: RPRINTZ@Bloomberg.net|ROBERT PRINTZ|AVM, L.P.|1930|451720
To: tim_roberts@att.blackberry.net|TIM_ROBERTS| | |
```

```
                              00000136.txt
To: TREDMAN@Bloomberg.net|TRENT REDMAN|AVM, L.P.|1930|451720
To: sophie.bakalar@avmltd.com|SOPHIE.BAKALAR| | |
To: mreger6001@hotmail.com|MREGER6001| | |
To: allen.sendlenski@chase.com|ALLEN.SENDLENSKI| | |
To: mharari1@gmail.com|MHARARI1| | |
Attachment: 6249019079900001.HTM
FileID: 483EB01D00001A4007E40B4A.HTM
Attachment: us_fixed_income_29may.pdf
FileID: 483EB01E00000A1307F56B27.pdf
Subject: Fwd:Fw: US Fixed Income Daily: LIBOR anxiety

Forwarded To:  JCONNELLY By: jjc3@bloomberg.net
Forwarded To: WELLINGTON J DENAHAN By: MOHIT MARRIA, FIDAC
Forwarded To: KRIS KONRAD By: MOHIT MARRIA, FIDAC
Forwarded To: ERIC SZABO By: MOHIT MARRIA, FIDAC
Forwarded To: NANCY MURTHA By: MOHIT MARRIA, FIDAC
Forwarded To: ROSE-MARIE LYGHT By: MOHIT MARRIA, FIDAC
Forwarded To: RYAN O'HAGAN By: MOHIT MARRIA, FIDAC
Forwarded To: JILL BRUNO By: MOHIT MARRIA, FIDAC
Forwarded To: CHRISTIAN WOSCHENKO By: MOHIT MARRIA, FIDAC
Forwarded To: CHOUDHARY YARLAGADDA By: MOHIT MARRIA, FIDAC
Forwarded To:  RTHOMSON By: rick7@bloomberg.net
Forwarded To:  BBMSG By: djbarrett@bloomberg.net
Forwarded To:  SJOHNSON By: seanoj@bloomberg.net
Forwarded To: RIZWANUL HUDA By: GEORGE MAROUN, FEDERAL HOME LOAN BA
Forwarded To: KAREN ALLSCHWANG By: GEORGE MAROUN, FEDERAL HOME LOAN BA
Forwarded To: LEE TURNER By: LEE TURNER, BANC OF AMERICA SECU
Forwarded To: JASON PREST By: GARTH FRIESEN, AVM, L.P.
Forwarded To: ANDREW MIGLIANO By: GARTH FRIESEN, AVM, L.P.
Forwarded To: GREG BABIJ By: MIKE REGER, AVM, L.P.
Forwarded To: ROBERT PRINTZ By: MIKE REGER, AVM, L.P.
Forwarded To:  TIM_ROBERTS By: tjyroberts@bloomberg.net
Forwarded To: TRENT REDMAN By: MIKE REGER, AVM, L.P.
Forwarded To:  SOPHIE.BAKALAR By: mreger@bloomberg.net
Forwarded To:  MREGER6001 By: mreger@bloomberg.net
Forwarded To:  ALLEN.SENDLENSKI By: sendlenski@bloomberg.net
Forwarded To:  MHARARI1 By: mharari@bloomberg.net
(See attached file: us_fixed_income_29may.pdf)
We have just published the following research.

US Fixed Income Daily
LIBOR anxiety

Economic releases: Q1 GDP (+0.9 actual); Jobless claims (372k); Help wanted
(19 forecast)

- The BBA is scheduled to announce any changes to its LIBOR-fixing mechanism
tomorrow. We don't expect substantial changes that would warrant a significant
change in the level of LIBOR rates. In our view, the WSJ article today,
purporting to estimate the mispricing of the LIBOR rate submissions, has
limited credibility, as it can be criticized for using 1Y CDS, itself a
somewhat illiquid indicator, for projecting 3M LIBOR default premiums, and for
a questionable method for calculating a risk-free LIBOR rate. Also, interbank
markets to some extent are rationed by quantity rather than price, as
counterparties would reduce the lines to a credit-impaired bank.

