# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

December 16, 2014

Re: *LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB)

Via ECF and Hand Delivery

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Buchwald:

    Your Honor's Order dated December 3, 2014, granted Plaintiffs leave to file oppositions to Defendants' motions to dismiss the seventeen non-class (or "direct") actions in the above matter not to exceed 225 pages. Plaintiffs filed eight memoranda of varying length totaling 219 pages. In accord with the standard proportion for replies (10 pages or 40% where there are 25 page main briefs), Defendants respectfully request leave to file replies not to exceed 90 pages (40% of 225), to be allocated among the reply memoranda as they determine. Defendants will make every effort to consolidate and shorten their replies to the extent possible.

    We have consulted with liaison counsel for the non-class Plaintiffs, and they do not object to Defendants' request.

Respectfully yours,

Robert F. Wise

cc: All counsel (via ECF)