UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 1:11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>NOTICE OF APPEARANCE</u> |

**PLEASE TAKE NOTICE** that Christian T. Kemnitz of the law firm of Katten Muchin Rosenman, LLP, pursuant to the order dated March 4, 2013 allowing the undersigned counsel to appear before this court *pro hac vice* in the above-referenced MDL, hereby appears as counsel of record for RBC Capital Markets, LLC (a wholly owned subsidiary of Royal Bank of Canada) and requests that copies of all papers and notices be served on the undersigned at the address stated below.

This entry of appearance is subject to and made without waiving any defenses RBC Capital Markets, LLC may have.

Dated: December 16, 2014                    Respectfully submitted,

By: <u>/s/ Christian T. Kemnitz</u>
    Christian T. Kemnitz
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe
    Suite 1900
    Chicago, IL  60661
    Tel.:  (312) 902-5379
    Fax.:  (312) 577-8619