UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: All Actions | Master File No. 1:11-md-2262-NRB  ECF Case |

## REVISED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants UBS AG, UBS Limited and UBS Securities LLC make the following Revised Corporate Disclosure Statement to reflect recent changes in corporate ownership.

UBS AG is a publicly traded entity. Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation. There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

UBS Limited is a wholly owned subsidiary of UBS AG.

UBS Securities LLC's corporate parents are UBS AG and UBS Americas Inc., the latter of which is wholly owned by UBS AG.

| | |
|---|---|
| Dated: December 16, 2014<br>San Francisco, CA | GIBSON, DUNN & CRUTCHER LLP<br><br>By:  s/Joel S. Sanders<br>       Joel S. Sanders<br><br>555 Mission Street<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br>jsanders@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG, UBS Securities LLC, and UBS Limited* |