# APPENDIX 3

**Federal Cases Applying *Daimler AG* v. *Bauman*, 134 S. Ct. 746 (2014)**

| |
|---|
| *Abramson* v. *Caribbean Cruise Line, Inc.*, 2014 WL 2938626 (W.D. Pa. June 30, 2014) |
| *Ahn* v. *Korea Advanced Institute of Science and Technology*, 2014 WL 6455593 (D.N.J. Nov. 17, 2014) |
| *Air Tropiques, Sprl* v. *Northern & Western. Insurance Co. Ltd.*, 2014 WL 1323046 (S.D. Tex. Mar. 31, 2014) |
| *Alkanani* v. *Aegis Defense Services, LLC*, 976 F. Supp. 2d 13 (D.D.C. 2014) *appeal dismissed*, 2014 WL 4628907 (D.C. Cir. Aug. 11, 2014) |
| *Allstate Insurance Co.* v. *Electrolux Home Products, Inc.*, 2014 WL 3615382 (N.D. Ohio July 18, 2014) |
| *American. Recreation Products, LLC* v. *Tennier Industries, Inc.*, 2014 WL 1315182 (E.D. Mo. Mar. 31, 2014) |
| *American Financial Resources, Inc.* v. *Money Source, Inc.*, 2014 WL 1705617 (D.N.J. Apr. 29, 2014) |
| *Aronson* v. *Celebrity Cruises, Inc.*, 2014 WL 3408582 (S.D. Fla. May 9, 2014) |
| *AS Engine Leasing, LLC* v. *Vision Airlines, Inc.*, 2014 WL 6461760 (N.D. Ill. Nov. 18, 2014) |
| *Associated Energy Group., LLC* v. *Air Cargo Germany GMBH*, 2014 WL 2534909 (S.D. Tex. June 4, 2014) |
| *AstraZeneca AB* v. *Myland Pharmaceuticals, Inc.*, 2014 WL 5778016 (D. Del. Nov. 5, 2014) |
| *Barger* v. *Midland Funding, LLC*, 2014 WL 2812233 (D. Md. June 20, 2014) |
| *Bar-Ray Products, Inc.* v. *Infab Corp.*, 2014 WL 5702466 (M.D.Pa. Nov. 5, 2014) |
| *Barriere* v. *Juluca*, 2014 WL 652831 (S.D.Fla. Feb. 19, 2014) |
| *Beach* v. *Citigroup Alternative Investments LLC*, 2014 WL 904650 (S.D.N.Y. March 7, 2014) |
| *Best Little Promohouse in Texas LLC* v. *Yankee Pennysaver, Inc.*, 2014 WL 5431630 (N.D. Tex. Oct. 27, 2014) |
| *Best Odds Corp.* v. *iBus Media Ltd.*, 2014 WL 2527145 (D. Nev. June 4, 2014) |

