# APPENDIX 4

**Table 1: Actions Where Defendants Do Not Contest Personal Jurisdiction for Contract and Contract-Related Claims[1]**

| Action | Jurisdiction Filed | Defendants with forum selection clauses |
|---|---|---|
| *Amabile v. Bank of Am. Corp.*, No. 13-cv-1700 | S.D.N.Y. | None |
| *Bay Area Toll Auth. v. Bank of Am. Corp., et al.*, No. 14 Civ. 3094 | N.D. Cal. | Bank of America, N.A. Citibank NA JPMorgan Chase Bank, N.A. |
| *CEMA Joint Venture v. Charter One Bank, N.A.*, (No. 13-cv-5511) | N.D. OH. | None |
| *Charles Schwab Corp., et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 7005 | Cal. Super. Ct. | None |
| *City of Houston v. Bank of Am. Corp., et al.*, No. 13 Civ. 05616 | S.D. Tex. | JPMorgan Chase Bank, N.A. |
| *City of Philadelphia, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 06020 | E.D. Pa. | JPMorgan Chase Bank, N.A. |
| *City of Richmond, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00627 | N.D. Cal. | None |
| *City of Riverside, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00597 | C.D. Cal. | Bank of America, N.A. |
| *Cnty. of Mendocino v. Bank of Am. Corp., et al.*, No. 13 Civ. 08644 | N.D. Cal. | None |
| *Cnty. of Sacramento v. Bank of Am., et al.*, No. 13 Civ. 05569 | E.D. Cal. | Bank of America, N.A. Deutsche Bank AG |
| *Cnty. of San Diego v. Bank of Am. Corp., et al.*, No. 13 Civ. 00667 | S.D. Cal. | Citibank NA |
| *Cnty. of San Mateo, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00625 | N.D. Cal. | None |

---

[1] These tables have been modified from Schedule G of Defendants' November 5, 2014 brief to reflect newly available information. The tables only list Defendants who are asserting a personal jurisdiction defense in the applicable jurisdiction or a particular action. That is, if a Defendant did not assert a personal jurisdiction defense in a jurisdiction, e.g, New York, or in a particular action, it is not listed herein.

| | | |
|---|---|---|
| *Cnty. of Sonoma, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05187 | N.D. Cal. | None |
| *East Bay Municipal Utility Dist. v. Bank of Am. Corp. et al.*, No. 13 Civ. 00626 | N.D. Cal. | JPMorgan Chase Bank, N.A. |
| *Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. et al.*, No. 13 Civ. 03952 | E.D. Va. | None |
| *Fed. Nat. Mortg. Ass'n v. Barclays Bank PLC*, No. 13-cv-7720 | S.D.N.Y. | Barclays Bank PLC<br>Credit Suisse Int'l<br>Deutsche Bank AG<br>RBS plc |
| *Maragos v. Bank of Am. Corp.*, No. 13-cv-2297 | N.Y. Sup. Ct. | None |
| *Principal Funds, Inc. v. Bank of Am. Corp.*, No. 13-cv-6013 | S.D. Iowa | None |
| *Principal Fin. Grp., Inc. v. Bank of Am. Corp.*, No. 13-cv-6014 | S.D. Iowa | None |
| *Prudential Investment Portfolios 2 v. Bank of Am. Corp., et al.*, No. 14 Civ. 04189 | D.N.J. | None |
| *Regents of the Univ. of Cal. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05186 | N.D. Cal. | Deutsche Bank AG |
| *San Diego Ass'n of Gov. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05221 | S.D. Cal. | Bank of America, N.A. |
| *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of Am. Corp., et al.*, No. 14 Civ. 146 | N.Y. Sup. Ct. | None |

2

Table 2:  Contractual Relationships for FDIC-R, Salix, Darby and NCUA Actions in which Defendants Do Not Challenge Personal Jurisdiction for Contract and Contract-Related Claims Asserted by a Particular Plaintiff Entity

| Action | Jurisdiction Filed | Plaintiff | Defendants with forum selection clauses |
|---|---|---|---|
| *Darby Fin. Prods. et al. v. Barclays Bank PLC et al.,* 13-cv-8799 | N.Y. Sup. Ct. | Darby Financial Products | Deutsche Bank AG J.P. Morgan Bank Dublin PLC |
| | | Capital Ventures International | None |
| *Fed. Deposit Ins. Corp. as Receiver for 38 Closed Banks v. Bank of America Corp. et al.*, 14-cv-1757 | S.D.N.Y. | Amcore Bank, N.A. | None |
| | | Amtrust Bank | RBS plc |
| | | BankUnited, F.S.B. | None |
| | | California Nat'l Bank | None |
| | | Colonial Bank | None |
| | | Community Banks of Colorado | None |
| | | Corus Bank, N.A. | None |
| | | Downey Savings and Loan Ass'n, F.A. | None |
| | | Eurobank | None |
| | | First Community Bank | None |
| | | First Fed. Bank of Cali., F.S.B. | None |
| | | First Nat'l Bank | None |
| | | First Regional Bank | None |
| | | Frontier Bank | None |

3

| | | | |
|---|---|---|---|
| | | Georgian Bank | None |
| | | Guaranty Bank | None |
| | | Hillcrest Bank | None |
| | | Imperial Capital Bank | None |
| | | IndyMac Bank, F.S.B. | Barclays Bank PLC<br>Deutsche Bank AG<br>Credit Suisse Int'l<br>Royal Bank of Canada<br>RBS plc |
| | | Integra Bank, N.A. | None |
| | | Irwin Union Bank and Trust Co. | None |
| | | La Jolla Bank, F.S.B. | None |
| | | Lydian Private Bank | None |
| | | Midwest Bank and Trust Co. | None |
| | | Orion Bank | None |
| | | Pacific Nat'l Bank | None |
| | | Park Nat'l Bank | None |
| | | PFF Bank & Trust | None |
| | | R-G Premier Bank of Puerto Rico | None |
| | | Riverside Nat'l Bank of Florida | None |
| | | San Diego Nat'l Bank | None |
| | | Silverton Bank, N.A. | None |
| | | Superior Bank | Credit Suisse Int'l |
| | | Throne Bank | None |

| | | United Comm. Bank | Barclays Bank PLC |
|---|---|---|---|
| | | United Western Bank | None |
| | | Washington Mutual Bank | Barclays Bank PLC<br>Credit Suisse Int'l<br>Portigon AG<br>Royal Bank of Canada |
| | | Westernbank Puerto Rico | Credit Suisse Int'l |
| *Nat'l Credit Union Admin. Bd. v. Credit Suisse Grp. AG*, No. 13-cv-7394 | D. Kansas | U.S. Central Fed. Credit Union | None |
| | | Western Corp. Fed. Credit Union | None |
| | | Members United Corp. Fed. Credit Union | None |
| | | Southwest Corp. Fed. Credit Union | None |
| | | Constitution Corp. Fed. Credit Union | None |
| *Salix Capital US Inc. et al. v. Banc of Am. Sec. LLC et al.*, 13-cv-4018 | N.Y. Sup. Ct. | FrontPoint Relative Value Opportunities Fund, L.P. | Barclays Bank PLC<br>Credit Suisse Int'l<br>Deutsche Bank AG |
| | | FrontPoint Volatility Opportunities Fund GP, L.P. | None |
| | | FrontPoint Volatility Opportunities Fund, L.P. | Barclays Bank PLC<br>Deutsche Bank AG |
| | | FrontPoint Partners, L.P. | None |