**MAYER • BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Steven Wolowitz**
Direct Tel +1 212 506 2535
Direct Fax +1 212 849 5535
swolowitz@mayerbrown.com

December 23, 2014

BY ECF AND HAND

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007-1312

Re: *In re LIBOR-Based Fin. Instruments Antitrust Litig.,*
No. 1:11-md-2262-NRB (S.D.N.Y.)

Dear Judge Buchwald:

We are counsel for defendant Société Générale ("SG") in the above-captioned matter. We write to request leave to submit the enclosed Reply Memorandum of Law in Further Support of SG's Motion to Dismiss the Individual Plaintiffs' Amended Complaints. Due to a miscommunication with Defendants' Liaison Counsel that did not become apparent until late this afternoon, the joint memoranda of law that are being filed on behalf of Defendants total 90 pages, the amount allotted by the Court for replies, without accounting for the reply brief that SG prepared. Consistent with the letter submitted by Defendants' Liaison Counsel on December 16, 2014, and in accord with the standard proportion for replies, SG respectfully requests leave to file a 4 page reply (40% of 10 pages). We have attempted to contact Plaintiffs' Liaison Counsel by telephone and email to determine if Plaintiffs consent to SG's request, but we have not yet received a response.

Respectfully submitted,

/s/Steven Wolowitz

Encls.

cc: All Counsel (*via ECF*)

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.