## CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN

CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER
(212) 701-3120

JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
ATHY A. O'KEEFFE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

*ADMITTED IN DC ONLY

December 29, 2014

Re:  *In re LIBOR-Based Financial Instruments Antitrust Litig. (NRB)*
     Master File No. 1:11-md-02262-NRB

Dear Judge Buchwald:

On December 23, 2014, Defendants filed reply briefs in further support of their Motions to Dismiss the Direct Actions. The Joint Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Direct Actions for Lack of Personal Jurisdiction (Dkt # 922) included as attachments thereto additional appendices. Appendix 4 (Dkt # 922-2) is a listing of actions where certain Defendants do not contest personal jurisdiction for contract and contract-related claims because of an applicable forum selection clause. Attached hereto is a revised Appendix 4, which includes certain updates to the listing of Defendants.

We respectfully request that this revised version of Appendix 4 replace the version filed on December 23, and upon the Court's directive, we will contact the ECF office to replace Dkt # 922-2.

Respectfully submitted,

Joel Kurtzberg

So Ordered.
Naomi Reice Buchwald, USDJ
1/5/15

The Honorable Naomi Reice Buchwald
United State District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

BY ECF

cc: Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/15

# APPENDIX 4

(Revised December 29, 2014)

## Table 1: Actions Where Defendants Do Not Contest Personal Jurisdiction for Contract and Contract-Related Claims[1]

| Action | Jurisdiction Filed | Defendants with forum selection clauses |
|---|---|---|
| *Amabile v. Bank of Am. Corp.*, No. 13-cv-1700 | S.D.N.Y. | None |
| *Bay Area Toll Auth. v. Bank of Am. Corp., et al.*, No. 14 Civ. 3094 | N.D. Cal. | Bank of America, N.A. Citibank NA JPMorgan Chase Bank, N.A. |
| *CEMA Joint Venture v. Charter One Bank, N.A.*, (No. 13-cv-5511) | N.D. OH. | None |
| *Charles Schwab Corp., et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 7005 | Cal. Super. Ct. | None |
| *City of Houston v. Bank of Am. Corp., et al.*, No. 13 Civ. 05616 | S.D. Tex. | None |
| *City of Philadelphia, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 06020 | E.D. Pa. | JPMorgan Chase Bank, N.A. |
| *City of Richmond, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00627 | N.D. Cal. | None |
| *City of Riverside, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00597 | C.D. Cal. | Bank of America, N.A. |
| *Cnty. of Mendocino v. Bank of Am. Corp., et al.*, No. 13 Civ. 08644 | N.D. Cal. | None |
| *Cnty. of Sacramento v. Bank of Am., et al.*, No. 13 Civ. 05569 | E.D. Cal. | Bank of America, N.A. Deutsche Bank AG |
| *Cnty. of San Diego v. Bank of Am. Corp., et al.*, No. 13 Civ. 00667 | S.D. Cal. | Citibank NA |
| *Cnty. of San Mateo, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 00625 | N.D. Cal. | None |

---

[1] These tables have been modified from Schedule G of Defendants' November 5, 2014 brief to reflect newly available information. The tables only list Defendants who are asserting a personal jurisdiction defense in the applicable jurisdiction or a particular action. That is, if a Defendant did not assert a personal jurisdiction defense in a jurisdiction, e.g, New York, or in a particular action, it is not listed herein.

1

| | | |
|---|---|---|
| *Cnty. of Sonoma, et al. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05187 | N.D. Cal. | None |
| *East Bay Municipal Utility Dist. v. Bank of Am. Corp. et al.*, No. 13 Civ. 00626 | N.D. Cal. | JPMorgan Chase Bank, N.A. |
| *Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. et al.*, No. 13 Civ. 03952 | E.D. Va. | None |
| *Fed. Nat. Mortg. Ass'n v. Barclays Bank PLC*, No. 13-cv-7720 | S.D.N.Y. | Barclays Bank PLC<br>Credit Suisse Int'l<br>RBS plc |
| *Maragos v. Bank of Am. Corp.*, No. 13-cv-2297 | N.Y. Sup. Ct. | None |
| *Principal Funds, Inc. v. Bank of Am. Corp.*, No. 13-cv-6013 | S.D. Iowa | None |
| *Principal Fin. Grp., Inc. v. Bank of Am. Corp.*, No. 13-cv-6014 | S.D. Iowa | None |
| *Prudential Investment Portfolios 2 v. Bank of Am. Corp., et al.*, No. 14 Civ. 04189 | D.N.J. | None |
| *Regents of the Univ. of Cal. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05186 | N.D. Cal. | Deutsche Bank AG |
| *San Diego Ass'n of Gov. v. Bank of Am. Corp., et al.*, No. 13 Civ. 05221 | S.D. Cal. | Bank of America, N.A. |
| *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of Am. Corp., et al.*, No. 14 Civ. 146 | N.Y. Sup. Ct. | None |

