**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: All Actions | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |

### DECLARATION OF RACHEL A. LAVERY PURSUANT TO LOCAL RULE 1.4

I, Rachel A. Lavery, hereby declare under penalty of perjury, that the following is true and correct:

1.      I am one of the attorneys at Gibson, Dunn & Crutcher LLP  representing UBS AG in the above-captioned matters.

2.      I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3.      As of January 7, 2015, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP.  Attorneys at Gibson, Dunn & Crutcher LLP will continue to be counsel of record in this matter.

4.      I am not asserting any retaining or charging lien on my clients.

5.      I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for UBS AG.

Dated: January 5, 2015

_____/s/_____
Rachel A. Lavery