**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: All Actions | Master File No. 1:11-md-2262-NRB<br>ECF Case |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for UBS AG and the accompanying declaration of Rachel A. Lavery,

IT IS HEREBY ORDERED that the motion of Rachel A. Lavery to withdraw as counsel for UBS AG is granted, and Ms. Lavery's appearance is withdrawn as of the date of this Order.

Dated: January 12, 2015

Honorable Naomi Reice Buchwald
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2015
```