# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br><br>*Mayor and City Council of Baltimore v. Bank of Am. Corp. et al.,* 11-cv-5450<br><br>*Highlander Realty, LLC et al. v. Citizens Bank of Mass. et al.,* 13-cv-2343<br><br>*CEMA Joint Venture v. Charter One Bank, N.A. et al.,* 13-cv-5511 | Master File No. 1:11-md-2262-NRB ECF Case |

# DEFENDANT CITIZENS BANK N.A.'s
# SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Citizens Bank, N.A., f/k/a RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts,[1] through counsel, submits this supplemental corporate disclosure statement, which replaces its corporate disclosure statements previously filed in the above captioned actions.

Citizens Bank, N.A., is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc. Citizens Financial Group, Inc. is a public company organized under the laws of Delaware and as of October 31, 2014, 70.5% owned by RBSG International Holdings Limited. RBSG International Holdings Limited is a wholly owned subsidiary of The Royal Bank of Scotland PLC. The Royal Bank of Scotland PLC is a wholly owned subsidiary of The Royal Bank of Scotland Group PLC. The Royal Bank of Scotland Group PLC is a public

---

[1] Charter One Bank, N.A., named as a defendant in *CEMA Joint Venture v. Charter One Bank, N.A. et al.,* 13-cv-5511, is a trade name for Citizens Bank, N.A., the proper defendant legal entity.

limited company organized under the laws of the United Kingdom.  No publicly held entity owns

more than ten percent of the shares of The Royal Bank of Scotland Group PLC.

Respectfully submitted,

*/s/* Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com

/s/ Robert G. Houck
Robert G. Houck
Alejandra de Urioste
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Telephone: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com

*Attorneys for Defendant Citizens Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

       I, Fraser L. Hunter, Jr., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 20th day of January, 2015.

                            /s/ Fraser L. Hunter, Jr.
                            Fraser L. Hunter, Jr.