# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.699.1194
www.kmllp.com

Of counsel
   Roger W. Kirby
   Alice McInerney

January 20, 2015

**VIA ECF AND HAND DELIVERY**

Honorable Naomi Reice Buchwald
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:   *Libor-Based Financial Instruments Antitrust Litig.*, MDL No. 2262; 11 Civ. 2613

Dear Judge Buchwald:

     On behalf of Exchange-Based Plaintiffs and the proposed class ("Plaintiffs") in the above-referenced case, pursuant to Rule 2.C of Your Honor's Individual Practices, enclosed please find two courtesy copies of the following:

- Notice of Motion for an Order Approving Exchanged-Based Plaintiffs' Proposed Process of Allocation and Class Notice (ECF No. 953);
- [Proposed] Order Approving Exchange-Based Plaintiffs' Proposed Process of Notice to the Class (ECF No. 953-1);
- Memorandum of Law in Support of the Motion for an Order Approving Exchanged-Based Plaintiffs' Proposed Process of Allocation and Class Notice (ECF No. 954);
- Declaration of the Honorable Nancy Gertner (Ret.) (ECF No. 955);
- Expert Report of H. Nejat Seyhun (ECF No. 956); and
- Declaration of David E. Kovel (ECF No. 957).

     Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Lovell* | */s/ David E. Kovel* |
| Christopher Lovell | David E. Kovel |
| LOVELL STEWART HALEBIAN | KIRBY McINERNEY LLP |
| 61 Broadway, Suite 501 | 825 Third Avenue, 16th floor |
| New York, New York 10006 | New York, New York 10022 |
| Telephone: (212) 608-1900 | Telephone: (212) 371-6600 |
| Email: clovell@lshllp.com | Email: dkovel@kmllp.com |

*Interim Co-Lead Counsel for Exchange-Based Plaintiffs and the Proposed Class*

cc:    All Counsel of Record (via ECF)