**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
**IN RE: LIBOR-BASED FINANCIAL**  )
**INSTRUMENTS ANTITRUST**            )   Case No. 1:11-md-02262 (NRB)
**LITIGATION**                                )
_____ )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendant RBC Capital Markets, LLC hereby states as follows:

RBC Capital Markets, LLC is an indirect, wholly-owned subsidiary of Royal Bank of Canada. No publicly held company owns 10% or more of Royal Bank of Canada's stock.

Dated: January 22, 2015          Respectfully submitted,

                                                /s/ Christian T. Kemnitz
                                                _____

                                                Christian T. Kemnitz (christian.kemnitz@kattenlaw.com)
                                                Arthur W. Hahn (arthur.hahn@kattenlaw.com)
                                                Brian J. Poronsky (brian.poronsky@kattenlaw.com)
                                                KATTEN MUCHIN ROSENMAN LLP
                                                525 West Monroe Street
                                                Chicago, Illinois  60661
                                                312.902.5379

                                                *Counsel for RBC Capital Markets, LLC*