UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: LIBOR-Based Financial Instrument Antitrust Litigation<br><br>*This Document Applies to:*<br><br>National Credit Union Administration Board,<br><br>     *Plaintiffs,*<br>v.<br><br>Credit Suisse Group AG et al.,<br><br>     *Defendants.* | Master File No. 1:11-md-02262-NRB<br><br>Civil Action No. 1:13-cv-07394-NRB<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 01/22/2015 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Daniel V. Dorris for admission to practice *Pro Hac Vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Illinois; his contact information is as follows:

 Daniel V. Dorris
 Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
 1615 M Street, N.W., Suite 400
 Washington, D.C. 20036
 Tel: 202-326-7938/ Fax: 202-326-7999
 ddorris@khhte.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff National Credit Union Administration Board in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 22, 2015
New York, New York

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE