**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-2262-NRB |
| This Document Relates to: | ECF CASE |
| *Triaxx Prime CDO 2006-LTD., et al v. Bank of America Corporation, et al.*, Case No. 1:14-cv-00146 | |

## NOTICE OF APPEARANCE

Please enter the appearance of David S. Preminger, Keller Rohrback L.L.P., 1140 Avenue of the Americas, 9th Floor, New York, NY 10036, as counsel for plaintiffs Triaxx Prime CDO 2006-LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD. in the above-titled consolidated action. The undersigned is a member in good standing of the bar of this Court.

DATED: New York, New York
January 23, 2015

Respectfully submitted,

KELLER ROHRBACK L.L.P

/s/David S. Preminger
David S. Preminger
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (646) 380-6690
Fax: (646) 380-6692
dpreminger@kellerrohrback.com

*Counsel for Triaxx Prime CDO 2006-LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2015, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

| | |
|---|---|
| Dated:    New York, New York<br>January 23, 2015 | s/ David S. Preminger<br>David S. Preminger |