**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-2262-NRB |
| This Document Relates to: | ECF CASE |
| *Triaxx Prime CDO 2006-LTD., et al v. Bank of America Corporation, et al.*, Case No. 1:14-cv-00146 | |

## NOTICE OF APPEARANCE

Please enter the appearance of Derek W. Loeser, Keller Rohrback L.L.P., 1201 Third Ave., Suite 3200, Seattle, WA 98101, as counsel for the plaintiffs Triaxx Prime CDO 2006-LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD. in the above-titled consolidated action.  The undersigned is authorized to practice in this Court.

DATED: Seattle, WA
January 23, 2015

Respectfully Submitted,

KELLER ROHRBACK L.L.P

/s/ Derek W. Loeser
Derek W. Loeser (*Admitted Pro Hac Vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Counsel for Triaxx Prime CDO 2006-LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:    Seattle, WA                                          /s/ Derek W. Loeser
          January 23, 2015                                     Derek W. Loeser