## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR

560 LEXINGTON AVENUE

NEW YORK, NEW YORK 10022-6828

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| | | | |
|---|---|---|---|
| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

January 28, 2015

BY HAND AND ECF

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262 (NRB)

Dear Judge Buchwald:

We write as liaison counsel for the pending class action cases with respect to the Supreme Court's January 21, 2015 decision in *Gelboim v. Bank of America*, 574 U.S. __ (2015). In light of *Gelboim*, several of the plaintiff classes respectfully request that the Court lift the stay in their respective cases for the purpose of entering judgment on their antitrust claims, so that they may join the pending *Gelboim* appeal before the Second Circuit. We note that this is similar to the request that the OTC and Exchange-Based Classes made last week to grant a request for a partial judgment under Fed. R. Civ. P. 54(b) in light of *Gelboim* (Dkt. No. 996).

Like the plaintiff in *Gelboim*, the plaintiff classes listed below assert a Federal antitrust cause of action against the defendants, arising from the defendants' alleged collusion with respect to LIBOR. Those classes listed in category (a) have, like the plaintiffs in *Gelboim*, solely asserted antitrust claims, and thus request that a final judgment pursuant to 28 U.S.C. §1291 be entered. Those classes listed in category (b) request that a partial judgment pursuant to Rule 54(b) be entered, similar to the request made by the OTC and Exchange-Based Classes.

We also write to inform the Court that the Second Circuit has set a briefing schedule in *Gelboim v. Bank of Am. Corp.* Absent an extension, the brief for

January 28, 2015
Page 2

appellants will be due March 9, 2015 and briefing will be completed by May.  In light of this expedited schedule, we respectfully request that the issues raised in this letter, and the previous letter on Rule 54(b) relief for the OTC and Exchange-Based Classes, be addressed on or before the upcoming February 5, 2015 conference scheduled in this matter.

    (a) Classes Requesting Lift of Stay and Entry of Final Judgment Pursuant to 28 U.S.C. §1291

        1. *33-35 Green Pond Road Associates, LLC v. Bank of America Corporation, et al.*, No. 12-cv-5822-NRB

        2. *Courtyard at Amwell II, LLC et al. v. Bank of America Corporation et al.*, 12-CV-6693-NRB

    (b) Classes Requesting Lift of Stay and Entry of Partial Judgment Pursuant to Fed. R. Civ. P. 54(b)

        1. *Los Angeles County Employees Retirement Association v. Bank of America Corp., et al.*, No. 13-cv-00398-NRB

        2. *County of Riverside v. Bank of America Corp., et al.*, No. 13-cv-01135-NRB

        3. *Guaranty Bank v. Credit Suisse et al.*, 13-cv-0346

We thank the Court for its attention to this matter, and are available to answer any questions that the Court may have.

Respectfully submitted,

William Christopher Carmody
SUSMAN GODFREY LLP

January 28, 2015
Page 3

David Kovel
KIRBY MCINERNEY LLP

Cc:  All Counsel (By ECF)