**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Triaxx Prime CDO 2006-LTD., et al v. Bank of America Corporation, et al.*, Case No. 1:14-cv-00146 | Case No. 1:11-md-2262-NRB<br><br>ECF CASE |

**PLAINTIFFS TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2 LTD., AND TRIAXX PRIME CDO 2007-1 LTD. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Triaxx Prime CDO 2006-1 LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD., hereby certify that they do not have a corporate parent and a publicly held corporation does not own 10% or more of their stock.

DATED: Seattle, WA
          January 29, 2015

                              Respectfully submitted,

                              /s/ Derek W. Loeser
                              David S. Preminger (DP 1057)
                              Keller Rohrback L.L.P.
                              1440 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (646) 380-66908
                              Facsimile: (646) 380-6692
                              dpreminger@kellerrohrback.com

                              Derek W. Loeser
                              Dean N. Kawamoto (232032)
                              Raymond J. Farrow
                              Keller Rohrback L.L.P.
                              1201 Third Avenue, Suite 3200
                              Seattle, Washington 98101
                              Telephone:  (206) 623-1900
                              Facsimile:  (206) 623-3384
                              dloeser@kellerrohrback.com

dkawamoto@kellerrohrback.com
rfarrow@kellerrohrback

Gary A. Gotto
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
ggotto@kellerrohrback.com

***Attorneys for Plaintiffs Triaxx***

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I caused the foregoing Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:      Seattle, WA                              /s/ Derek W. Loeser
            January 29, 2015                         Derek W. Loeser