IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Litigation | MDL No. 11-md-2262 (NRB) |
| Principal Funds, Inc., *et al.*, <br><br> Plaintiffs, <br> v. <br> Bank of America Corporation, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-6013 (NRB) |
| Principal Financial Group, Inc., *et al.*, <br><br> Plaintiffs, <br> v. <br> Bank of America Corporation, *et al.*, <br><br> Defendants. | Civil Action No. 13-cv-6014 (NRB) |

**Notice of Acknowledgment of Service of Principal Plaintiffs' Amended Complaint**

Please take notice that, as reflected in the attached exhibits, Plaintiffs in the above-captioned matter have reached agreements with counsel for the Defendants listed in Schedule 1 (below) whereby such Defendants acknowledge service of the Amended Complaint and Plaintiffs agree that Defendants do not waive any rights, defenses, or objections they may have—including without limitation lack of personal jurisdiction—other than insufficient service of process. Emails reflecting Plaintiffs' agreement with counsel for each of the below-listed Defendants are attached as Exhibits A-I.

**Schedule 1:**

Credit Suisse, AG; Credit Suisse International; Credit Suisse Securities (USA) LLC (Ex. A);

The Royal Bank of Scotland PLC; RBS Securities, Inc. (Ex. B);

Chase Bank USA, N.A.; J.P. Morgan Securities, LLC; JPMorgan Bank Dublin PLC (Ex. C.);

USB Securities LLC (Ex. D);

Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Capital Services, Inc. (Ex. E);

Deutsche Bank Securities, Inc. (Ex. F);

Citigroup Global Markets, Inc. (Ex. G);

Barclays Capital, Inc. (Ex. H);

Lloyds Bank PLC (Ex. I);

Dated: January 30, 2015        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Thomas F. Berndt

Stacey P. Slaughter (4937967)
Thomas F. Berndt (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402–2015
(612) 349–8500

SPSlaughter@rkmc.com
TFBerndt@rkmc.com

*Counsel for Plaintiffs*