**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

February 2, 2015

Via Facsimile and ECF

Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*,
        No. 11-md-2262 (NRB)

Dear Judge Buchwald:

I write on behalf of the Direct Action Plaintiffs to submit an opinion decided post briefing that is relevant to the issue of personal jurisdiction in this litigation.  The case is *In re Hellas Telecommunications (Luxembourg) II SCA*, No. 12-10631 (MG), 2015 WL 373647 at 10-11 (Bankr. S.D.N.Y. Jan. 29, 2015) (finding Duetsche Bank subject to general jurisdiction in New York).

The opinion is attached for the Court's consideration.

Respectfully submitted,

 /s/ *Richard J. Leveridge*
Richard J. Leveridge
(202) 420-4778 direct dial
(202) 379-9325 direct fax
leveridger@dicksteinshapiro.com

cc:     All Counsel of Record (by ECF),

DSMDB-3314474 v1