UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

------------------------------------------

This document applies to:

CASES LISTED IN APPENDIX

------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**O R D E R**

11 MDL 2262 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2015

    The OTC Plaintiffs, Exchange-Based Plaintiffs, and plaintiffs in five stayed cases[1] have requested the entry of partial judgment or final judgment in order to allow them to participate in the pending appeal from final judgment in Gelboim v. Credit Suisse Group AG, No. 12-cv-1025. See Carmody Letters, MDL ECF Nos. 996, 1002.

    For the reasons expressed in our Orders of March 29, 2013 (ECF No. 286), August 23, 2013 (ECF No. 389), and October 17, 2013 (ECF No. 490), and in open court on this date, these requests are granted as to the OTC Plaintiffs, Exchange-Based Plaintiffs, and plaintiffs in 33-35 Green Pond Road, Courtyard

---

[1] 33-35 Green Pond Road Assocs., LLC v. Bank of Am. Corp., 12-cv-5822; Courtyard at Amwell II, LLC v. Bank of Am. Corp., 12-cv-6693; Guar. Bank & Trust Co. v. Credit Suisse Grp. AG, 13-cv-346; L.A. Cnty. Emps. Ret. Ass'n v. Bank of Am. Corp., 13-cv-398 ("LACERA"); Cnty. of Riverside v. Bank of Am. Corp., 13-cv-1135.

1

at Amwell II, and Guaranty Bank & Trust. These requests are denied as to plaintiffs in LACERA and County of Riverside, as those cases do not raise claims under the Sherman Act. See Compl. ¶¶ 127-133, LACERA, No. 13-cv-398, ECF No. 1; Compl. ¶¶ 128-134, Cnty. of Riverside, No. 13-cv-1135, ECF No. 1.

The Clerk of Court is respectfully requested:

- to enter final judgments against plaintiffs in 33-35 Green Pond and Courtyard at Amwell II, and to close those cases; and

- to enter partial judgments pursuant to Rule 54(b) as to claim 1 of the OTC Plaintiffs' operative complaint, MDL ECF No. 406; claim 5 of the Exchange-Based Plaintiffs' operative complaint, MDL ECF No. 407; and claim 1 of the complaint in Guaranty Bank & Trust, No. 13-cv-346, ECF No. 1.

Dated: New York, New York
February 5, 2015

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

# APPENDIX

This document applies to the following cases:

| CASE NAME | CASE NO. |
|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 |
| OTC Plaintiff Action | 11-cv-5450 |
| Exchange-Based Plaintiff Action | 11-cv-2613 |
| 33-35 Green Pond Road Assocs., LLC v. Bank of Am. Corp. et al. | 12-cv-5822 |
| Courtyard at Amwell II, LLC v. Bank of Am. Corp. et al. | 12-cv-6693 |
| Guar. Bank & Trust Co. v. Credit Suisse Grp. AG et al. | 13-cv-346 |
| L.A. Cnty. Emps. Ret. Ass'n v. Bank of Am. Corp. et al. | 13-cv-398 |
| Cnty. of Riverside v. Bank of Am. Corp. et al. | 13-cv-1135 |