UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LIBOR-BASED FINANCIAL<br>INSTRUMENTS LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>Case No. 12-cv-5822<br><br><br>33-35 Green Pond Associates, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>Bank of America Corporation, *et al.*,<br><br>        Defendants. | 11-MD-2262<br>12-cv-5822 (NRB)<br><br>**NOTICE OF APPEAL** |

Joseph J. DePalma
Katrina B. Carroll
Steven J. Greenfogel
Jeffrey A. Shooman (JS8207)
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center – Suite 1201
Newark, NJ 07102
Telephone:     (973) 623-3000
Facsimile:     (973) 623-0585
E-mail:        jdepalma@litedepalma.com
               kcarroll@litedepalma.com
               sgreenfogel@litedepalma.com
               jshooman@litedepalma.com

*Attorneys for Plaintiff and Putative Class*

Notice is hereby given that, in accordance with Federal Rules of Appellate Procedure 3 and 4, and 28 U.S.C. § 1291, that Plaintiff 33-35 Green Pond Associates ("Green Pond") and the putative class hereby appeal from final judgments of the district court entered on March 29, 2013 [Dkt. 286 on the MDL docket; Dkt. 31 on the Green Pond docket] and February 5, 2015 [Dkt. 1008 on the MDL docket; Dkt. 92 on the Green Pond docket], to the United States Court of Appeals for the Second Circuit.

Dated:  February 11, 2015　　　　　　　　　　**LITE DEPALMA GREENBERG, LLC**

/s/ Jeffrey A. Shooman
Joseph J. DePalma
Katrina Carroll
Steven J. Greenfogel
Jeffrey A. Shooman (JS8207)
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile:  973-623-0858
jdepalma@litedepalma.com
kcarroll@litedepalma.com
sgreenfogel@litedepalma.com
jshooman@litedepalma.com

*Attorneys for Plaintiff and Putative Class*