UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LIBOR-BASED FINANCIAL INSTRUMENTS LITIGATION | 11-MD-2262<br>Civil Action No. 12-6693 (NRB)<br>(ECF CASE)<br><br>**NOTICE OF APPEAL** |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 12-cv-6693 | |
| COURTYARD AT AMWELL II, LLC, GREENWICH COMMONS II, LLC, JILL COURT ASSOCIATES II, LLC, MAIDENCREEK VENTURES II LP, RARITAN COMMONS, LLC, and LAWRENCE W. GARDNER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>                v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | C.A. No. 12 CV 6693 |

Notice is hereby given that, in accordance with Federal Rules of Appellate Procedure 3 and 4, and 28 U.S.C. § 1291, that Plaintiffs Courtyard at Amwell II, LLC, Greenwich Commons II, LLC, Jill Court Associates II, LLC, Maidencreek Ventures II LP, Raritan Commons, LLC, and Lawrence W. Gardner ("Courtyard at Amwell II") and the putative class hereby appeal from final judgments of the district court entered on March 29, 2013 (Dkt. 286 on the MDL docket; Dkt. 13 on the *Courtyard at Amwell II* docket) and February 5, 2015 (Dkt. 1008 on the MDL docket; Dkt. 71 on the *Courtyard at Amwell II* docket), to the United States Court of Appeals for the Second Circuit.

Dated:  February 12, 2015.

            **HAGENS BERMAN SOBOL SHAPIRO LLP**

            By  */s/ Jason A. Zweig*
              Jason A. Zweig (JZ-8107)
            555 Fifth Avenue, Ste. 1700
            New York, NY  10017-2416
            Phone:  212/752-5455
            Facsimile:  917/210-3980
            jasonz@hbsslaw.com

            *Counsel for Plaintiff*

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 12, 2015, the foregoing Notice of Appeal was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG