UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                 Case No. MDL No. 11-md-2262 (NRB)

LIBOR-Based Financial Instruments
Antitrust Litigation

This document relates to:
_____

Principal Financial Group, Inc., et al.,                    Civil Case No. 1:13-cv-06014 (NRB)

                Plaintiffs,

v.

Bank of America Corporation et al.,

                Defendants.
_____

Principal Funds, Inc., et al.,                                     Civil Case No. 1:13-cv-06013 (NRB)

                Plaintiffs,

v.

Bank of America Corporation et al.,

                Defendants.
_____

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   **X**   I have cases pending                              ___   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>Stacey P. Slaughter</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: <u>SS1199</u>   My State Bar Number is <u>MN (4937967)</u>

I am,

**X**    An attorney

___    A Government Agency attorney

___    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: <u>Robins, Kaplan, Miller & Ciresi L.L.P.</u>
FIRM ADDRESS: _____
FIRM TELEPHONE NUMBER: _____
FIRM FAX NUMBER: _____

NEW FIRM:    FIRM NAME: <u>Robins Kaplan LLP</u>
FIRM ADDRESS: _____
FIRM TELEPHONE NUMBER: _____
FIRM FAX NUMBER: _____

**X**    I will continue to be counsel of record on the above-entitled case at my new firm/agency

___    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/13/2015    <u>Stacey P. Slaughter</u>
                      ATTORNEY'S SIGNATURE