UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Case No. MDL No. 11-md-2262 (NRB)

LIBOR-Based Financial Instruments
Antitrust Litigation

This document relates to:

_____

Principal Financial Group, Inc., et al.,          Civil Case No. 1:13-cv-06014 (NRB)

                        Plaintiffs,
v.

Bank of America Corporation et al.,

                        Defendants.

_____

Principal Funds, Inc., et al.,                    Civil Case No. 1:13-cv-06013 (NRB)

                        Plaintiffs,
v.

Bank of America Corporation et al.,

                        Defendants.

_____

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

    **X**  I have cases pending              ___      I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Thomas F. Berndt
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is MN (0389080)

I am,

**X**      An attorney

\_\_      A Government Agency attorney

\_\_      A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:          FIRM NAME: Robins, Kaplan, Miller & Ciresi L.L.P.
                   FIRM ADDRESS: _____
                   FIRM TELEPHONE NUMBER: _____
                   FIRM FAX NUMBER: _____

NEW FIRM:          FIRM NAME: Robins Kaplan LLP
                   FIRM ADDRESS: _____
                   FIRM TELEPHONE NUMBER: _____
                   FIRM FAX NUMBER: _____

**X**      I will continue to be counsel of record on the above-entitled case at my new firm/agency

\_\_      I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/13/2015          Thomas F. Berndt
                          ATTORNEY'S SIGNATURE