UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. MDL No. 11-md-2262 (NRB) |
| LIBOR-Based Financial Instruments Antitrust Litigation | |
| This document relates to: _____ | |
| Principal Financial Group, Inc., et al., | Civil Case No. 1:13-cv-06014 (NRB) |
| Plaintiffs, v. | |
| Bank of America Corporation et al., | |
| Defendants. _____ | |
| Principal Funds, Inc., et al., | Civil Case No. 1:13-cv-06013 (NRB) |
| Plaintiffs, v. | |
| Bank of America Corporation et al., | |
| Defendants. _____ | |

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   <u>X</u>   I have cases pending          ___   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>Benjamin D. Steinberg</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is <u>MN (395682)</u>

I am,

**X**   An attorney

\_\_   A Government Agency attorney

\_\_   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Robins, Kaplan, Miller & Ciresi L.L.P.
              FIRM ADDRESS: _____
              FIRM TELEPHONE NUMBER: _____
              FIRM FAX NUMBER: _____

NEW FIRM:      FIRM NAME: Robins Kaplan LLP
              FIRM ADDRESS: _____
              FIRM TELEPHONE NUMBER: _____
              FIRM FAX NUMBER: _____

**X**   I will continue to be counsel of record on the above-entitled case at my new firm/agency

\_\_   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/13/2015            Benjamin D. Steinberg
                            ATTORNEY'S SIGNATURE