UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Libor-Based Financial Instruments
Antitrust Litigation.

------------------------------------------------------------X

This document apples to:

CASES LISTED IN APPENDIX

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2015

11 MDL 2262 (NRB)

**CORRESCTED JUDGMENT**

Whereas the OTC Plaintiffs, Exchange-Based Plaintiffs, and plaintiffs in five stayed cases having requested the entry of partial judgment or final judgment in order to allow them to participate in the pending appeal from final judgment in Gelboim v. Credit Suisse Group AG, No. 12-cv-1025, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on February 5, 2015, having rendered its Order granting the requests as to the OTC Plaintiffs, Exchange-Based Plaintiffs, and plaintiffs in 33-35 Green Pond Road, Courtyard at Amwell II, and Guaranty Bank & Trust, denying the requests as to plaintiffs in LACERA and County of Riverside, as those cases do not raise claims under the Sherman Act, and requesting the Clerk of Court: to enter final judgment against plaintiffs in 33-35 Green Pond and Courtyard as Amwell II, and to close those cases; and to enter partial judgments pursuant to Rule 54(b) as to claim I of the OTC Plaintiffs' operative complaint, MDL ECF No. 406; claim 5 of the Exchange-Based Plaintiffs' operative complaint, MDL ECF No. 407; and claim 1 of the complaint in Guaranty Bank & Trust, No. 13-cv-346, ECF No. 1, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2015, the requests as to the OTC Plaintiffs, Exchange-Based Plaintiffs, and plaintiffs in 33-35 Green Pond Road, Courtyard at Amwell II, and Guaranty Bank & Trust are granted; the requests as to plaintiffs in LACERA and County of Riverside, as those cases do not raise claims under the Sherman Act, are denied; accordingly, final judgment is entered against

plaintiffs in 33-35 Green Pond and Courtyard as Amwell II, and those cases are closed; there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), partial judgment is entered in favor of the Defendants as to claim I of the OTC Plaintiffs' operative complaint, MDL ECF No. 406; claim 5 of the Exchange-Based Plaintiffs' operative complaint, MDL ECF No. 407; and claim 1 of the complaint in Guaranty Bank & Trust, No. 13-cv-346, ECF No. 1.

**Dated:** New York, New York
February 17, 2015

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

## APPENDIX

This document applies to the following cases:

| CASE NAME | CASE NO. |
|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 |
| OTC Plaintiff Action | 11-cv-5450 |
| Exchange-Based Plaintiff Action | 11-cv-2613 |
| 33-35 Green Pond Road Assocs., LLC v. Bank of Am. Corp. et al. | 12-cv-5822 |
| Courtyard at Amwell II, LLC v. Bank of Am. Corp. et al. | 12-cv-6693 |
| Guar. Bank & Trust Co. v. Credit Suisse Grp. AG et al. | 13-cv-346 |
| L.A. Cnty. Emps. Ret. Ass'n v. Bank of Am. Corp. et al. | 13-cv-398 |
| Cnty. of Riverside v. Bank of Am. Corp. et al. | 13-cv-1135 |

1