UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS;<br><br>            Plaintiffs,<br><br>  -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. (RABOBANK) ; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; SOCIÉTÉ GÉNÉRALE, S.A.; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG; WESTLB AG; AND WESTDEUTSCHE IMMOBILIENBANK AG;<br><br>            Defendants. | Civil Case No. 1:13-cv-05221-NRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

1221 Avenue of the Americas
New York, New York 10020-1001

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

By: MAYER BROWN LLP

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*