UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: HOMEOWNERS PLAINTIFF ACTION | |
| CARL A. PAYNE, et al.<br><br>            Plaintiffs,<br><br>  -against-<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANK OF TOKYO-MITSUBISH UFJ LTD., BARCLAYS BANK PLC, CITIBANK N.A., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, JPMORGAN CHASE & CO., JP MORGAN CHASE BANK USA. N.A., LLOYDS BANKING GROUP PLC, ROYAL BANK OF CANADA, THE NORINCHUKIN BANK, SOCIÉTÉ GÉNÉRAL, THE ROYAL BANK OF SCOTLAND, UBS AG and PORTIGON AG f/k/a WEST LB AG<br>            Defendants. | Civil Case No. 1:13-cv-0598-NRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

1221 Avenue of the Americas
New York, New York 10020-1001

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

By: MAYER BROWN LLP

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*