UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) <br> ECF Case |
| This Document Relates To: <br><br> GUARANTY BANK & TRUST COMPANY, individually and on behalf of all others similarly situated, <br><br>        Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; J.P MORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; HSBC HOLDINGS PLC; HSBC BANK PLC; LLOYDS BANKING GROUP PLC; HBOS PLC; BARCLAYS BANK PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; CITIBANK, N.A.; CITIGROUP INC.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.; THE NORINCHUKIN BANK; AND ROYAL BANK OF CANADA, <br><br>        Defendants. | Case No. 13-CV-0346 <br><br><br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE THAT** Plaintiff Guaranty Bank & Trust Company, on behalf of itself and all others similarly situated and in accordance with Federal Rules of Appellate Procedure 3 and 4, and 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Second Circuit the District Court's February 17, 2015 corrected judgment granting partial final judgment pursuant to Rule 54(b) [Dkt. 1024 on the MDL docket, No. 11-MD-2262], and all orders and rulings subsumed within the judgment (including Dkt. Nos. 286, 389, and 1008 in No. 11-MD-2262).

Dated: February 20, 2015

Respectfully submitted,

_____
Michael J. Guzman
Andrew C. Shen
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mguzman@khhte.com
ashen@khhte.com

Stuart H. McCluer
MCCULLEY MCCLUER PLLC
1223 Jackson Avenue East, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 550-4511
Facsimile: (662) 368-1506
smccluer@mcculleymccluer.com

R. Bryant McCulley
MCCULLEY MCCLUER PLLC
2113 Middle Street, Suite 208
Sullivan's Island, SC 29482
Telephone: (205) 238-6757
Facsimile: (662) 368-1506
bmcculley@mcculleymccluer.com

W. Percy Badham III
Brannon J. Buck
Richard Dorman
BADHAM & BUCK LLC
2585 Wells Fargo Tower
420 20th Street North
Birmingham, AL 35203
Telephone:  (205) 521-0036
Facsimile:  (205) 521-0037
pbadham@badhambuck.com
bbuck@badhambuck.com
rdorman@badhambuck.com

*Counsel for Guaranty Bank & Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2015, I caused true and correct copies of the foregoing document to be served electronically on all counsel of record via the Court's ECF system.

By: _____
Andrew C. Shen