UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, AS LIQUIDATING AGENT OF U.S. CENTRAL FEDERAL CREDIT UNION, WESTERN CORPORATE FEDERAL CREDIT UNION, MEMBERS UNITED CORPORATE FEDERAL CREDIT UNION, SOUTHWEST CORPORATE FEDERAL CREDIT UNION, AND CONSTITUTION CORPORATE FEDERAL CREDIT UNION;<br><br>        Plaintiffs,<br><br>  -against-<br><br>CREDIT SUISSE GROUP AG; JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; COÖPERATIEVE CENTRALE RAIFFEISEN BOERENFLEENBANK B.A.; THE NORINCHUKIN BANK; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.; HBOS PLC; SOCIÉTÉ GÉNÉRALE; AND ROYAL BANK OF CANADA;<br><br>        Defendants. | Civil Case No. 1:13-cv-7394-NRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

1221 Avenue of the Americas
New York, New York 10020-1001

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

By: MAYER BROWN LLP

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*