UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:13-CV-06020-NRB | Case No. 1:11-md-2262-NRB<br><br>**NOTICE OF APPEAL** |
| THE CITY OF PHILADELPHIA and THE PENNSYLVANIA INTERGOVERNMENTAL COOPERATION AUTHORITY,<br><br>     Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, CITIGROUP INC., CITIBANK, N.A., CITIGROUP FINANCIAL PRODUCTS, INC., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, N.A., ROYAL BANK OF CANADA, ROYAL BANK OF SCOTLAND PLC, and UBS AG,<br><br>     Defendants. | |

  NOTICE IS HEREBY GIVEN that Plaintiffs The City of Philadelphia and The Pennsylvania Intergovernmental Cooperation Authority appeal to the United States Court of Appeals for the Second Circuit from Partial Judgment entered pursuant to Federal Rule of Civil Procedure 54(b) on February 23, 2015 [Dkt. No. 1053 on the MDL docket, 11-md-2262; Dkt. No. 101 on the City of Philadelphia docket, 13-cv-6020], as well as all orders and rulings

1

subsumed within the Partial Judgment (including but not limited to Dkt. No. 286 on 11-md-2262), and each and every part thereof.

DATED: New York, New York
February 24, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Steig D. Olson
Steig D. Olson
Daniel L. Brockett
Daniel P. Cunningham
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Fax: 212-849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
steigolson@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000
Fax: 213-443-3100
jeremyandersen@quinnemanuel.com

Mathieu J. Shapiro (PA 76266)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-3000
Fax: (215) 665-3165
mathieu.shapiro@obermayer.com

Michael J. Boni (PA 52983)
Joshua D. Snyder (PA 88657)
John E. Sindoni (PA 91729)
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone: (610) 822-0200
Fax:  (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

/s/ Jacob J. Waldman
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
jacobwaldman@quinnemanuel.com