UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:14-CV-04189-NRB | Case No. 1:11-md-2262-NRB<br><br>**NOTICE OF APPEAL** |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2, f/k/a DRYDEN CORE INVESTMENT FUND, o/b/o PRUDENTIAL CORE SHORT-TERM BOND FUND and PRUDENTIAL CORE TAXABLE MONEY MARKET FUND,<br><br>            Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BARCLAYS PLC, CITIBANK, N.A., CITIGROUP FUNDING INC., CITIGROUP GLOBAL MARKETS INC., CITIGROUP INC., CREDIT SUISSE AG, CREDIT SUISSE GROUP AG, CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE (USA) INC., DEUTSCHE BANK AG, HSBC BANK PLC, HSBC FINANCE CORP., HSBC HOLDINGS PLC, HSBC SECURITIES (USA) INC., HSBC USA INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, f/k/a J.P. MORGAN SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., f/k/a BANC OF AMERICA SECURITIES LLC, ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES INC., f/k/a GREENWICH CAPITAL MARKETS, INC., UBS AG, and UBS SECURITIES LLC,<br><br>            Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Prudential Investment Portfolios 2, f/k/a Dryden Core Investment Fund, on behalf of Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund, appeals to the United States Court of Appeals for the Second Circuit from Partial Judgment entered pursuant to Federal Rule of Civil Procedure 54(b) on February 23, 2015 [Dkt. No. 1053 on the MDL docket, 11-md-2262; Dkt. No. 73 on the Prudential docket, 14-cv-4189], as well as all orders and rulings subsumed within the Partial Judgment (including but not limited to Dkt. No. 286 on 11-md-2262), and each and every part thereof.

DATED: New York, New York
February 27, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
Daniel P. Cunningham
Steig D. Olson
Jacob J. Waldman
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
steigolson@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100
jeremyandersen@quinnemanuel.com

*Attorneys for Plaintiff Prudential Investment Portfolios 2 on behalf of Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2015, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

      /s/ Jacob J. Waldman
Jacob J. Waldman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
jacobwaldman@quinnemanuel.com