Buchwald, N.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE:<br><br>LIBOR-Based Financial Instrument<br>Antitrust Litigation | MDL No. 2262<br><br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>CARL A. PAYNE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, et al.,<br><br>Defendants. | Civil Action No.: 1:13-cv-00598-NRB |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 03/06/2015

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Carl A. Payne, et al. and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Société Générale S.A., only.

Fed. R. Civ. Proc. 23(e) is inapplicable to the instant dismissal because no putative class members will be bound to this proposal and this action has not yet been certified by the Court as a class action.

Dated: March 3, 2015

BARON & BUDD, P.C.

By:    /s/ Roland Tellis
         Roland Tellis

Daniel Alberstone
dalberstone@baronbudd.com
Roland Tellis
rtellis@baronbudd.com
Mark Pifko
mpifko@baronbudd.com
David Fernandes
dfernandes@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:    (818) 839-2333
Facsimile:     (818) 986-9698

Interim Lead Counsel for Plaintiffs and the
Homeowner LIBOR Suppression Class

**SO ORDERED:**

_____
**U.S.D.J.**

3/5/15

1