# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512

March 9, 2015

Re:   *LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB)

Via ECF and Hand Delivery

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007-1312

Dear Judge Buchwald:

      In accordance with the Court's request during the February 5, 2015, hearing on the motions to dismiss the non-class actions, enclosed for the Court's convenience are two copies each of two charts showing on a claim by claim basis plaintiffs' and defendants' respective positions as to applicable choice of law for purposes of (1) statute of limitations and (2) substantive law.  These charts are being submitted jointly, and the parties have collated their positions so that they appear on each chart side by side for ease of reference, but the material in each column has been prepared by and is submitted on behalf of only the parties reflected in the corresponding column headings.

      Please let us know should the Court wish any further information or have questions regarding these charts.

Respectfully yours,

/s/ Robert F. Wise

Robert F. Wise

cc:  All counsel (via ECF)