UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: LIBOR-Based Financial Instruments Antitrust Litigation | Master File No. 1:11-MD-2262-NRB |
|---|---|
| This document relates to: *Amabile et al. v. Bank of America Corp.*, et al. | EFF CASE Case No. 1:13-cv-01700-NRB |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE**, that Plaintiffs *Amabile et al.* appeal to the United States Court of Appeals for the Second Circuit from the Partial Judgment entered pursuant to Federal Rule of Procedure 54(b) on February 23, 2015 [Dkt. No. 1053 on the MDL docket, 11-md-2262; Dkt. No. 84 on the *Amabile et al.* docket, 13-cv-01700], as well as all orders and rulings subsumed within the Partial Judgment (including but not limited to Dkt. No. 286 on 11-md-2262), and each and every part thereof.

Dated: March 19, 2015

SCHLESINGER LAW OFFICES, P.A.

By:   /s/ Scott P. Schlesinger
      Scott P. Schlesinger
      Jeffrey L. Haberman
      Jonathan R. Gdanski
      SCHLESINGER LAW OFFICES, P.A.
      1212 SE 3rd Avenue
      Ft. Lauderdale, FL 33316
      Tel: 954-320-9507
      Fax: 954-320-9509
      scott@schlesingerlaw.com
      jhaberman@schlesingerlaw.com
      jonathan@schlesingerlaw.com

*Attorneys for Plaintiffs Amabile, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system. In accordance with local Rule 5.2 of the United States District Court for the Southern District of New York as well as Local Rule 3.1 of the United States Court of Appeal for the Second Circuit, the notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

By:  /s/ Jeffrey L. Haberman
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Tel: 954-320-9507
Fax: 954-320-9509
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jonathan@schlesingerlaw.com