```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:

LIBOR-Based Financial Instruments            O R D E R
Antitrust Litigation.
                                             11 MD 2262 (NRB)
This Document Applies to:

CASES LISTED IN APPENDIX


------------------------------------------X
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/23/2015

Oral argument on the pending motions to dismiss in the cases listed in the appendix is hereby scheduled for August 20, 2015, at 10:00 A.M.

**IT IS SO ORDERED.**

Dated:  New York, New York
        July 23, 2015

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

## APPENDIX

This document applies to the following cases:

| CASE NAME | CASE NO. |
|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 |
| Metzler Inv. GmbH v. Credit Suisse Grp. AG | 11-cv-2613 |
| Mayor & City Council of Baltimore v. Bank of America Corp. | 11-cv-5450 |
| Berkshire Bank v. Bank of America Corp. | 12-cv-5723 |
| Payne v. Bank of America Corp. | 13-cv-0598 |
| Weglarz v. JP Morgan Chase Bank, N.A. | 13-cv-1198 |
| Nagel v. Bank of America, N.A. | 13-cv-3010 |
| Goldsleger v. Bank of America Home Loans | 14-cv-7720 |