**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2015
```

-----------------------------------------------------------X

In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

11 MDL 2262 (NRB)

-----------------------------------------------------------X

This documents applies to:

FRAN P. GOLDSLEGER,

                Plaintiff,

14 **CIVIL** 7720 (NRB)

      -against-

**JUDGMENT**

BANK OF AMERICA HOME LOANS and
BANK OF AMERICA N.A.,
                Defendant.

-----------------------------------------------------------X

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 20, 2015, having rendered its Order that for the reason stated today in open court, dismissing the Goldsleger action, and directing the Clerk of the Court to enter judgment and close the following motions:

- 11 MDL 2262, ECF No. 974 (granted by this Order);

- 14 Civ. 7720, ECF No. 30 (mis-filed in Goldsleger);

- 14 Civ. 7720, ECF No. 31 (granted by this Order), it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2015, Defendants' motion ECF No. 974, filed in 11 MDL 2262 is granted; ECF No. 31 filed 14 Civ. 7720 is granted; and the Goldsledger action 14 Civ. 7720 is dismissed.

**Dated:** New York, New York
August 25, 2015

                RUBY J. KRAJICK
                ———————————
                Clerk of Court
BY:
                ———————————
                Deputy Clerk

THIS DOCUMENT WAS ENTERED
THE DOCKET ON _____