CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | | |
|---|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN | |
| L. HOWARD ADAMS | CIRO A. GAMBONI | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | JOHN SCHUSTER | |
| ROBERT A. ALESSI | CHARLES A. GILMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN | |
| HELENE R. BANKS | JASON M. HALL | | ANN S. MAKICH | DARREN SILVER | |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | | JONATHAN I. MARK | HOWARD G. SLOANE | |
| LANDIS C. BEST | CRAIG M. HOROWITZ | 1990 K STREET, N.W. | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK | |
| BRADLEY J. BONDI | DOUGLAS S. HOROWITZ | WASHINGTON, DC 20006-1181 | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. | |
| SUSAN BUCKLEY | TIMOTHY B. HOWELL | (202) 862-8900 | NOAH B. NEWITZ | SUSANNA M. SUH | |
| KEVIN J. BURKE | DAVID G. JANUSZEWSKI | | MICHAEL J. OHLER | ANTHONY K. TAMA | |
| JAMES J. CLARK | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | ATHY A. O'KEEFFE | JONATHAN D. THIER | |
| BENJAMIN J. COHEN | THOMAS J. KAVALER | 24 MONUMENT STREET | DAVID R. OWEN | JOHN A. TRIPODORO | |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. | |
| STUART G. DOWNING | DAVID N. KELLEY | +44 (0)20 7920 9800 | LUIS R. PENALVER | HERBERT S. WASHER | |
| ADAM M. DWORKIN | RICHARD KELLY | | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS | |
| ANASTASIA EFIMOVA | CHÉRIE R. KISER* | | MICHAEL W. REDDY | S. PENNY WINDLE | |
| JENNIFER B. EZRING | EDWARD P. KRUGMAN | WRITER'S DIRECT NUMBER | JAMES ROBINSON | DAVID WISHENGRAD | |
| JOAN MURTAGH FRANKEL | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT | |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG | |
| | | | | DANIEL J. ZUBKOFF | |

(212) 701-3120

*ADMITTED IN DC ONLY

September 9, 2015

Re:   *In re Libor-Based Financial Instruments Antitrust Litig.*,
No. 11 Civ. 2613 (NRB), Master File No. 1:11-md-2262-NRB

Dear Judge Buchwald:

We are counsel for defendant Credit Suisse Group AG ("CSGAG")[1] and write to request permission to file under seal portions of a letter being submitted in opposition to Exchange-Based Plaintiffs' letter, dated August 27, 2015. Portions of our letter refer to and describe transcripts from the criminal trial in the United Kingdom, *In the Southwark Crown Court v. Tom Hayes*, Case No. T20137308. Exchange-Based Plaintiffs addressed that testimony in their August 27, 2015 letter and indicated that the transcripts were obtained pursuant to an agreement with the Southwark Crown Court that limits public use of certain portions of the trial testimony. In accord with the restrictions imposed by the Southwark Crown Court, Defendants respectfully request permission to file portions of the letter under seal. To ensure public access to portions of the letter that do not refer to or describe the *Hayes* trial transcripts, we propose filing a redacted version of the letter via ECF, upon court approval, that makes public all parts of the letter that do not pertain to the *Hayes* trial transcripts. Copies of the redacted and unredacted versions of the letter are enclosed for the Court.

---

[1] Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU"), Deutsche Bank AG, HSBC Holdings PLC, HSBC Bank PLC, Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc), HBOS plc, Portigon AG, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), Royal Bank of Canada, Norinchukin Bank, The Royal Bank of Scotland Group plc ("RBS Group"), and WestDeutsche Immobilienbank AG join in this letter.

CAHILL GORDON & REINDEL LLP

- 2 -

Respectfully submitted,

Joel Kurtzberg

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

BY ECF (W/O ENCLOSURES)