**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

October 6, 2015

**Via Facsimile and ECF**

Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*,
      Case No. 11-md-02262 (NRB)

Dear Judge Buchwald:

We write on behalf of the Direct Action Plaintiffs and Defendants to provide the Court with a status report on the spreadsheet listing claims that were dismissed on jurisdictional grounds that Your Honor directed the parties to provide . *LIBOR IV* at 92.  As we hope the Court will appreciate, this project has been a substantial undertaking involving numerous parties, counsel and claims.  The parties have been actively engaged with each other to minimize the parties' disputes and we are making progress.  The parties will submit the spreadsheet to the Court as soon as practicable.

We are available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

| | |
|---|---|
| */s/ Richard J. Leveridge* | */s/ Joel Kurtzberg* |
| Richard J. Leveridge | Joel Kurtzberg |
| Dickstein Shapiro LLP | Cahill Gordon Reindel LLP |
| 1825 Eye Street, NW | 80 Pine Street |
| Washington, DC  20006 | New York, NY  10005 |
| (202) 420-4778 direct dial | (212) 701-3120 direct dial |
| (202) 379-9325 direct fax | (212) 378-2522 direct fax |
| leveridger@dicksteinshapiro.com | jkurtzberg@cahill.com |
| *On behalf of Direct Action Plaintiffs* | *On behalf of Defendants* |

cc:  All Counsel of Record (by ECF)

Los Angeles | New York | Stamford | Washington, DC

DSMDB-3369156 v1