USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2015

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

Exchange-Based Plaintiff Action

----------------------------------------X
```

**O R D E R**

11 MD 2262 (NRB)
11 Civ. 2613 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

We have reviewed the Exchange-Based Plaintiffs' ("plaintiffs") request for leave to move for reconsideration of LIBOR I and LIBOR III in light of the Second Circuit's summary order in BPP Ill., LLC v. Royal Bank of Scotland Group PLC, 603 F. App'x 57 (2d Cir. 2015) or, in the alternative, for certification for interlocutory appeal of this Court's order denying their earlier request for reconsideration and this Court's holding in LIBOR IV regarding the Commodity Exchange Act's limitations period, Letter from Christopher Lovell and David E. Kovel, ECF No. 1214, as well as defendants' letter opposing plaintiffs' requests. Letter from David Sapir Lesser, ECF No. 1223. Plaintiffs' requests are denied substantially for the reasons stated in defendants' letter.

**IT IS SO ORDERED.**

Dated:  New York, New York
        October 28, 2015

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE