```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

LIBOR-based Financial Instruments
Antitrust Litigation

11 **MDL** 2262 (NRB)

**JUDGMENT**

------------------------------------------------------X
This document applies to:

Highlander Realty, LLC et al. v. Citizens Bank of Mass. et al.
13-cv-2343
------------------------------------------------------X

Whereas this Court having focused on the legal sufficiency of complaints filed on behalf of three putative classes; the Court also having addressed the OTC Plaintiffs motions to add new plaintiffs to their consolidated complaint and defendants' motion to dismiss the complaints of the New Classes, the new OTC Plaintiffs, and the Exchange-Based Plaintiffs for lack of personal jurisdiction, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on November 3, 2015, having rendered its Memorandum and Order directing the Clerk to terminate the motions listed in the appendix, dismissing Weglarz and Nagel in their entirety and directing the Clerk to enter judgment and to report the judgment to the Judicial Panel on Multidistrict Litigation and the United States District Courts for the Northern District of Illinois (Weglarz) and the Western District of Wisconsin (Nagel), dismissing Berkshire Bank except as to the claims of Directors Financial Group, and dismissing as to the BBA entities, directing the Clerk to terminate the Berkshire Bank, the Government Development Bank for Puerto Rico, the British Bankers' Association, BBA Enterprises Ltd., and BBA Libor Ltd. as parties, dismissing Payne except as to plaintiff Rivera's claims against defendant Bank of America, N.A. and directing the Clerk to terminate all other parties, granting the OTC Plaintiffs leave to amend their consolidated complaint to include claims of SEIU (only against CSGAG or CSAG, and only

for claims arising on or after May 13, 2008), Jennie Stuart Medical Center (only against Bank of America, N.A.), and Miami Children's Hospital, but not claims of TCEH or Highlander Realty, dismissing Highlander Realty in its entirety and directing the Clerk to enter judgment and to report the judgment to the Judicial Panel on Multidistrict Litigation and the United States District Court for the District of Massachusetts, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 3, 2015, Highlander Realty is dismissed in its entirety. This judgment shall be reported to the Judicial Panel on Multidistrict Litigation and the United States District Court for the District of Massachusetts.

**Dated:** New York, New York
November 12, 2015

**RUBY J. KRAJICK**

BY: _____
**Clerk of Court**

_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____