| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| London | Beijing |
| São Paulo | Hong Kong |

**Davis Polk**

**Lawrence E. Jacobs**

Davis Polk & Wardwell LLP   212 450 4680 tel
450 Lexington Avenue        212 701 5567 fax
New York, NY 10017          lawrence.jacobs@davispolk.com

November 24, 2015

Re:  Notification Pursuant to Rule 1.12 of New York Rules of Professional
     Conduct; <u>In re Libor-Based Financial Instruments Antitrust Litigation</u>, Index
     No. 1:11-md-02262 (NRB)

The Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

I am writing this letter to provide notice pursuant to Rule 1.12 of the New York Rules of Professional Conduct that we are screening one of Your Honor's former law clerks, John Briggs, from any participation in a matter that was pending before Your Honor during his clerkship.

Mr. Briggs was a law clerk in Your Honor's chambers from August 2014 to September 2015. He will join Davis Polk as an associate on November 30, 2015. We understand that, during his clerkship, he participated in <u>In re Libor-Based Financial Instruments Antitrust Litigation</u>, Index No. 1:11-md-02262-NRB. We represent Bank of America Corporation in certain member cases in that matter (the "Screened Matter").

We have established screening procedures to assure that there is no flow of information between Mr. Briggs and the Davis Polk team working on the Screened Matter. All firm attorneys, and legal assistants working on the screened matter, will be instructed in writing by email that no person working on the Screened Matter should discuss or share with Mr. Briggs any information relating to his or her work on the Screened Matter and that they must not seek any information from Mr. Briggs. Similarly, Mr. Briggs will be instructed in writing that he is not to share any information he may have about the Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that Mr. Briggs will not be able to access them. We will send regular reminders of the establishment of this screen to all personnel working on the Screened Matter and to Mr. Briggs.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

The Hon. Naomi R. Buchwald                                2                                November 24, 2015

As an associate, Mr. Briggs will be paid a fixed salary, and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

Please let me know if Your Honor desires further information about the foregoing.

Respectfully submitted,

*Lawrence E. Jacobs*

Lawrence E. Jacobs

cc:   All counsel by e-filing

<u>By Electronic Filing</u>