UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 1:11-md-02262-NRB<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

    PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated:  New York, New York
          February 2, 2016

                                                                MILBANK, TWEED, HADLEY & McCLOY LLP

                                                By: <u>/s/ David R. Gelfand</u>

                                                      David R. Gelfand
                                                      Sean M. Murphy
                                                      Mark D. Villaverde
                                                      28 Liberty Street
                                                      New York, New York 10005-1413
                                                      (212) 530-5000
                                                      (212) 822-5219 (facsimile)
                                                      DGelfand@milbank.com
                                                      SMurphy@milbank.com
                                                      MVillaverde@milbank.com

                                                      *Counsel for Defendant Coöperatieve Rabobank U.A.* (f/k/a *Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*)