**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br>ECF Case |
| The OTC Action | |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH BARCLAYS BANK PLC**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") reached between OTC Plaintiffs and defendant Barclays Bank, plc ("Barclays") in the above-captioned action; (ii) certifying the putative Class for settlement purposes; (iii) appointing Hausfeld LLP and Susman Godfrey LLP as Settlement Class Counsel; and (iv) approving OTC Plaintiffs' choice of a Settlement Administrator, Claims Administrator, and Escrow Agent.

Submitted herewith in support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Barclays are: (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Barclays Bank PLC; (ii) the Declaration of Michael

1

D. Hausfeld in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Barclays Bank PLC and the Exhibits thereto; and (iii) the [Proposed] Order Preliminarily Approving Settlement.

| | |
|---|---|
| March 8, 2016 | Respectfully submitted, |

| | |
|---|---|
| */s/ William C. Carmody* | */s/ Michael D. Hausfeld* |
| William C. Carmody | Michael D. Hausfeld |
| Arun Subramanian | William P. Butterfield |
| Seth Ard | Hilary K. Scherrer |
| SUSMAN GODFREY L.L.P. | Nathaniel C. Giddings |
| 560 Lexington Avenue, 15th Floor | HAUSFELD LLP |
| New York, NY 10022 | 1700 K Street, NW, Suite 650 |
| Tel: 212-336-8334 | Washington, DC 20006 |
| bcarmody@susmangodfrey.com | Tel: 202-540-7200 |
| asubramanian@susmangodfrey.com | mhausfeld@hausfeld.com |
| sard@susmangodfrey.com | wbutterfield@hausfeld.com |
| | hscherrer@hausfeld.com |
| Marc M. Seltzer | ngiddings@hausfeld.com |
| SUSMAN GODFREY L.L.P. | |
| 1901 Avenue of the Stars, Suite 950 | |
| Los Angeles, CA 90067 | |
| Tel: 310-789-3100 | |
| mseltzer@susmangodfrey.com | |

*Counsel for the OTC Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                          */s/ Hilary K. Scherrer*
                                                          Hilary K. Scherrer