CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3120

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
BRADLEY J. BONDI
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
PIERRE M. GENTIN
CHARLES A. GILMAN
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
RICHARD KELLY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
ATHY A. O'KEEFFE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
MICHAEL W. REDDY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

March 10, 2016

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Master File No. 1:11-md-02262-NRB

Dear Judge Buchwald:

We write on behalf of Defendants, Exchange-Based Plaintiffs and Lender Plaintiffs to provide the Court with the enclosed spreadsheets listing claims that were dismissed on jurisdictional grounds that Your Honor directed the parties to provide. *In re LIBOR-Based Financial Instruments Antitrust Litig.*, 2015 WL 6696407, at *8, 20 (S.D.N.Y. Nov. 3, 2015) ("*LIBOR V*"). As directed in *LIBOR V*, the parties have conferred on the spreadsheets and attempted to resolve their differences. To the extent the parties are at an impasse, their views are reflected in the attached spreadsheets. The spreadsheet relating to the Lender Plaintiffs' claims is attached as Exhibit A. The spreadsheet relating to the Exchange-Based Plaintiffs' claims is attached as Exhibit B.

Respectfully submitted,

Joel Kurtzberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3120
Facsimile: (212) 378-2522

*On behalf of Defendants*

/s/ David Kovel
David Kovel
Kirby McInerney LLP
825 Third Avenue, 16th floor
New York, New York 10022
Telephone: (212) 371-6600

*On behalf of Exchange-Based Plaintiffs*

/s/ Jeremy Lieberman
Jeremy Lieberman
Pomerantz LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*On behalf of Lender Plaintiffs*

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Enclosure

BY ECF

cc: Counsel of Record