UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2016

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

11 MDL 2262 (NRB)

This document applies to:

*Axiom Investment Advisors, LLC, et al. v. Bank of America Corp., et al.*, No. 15-cv-02973-NRB (S.D.N.Y.)

## PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BARCLAYS BANK PLC

WHEREAS, Plaintiffs Axiom Investment Advisors, LLC, Axiom HFT, LLC, Axiom Investment Advisors Holdings L.P., Axiom Investment Company, LLC, Axiom Investment Company Holdings L.P., Axiom FX Investment Fund, L.P.; Axiom Fx Investment Fund II, L.P.; Axiom FX Investment 2X Fund, L.P., Ephraim F. Gildor, Gildor Family Advisors L.P., Gildor Family Company, L.P., and Gildor Management, LLC (together "Plaintiffs") and Defendant Barclays Bank PLC ("Barclays") in *Axiom Investment Advisors, LLC, et al. v. Bank of America Corp., et al.*, No. 15-cv-02973-NRB (S.D.N.Y.), a member case of the multidistrict litigation captioned *In re Libor-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262-NRB (S.D.N.Y.), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiffs' claims and action against Barclays be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims and action as against Barclays be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: March 30, 2016

NUSSBAUM LAW GROUP, P.C.

By: _____
Linda P. Nussbaum
Bradley J. Demuth
570 Lexington Avenue, 19th Floor
New York, NY 10022
Tel.: (212) 702-7053
lnussbaum@nussbaumpc.com
bdemuth@nussbaumpc.com

*Attorneys for Plaintiffs Axiom Investment Advisors, LLC, Axiom HFT, LLC, Axiom Investment Advisors Holdings L.P., Axiom Investment Company, LLC, Axiom Investment Company Holdings L.P., Axiom FX Investment Fund, L.P.; Axiom Fx Investment Fund II, L.P.; Axiom FX Investment 2X Fund, L.P., Ephraim F. Gildor, Gildor Family Advisors L.P., Gildor Family Company, L.P., and Gildor Management, LLC*

SULLIVAN & CROMWELL LLP

By: _____
David H. Braff
Matthew J. Porpora
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
braffd@sullcrom.com
porporam@sullcrom.com

BOIES SCHILLER & FLEXNER LLP

By: _____
Jonathan D. Schiller
575 Lexington Ave., Seventh Floor
New York, NY 10022
Tel: (212) 446-2388
jschiller@bsfllp.com

*Attorneys for Defendant Barclays Bank PLC*

SO ORDERED:

_____   Dated: April 8, 2016
United States District Judge

2