# HAUSFELD

HILARY K SCHERRER    1700 K Street, NW
Suite 650
Washington, DC 20006

202-540-7200 Main
202-540-7201 Fax

hscherrer@hausfeld.com

**MEMO ENDORSED**

**MEMO ENDORSED**

April 14, 2016

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 04/14/2016 |

VIA ECF AND HAND DELIVERY

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

Re:    *In re Libor-Based Financial Instruments Antitrust Litigation*,
MDL No. 11-md-2262 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

We write on behalf of the OTC Plaintiffs to request an extension of time to file a reply brief in support their Motion for Preliminary Approval of Settlement with Barclays Bank plc ("OTC Plaintiffs' Motion") (ECF No. 1336). On April 11, 2016, 33-35 Green Pond Road Associates, LLC and Courtyard at Amwell II, LLC (collectively, the "Green Pond Plaintiffs") filed an opposition to OTC Plaintiffs' Motion. *See* ECF No. 1368. Pursuant to Local Rule 6.1(b), OTC Plaintiffs' reply brief is due on April 18, 2016. OTC Plaintiffs respectfully request that their time to file be extended one week to April, 25, 2016. No previous extensions have been requested. OTC Plaintiffs have conferred with the Green Pond Plaintiffs, and they consent to the requested extension.

So Ordered.

Naomi Reice Buchwald
USDJ
4/14/16

Respectfully submitted,

*/s/ Hilary K. Scherrer*

Hilary K. Scherrer
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
hscherrer@hausfeld.com

*Counsel for the OTC Plaintiffs*

BERLIN BRUSSELS LONDON NEW YORK PHILADELPHIA SAN FRANCISCO WASHINGTON, DC    www.hausfeld.com