```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

CASES LISTED IN APPENDIX

-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/16

**ORDER**

11 MD 2262 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

We have reviewed class plaintiffs' request of May 19, 2016 for a pre-motion conference to compel production of data regarding secured borrowing and lending from Credit Suisse, JP Morgan Chase, Citibank, Rabobank, and UBS, and defendants' responsive letter of June 9, 2016. Because plaintiffs' requests for over twelve years of secured borrowing and lending data are not relevant to their claims or defenses and are not proportional to the needs of the case, their application is denied without a pre-motion conference.

Dated:  New York, New York

June 14, 2016

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

## **APPENDIX**

This document applies to the following cases:

| CASE NAME | CASE NO. |
|---|---|
| In re Libor-Based Financial Instruments Antitrust Litigation | 11-md-2262 |
| OTC Plaintiff Action | 11-cv-5450 |
| Exchange-Based Plaintiff Action | 11-cv-2613 |
| Lender Plaintiff Action | 12-cv-5723<br>13-cv-1016 |
| Mortgagor Plaintiff Action | 13-cv-0598 |