```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

BONDHOLDER PLAINTIFF ACTION.

----------------------------------------X

**O R D E R**

11 MD 2262 (NRB)

12 CV 1025 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This order addresses two letters filed on behalf of the Bondholder plaintiffs on June 24, 2016 (ECF Nos. 1467 and 1468) requesting, without acknowledging its magnitude, that the Court effectively withdraw its scheduling decision of June 7, 2016 on the anticipated motions to follow the Second Circuit's decision of May 23, 2016 and that the Bondholder plaintiffs receive extensive jurisdictional discovery not granted to any other plaintiff class. The requested relief is denied. The Second Circuit anticipated renewed motions to dismiss (without discovery) on the efficient enforcer issue and not summary judgment motions to be briefed over a year from now. The motions to dismiss may well determine whether the Bondholder plaintiffs remain plaintiffs at all. Thus, it is clear to this Court that the legal status of the Bondholder plaintiffs is the first issue to be decided. It is, of course, possible that the issue may not

be resolved without discovery, but that is a bridge to cross at a later date. Similarly, there will be ample opportunity to address discovery and class action issues if the Bondholder plaintiffs are not dismissed.


Dated: New York, New York
       June 27, 2016

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE