UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/16
```

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>AXIOM INVESTMENT ADVISORS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | MDL No. 2262<br>11-MD-2262 (NRB)<br><br>Case No. 1:15-cv-2973-NRB |

*Endorsement*

*Application granted.*

*Naomi Reice Buchwald, USDJ*

*September 14, 2016*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

In accordance with Local Civil Rule 1.4, the undersigned respectfully moves for leave to withdraw Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") as counsel for Plaintiffs in the above-captioned action (the "Axiom Action"). Lieff Cabraser and Plaintiffs have agreed that Lieff Cabraser may withdraw as counsel in the Axiom Action. This motion is supported by the accompanying Declaration of Brendan P. Glackin.

The following current or former Lieff Cabraser attorneys have served as counsel of record for Plaintiffs in the Axiom Action: Richard M. Heimann, Steven E. Fineman, Eric B. Fastiff, Brendan P. Glackin, Michael J. Miarmi, and Marc A. Pilotin (Mr. Pilotin is no longer associated with Lieff Cabraser). The undersigned respectfully requests that these attorneys' appearances for Plaintiffs in the Axiom Action be withdrawn. Plaintiffs in the Axiom Action will continue to be represented by attorneys of record from Sperling & Slater, P.C. and Linda P. Nussbaum of the Nussbaum Law Group, P.C.

Lieff Cabraser will continue to serve as counsel to plaintiffs in the following actions included in these multidistrict proceedings: (i) *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corporation, et al.*, No. 1:11-cv-6409-NRB; (ii) *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. 1:11-cv-6411-NRB; (iii) *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, No. 1:11-cv-6412-NRB; (iv) *The Charles Schwab Corporation, et al. v. Bank of America Corporation, et al.*, No. 1:13-cv-7005-NRB (currently on appeal to the Second Circuit); and (v) *Bay Area Toll Authority v. Bank of America Corporation, et al.*, No. 1:14-cv-3094-NRB.

Dated: July 21, 2016

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Brendan P. Glackin
    Brendan P. Glackin

Richard M. Heimann
Eric B. Fastiff
Brendan P. Glackin (BG7314)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: rheimann@lchb.com
        efastiff@lchb.com
        bglackin@lchb.com

Steven E. Fineman (SF8481)
Michael J. Miarmi (MM1193)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail: sfineman@lchb.com
        mmiarmi@lchb.com