USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 1:11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that Morgan J. Feder is no longer with the firm of Hughes Hubbard & Reed LLP and is hereby withdrawn as counsel for Defendant Portigon AG (f/k/a WestLB AG) in the above-captioned matter. Portigon AG continues to be represented in this case by Hughes Hubbard & Reed LLP.

So Ordered

Naomi Reice Buchwald, USDJ
9/14/16

Dated: September 13, 2016
New York, New York

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ *Christopher M. Paparella*
Christopher M. Paparella
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6644
Fax: (212) 422-4726
Chris.Paparella@hugheshubbard.com

*Attorneys for Defendant Portigon AG (f/k/a WestLB AG)*