Buchwald, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: | MDL No. 2262 |
| LIBOR-Based Financial Instrument Antitrust Litigation | Master File No. 1:11-md-2262-NRB |
| *This Applies to All Cases* | |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 1:13-cv-00598-NRB |
| CARL A. PAYNE, et al. | |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the First Amended Class Action Complaint (ECF No. 844) in the above-captioned action (the "Action") against the remaining Defendant, Bank of America, N.A., is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that each side shall bear its own costs incurred in connection with the Action.

Dated: January 30, 2017　　　　　　　　BARON & BUDD, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Alberstone
　　　　　　　　　　　　　　　　　　　　　　　Daniel Alberstone
　　　　　　　　　　　　　　　　　　　　Daniel Alberstone
　　　　　　　　　　　　　　　　　　　　dalberstone@baronbudd.com
　　　　　　　　　　　　　　　　　　　　Roland Tellis, California
　　　　　　　　　　　　　　　　　　　　rtellis@baronbudd.com
　　　　　　　　　　　　　　　　　　　　Mark Pifko
　　　　　　　　　　　　　　　　　　　　mpifko@baronbudd.com
　　　　　　　　　　　　　　　　　　　　BARON & BUDD, P.C.
　　　　　　　　　　　　　　　　　　　　15910 Ventura Boulevard, Suite 1600
　　　　　　　　　　　　　　　　　　　　Encino, California 91436
　　　　　　　　　　　　　　　　　　　　Telephone: (818) 839-2333
　　　　　　　　　　　　　　　　　　　　Facsimile: (818) 986-9698

　　　　　　　　　　　　　　　　　　　　*Interim Lead Counsel for Plaintiffs and the Homeowner LIBOR Suppression Class*

Dated: January 30, 2017　　　　　　　　JOHN W. SHARBROUGH, III, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ John W. Sharbrough, III
　　　　　　　　　　　　　　　　　　　　　　　John W. Sharbrough, III

　　　　　　　　　　　　　　　　　　　　114 Eaton Square
　　　　　　　　　　　　　　　　　　　　Mobile, Alabama 36608-1936
　　　　　　　　　　　　　　　　　　　　Telephone: (251) 432-1413
　　　　　　　　　　　　　　　　　　　　Facsimile: (251) 432-5297

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Dated: January 30, 2017                        DAVIS POLK & WARDWELL LLP

                                               By: /s/ Arthur J. Burke
                                                   Arthur J. Burke

                                               Arthur J. Burke
                                               Paul S. Mishkin
                                               Adam G. Mehes
                                               DAVIS POLK & WARDWELL LLP
                                               450 Lexington Avenue
                                               New York, New York 10017
                                               Telephone: (212)450-4000
                                               Fax: (212)450-4800
                                               arthur.burke@davispolk.com
                                               paul.mishkin@davispolk.com
                                               adam.mehes@davispolk.com

                                               *Counsel for Defendant*
                                               *Bank of America, N.A.*

SO ORDERED:

_____
U.S.D.J.

2/1/17