USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/17

Case 1:11-md-02262-NRB   Document 1877   Filed 04/27/17   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br><br>Case Nos.:<br>1:11-cv-06409-NRB<br>1:11-cv-06411-NRB<br>1:11-cv-06412-NRB | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| SCHWAB SHORT-TERM BOND MARKET FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | **JUDGMENT** |
| CHARLES SCHWAB BANK, N.A., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | |
| SCHWAB MONEY MARKET FUND, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | |

WHEREAS, by its Memorandum and Order dated December 20, 2016 ("*LIBOR VI*"), the Court dismissed the claims asserted by plaintiffs (the "Schwab Plaintiffs") in the above-captioned actions (the "2011 Schwab Actions") under Section 1 of the Sherman Act (15 U.S.C. § 1) (through Section 4 of the Clayton Act (15 U.S.C. § 15)) and under California's Cartwright Act (Cal. Bus. & Prof. Code § 16720 et seq.) (collectively, the "Antitrust Claims") against Defendants Bank of America Corporation; Bank of America, N.A.; The Bank of Tokyo-Mitsubishi UFJ, Ltd.; Barclays Bank PLC; Citigroup Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffeisen Boerenleenbank B.A. (n/k/a Coöperatieve Rabobank U.A.) ("Rabobank"); Credit Suisse Group AG; Deutsche Bank AG; HSBC Holdings plc; HSBC Bank plc; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group plc; HBOS plc; The Norinchukin Bank; Portigon AG (f/k/a WestLB AG); Royal Bank of Canada; The Royal Bank of Scotland Group plc; UBS AG; and Westdeutsche ImmobilienBank AG;

WHEREAS, before *LIBOR VI*, the Antitrust Claims were the only remaining claims in the 2011 Schwab Actions, and thus as a result of *LIBOR VI* the 2011 Schwab Actions were dismissed in their entirety; and

WHEREAS, in light of *LIBOR VI*, the Schwab Plaintiffs have requested entry of judgment in the 2011 Schwab Actions;

**IT IS NOW ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in *LIBOR VI*, the 2011 Schwab Actions are dismissed in their entirety. This judgment is entered only with respect to the 2011 Schwab Actions and does not apply to any other actions in these multidistrict proceedings.

2

 This judgment will be reported to the United States Judicial Panel on Multidistrict Litigation and the United States District Court for the Northern District of California, where the 2011 Schwab Actions were initiated.

Dated: New York, New York
   April 27, 2017

BY: _____
   ~~Deputy Clerk~~