# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK  NEW YORK  10019-6022
(212) 336-8330
FAX (212) 336-8340
www.susmangodfrey.com

| SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON TEXAS 77002-5096 | LOS ANGELES CALIFORNIA 90067-6029 | SEATTLE WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

May 5, 2017

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/17

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig*, No. 11-MD-2262 (NRB)

Dear Judge Buchwald:

We write on behalf of the Over-the-Counter Plaintiffs to request a page extension to thirty-five pages for our memorandum of law in support of our motion to certify a class (due May 9, 2017).

This request is for the same number of pages granted to the Exchange-Based Plaintiffs and the Lender Plaintiffs and is not opposed by the defendants.

Application granted.
Naomi Reice Buchwald,
USDJ
5/8/17

Sincerely,

*/s/William Christopher Carmody*
William Christopher Carmody