# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br><br>Case Nos.:<br>1:11-cv-06409-NRB<br>1:11-cv-06411-NRB<br>1:11-cv-06412-NRB | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| SCHWAB SHORT-TERM BOND MARKET FUND, *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                Defendants. | **NOTICE OF APPEAL** |
| CHARLES SCHWAB BANK, N.A., *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                Defendants. | |
| SCHWAB MONEY MARKET FUND, *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                Defendants. | |

Notice is hereby given that, in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs The Charles Schwab Corporation, Charles Schwab Bank, N.A., Charles Schwab & Co., Inc., Schwab Money Market Fund, Schwab Value Advantage Money Fund, Schwab Retirement Advantage Money Fund, Schwab Investor Money Fund, Schwab Cash Reserves, Schwab Advisor Cash Reserves, Schwab YieldPlus Fund, Schwab YieldPlus Fund Liquidation Trust, Schwab Short-Term Bond Market Fund, Schwab Total Bond Market Fund, and Schwab U.S. Dollar Liquid Assets Fund appeal to the United States Court of Appeals for the Second Circuit from (1) the April 27, 2017 judgment [MDL Dkt. No. 1877] ("Judgment") entered in the above-captioned actions (collectively, the "2011 Schwab Actions"); and (2) all orders and rulings subsumed within the Judgment, including this Court's Memorandum and Order entered on December 20, 2016 [MDL Dkt. No. 1676], which dismissed the 2011 Schwab Actions in their entirety.

Dated:  May 12, 2017

Respectfully submitted,

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP

By:  */s/ Steven E. Fineman*
       Steven E. Fineman

Steven E. Fineman
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
sfineman@lchb.com
mmiarmi@lchb.com

Richard M. Heimann
Eric B. Fastiff
Brendan P. Glackin
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

rheimann@lchb.com
efastiff@lchb.com
bglackin@lchb.com

Lowell Haky
*Associate General Counsel – Civil and Complex Litigation*
CHARLES SCHWAB & CO., INC.
211 Main Street
San Francisco, CA 94105
Telephone:  (415) 667-0622
Facsimile:  (415) 667-1638
Lowell.Haky@schwab.com

*Counsel for Plaintiffs The Charles Schwab Corporation; Charles Schwab Bank, N.A.; Charles Schwab & Co., Inc.; Schwab Money Market Fund; Schwab Value Advantage Money Fund; Schwab Retirement Advantage Money Fund; Schwab Investor Money Fund; Schwab Cash Reserves; Schwab Advisor Cash Reserves; Schwab YieldPlus Fund; Schwab YieldPlus Fund Liquidation Trust; Schwab Short-Term Bond Market Fund; Schwab Total Bond Market Fund; and Schwab U.S. Dollar Liquid Assets Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2017, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

Dated:   May 12, 2017

*/s/ Michael J. Miarmi*
Michael J. Miarmi
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
mmiarmi@lchb.com