```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| | ECF Case |
| METZLER INVESTMENT GMBH, et al., | |
| Plaintiffs, | |
| v. | No. 11-cv-2613-NRB |
| CREDIT SUISSE GROUP AG, et al., | |
| Defendants. | |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Robert A. Braun for admission of Brian Levin *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

Brian Levin, Esq.
Dimond Kaplan & Rothstein, P.A.
2665 S. Bayshore Drive, PH2B
Miami, Florida 33133
Phone Number: 305-374-1920
Facsimile Number: 305-374-1961
Email: blevin@dkrpa.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs 303030 Trading, LLC and Gary Francis in the above-captioned case;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: May 17, 2017

                                                                             United States District Judge