UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

William Christopher Carmody, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

Alan C. Turner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/12/17 |

June 12, 2017

Re:  In re LIBOR-Based Financial Instruments Antitrust Litigation
11 MD 2262 (NRB); 11 CV 5450 (NRB)

Dear Mr. Carmody and Mr. Turner:

I have received your letters of June 6, 2017 (ECF No. 1950), June 8, 2017 (ECF No. 1961), and June 9, 2017 (ECF No. 1964) regarding the scheduling of Dr. Stiglitz's deposition. The Court regards neither the striking of Dr. Stiglitz's report nor the filing of a supplemental opposition brief to be an appropriate remedy for the dilemma. Rather, Dr. Stiglitz should be made available for his deposition on or before June 28, 2017, at a place reasonably convenient for Dr. Stiglitz, which may include Europe or Mexico. Both sides should use their best efforts to accomplish this result.

As to the 30(b)(6) deposition of plaintiff SEIU, we will rely on Mr. Carmody's representation. SEIU must provide a date for a deposition by June 14, 2017, and appear for a deposition on or before June 28, 2017.

Very truly yours,

*Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge