# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

32ND FLOOR

1301 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10019-6022

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY  
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

June 15, 2017

**VIA ECF AND HAND DELIVERY**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Case No. 11-md-2262 (S.D.N.Y.)

Dear Judge Buchwald:

We write in connection with the Court's June 12, 2017 Letter (Dkt. 1966). SEIU has informed us that it no longer wishes to serve as a class representative, and we respectfully seek leave to permit SEIU to withdraw as a class representative.

Respectfully,

*/s/ William Christopher Carmody*
William Christopher Carmody

Interim Co-Lead Counsel for the OTC Class

cc: All Counsel (via ECF)