# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 950 | Suite 3800 |
|---|---|---|
| 1000 Louisiana Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston Texas 77002-5096 | Los Angeles California 90067-6029 | Seattle Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

June 15, 2017

**VIA ECF AND HAND DELIVERY**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/17

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Case No. 11-md-2262 (S.D.N.Y.)

Dear Judge Buchwald:

We write in connection with the Court's June 12, 2017 Letter (Dkt. 1966). SEIU has informed us that it no longer wishes to serve as a class representative, and we respectfully seek leave to permit SEIU to withdraw as a class representative.

Respectfully,

*Application granted.*

/s/ *William Christopher Carmody*
William Christopher Carmody

Naomi Reice Buchwald, USDJ
6/26/17

Interim Co-Lead Counsel for the OTC Class

cc: All Counsel (via ECF)