UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/17
```

IN RE LIBOR-BASED FINANCIAL ) 
INSTRUMENTS ANTITRUST LITIGATION ) MDL No. 2262
)
) Master File No. 1:11-md-2262-NRB
THIS DOCUMENT RELATES TO: ) ECF Case
Case No. 12-CV-1025 (NRB) )

**[PROPOSED] ORDER GRANTING BONDHOLDER PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND GRANT RELIEF THEREFROM**

Plaintiffs Ellen Gelboim and Linda Zacher ("Bondholders"), without opposition from Defendants Barclays Bank plc, HSBC Bank plc, HSBC Holdings plc, and UBS AG ("Settling Defendants"), having moved pursuant to Rules 59(e) and 60 of the Federal Rules of Civil Procedure to alter or amend the judgment in this action, *Gelboim, et ano. v. Credit Suisse Group AG, et al.*, No. 12-CV-1025 (NRB) ("Bondholder Action") and to grant relief therefrom, the Court having considered the motion and the submissions in support thereof, and the Court being duly advised, it is hereby

ORDERED that:

1. The motion is hereby GRANTED.

2. Without prejudice to personal jurisdiction or any other defenses the Settling Defendants have asserted (and expressly reserve) in the event the pertinent settlement is not ultimately approved, the judgment of dismissal in this Bondholder Action, announced by the Court's Memorandum and Order dated December 20, 2016 (*LIBOR VI*), and entered pursuant to Rule 58(c)(2)(B) on May

19, 2017 ("Judgment"), is hereby altered and amended, and relief therefrom is hereby granted as follows:

a. The Judgment does not apply to the Settling Defendants.

b. The Judgment applies to all other Defendants.

c. In the event the Court denies approval of one or more of the proposed Settlements, any party thereto may move for an appropriate order or judgment.

SO ORDERED THIS 27th DAY OF June, 2017.

_____
United States District Judge