# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | ECF Case<br>MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GMBH, *et al.*,<br><br>                    Plaintiffs,<br><br>                v.<br><br>CREDIT SUISSE GROUP AG, *et al.*,<br><br>                    Defendants. | No. 11-cv-2613-NRB<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF RABOBANK'S MOTION TO EXCLUDE THE PROPOSED EXPERT OPINIONS OF CRAIG S. BEEVERS

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant Coöperatieve Rabobank U.A. ("Rabobank") in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), excluding the proposed expert opinions of Craig S. Beevers. The grounds for Rabobank's motion are set forth in the accompanying Rabobank's Memorandum of Law in Support of Its Motion to Exclude The Proposed Expert Opinions of Craig S. Beevers.

Dated: July 7, 2017

Respectfully submitted,

*/s/ David R. Gelfand*
———————————————
David R. Gelfand
Robert C. Hora
Mark D. Villaverde
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
Tel.: (212) 530-5000
Fax: (212) 530-5219
dgelfand@milbank.com
rhora@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve Rabobank U.A.*