# Exhibit 69

# Confidential – Filed Under Seal