CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | TELEPHONE: (212) 701-3000 | | |
|---|---|---|---|---|
| L. HOWARD ADAMS | CHARLES A. GILMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| ROBERT A. ALESSI | ARIEL GOLDMAN | | BRIAN T. MARKLEY | DARREN SILVER |
| HELENE R. BANKS | JASON M. HALL | | WILLIAM J. MILLER | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | RICHARD A. STIEGLITZ JR. |
| DAVID L. BARASH | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | SUSANNA M. SUH |
| LANDIS C. BEST | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | ANTHONY K. TAMA |
| BRADLEY J. BONDI | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | JONATHAN D. THIER |
| BROCKTON B. BOSSON | DAVID G. JANUSZEWSKI | | LUIS R. PENALVER | SEAN P. TONOLLI* |
| KEVIN J. BURKE | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOHN A. TRIPODORO |
| JAMES J. CLARK | BRIAN S. KELLEHER | 24 MONUMENT STREET | SHEILA C. RAMESH | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | RICHARD KELLY | LONDON EC3R 8AJ | MICHAEL W. REDDY | HERBERT S. WASHER |
| STUART G. DOWNING | CHÉRIE R. KISER* | +44 (0)20 7920 9800 | OLEG REZZY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JAMES ROBINSON | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | TED B. LACEY | | THORN ROSENTHAL | DAVID WISHENGRAD |
| JENNIFER B. EZRING | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | TAMMY L. ROY | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | JOEL H. LEVITIN | (212) 701-3120 | JOHN SCHUSTER | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | | |

*ADMITTED IN DC ONLY

July 18, 2017

Re:   *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 11-md-2262 (NRB); *Mayor & City Council of Baltimore, et al. v. Credit Suisse AG*, 11-cv-5450 (NRB)

Dear Judge Buchwald:

We write on behalf of Defendants Credit Suisse AG ("CSAG") and Royal Bank of Canada ("RBC") in further support of CSAG's and RBC's June 26, 2017 request for leave to move to dismiss the OTC Action (Dkt. No. 1993) on the ground that, with the withdrawal of SEIU as a class representative (Dkt. No. 1992), there are no class representatives with any claims against CSAG and RBC.

OTC Plaintiffs do not dispute that there are no class representatives with claims remaining against CSAG or RBC. Nor do they argue that there is any basis to avoid dismissal on these facts. Instead, OTC Plaintiffs asked the Court on June 30, 2017 for a "10-day adjournment" of CSAG and RBC's request "so that the Court may consider any filing concerning a substitute class representative." (Dkt. No. 2016). On July 5, 2017, this Court granted OTC Plaintiffs' request. (Dkt. No. 2045). It has been more than two weeks since OTC Plaintiffs submitted their request and more than ten days since the Court granted OTC Plaintiffs' application, and OTC Plaintiffs have yet to provide any response to the motion to dismiss. We respectfully request that the Court grant that motion without further delay.

Respectfully Submitted,

Joel Kurtzberg

CAHILL GORDON & REINDEL LLP

- 2 -

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 1007

<u>BY ECF</u>

cc:     Counsel of Record