SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCarmody@susmangodfrey.com

July 18, 2017

**VIA ECF AND HAND DELIVERY**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Case No. 11-md-2262 (S.D.N.Y.)

Dear Judge Buchwald:

We write in response to defendants' letter this morning seeking dismissal of RBC and Credit Suisse (Dkt. 2087). Reserving all rights on appeal, OTC plaintiffs do not oppose dismissal without prejudice of the state law claims against RBC and Credit Suisse and we respectfully reserve the right to seek leave to add a substitute class representative at an appropriate time.

Respectfully,


*/s/ William Christopher Carmody*
William Christopher Carmody

Interim Co-Lead Counsel for the OTC Class

cc: All Counsel (via ECF)

5192282v1/012751