```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:
                                              ORDER
LIBOR-Based Financial Instruments
Antitrust Litigation.                         11 MD 2262 (NRB)

This Document Applies to:                     11 CV 2613 (NRB)

Exchange-Based Plaintiff Action

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Exchange-Based plaintiffs seek leave to file 75 pages of reply briefs. While their application recites the number of pages jointly submitted on behalf of many defendants, plaintiffs omit from their request the volume of their own submissions, namely, that in addition to their 32-page moving memorandum of law, they filed a 99-page attorney affidavit (which was effectively the fact statement of a brief) and 50 pages of memoranda in support of Daubert motions that necessarily address merits arguments. As it is clear from this recital, plaintiffs have already given themselves "extra pages." Moreover, plaintiffs made the decision not to use their opening memorandum to address issues which they had to know defendants would raise. Under these circumstances, their request for 75 pages is wholly unwarranted.

Accordingly, Exchange-Based plaintiffs are granted 25 pages to reply to trader-based issues (an unopposed request) and 30 pages total to reply to upstream and downstream issues.

**SO ORDERED.**

Dated: New York, New York
       July 19, 2017

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE