# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK NEW YORK 10019-6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 950 | Suite 3800 |
|---|---|---|
| 1000 Louisiana Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston Texas 77002 5096 | Los Angeles California 90067 6029 | Seattle Washington 98101 3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

July 14, 2017

**VIA ECF AND HAND DELIVERY**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/17

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, Case No. 11-md-2262 (S.D.N.Y.), 11 CV 5450 (NRB)

Dear Judge Buchwald:

On behalf of the OTC plaintiffs, we oppose the defendants' proposal that plaintiffs be forced to submit a joint brief on so-called "upstream" issues. Our case is materially different from the other cases here, including that our experts are different, the records of the lawsuits are different, and counsel are different.

At the present time, we believe that we can brief all issues relevant to the OTC case in 30 pages, and to the extent we would require any additional pages, we will meet and confer with the defendants and submit an appropriate application to the Court.

Respectfully,

/s/ *William Christopher Carmody*
William Christopher Carmody

Interim Co-Lead Counsel for the OTC Class

cc: All Counsel (via ECF)

*[Handwritten annotation from Judge:]* The request for a 30 page reply brief is granted. No further application will be granted.

Naomi Reice Buchwald
USDJ
7/19/17

5186407v1/012751