UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master Case 11-md-2262 (NRB)<br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>Case No. 12 CV 1025 (NRB) | |
| ELLEN GELBOIM and LINDA ZACHER, individually for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        -against-<br><br>CREDIT SUISSE GROUP AG, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, HSBC HOLDINGS PLC, HSBC BANK PLC, BARCLAYS BANK PLC, LLOYDS BANKING GROUP PLC, WESTLB AG, WESTDEUTSCHE IMMOBILIENBANK AG, UBS AG, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, CITIBANK NA, CITIGROUP INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., THE NORINCHUKIN BANK, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., and ROYAL BANK OF CANADA,<br><br>    Defendants. | **AMENDED**<br>**NOTICE OF APPEAL** |

Notice is hereby given that Ellen Gelboim and Linda Zacher, the plaintiffs in the above named action ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from: (1) the Memorandum

and Order filed December 20, 2016 (*LIBOR VI*) (Document No. 181 in Case No. 1:12-cv-01025 (NRB); Document No. 1676 in Case No. 1:11-md-02262 (NRB)), (2) the judgment of May 19, 2017[1] dismissing all claims by Plaintiffs against all defendants, (3) the order of June 27, 2017 (Document No. 203 in Case No. 1:12-cv-01025 (NRB); Document No. 1994 in Case No. 1:11-md-02262 (NRB)) and judgment thereon, modifying the aforesaid judgment entered May 19, 2017, to apply to all defendants other than Barclays Bank plc, HSBC Bank plc, HSBC Holdings plc, and UBS AG, (4) the partial final judgment, entered pursuant to Federal Rule of Civil Procedure 54(b) on July 19, 2017 (Document No. 207 in Case No. 1:12-cv-01025 (NRB); Document No. 2095 in Case No. 1:11-md-02262 (NRB)), with respect to the aforesaid order and modified judgment of June 27, 2017, and (5) all orders subsumed within the foregoing to the extent adverse to Plaintiffs.

Dated:  July 26, 2017

| | |
|---|---|
| /s/ *Karen L. Morris* | /s/ *David H. Weinstein* |
| Karen L. Morris | David H. Weinstein |
| Patrick F. Morris | Robert S. Kitchenoff |
| R. Michael Lindsey | WEINSTEIN KITCHENOFF & ASHER |
| MORRIS AND MORRIS LLC |   LLC |
|    COUNSELORS AT LAW | 100 South Broad Street, Suite 705 |
| 4023 Kennett Pike, # 254 | Philadelphia, PA 19110 |
| Wilmington, DE 19807 | Tel.: (215) 545-7200 |
| Tel.: (302) 426-0400 | Fax: (215) 545-6535 |
| Email: kmorris@morrisandmorrislaw.com | Email: weinstein@wka-law.com |
|       pmorris@morrisandmorrislaw.com |       kitchenoff@wka-law.com |
|       rmlindsey@morrisandmorrislaw.com | |

Attorneys for Bondholder Plaintiffs,
And Interim Co-Lead Counsel for the Bondholder Class

---

[1] No entry of judgment on a separate document pursuant to Federal Rule of Civil Procedure 58(a) has occurred. Therefore, judgment was entered pursuant to Rule 58(c)(2)(B) on May 19, 2017, the 150th day after the December 20, 2016 Memorandum and Order was docketed.

<u>Of Counsel:</u>
Thomas C. Goldstein
Eric Citron
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20184
Tel.: (202) 362-0636
tgoldstein@goldsteinrussell.com
ecitron@goldsteinrussell.com