UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:13-CV-04018-NRB | Case No. 1:11-md-2262-NRB<br><br>**NOTICE OF APPEAL** |
| SALIX CAPITAL US INC.,<br><br>            Plaintiff,<br><br>         -against-<br><br>BANC OF AMERICA SECURITIES LLC, n/k/a MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANK OF AMERICA CORP., BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, CITIGROUP INC., CREDIT SUISSE AG, CREDIT SUISSE GROUP AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, f/k/a J.P. MORGAN SECURITIES INC., THE ROYAL BANK OF SCOTLAND PLC, and UBS AG,<br><br>            Defendants. | |

       NOTICE IS HEREBY GIVEN that Plaintiff Salix Capital US Inc. appeals to the United States Court of Appeals for the Second Circuit from Partial Judgment entered pursuant to Federal Rule of Civil Procedure 54(b) on July 5, 2017, as corrected on July 19, 2017 [Dkt. Nos. 2051 and

2096 on the MDL docket, 11-md-2262; Dkt. Nos. 133 and 134 on the Salix docket, 13-cv-4018],

and each and every part thereof.

DATED:  New York, New York          QUINN EMANUEL URQUHART &
            July 28, 2017                    SULLIVAN, LLP

                                                 By:   /s/ Daniel L. Brockett
                                                      Daniel L. Brockett
                                                      Daniel P. Cunningham
                                                      Steig D. Olson
                                                      Jacob J. Waldman
                                                      51 Madison Avenue, 22nd Floor
                                                      New York, New York  10010-1601
                                                      Telephone:  (212) 849-7000
                                                      Fax:  (212) 849-7100
                                                      danbrockett@quinnemanuel.com
                                                      danielcunningham@quinnemanuel.com
                                                      steigolson@quinnemanuel.com
                                                      jacobwaldman@quinnemanuel.com

                                                      Jeremy D. Andersen (*pro hac vice*)
                                                      Chris Barker (*pro hac vice*)
                                                      865 South Figueroa Street, 10th Floor
                                                      Los Angeles, California 90017
                                                      Telephone:  (213) 443-3000
                                                      Fax:  (213) 443-3100
                                                      jeremyandersen@quinnemanuel.com
                                                      chrisbarker@quinnemanuel.com

                                                      *Attorneys for Plaintiffs Darby Financial Products*
                                                      *and Capital Ventures International*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

/s/ Jacob J. Waldman
Jacob J. Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
jacobwaldman@quinnemanuel.com