```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/17
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE AG, et al.,<br><br>Defendants. | No. 11-cv-5450 (NRB) |

## [PROPOSED] ORDER APPROVING OTC PLAINTIFFS' AMENDED NOTICE PROGRAM

This matter having originally come before the Court by way of OTC Plaintiffs' Motion for an Order Approving Notice Program and Preliminary Approval of Plan of Distribution for the settlement between OTC Plaintiffs and Barclays Bank, plc ("Barclays Settlement");

and the Court having previously found that the Notice Program satisfies the requirements of Federal Rule of Civil Procedure 23(c)(2)(b) and due process in that it constitutes the best notice practicable under the circumstances [ECF No. 1948];

and the Court having reviewed the revision to the Notice Program submitted by OTC Plaintiffs' letter of July 18, 2017, and the associated Supplemental Declaration of Shannon R. Wheatman;

and the Court finding that the revised Notice Program continues to satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2)(b) and due process;

1

and the Court having also reviewed the request for disbursement of $247,193.28 from the Barclays Settlement Fund to pay for the costs of class notice, also described in OTC Plaintiffs' letter of July 18, 2017, and the associated Supplemental Declaration of Shannon R. Wheatman;

IT IS on this _31st_ day of _July_, 2017;

**ORDERED** that OTC Plaintiffs' Notice Program is APPROVED as revised:

1. The print media for the Publication Notice shall not include *Strategic Finance* and *PlanSponsor*.

2. The Internet advertising component of the Notice Program shall be expanded according to the recommendations proposed in paragraph 3 of the Supplemental Declaration of Shannon R. Wheatman;

**AND FURTHER ORDERED** that OTC Plaintiffs' request for disbursement of $247,193.28 from the Barclays Settlement Fund is GRANTED.

_/s/ Naomi Reice Buchwald_
Hon. Naomi Reice Buchwald
UNITED STATES DISTRICT JUDGE