SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK NEW YORK 10019 6022
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/17

SUITE 5100
1000 LOUISIANA STREET
HOUSTON TEXAS 77002-5096
(713) 651-9366

SUITE 950
1901 AVENUE OF THE STARS
LOS ANGELES CALIFORNIA 90067 6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCARMODY@SUSMANGODFREY.COM

July 28, 2017

VIA ECF AND HAND DELIVERY

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re:  In re LIBOR-Based Financial Instruments Antitrust Litig., Case No. 11-md-2262 (S.D.N.Y.), 11 CV 5450 (NRB)

Dear Judge Buchwald:

We write on behalf of the OTC Plaintiffs in response to Defendants' July 28, 2017 letter. ECF No. 2139. OTC Plaintiffs respectfully request that the Court permit them to file a responsive letter on Wednesday, August 9. OTC Plaintiffs are drafting their class certification reply, which is due on August 4, and having to respond to the arguments raised in Defendants' July 28 letter now would require OTC Plaintiffs to take necessary resources away from their class certification reply.

*Application granted. Naomi Reice Buchwald, USDJ 7/31/17*

Respectfully,

*/s/ William Christopher Carmody*
William Christopher Carmody

Interim Co-Lead Counsel for the OTC Class

cc:   All Counsel (via ECF)

5232616v1/012751