**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE AG, et al., <br><br> Defendants. | No. 11-cv-5450 (NRB) |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT WITH
<u>CITIBANK, N.A. AND CITIGROUP INC.</u>**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") reached between OTC Plaintiffs and defendants Citibank, N.A. and

Citigroup Inc. (collectively, "Citibank") in the above-captioned action; and (ii) approving OTC Plaintiffs' choice of a Settlement Administrator, Claims Administrator, and Escrow Agent.

Submitted herewith in support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc. are (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc., (ii) the Declaration of Marc M. Seltzer in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Citibank, N.A. and Citigroup, Inc. and the exhibit thereto, and (iii) the [Proposed] Order Preliminarily Approving Settlement.

Dated: August 7, 2017

By:  /s/ Michael D. Hausfeld            /s/ William Christopher Carmody

Michael D. Hausfeld                     William Christopher Carmody (WC8478)
Hilary Scherrer                         Arun Subramanian (AS2096)
Nathaniel C. Giddings                   Seth Ard (SA1817)
HAUSFELD LLP                            Geng Chen (GC2733)
1700 St. NW, Suite 650                  SUSMAN GODFREY L.L.P.
Washington, D.C. 20006                  1301 Avenue of the Americas, 32nd Floor
Telephone: (202) 540-7200               New York, NY 10019
Facsimile: (202) 540-7201               Telephone: (212) 336-3330
mhausfeld@hausfeldllp.com               Facsimile: (212) 336-8340
hscherrer@hausfeldllp.com               bcarmody@susmangodfrey.com
ngiddings@hausfeldllp.com               asubramanian@susmangodfrey.com
                                        sard@susmangodfrey.com
Scott A. Martin                         gchen@susmangodfrey.com
HAUSFELD LLP
33 Whitehall Street, 14th Floor         Marc M. Seltzer
New York, NY 10004                      Glenn C. Bridgman
Telephone: (646) 357-1195               SUSMAN GODFREY L.L.P.
Facsimile: (212) 202-5322               1901 Avenue of the Stars
smartin@hausfeld.com                    Los Angeles, CA 90067-6029
                                        Telephone: (310) 789-3100
Gary I. Smith                           mseltzer@susmangodfrey.com
HAUSFELD LLP                            gbridgman@susmangodfrey.com
325 Chestnut Street, Suite 900
Philadelphia, PA 19106                  Matthew Berry
Telephone: (267) 702-2318               Drew D. Hansen
Facsimile: (215) 985-3271               SUSMAN GODFREY LLP
gsmith@hausfeld.com                     1201 Third Avenue, Suite 3800
                                        Seattle, WA 98101
                                        Telephone: (206) 516-3880
                                        Facsimile: (206) 516-3883
                                        mberry@susmangodfrey.com
                                        dhansen@susmangodfrey.com

                                        Barry C. Barnett (BB1984)
                                        Karen Oshman
                                        Michael Kelso
                                        SUSMAN GODFREY L.L.P.
                                        1000 Louisiana Street, Suite 5100
                                        Houston, TX 77002-5096
                                        Telephone: (713) 651-9366
                                        bbarnett@susmangodfrey.com
                                        koshman@susmangodfrey.com

1

mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*