UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., Plaintiffs, v. CREDIT SUISSE GROUP AG, et al., Defendants. | No. 11 Civ. 2613 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/17

[PROPOSED] SEALING ORDER

This Order addresses the Exchange-Based Plaintiffs' ("Plaintiffs") August 4, 2017 request to file under seal certain portions of the following document:

- Declaration of Victor E. Stewart in Support of the Exchanged-Based Plaintiffs' Reply Memorandum of Law in Further Support of Motion to Exclude the Opinions of Robert D. Willig.

The proposed sealed filing contains references to information produced that has been designated by one or more Parties as Confidential or Highly Confidential and for use only in the Plaintiffs' respective actions pursuant to paragraph 2.3.1 of the Amended Stipulation and Protective Order. ECF No. 1405.

THEREFORE, Plaintiffs' request to file portions of the Declaration of Victor E. Stewart in Support of the Exchanged-Based Plaintiffs' Reply Memorandum of Law in Further Support of Motion to Exclude the Opinions of Robert D. Willig.under seal is **GRANTED**.

IT IS SO ORDERED.

Dated:   New York, New York
         August 7, 2017

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE