UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., Plaintiffs, v. CREDIT SUISSE GROUP AG, et al., Defendants. | No. 11 Civ. 2613 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/17

[PROPOSED] SEALING ORDER

This Order addresses the Exchange-Based Plaintiffs' ("Plaintiffs") August 4, 2017 request to file under seal certain portions of the following documents:

- Plaintiffs' Reply Memorandum Of Law In Further Support Of Motion For Class Certification And Addressing Defendant Rabobank's Trader-Based Arguments ("Plaintiffs' Trader-Based Memorandum");

- Declaration of Thomas W. Elrod In Support of Plaintiffs' Reply Memorandum Of Law In Further Support Of Motion For Class Certification And Addressing Defendant Rabobank's Trader-Based Arguments (the "Elrod Reply Declaration"), and certain of its accompanying exhibits;

- Plaintiffs' Reply Memorandum Of Law In Further Support Of Their Motion For Class Certification And Addressing Defendants' Upstream And Downstream Arguments ("Plaintiffs' Suppression Memorandum");

- Declaration of Fred T. Isquith Jr. In Support of Plaintiffs' Reply Memorandum Of Law In Further Support Of Their Motion For Class Certification And Addressing Defendants' Upstream And Downstream Arguments (the "Isquith Reply Declaration"), and certain of its accompanying exhibits;

- Plaintiffs' Reply Memorandum Of Law In Further Support Of Motion To Exclude The Opinions Of Christopher Culp ("Plaintiffs' Reply Culp Memorandum");

- Plaintiffs' Reply Memorandum Of Law In Further Support Of Motion To Exclude The Opinions Of Glenn Hubbard ("Plaintiffs' Reply Hubbard Memorandum");
- Plaintiffs' Reply Memorandum Of Law In Further Support Of Motion To Exclude The Opinions Of Robert D. Willig ("Plaintiffs' Reply Willig Memorandum");
- Letter Requesting Permission To File The Sur-Sur Rebuttal Report of H. Nejat Seyhun, Ph.D. and a copy of that report annexed thereto ("Seyhun Sur-Sur Rebuttal Report").

The proposed sealed filings contain references to information produced that has been designated by one or more Parties as Confidential or Highly Confidential and for use only in the Plaintiffs' respective actions pursuant to paragraph 2.3.1 of the Amended Stipulation and Protective Order. ECF No. 1405.

THEREFORE, Plaintiffs' request to file portions of Plaintiffs' Trader-Based Memorandum, the Elrod Reply Declaration, Plaintiffs' Suppression Memorandum, the Isquith Reply Declaration, Plaintiffs' Reply Culp Memorandum, Plaintiffs' Reply Hubbard Memorandum, Plaintiffs' Reply Willig Memorandum, and the Seyhun Sur-Sur Rebuttal Report under seal is **GRANTED**.

IT IS SO ORDERED.

Dated: New York New York
August 7, 2017

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE