# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., Plaintiffs, v. CREDIT SUISSE AG, et al., Defendants. | No. 11-cv-5450 (NRB) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/17

## [PROPOSED] SEALING ORDER

This Order addresses the under seal submissions by OTC Plaintiffs on August 4, 2017, which were filed in redacted form. The proposed sealed filings contain references to information that one or more parties have designated as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order. [ECF No. 1405].

OTC Plaintiffs' request to file portions of their Reply Memorandum of Law in Support of OTC Plaintiffs' Motion to Certify Case as Class Action and Reply Declaration of Michael C. Kelso to the Court under seal is GRANTED.

IT IS SO ORDERED.

5246334v1/012751

Dated:      New York, New York

August _7_, 2017

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE