UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | |
| THE BERKSHIRE BANK<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.<br><br>Defendants. | 12-cv-5723 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/17

## [PROPOSED] SEALING ORDER

This Order addresses The Berkshire Bank's ("Plaintiff") August 4, 2017 request to file Plaintiff's reply memorandum of law in support of motion for class certification ("Plaintiff's Reply") with redactions as well as to file under seal certain exhibits to Plaintiff's Reply (together the "Lieberman Reply Decl.").

This Order also address the Plaintiff's August 4, 2017 request to file Plaintiff's reply memorandum of law in support of motion to exclude the expert report of Robert D. Willig ("Willig Daubert Reply") with redactions as well as to file under seal certain exhibits to the Willig Daubert Reply (together the "Lieberman Daubert Reply Decl.").

The proposed sealed filings contain references to information one or more Defendants have designated as Confidential or Highly Confidential and for use only in the Plaintiff's action pursuant to paragraph 2.3.1 of the Amended Stipulation and Protective Order. [ECF No. 1405].

The proposed redacted and sealed filings also contain references to information which Plaintiff has designated as Confidential or Highly Confidential pursuant to the Order.

THEREFORE, Plaintiff's request to file the Plaintiff's Reply, the Lieberman Reply Decl., the Willig Daubert Reply and the Lieberman Daubert Reply Decl. with redactions and part under seal is **GRANTED**.

Furthermore, Plaintiff's request for leave to file the aforementioned redacted and sealed versions of their filings using electronic signatures rather than physical signatures is **GRANTED**.

IT IS SO ORDERED.

Dated: New York New York
August 7, 2017

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE