UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,<br>     Plaintiffs,<br>  v.<br>CREDIT SUISSE AG, et al.,<br>     Defendants. | No. 11-cv-5450 |
| THE BERKSHIRE BANK, et al.,<br>     Plaintiffs,<br>  v.<br>BANK OF AMERICA CORP., et al.,<br>     Defendants. | No. 12-cv-5723 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/17

## [PROPOSED] SEALING ORDER

This Order addresses Defendants' August 4, 2017 request to file under seal certain portions of Defendants' *Daubert* Reply Briefs.[1] The proposed sealed material contains information that has been designated by one or more parties as Confidential or Highly Confidential. *See* Am. Stipulation and Protective Order, ECF No. 1405.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in Defendants' August 4, 2017 request to file under seal certain documents.

1

**THEREFORE**, Defendants' request to file under seal portions of Defendants' *Daubert* Reply Briefs is **GRANTED**.

Furthermore, Defendants' request for leave to file the sealed version of Defendants' *Daubert* Reply Briefs using electronic signatures rather than physical signatures is **GRANTED**.

IT IS SO ORDERED.

Dated: New York, New York
August 7, 2017

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE