**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re: LIBOR-Based Financial Instruments Antitrust Litigation**<br><br>This document relates to:<br><br>*The Regents of the Univ. of California v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-05186;<br><br>*East Bay Municipal Utility District v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-00626;<br><br>*San Diego Assoc. of Governments v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-05221;<br><br>*City of Richmond, et al. v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-00627;<br><br>*City of Riverside, et al. v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-00597;<br><br>*County of Mendocino v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-08644;<br><br>*County of Sacramento v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-05569;<br><br>*County of San Diego v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-00667;<br><br>*County of San Mateo, et al. v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-00625;<br><br>*County of Sonoma, et al. v. Bank of America Corp., et al.* S.D.N.Y. Case No. 1:13-cv-05187. | **Master File No. 1:11-md-02262-NRB**<br><br>**ECF CASE**<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that California Direct Action Plaintiffs The Regents of the University of California, East Bay Municipal Utility District, San Diego Association of Governments, City of Richmond, The Richmond Joint Powers Financing Authority, Successor Agency to the Richmond Community Redevelopment Agency, City of Riverside, The Riverside Public Financing Authority, County of Mendocino, County of Sacramento, County of San Diego, County of San Mateo, The San Mateo County Joint Powers Financing Authority, County of Sonoma, and David E. Sundstrom, in his official capacity as Treasurer of the County of Sonoma, appeal to the United States Court of Appeals for the Second Circuit from the Corrected Order for Entry of Partial Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) entered on July 19, 2017 [Docket No. 2096 on the MDL Docket, 11-md-2262; Docket No. 259 on The Regents of University of California docket, 1:13-cv-05186; Docket No. 265 on the East Bay Municipal Utility District docket, 1:13-cv-00626; Docket No. 250 on the San Diego Association of Governments docket, 1:13-cv-05221; Docket No. 265 on the City of Richmond, et al. docket, 1:13-cv-00627; Docket No. 267 on the City of Riverside, et al. docket, 1:13-cv-00597; Docket No. 229 on the County of Mendocino docket, 1:13-cv-08644; Docket No. 251 on the County of Sacramento docket, 1:13-cv-05569; Docket No. 266 on the County of San Diego docket, 1:13-cv-00667; Docket No. 266 on the County of San Mateo, et al. docket, 1:13-cv-00625; Docket No. 256 on the County of Sonoma, et al. docket, 1:13-cv-05187],[1] as well as all orders and

---

[1] The original Order for Entry of Partial Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) was entered on July 5, 2017 [Docket No. 2051 on the MDL docket, 11-md-2262; Docket No. 258 on The Regents of University of California docket, 1:13-cv-05186; Docket No. 264 on the East Bay Municipal Utility District docket, 1:13-cv-00626; Docket No. 249 on the San Diego Association of Governments docket, 1:13-cv-05221; Docket No. 264 on the City of Richmond, et al. docket, 1:13-cv-00627; Docket No. 266 on the City of Riverside, et al. docket, 1:13-cv-00597; Docket No. 228 on the County of Mendocino docket, 1:13-cv-08644; Docket No. 250 on the County of Sacramento docket, 1:13-cv-05569; Docket No. 265 on the

rulings subsumed within the Order for Entry of Partial Final Judgment (including but not limited to Docket No. 1676 on the MDL docket, 11-md-2262), and each and every part thereof.

DATED: August 9, 2017 **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ Alexander E. Barnett

Alexander E. Barnett
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: (212) 201-6820
Facsimile: (917) 398-7753
Email: abarnett@cpmlegal.com

Nanci E. Nishimura
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
Email:  nnishimura@cpmlegal.com

*Counsel for Plaintiffs The Regents of the University of California, East Bay Municipal Utility District, San Diego Association of Governments, City of Richmond, The Richmond Joint Powers Financing Authority, Successor Agency to the Richmond Community Redevelopment Agency, City of Riverside, The Riverside Public Financing Authority, County of Mendocino, County of Sacramento, County of San Diego, County of San Mateo, The San Mateo County Joint Powers Financing Authority, County of Sonoma, David E. Sundstrom, in his official capacity as Treasurer of the County of Sonoma.*

---

County of San Diego docket, 1:13-cv-00667; Docket No. 265 on the County of San Mateo, et al. docket, 1:13-cv-00625; Docket No. 255 on the County of Sonoma, et al. docket, 1:13-cv-05187].

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2017, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system. In accordance with Local Civil Rule 5.2 of the United States District Courts for the Southern and Eastern Districts of New York as well as Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

      /s/ Alexander E. Barnett
      Alexander E. Barnett
      **COTCHETT, PITRE & McCARTHY, LLP**
      40 Worth Street, 10th Floor
      New York, NY 10013
      Telephone: (212) 201-6820
      Facsimile: (917) 398-7753
      Email: abarnett@cpmlegal.com