# MANDATE

S.D.N.Y.–N.Y.C.
11-md-2262
Buchwald, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand seventeen.

Present:
> Rosemary S. Pooler,
> Peter W. Hall,
> > *Circuit Judges*.[1]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 15, 2017

In re Libor-Based Financial Instruments Antitrust Litigation,    17-1694

> *Petitioner*.

Petitioner has filed a petition for a writ of mandamus ordering the district court to enter a partial final judgment on some of its claims, or alternatively, to certify issues for interlocutory appeal under 28 U.S.C. § 1292(b). Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner lacks a clear and indisputable right to the writ. *See Balintulo v. Daimler AG*, 727 F.3d 174, 186 (2d Cir. 2013).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

---

[1] Judge Susan L. Carney, a member of the original panel, subsequently recused herself. Therefore, this motion is decided by the two remaining members of the panel pursuant to Internal Operating Procedure E(b) of the Rules of the United States Court of Appeals for the Second Circuit.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 8/15/2017