# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., Plaintiffs, v. CREDIT SUISSE AG, et al., Defendants. | No. 11-cv-5450 (NRB) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/17

## [PROPOSED] ORDER PRELIMINARILY APPROVING AMENDED PLAN OF DISTRIBUTION

This matter having come before the Court by way of OTC Plaintiffs' Motion for an Order Approving Notice Program and Preliminary Approval of Plan of Distribution in connection with the Barclays' Settlement, and by way of a supplemental August 24, 2017 Letter from OTC counsel;

**IT IS** hereby **ORDERED** as follows:

1. The Amended Plan of Distribution set forth in Exhibit A to the August 24, 2017 Letter from William C. Carmody is preliminarily approved, and shall be posted on the settlement website. The use of the modeling from Dr. Douglas Bernheim, as described in the Memorandum of Law in support of the Plan of Distribution, is preliminarily approved only for purposes of the Plan of Distribution, and not for any other purpose in this litigation.

2.      The Claims Administrator shall send a post-card notice no later than September 8, 2017 to those Class Members to whom it sent direct notice of the Settlement under the notice program approved in the June 6, 2017 Order (Dkt. 1948), with costs payable from the Barclays Settlement Fund, in the form of Exhibit B to the August 24, 2017 Letter from OTC Counsel.

3.      The remaining deadlines and rulings from the June 6, 2017 Order (Dkt. 1948) continue in effect and are unchanged.

                                                              _____
                                                              Hon. Naomi Reice Buchwald     8/28/17
                                                              UNITED STATES DISTRICT JUDGE