CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
KEVIN J. BURKE
JAMES J. CLARK
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3120

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

September 11, 2017

Re:   *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 11-md-2262 (NRB); *Mayor & City Council of Baltimore, et al. v. Credit Suisse AG*, 11-cv-5450 (NRB)

Dear Judge Buchwald:

We write on behalf of Defendant Credit Suisse AG ("CSAG") to seek clarification of the Court's September 8, 2017 Memorandum and Order (ECF No. 2256, the "Sept. 8th Order") entered in *Mayor & City Council of Baltimore, et al. v. Credit Suisse AG*, 11-cv-5450 (NRB) (the "OTC Action").

With the withdrawal of SEIU as a class representative, no class representative or named plaintiff in the OTC Action transacted with, and therefore has any live claims against, CSAG. In its letters of June 26, 2017 and July 18, 2017, CSAG requested that this Court dismiss all OTC claims against it on this ground. (ECF Nos. 1993, 2087). On July 18th, the OTC Plaintiffs responded that they "do not oppose dismissal without prejudice of the state law claims" against CSAG (ECF No. 2090), which are the sole claims remaining against CSAG.

While the Sept. 8th Order addressed related issues raised in subsequent letters about SEIU's withdrawal, the Order did not resolve CSAG's request for dismissal. CSAG respectfully requests that the Court clarify that CSAG is dismissed from the OTC Action because there are no named plaintiffs with any claims against it.

Respectfully Submitted,

Joel Kurtzberg

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 1007

CAHILL GORDON & REINDEL LLP

BY ECF

cc:     Counsel of Record