IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., Plaintiffs, v. CREDIT SUISSE AG, et al., Defendants. | No. 11-cv-5450 (NRB) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2017

## [PROPOSED] SEALING ORDER

This Order addresses the under seal submission by OTC Plaintiffs on November 22, 2017. [ECF No. 2358]. The proposed sealed filing contains proprietary and confidential pricing information that is highly sensitive.

The request to file Exhibit A to the Letter from William C. Carmody to the Court dated November 22, 2017 under seal is GRANTED.

IT IS SO ORDERED.

Dated:     New York, New York

           November 27, 2017

                                                    /s/ Naomi Reice Buchwald
                                                    NAOMI REICE BUCHWALD
                                                    UNITED STATES DISTRICT JUDGE