UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br>ECF Case |
| The OTC Action | Honorable Naomi R. Buchwald |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH CITIBANK, N.A. AND CITIGROUP INC.**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (a) granting final approval to the Settlement with Citibank N.A. and Citigroup Inc.; (b) certifying the settlement class, (c) granting final approval to the plan of distribution; (d) appointing Hausfeld LLP and Susman Godfrey LLP as Co-Lead Counsel for the Settlement Class; (e) granting final approval to the class notice, and for such other and further relief as the Court deems appropriate.

Submitted herewith in support of Motion for Final Approval of Settlement with Citibank N.A. and Citigroup Inc. are (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Final Approval of Settlement with Citibank N.A. and Citigroup Inc.; (ii) the Declaration of Michael D. Hausfeld in Support of Plaintiffs' Motion for Final Approval of Settlement with Citibank N.A. and Citigroup Inc.; (iii) the Declaration of Shannon Wheatman; (iv) the Declaration of Jason Rabe Regarding Notice by Mailing and Publication and Internet Notices; and (v) a [Proposed] Order.

Dated: December 15, 2017

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ William Christopher Carmody |
| Michael D. Hausfeld | William Christopher Carmody |
| Hilary Scherrer | Arun Subramanian |
| Nathaniel C. Giddings | Seth Ard |
| HAUSFELD LLP | Geng Chen |
| 1700 Street NW, Suite 650 | SUSMAN GODFREY L.L.P. |
| Washington, DC 20006 | 1301 Avenue of the Americas, 32nd Floor |
| Telephone: 202-540-7200 | New York, New York 10019 |
| Email: mhausfeld@hausfeldllp.com | Telephone: 212-336-3330 |

| | |
|---|---|
| Email: hscherrer@hausfeldllp.com<br>Email: ngiddings@hausfeldllp.com<br><br>Scott Martin<br>HAUSFELD LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Telephone: 646-357-1100<br>Email: smartin@hausfeldllp.com<br><br>Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Telephone: 215-985-3270<br>gsmith@hausfeld.com | Email: bcarmody@susmangodfrey.com<br>Email: asubramanian@susmangodfrey.com<br>Email: sard@susmangodfrey.com<br>Email: gchen@susmangodfrey.com<br>Marc M. Seltzer<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars<br>Los Angeles, California 90067-6029<br>Telephone: 310-789-3100<br>Email: mseltzer@susmangodfrey.com<br>Email: gbridgman@susmangodfrey.com<br><br>Barry Barnett<br>Michael C. Kelso<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: 713-651-9366<br>Email: bbarnett@susmangodfrey.com<br>Email: mkelso@susmangodfrey.com |

*Interim Co-Lead Counsel for the Over-the-Counter Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I caused the foregoing, along with the accompanying memorandum and declaration in support and a proposed order, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

December 15, 2017.

*/s/ Hilary K. Scherrer*
Hilary K. Scherrer
