**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL MATTERS | Case No. 11-md-2262 (NRB) |

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG, UBS Securities LLC, and UBS Limited.

Dated: New York, New York
January 17, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/  Mark A. Kirsch
         Mark A. Kirsch

200 Park Avenue, 48th Floor
New York, New York 10166
Tel.: (212) 351-2662
mkirsch@gibsondunn.com

*Attorneys for UBS AG, UBS Securities LLC, and UBS Limited*