**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:                             Case No. 11-md-2262 (NRB)

ALL MATTERS

------------------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendants UBS AG, UBS Securities LLC, and UBS Limited in the above-captioned action. No substitution of counsel is necessary, as UBS AG, UBS Securities LLC, and UBS Limited continue to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG, UBS Securities LLC, and UBS Limited are aware of and consent to the withdrawal.

Dated: New York, New York
       January 18, 2018

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:   /s/   *Peter Sullivan*
                                              Peter Sullivan

                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166
                                        Tel.: (212) 351-5370
                                        psullivan@gibsondunn.com

                                        *Attorney for UBS AG, UBS Securities*
                                        *LLC, and UBS Limited*