UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., Plaintiffs, v. CREDIT SUISSE AG, et al., Defendants. | No. 11-cv-5450 (NRB) |

**DECLARATION OF JASON RABE REGARDING
REQUESTS FOR EXCLSUION**

I, JASON RABE, declare and state as follows:

1.  I am a Program Manager at Rust Consulting, Inc. ("Rust"). Rust was appointed as Claims Administrator pursuant to ¶ 1 of the Order Approving OTC Plaintiffs' Notice Program and Preliminary Approval of Plan of Distribution dated September 26, 2017 (the "Preliminary Approval Order"). I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Rust with respect to the Settlement.

2.  I submit this declaration to provide the Court with updated information regarding the receipt of Requests for Exclusion. I am over 21 years of age and am not a party to this

1

action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit A is an updated complete listing of the name and Rust's internal tracking number of the Requests for Exclusion from the Class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of January, 2018 in Minneapolis, Minnesota.

_____
Jason Rabe

# EXHIBIT A

# EXHIBIT A

## Requests for Exclusion from the Class

| Exclusion # | Name of Class Member |
|---|---|
| 1 | Quinn Emanuel on behalf of Prudential Investment Portfolios 2, f/k/a Dryden Core Investment Fund, o/b/o Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund (the "Funds") |
| 2 | Quinn Emanuel on behalf of Salix Capital US, Inc. ("Salix") |
| 3 | Lieff Cabraser Heimann & Bernstein on behalf of Bay Area Toll Authority ("BATA") |
| 4 | Quinn Emanuel on behalf of The City of Philadelphia ("Philadelphia") and The Pennsylvania Intergovernmental Cooperation Authority ("PICA") |
| 5 | District of Columbia Retirement Board |
| 6 | Federal Deposit Insurance Corporation ("FDIC") Closed Banks |
| 7 | Federal Deposit Insurance Corporation ("FDIC") Doral Bank |
| 8 | Principal Financial Group Services, Inc. |
| 9 | Principal Funds, Inc. and Principal Variable Contacts Funds, Inc. ("Principal Funds") |
| 10 | Principal Life Insurance Company |
| 11 | Jerome A. Champion |
| 12 | County of San Diego |
| 13 | County of San Mateo and the San Mateo Joint Powers Financing Authority |
| 14 | Charles Schwab & Company ("Schwab Plaintiffs") |
| 15 | The Federal Home Loan Mortgage Corporation ("Freddie Mac") |
| 16 | Gibbs & Bruns LLP on behalf of Federal National Mortgage Association ("Fannie Mae") |