UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Case No. 11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Bank Dublin plc (n/k/a J.P. Morgan Dublin plc) (f/k/a Bear Stearns Bank plc), J.P. Morgan Securities LLC, J.P. Morgan Markets Limited (f/k/a Bear Stearns International Ltd.), Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A. (collectively, "JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP.  Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
       February 14, 2018

                                          Respectfully submitted,

                                          SIMPSON THACHER & BARTLETT LLP

                                          By:    /s/ Paul C. Gluckow_____
                                                        Mary Beth Forshaw (mforshaw@stblaw.com)
                                                        Paul C. Gluckow (pgluckow@stblaw.com)
                                                        Alan C. Turner (aturner@stblaw.com)
                                                         425 Lexington Avenue
                                                         New York, New York 10017
                                                         Tel: (212) 455-2000
                                                         Fax: (212) 455-2502

                                                         Abram J. Ellis (aellis@stblaw.com)
                                                         900 G Street, NW
                                                         Washington, D.C. 20001
                                                         Tel: (202) 636-5500
                                                         Fax: (202) 636-5502

                                          *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, J.P. Morgan Securities LLC, J.P. Morgan Markets Limited, Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A.*