N.Y.S.D. Case #
11-md-2262(NRB)
11-cv-6409(NRB)
11-cv-6411(NRB)
11-cv-6412(NRB)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand and eighteen.

Before: Debra Ann Livingston,
        *Circuit Judge.*

---

Schwab Short-Term Bond Market Fund, et al.,

    Plaintiffs - Appellants,

Carpenters Pension Fund of West Virginia, et al.,

    Plaintiffs,

v.

Lloyds Banking Group plc, Bank of America Corporation, et al,

    Defendants - Appellees,

Credit Agricole S.A., et al.,

    Defendants.

---

**ORDER**

Docket No. 17-1569(L), 17-1915(con), 17-1989, 17-2056(con), 17-2343(con), 17-2347(con), 17-2351(con), 17-2352(con), 17-2360(con), 17-2376(con),17-2381(con), 17-2383(con), 2413(con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 27, 2018

Appellants and Appellees Citibank, NA and Citigroup, Inc move for partial severance of the appeal as to Citibank, NA and Citigroup, Inc in docket number 17-1989. The parties further move to hold the severed appeal in abeyance and remand the case to the district court for consideration of a settlement agreement.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants are directed to file a status update letter with the Court every 30 days beginning 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/27/2018