IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | |
| The OTC Action | |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH <u>DEUTSCHE BANK AKTIENGESELLSCHAFT</u>**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") reached between OTC Plaintiffs and defendant Deutsche Bank Aktiengesellschaft, also known as Deutsche Bank AG, in the above-captioned action; (ii) certifying the proposed Settlement Class; (iii) appointing Hausfeld LLP and Susman Godfrey L.L.P. as Settlement Class Counsel; and (iv) approving OTC Plaintiffs' choice of a Settlement Administrator, Claims Administrator, and Escrow Agent.

Submitted herewith in support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank Aktiengesellschaft are: (i) the Memorandum of Law in Support of

1

OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank Aktiengesellschaft; (ii) the Declaration of Hilary K. Scherrer in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank Aktiengesellschaft and the exhibit thereto; and (iii) the [Proposed] Order Preliminarily Approving Settlement.

Dated: February 27, 2018

By:   */s/ Michael D. Hausfeld*                             */s/ William Christopher Carmody*

| | |
|---|---|
| Michael D. Hausfeld | William Christopher Carmody (WC8478) |
| Hilary Scherrer | Arun Subramanian (AS2096) |
| Nathaniel C. Giddings | Seth Ard (SA1817) |
| HAUSFELD LLP | Geng Chen (GC2733) |
| 1700 St. NW, Suite 650 | SUSMAN GODFREY L.L.P. |
| Washington, D.C. 20006 | 1301 Avenue of the Americas, 32nd Floor |
| Telephone: (202) 540-7200 | New York, NY 10019 |
| Facsimile: (202) 540-7201 | Telephone: (212) 336-3330 |
| mhausfeld@hausfeldllp.com | Facsimile: (212) 336-8340 |
| hscherrer@hausfeldllp.com | bcarmody@susmangodfrey.com |
| ngiddings@hausfeldllp.com | asubramanian@susmangodfrey.com |
| | sard@susmangodfrey.com |
| Scott A. Martin | gchen@susmangodfrey.com |
| HAUSFELD LLP | |
| 33 Whitehall Street, 14th Floor | Marc M. Seltzer |
| New York, NY 10004 | Glenn C. Bridgman |
| Telephone: (646) 357-1195 | SUSMAN GODFREY L.L.P. |
| Facsimile: (212) 202-5322 | 1901 Avenue of the Stars |
| smartin@hausfeld.com | Los Angeles, CA 90067-6029 |
| | Telephone: (310) 789-3100 |
| Gary I. Smith | mseltzer@susmangodfrey.com |
| HAUSFELD LLP | gbridgman@susmangodfrey.com |
| 325 Chestnut Street, Suite 900 | |
| Philadelphia, PA 19106 | Matthew Berry |
| Telephone: (267) 702-2318 | Drew D. Hansen |
| Facsimile: (215) 985-3271 | SUSMAN GODFREY LLP |
| gsmith@hausfeld.com | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| | mberry@susmangodfrey.com |
| | dhansen@susmangodfrey.com |

Barry C. Barnett (BB1984)
Karen Oshman
Michael Kelso
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
bbarnett@susmangodfrey.com
koshman@susmangodfrey.com
mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*