IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: | No. 1:11-md-2262-NRB |
| ALL MATTERS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven M. Nathan, a member of this Court in good standing and an attorney at the law firm Hausfeld LLP, hereby enters his appearance as counsel for Plaintiff Mayor and City Council of Baltimore in the above-captioned matter.

Dated: March 19, 2018                                  Respectfully submitted,

*/s/ Steven M. Nathan*_____
Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1194
Facsimile: (212) 202-5322
Email: snathan@hausfeld.com