**MANDATE**

S.D.N.Y.–N.Y.C.
11-md-2262
Buchwald, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand eighteen.

Present:
    Dennis Jacobs,
    Richard C. Wesley,
        *Circuit Judges,*
    Edward Korman,*
        *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 03, 2018

In re Libor-Based Financial Instruments Antitrust Litigation.     17-3825

Petitioners seek a writ of mandamus ordering the district court to enter a partial final judgment on some of their claims under Federal Rule of Civil Procedure 54(b), or, alternatively, to certify issues for interlocutory appeal under 28 U.S.C. § 1292(b). Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that they have a clear and indisputable right to the writ, or that mandamus relief is appropriate under the circumstances. *See Balintulo v. Daimler AG*, 727 F.3d 174, 186 (2d Cir. 2013).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



---

\* Judge Edward Korman, of the United States District Court for the Eastern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/03/2018