IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE AG, et al., <br><br> Defendants. | No. 11-cv-5450 (NRB) |

USDC SDNY
DOCUMENT
ELECTRO...
DOC #:
DATE FI    04/05/2018

**ORDER PRELIMINARILY APPROVING SETTLEMENT BETWEEN
OTC PLAINTIFFS AND HSBC BANK PLC**

THIS CAUSE came before the Court on OTC Plaintiffs' Motion for Preliminary Approval of Settlement with HSBC Bank plc ("HSBC"), filed March 29, 2018. OTC Plaintiffs have entered into a settlement agreement, dated February 15, 2018 ("Settlement Agreement"), with HSBC. The Court, having reviewed the Motion, its accompanying memorandum and declaration, the Settlement Agreement, and the file, hereby:

**ORDERS AND ADJUDGES:**

1.   Terms used in this Order that are defined in the Settlement Agreement are, unless otherwise defined herein, used in this Order as defined in the Settlement Agreement.

Preliminary Approval of Settlement Agreement

1

2. The terms of the Settlement Agreement are hereby preliminarily approved, including the releases contained therein, as being fair, reasonable, and adequate to the OTC Class, subject to the Fairness Hearing described below.

### Plan of Distribution and Notice to OTC Class Members

3. At a later date, OTC Plaintiffs' Counsel shall submit to the Court for approval a plan of distribution and a notice plan for purposes of advising OTC Class Members, among other things, of the plan of distribution, their right to object to the Settlement Agreement, their right to exclude themselves from the OTC Class, the procedure for submitting a request for exclusion, the time, date, and location of the Fairness Hearing, and their right to appear at the Fairness Hearing. Any notice plan undertaken shall advise OTC Class Members of both this settlement and the settlement between OTC Plaintiffs and Deutsche Bank AG.

### Settlement Administration

4. The Court approves Kenneth Feinberg as the Settlement Administrator.

5. The Court approves Rust Consulting, Inc. as the Claims Administrator.

6. The Court approves Huntington Bank as the Escrow Agent.

### Other Provisions

7. The OTC Action against HSBC and HSBC Holdings plc is stayed under this Court renders a final decision on approval of the settlement set forth in the Settlement Agreement.

8. In the event that the Settlement Agreement is terminated in accordance with its provisions, the Settlement Agreement and all proceedings had in connection therewith shall be null and void, except insofar as expressly provided to the contrary in the Settlement Agreement, and without prejudice to the status quo ante rights of OTC Plaintiffs, HSBC, and the members of the OTC Class.

9. This order is without prejudice to the non-settling Defendants seeking relief from the Court and an opportunity for briefing to the extent that this settlement attempts to deprive such Defendants of information to which they otherwise would be entitled under the Federal Rules.

**IT IS SO ORDERED** on this __5th__ day of __April__, 2018.

_____
Hon. Naomi Reice Buchwald
**UNITED STATES DISTRICT JUDGE**