# POMERANTZ LLP

Attorneys at Law

**Jeremy A. Lieberman**  
jalieberman@pomlaw.com

600 Third Avenue  
New York, New York 10016  
T: 212.661.1100   F: 212.661.8665

April 12, 2018

**VIA ECF &HAND DELIVERY**

Honorable Naomi Reice Buchwald  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street – Courtroom 21A  
New York, NY 10007-1312

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.,* **No.11-MD-2262 (NRB);** *The Berkshire Bank v. Bank of America, et al.,* **No. 12-cv-5723-NRB**

Dear Judge Buchwald:

We represent Government Development Bank for Puerto Rico and The Berkshire Bank ("Plaintiffs") in the above-referenced action (the "Lender Action"). On February 9, 2018, we reached an agreement in principle to settle all claims against Barclays Bank PLC ("Barclays") in the above-referenced action. The parties are working on a stipulation of settlement. Plaintiffs expect to file the stipulation of settlement and to seek preliminary approval of the settlement no later than April 25, 2018. In connection with that motion, Plaintiffs will file a revised long form notice, publication notice, plan of distribution, preliminary approval order and final approval order so that the Barclays settlement can proceed forward alongside our prior settlements with Citibank, N.A., Citigroup, Inc., and HSBC Bank PLC. (ECF No. 2403.)

Plaintiffs will promptly inform the Court if Plaintiffs are unable to file their contemplated motion for preliminary approval of the Barclays settlement by April 25, 2018.

Respectfully submitted,

**POMERANTZ LLP**

By: *s/ Jeremy A. Lieberman*  
Jeremy A. Lieberman  
Michael J. Wernke

600 Third Avenue  
New York, NY 10016  
Tel: (212) 661-1100

Honorable Naomi Reice Buchwald
In re LIBOR-Based Financial Instruments Antitrust Litigation
11-MD-2262 (NRB)
April 12, 2018
Page | 2

                                                        Fax:  (212) 661-8665
                                        Email:   jalieberman@pmlaw.com
                                                     mjwernke@pomlaw.com

*Interim Lead Counsel for the Lender Class*

cc:  All Counsel of Record (via ECF)