```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 <br><br> Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: <br><br> THE OTC ACTION | |

### ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY JENNIFER L. WHITE

Upon consideration of the Motion for Withdrawal of Attorney Jennifer L. White (the "Motion"), and for good cause shown, it is hereby ordered that:

1. The Motion is GRANTED.

2. The Clerk is ordered to reflect on the dockets the termination of attorney Jennifer L. White as counsel of record for the Virgin Islands Public Finance Authority.

**IT IS SO ORDERED.**

Dated: April 16, 2018

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(The clerk of court is directed to close this motion.)

2