# POMERANTZ LLP

Attorneys at Law

**Jeremy A. Lieberman**  
jalieberman@pomlaw.com

600 Third Avenue  
New York, New York 10016  
T: 212.661.1100   F: 212.661.8665

April 25, 2018

**VIA ECF & HAND DELIVERY**

Honorable Naomi Reice Buchwald  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street – Courtroom 21A  
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litig.,* **No.11-MD-2262 (NRB);**  
*The Berkshire Bank v. Bank of America, et al.,* **No. 12-cv-5723-NRB**

Dear Judge Buchwald:

We represent Government Development Bank for Puerto Rico and The Berkshire Bank ("Plaintiffs") in the above-referenced action (the "Lender Action"). We write to update the Court on the status of the filing of the stipulation of settlement with Barclays Bank PLC ("Barclays"), the motion for preliminary approval of the settlement and the revised long form notice, publication notice, plan of distribution, preliminary approval order and final approval order so that the Barclays settlement can proceed forward alongside our prior settlements with Citibank, N.A., Citigroup, Inc., and HSBC Bank PLC. (ECF No. 2403). When we informed the Court of the settlement with Barclays on April 12, 2018, we stated that we expected to file the relevant papers by April 25, 2018. (ECF No. 2488). The parties are finalizing the stipulation of settlement and the necessary documents to support the settlement. Plaintiffs will file the stipulation of settlement, the motion for preliminary approval of the settlement and the revised papers on or before May 4, 2018.

Respectfully submitted,

**POMERANTZ LLP**

By: *s/ Jeremy A. Lieberman*  
Jeremy A. Lieberman  
Michael J. Wernke

600 Third Avenue  
New York, NY 10016

Honorable Naomi Reice Buchwald
In re LIBOR-Based Financial Instruments Antitrust Litigation
11-MD-2262 (NRB)
April 25, 2018
Page | 2

                                          Tel:  (212) 661-1100
                                          Fax:  (212) 661-8665
                                          Email:   jalieberman@pmlaw.com
                                                        mjwernke@pomlaw.com

*Interim Lead Counsel for the Lender Class*

cc:  All Counsel of Record (via ECF)