- We think the actual fixing has been little influenced in practice by
individual bank submission errors, given the discarding of outlier
submissions. But LIBOR is subject to systemic credit and liquidity concerns,
and thus will continue to exhibit spread volatility. There are few transparent
viable alternatives: OIS is commonly mentioned, but the underlying effective
fed funds rate is subject to anomalies as well, depending on the success of
the Fed's open market operations in reaching the funds target. It also doesn't
```

00000136.txt
accurately reflect actual borrowing costs among a wide variety of
international banks.

- This morning, 3M LIBOR rose by 4 bp, with only about half that amount
attributable to the market sell-off. Also, there has been some widening in the
forward LIBOR-OIS basis over the next year, with the 3M basis at the Sep 08
IMM date widening to 77 bp, compared to 67 bp spot.

- Also, the vote by Bear Stearns shareholders on the JP Morgan deal is
scheduled to occur today, with the deal scheduled to close this weekend. The
Fed's emergency $30 bn facility would come on line with the closing, but we
think that if the facility were shown to not actually be needed, it would be a
big boost for the financial markets and the Fed's political status.

- The 30Y MBS current coupon is about 5.73% this morning after closing at
5.63% yesterday (as high as 5.68% yesterday). If the current coupon crosses
the 5.75% mark, we would be in the 6% range for the current coupon straddle.
Extension flows could thus step up considerably and exacerbate a selloff at
this point, particularly as the recent tightening in mortgages has reduced the
bid somewhat.

- Gamma caught a bid in response to a double-digit sell-off after durable
goods and on the back of convexity paying. DGX closed almost 9 bp higher at
140.2 bp, about 20 bp above the early month lows. Vega traded flat to slightly
lower with DVX unchanged for the day at 99.8 bp.


Mustafa Chowdhury
Research Analyst
(+1) 212 250-7540
mustafa.chowdhury@db.com

Marcus Huie
Research Analyst
(+1) 212 250-8356
marcus.huie@db.com

Joseph LaVorgna
Economist
(+1) 212 250-7329
joseph.lavorgna@db.com

Aleksandar Kocic
Research Analyst
(+1) 212 250-0376
aleksandar.kocic@db.com

Anish Lohokare
Strategist
(+1) 212 250-2147
anish.lohokare@db.com


If you would like to stop receiving this report, please reply (with history)
to this message with the following in the subject line:

Unsubscribe.


To request additional research, you can use our online subscription management
tool at http://gm.db.com/MyFISubs.  Please note that a login to our web site
is required for this.  Alternatively, please contact your Deutsche Bank Sales

00000136.txt

Contact.


***The attached research constitutes Deutsche Bank's proprietary information***

This, along with an extensive range of other publications, is available on our

web site http://gm.db.com




Contact Information:

Deutsche Bank AG London, Winchester House, 1 Great Winchester Street, London, EC2N 2DB, United Kingdom +44-20-7545-8000

Deutsche Bank Securities Inc., 60 Wall Street, New York, NY 10005, USA, +1-212-250-2500


Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank").  The information herein is believed by Deutsche Bank to be reliable and has been obtained from public sources believed to be reliable.  With the exception of information about Deutsche Bank, Deutsche Bank makes no representation as to the accuracy or completeness of such information.


This published research report may be considered by Deutsche Bank when Deutsche Bank is deciding to buy or sell proprietary positions in the securities mentioned in this report.


For select companies, Deutsche Bank equity research analysts may identify shorter-term opportunities that are consistent or inconsistent with Deutsche Bank's existing, longer-term Buy or Sell recommendations.  This information is made available on the SOLAR stock list, which can be found at http://gm.db.com .

Deutsche Bank may trade for its own account as a result of the short term trading suggestions of analysts and may also engage in securities transactions in a manner inconsistent with this research report and with respect to securities covered by this report, will sell to or buy from customers on a principal basis.  Disclosures of conflicts of interest, if any, are discussed at the end of the text of this report or on the Deutsche Bank website at http://gm.db.com.


Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report.  They do not necessarily reflect the opinions of Deutsche Bank and are subject to change

00000136.txt

without notice.  Deutsche Bank has no obligation to update, modify or amend
this report or to otherwise notify a reader thereof in the event that any
matter stated herein, or any opinion, projection, forecast or estimate set
forth herein, changes or subsequently becomes inaccurate, except if research
on the subject company is withdrawn.  Prices and availability of financial
instruments also are subject to change without notice.  This report is
provided for informational purposes only.  It is not to be construed as an
offer to buy or sell or a solicitation of an offer to buy or sell any
financial instruments or to participate in any particular trading strategy in
any jurisdiction.  The financial instruments discussed in this report may not
be suitable for all investors and investors must make their own investment
decisions using their own independent advisors as they believe necessary and
based upon their specific financial situations and investment objectives.  If
a financial instrument is denominated in a currency other than an investor.s
currency, a change in exchange rates may adversely affect the price or value
of, or the income derived from, the financial instrument, and such investor
effectively assumes currency risk.  In addition, income from an investment may
fluctuate and the price or value of financial instruments described in this
report, either directly or indirectly, may rise or fall.  Furthermore, past
performance is not necessarily indicative of future results.


Unless governing law provides otherwise, all transactions should be executed
through the Deutsche Bank entity in the investor.s home jurisdiction.  In the
U.S. this report is approved and/or distributed by Deutsche Bank Securities
Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is
approved and/or communicated by Deutsche Bank AG Frankfurt authorised by
Bundesanstalt für Finanzdienstleistungsaufsicht. In the United Kingdom this
report is approved and/or communicated by Deutsche Bank AG London, a member of
the London Stock Exchange and regulated by the Financial Services Authority
for the conduct of investment business in the UK and authorised by
Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin). This report is
distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by
Deutsche Securities Korea Co. and in Singapore by Deutsche Bank AG, Singapore
Branch.  In Japan this report is approved and/or distributed by Deutsche
Securities Inc. The information contained in this report does not constitute
the provision of investment advice. In Australia, retail clients should obtain
a copy of a Product Disclosure Statement (PDS) relating to any financial
product referred to in this report and consider the PDS before making any
decision about whether to acquire the product.  Additional information
relative to securities, other financial products or issuers discussed in this
report is available upon request.  This report may not be reproduced,
distributed or published by any person for any purpose without Deutsche Bank's
prior written consent.  Please cite source when quoting.


Copyright © 2008 Deutsche Bank AG

 GMRT:FZRQ6QBpnuEeBK4XG7mCHJFO5wYxxm0g

---

This e-mail may contain confidential and/or privileged information. If you
are not the intended recipient (or have received this e-mail in error)
please notify the sender immediately and destroy this e-mail. Any
unauthorized copying, disclosure or distribution of the material in this
e-mail is strictly forbidden.
=====End Message=====