| |
|---|
| *Brother of the Leaf, LLC* v. *Plastic Products Co.*, <br> 2014 WL 3824209 (W.D. Tex. Aug. 1, 2014) |
| *Brown* v. *CBS Corp.*, <br> 2014 WL 1924469 (D. Conn. May 14, 2014) |
| *Brown* v. *Web.com Group, Inc.*, <br> 2014 WL 5471927 (S.D.N.Y. Oct. 28, 2014) |
| *Bulwer* v. *Massachusetts College of Pharmacy & Health Sciences*, <br> 2014 WL 3818689 (D.N.H. Aug. 4, 2014) |
| *BWP Media USA Inc.* v. *Hollywood Fan Sites, LLC*, <br> 2014 WL 6077247 (S.D.N.Y. Nov. 14, 2014). |
| *C.A. Inc.* v. *Stonebranch, Inc.*, <br> 2014 WL 6460818 (E.D.N.Y. Nov. 17, 2014) |
| *Carmouche* v. *Carnival Corp.*, <br> 2014 WL 3894361 (S.D. Fla. Aug. 7, 2014) |
| *Coe* v. *Philips Oral Healthcare Inc.*, <br> 2014 WL 585858 (N.D. Wash. Feb. 14, 2014) |
| *Collier* v. *Land & Sea Restaurant Co., LLC*, <br> 2014 WL 5254916 (W.D. Va. Oct. 15, 2014). |
| *Continental Industries Group, Inc.* v. *Equate Petrochemical Co.*, <br> 2014 WL 5066321 (2d Cir. Oct. 10, 2014) |
| *Corigliano* v. *Classic Motor Inc.*, <br> 2014 WL 3556393 (D.N.J. July 17, 2014) |
| *Couvillier* v. *Dillingham & Assocs.*, <br> 2014 WL 3666694 (D. Nev. July 23, 2014) |
| *Cutcher* v. *Midland Funding, LLC*, <br> 2014 WL 2109916 (D. Md. May 19, 2014) |
| *Dinar Corp. Inc.* v. *Sterling Currency Group., LLC*, <br> 2014 WL 4072023 (D. Nev. Aug. 15, 2014) |
| *Dolemba* v. *Citizens Information Assocs, LLC*, <br> 2014 WL 1646942 (N.D. Ill. April 24, 2014) |
| *Eaves* v. *Pirelli Tire, LLC*, <br> 2014 WL 1883791 (D. Kan. May 12, 2014) |
| *Estate of Thompson* v. *Mission Essential Personnel., LLC*, <br> 2014 WL 4745947 (M.D.N.C. Sept. 23, 2014) |
| *Federal Home Loan Bank of Boston* v. *Ally Financial, Inc.*, <br> 2014 WL 4964506 (W.D. Mass. Sept. 30, 2014) |

| |
|---|
| *Flynn* v. *Hovensa, LLC*, <br> 2014 WL 3375238 (W.D. Pa. July 3, 2014) |
| *George* v. *Uponor Corp.*, <br> 988 F. Supp. 2d 1056, 1079 (D. Minn. 2013), *reconsideration denied* (Apr. 14, 2014) |
| *GoldenTree Asset Management LP* v. *BNP Paribas SA*, <br> 2014 WL 4100445 (N.D. Ill. Aug. 20, 2014) |
| *Gonzales* v. *Seadrill Americas, Inc.*, <br> 2014 WL 2932241 (S.D. Tex. June 27, 2014) |
| *Goodwin* v. *Bruggeman-Hatch*, <br> 2014 WL 3882183 (D. Colo. Aug. 7, 2014) |
| *Google Inc.* v. *Rockstar Consortium U.S. LP*, <br> 2014 WL 1571807 (N.D. Cal. Apr. 17, 2014) |
| *Grandstaff* v. *Hiner Equipment, L.L.C.*, <br> 2014 WL 5471722 (S.D. Iowa Sept. 16, 2014) |
| *Gucci Am., Inc.* v. *Weixing Li*, <br> 2014 WL 4629049 (2d Cir. Sept. 17, 2014) |
| *Gurglepot, Inc.* v. *New Shreve, Crump & Low LLC*, <br> 2014 WL 2744283 (W.D. Wash. June 17, 2014) |
| *Gutierrez* v. *North America Cerruti Corp.*, <br> 2014 WL 6969579 (E.D. Pa. Dec. 9, 2014) |
| *Hanna* v. *Blanchette*, <br> 2014 WL 4185816 (S.D. Tex. Aug. 21, 2014) |
| *HealthSpot, Inc.* v. *Computerized Screening, Inc.*, <br> 2014 WL 6896298 (N.D. Ohio Dec. 8, 2014) |
| *Henrichs* v. *Nova Biomedical Corp.*, <br> 2014 WL 2611825 (S.D. Tex. June 11, 2014) |
| *Hertges* v. *Experian Information Solutions, Inc.*, <br> 2014 WL 346030 (D. Minn. Jan. 30, 2014) |
| *In re Abestos Products Liability Litigation*, <br> 2014 WL 5394310 (E.D. Pa. Oct. 23, 2014) |
| *In re Roman Catholic Diocese of Albany, New York, Inc.*, <br> 745 F.3d 30, 36 (2d Cir. 2014) |
| *Intellectual Ventures I LLC* v. *Ricoh Company, Ltd.*, <br> 2014 WL 4748703 (D. Del. Sept. 12, 2014) |