2

Table 2: Contractual Relationships for FDIC-R, Salix, Darby and NCUA Actions in which Defendants Do Not Challenge Personal Jurisdiction for Contract and Contract-Related Claims Asserted by a Particular Plaintiff Entity

| Action | Jurisdiction Filed | Plaintiff | Defendants with forum selection clauses |
|---|---|---|---|
| *Darby Fin. Prods. et al. v. Barclays Bank PLC et al.*, 13-cv-8799 | N.Y. Sup. Ct. | Darby Financial Products | Deutsche Bank AG J.P. Morgan Bank Dublin PLC |
| | | Capital Ventures International | None |
| *Fed. Deposit Ins. Corp. as Receiver for 38 Closed Banks v. Bank of America Corp. et al.*, 14-cv-1757 | S.D.N.Y. | Amcore Bank, N.A. | None |
| | | Amtrust Bank | RBS plc |
| | | BankUnited, F.S.B. | None |
| | | California Nat'l Bank | None |
| | | Colonial Bank | None |
| | | Community Banks of Colorado | None |
| | | Corus Bank, N.A. | None |
| | | Downey Savings and Loan Ass'n, F.A. | None |
| | | Eurobank | None |
| | | First Community Bank | None |
| | | First Fed. Bank of Cali., F.S.B. | None |
| | | First Nat'l Bank | None |
| | | First Regional Bank | None |
| | | Frontier Bank | None |

3

|  |  | Georgian Bank | None |
|--|--|--|--|
|  |  | Guaranty Bank | None |
|  |  | Hillcrest Bank | None |
|  |  | Imperial Capital Bank | None |
|  |  | IndyMac Bank, F.S.B. | Barclays Bank PLC<br>Deutsche Bank AG<br>Credit Suisse Int'l<br>J.P. Morgan Markets Limited<br>J.P. Morgan Bank Dublin plc<br>Royal Bank of Canada<br>RBS plc |
|  |  | Integra Bank, N.A. | None |
|  |  | Irwin Union Bank and Trust Co. | None |
|  |  | La Jolla Bank, F.S.B. | None |
|  |  | Lydian Private Bank | None |
|  |  | Midwest Bank and Trust Co. | None |
|  |  | Orion Bank | None |
|  |  | Pacific Nat'l Bank | None |
|  |  | Park Nat'l Bank | None |
|  |  | PFF Bank & Trust | None |
|  |  | R-G Premier Bank of Puerto Rico | None |
|  |  | Riverside Nat'l Bank of Florida | None |
|  |  | San Diego Nat'l Bank | None |
|  |  | Silverton Bank, N.A. | None |

| | | | |
|---|---|---|---|
| | | Superior Bank | Credit Suisse Int'l |
| | | Throne Bank | None |
| | | United Comm. Bank | Barclays Bank PLC |
| | | United Western Bank | None |
| | | Washington Mutual Bank | Barclays Bank PLC<br>Credit Suisse Int'l<br>Portigon AG<br>Royal Bank of Canada |
| | | Westernbank Puerto Rico | Credit Suisse Int'l |
| *Nat'l Credit Union Admin. Bd. v. Credit Suisse Grp. AG*, No. 13-cv-7394 | D. Kansas | U.S. Central Fed. Credit Union | None |
| | | Western Corp. Fed. Credit Union | None |
| | | Members United Corp. Fed. Credit Union | None |
| | | Southwest Corp. Fed. Credit Union | None |
| | | Constitution Corp. Fed. Credit Union | None |
| *Salix Capital US Inc. et al. v. Banc of Am. Sec. LLC et al.*, 13-cv-4018 | N.Y. Sup. Ct. | FrontPoint Relative Value Opportunities Fund, L.P. | Barclays Bank PLC<br>Credit Suisse Int'l<br>Deutsche Bank AG |
| | | FrontPoint Volatility Opportunities Fund GP, L.P. | None |
| | | FrontPoint Volatility Opportunities Fund, L.P. | Barclays Bank PLC<br>Deutsche Bank AG |
| | | FrontPoint Partners, L.P. | None |

5

## APPENDIX TO ENDORSEMENT

This endorsement applies to the following cases and resolves the following docket entries:

| CASE NAME | CASE NO. | ECF NO. |
|---|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 | 932 |