| |
|---|
| *Interocean Trade & Transportation, Inc.* v. *Shanghai Antong International Freight Agency Co. Ltd*, <br> 2014 WL 4983493 (W.D.Mo. Oct. 4, 2014). |
| *JWQ Cabinetry, Inc.* v. *Granada Wood & Cabinets, Inc.*, <br> 2014 WL 2050267 (D.N.J. May 19, 2014) |
| *Kolcraft Enterprises, Inc.* v. *Artsana USA, Inc.*, <br> 2014 WL 3865814 (N.D. Ill. Aug. 6, 2014) |
| *Krishanti* v. *Rajaratnam*, <br> 2014 WL 1669873 (D.N.J. Apr. 28, 2014) |
| *Leachman Cattle of Colorado, LLC* v. *American Simmental Ass'n*, <br> 2014 WL 4458893 (D. Colo. Aug. 29, 2014) |
| *Lefkowitz* v. *Valobra of Texas*, <br> 2014 WL 2739281 (E.D. Mo. June 17, 2014) |
| *Lembert-Melendez* v. *CL Medical, Inc.*, <br> 2014 WL 5881052 (D.N.J. Nov. 10, 2014) |
| *Lexion Medical, LLC* v. *SurgiQuest, Inc.*, <br> 2014 WL 1260761 (D.Minn. March 26, 2014) |
| *Little* v. *SKF Sverige AB*, <br> 2014 WL 6661438 (5th Cir. Nov. 25, 2014) |
| *Locke* v. *Ethicon Inc.*, <br> 2014 WL 5819824 (S.D. Tex. Nov. 10, 2014) |
| *Loyalty Conversion Systems Corp.* v. *American Airlines, Inc.*, <br> 2014 WL 4352544 (E.D. Tex. Sept. 2, 2014) |
| *Loyalty Conversion Systems Corp.* v. *American Airlines, Inc.*, <br> 2014 WL 4354130 (E.D. Tex. Sept. 2, 2014) |
| *Marcus Uppe, Inc.* v. *Global Computer Enterprises, Inc.,* <br> 2014 WL 6775282 (W.D. Pa. Dec. 2, 2014). |
| *Martinez* v. *Aero Caribbean*, <br> 764 F.3d 1062 (9th Cir. 2014) |
| *MedCapGroup, LLC* v. *Mesa Pharmacy, Inc.*, <br> 2014 WL 3748211 (D. Nev. July 30, 2014) |
| *Meyer* v. *Board of Regents of the University of Oklahoma*, <br> 2014 WL 2039654 (S.D.N.Y. May 14, 2014) |
| *Miller* v. *American Royal Ass'n, Inc.*, <br> 2014 WL 3812317 (D. Wyo. May 22, 2014) |
| *Monkton Insurance Services, Ltd.* v. *Ritter*, <br> 768 F.3d 429 (5th Cir. 2014) |

| |
|---|
| *N.A. Water Systems* v. *Allstates Worldcargo, Inc,* <br> 2014 WL 5022536 (W.D. Pa. Aug. 12, 2014) |
| *Nam Chuong Huynh* v. *Aker BioMarine Antarctic AS,* <br> 2014 WL 3738636 (W.D. Wash. July 29, 2014) |
| *NewLead Holdings Ltd.* v. *Ironridge Global IV Ltd.,* <br> 2014 WL 2619588 (S.D.N.Y. June 11, 2014) |
| *NExTT Solutions, LLC* v. *XOS Technologies, Inc.,* <br> 2014 WL 6674619 (N.D. Ind. Nov. 25, 2014) |
| *Parlant Technology* v. *Board of Education of the City School District of the City of New York,* <br> 2014 WL 4851881 (D. Utah Sept. 29, 2014) |
| *Price* v. *Waste Management, Inc.,* <br> 2014 WL 1764722 (D. Md. Apr. 30, 2014) |
| *Private Capital Group., Inc.* v. *Dareus,* <br> 2014 WL 3394662 (D. Utah July 10, 2014) |
| *Quality International Packaging, Ltd.* v. *Chamilia Inc.,* <br> 2014 WL 2465262 (D.N.J. May 30, 2014) |
| *Rates Technology Inc.* v. *Cequel Communications LLC,* <br> 15 F. Supp. 3d 409 (S.D.N.Y. 2014) |
| *Refco Group Ltd., LLC,* v. *Cantor Fitzgerald, L.P.,* <br> 2014 WL 2610608 (S.D.N.Y. June 10, 2014) |
| *Rhodes Enterprises, LLC* v. *Financial Carrier Services, Inc.,* <br> 2014 WL 7010952 (M.D. Tenn. Dec. 11, 2014) |
| *Ricks* v. *Armstrong International, Inc.,* <br> 2014 WL 2873189 (E.D.N.C. June 24, 2014) |
| *Rocke* v. *Pebble Beach Co.,* <br> 2014 WL 1725366 (E.D. Pa. Apr. 29, 2014) |
| *Rockwell Automation, Inc.* v. *Beckhoff Automation, LLC,* <br> 2014 WL 2459604 (D. Nev. May 30, 2014) |
| *Roof & Rack Products, Inc.* v. *GYB Investors, LLC,* <br> 2014 WL 3116413 (S.D. Fla. July 8, 2014) |
| *Ross* v. *Skanska USA Civil West Rocky Mountain District, Inc.,* <br> 2014 WL 806261 (N.D. Cal. Feb. 27, 2014). |
| *Sabre International Security* v. *Torres Advanced Enterprise Solutions, LLC,* <br> 2014 WL 3859164 (D.D.C. June 16, 2014) |

| |
|---|
| *Shrum* v. *Big Lots Stores, Inc.*, <br> 2014 WL 6888446 (C.D.Ill. Dec. 8, 2014) |
| *Simon* v. *Republic of Hungary*, <br> 2014 WL 1873411 (D.D.C. May 9, 2014) |
| *Snodgrass* v. *Berklee College of Music*, <br> 559 F. Appx 541 (7th Cir. 2014), *rehearing denied* (May 1, 2014) |
| *Sonera Holding B.V.* v. *Cukurova Holding A.S.*, <br> 750 F.3d 221 (2nd Cir. 2014) |
| *Sullivan* v. *Sony Music Entertainment*, <br> 2014 WL 5473142 (N.D. Ill. Oct. 29, 2014) |
| *Synergics Energy Services, LLC* v. *Algonquin Power Fund America*, <br> 2014 WL 2812230 (D. Md. June 20, 2014) |
| *Tiffany (NJ) LLC, Tiffany & Co.* v. *China Merchants Bank*, <br> 2014 WL 4627662 (2d Cir. Sept. 17, 2014), |
| *Toumazou* v. *Turkish Republic of Northern Cyprus*, <br> 2014 WL 5034621 (D.D.C. Oct. 9, 2014) |
| *Trustmark National Bank* v. *Sevier County Bank*, <br> 2014 WL 4816154 (S.D. Miss. Sept. 24, 2014) |
| *Twinstar Partners, LLC* v. *Diamond Aircraft Industries, Inc.*, <br> 2014 WL 4102260 (S.D.Fla. Aug. 18, 2014) |
| *U.S. ex rel. Imco General Construction, Inc.* v. *Insurance Co. of Pennsylvania*, <br> 2014 WL 4364854 (W.D. Wash. Sept. 3, 2014) |
| *Urban Textile, Inc.* v. *A & E Stores, Inc.,* <br> 2014 WL 3955173 (C.D. Cal. Aug. 11, 2014) |
| *Virgin Enterprises Ltd.* v. *Jai Mundi, Inc.*, <br> 2014 WL 3605541 (N.D. Ill. July 18, 2014) |
| *Weinfeld* v. *Minor*, <br> 2014 WL 4954630 (E.D.N.Y. Sept. 30, 2014) |
| *William* v. *AES Corp.*, <br> 2014 WL 2896012 (E.D. Va. June 26, 2014) |
| *Wish Atlanta, LLC* v. *Contextlogic, Inc.*, <br> 2014 WL 5091795 (M.D.Ga. Oct. 9, 2014) |
| *Wojdacz* v. *Blackburn*, <br> 2014 WL 4243798 (D. Colo. Aug. 25, 2014) |

*World Traveling Fools, LLC* v. *Diamond Aircraft Industries, Inc.*,
2014 WL 4102160 (S.D.Fla. Aug. 18, 2014)

*Yaldo* v. *Homeric Tours, Inc.*,
2014 WL 6686768 (E.D. Mich. Nov. 26, 2014)