# NUSSBAUM LAW GROUP, P.C.

1211 Avenue of the Americas, 40th Floor
New York, New York 10036-8718
Telephone:  (917) 438-9102 / Fax:  (212) 753-0646

Linda P. Nussbaum
Direct Dial:  (917) 438-9189
Mobile:  (914) 874-7152
Email: lnussbaum@nussbaumpc.com
Web: www.nussbaumlawgroup.com

May 17, 2018

**VIA ECF AND FAX**
Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-0194

Re:   *In re: LIBOR-Based Fin'l. Instruments Antitrust Litig.*
      11-md-2262 (NRB) (S.D.N.Y.)

      *Axiom Investment Advs., LLC et al v. Bank of Am. Corp. et al.*
      15-cv-02973-NRB (S.D.N.Y.)

Dear Judge Buchwald:

My firm represents plaintiffs Axiom FX Investment 2X Fund, L.P., Axiom FX Investment Fund II, L.P., Axiom FX Investment Fund, L.P., Axiom HFT LLC, Axiom Investment Advisors Holdings L.P., Axiom Investment Advisors, LLC, Axiom Investment Company, LLC, Axiom Investment Company Holdings L.P., Gildor Family Advisors L.P., Gildor Family Company L.P., Gildor Management, LLC, and Ephraim F. Gildor in the above-referenced cases. This letter responds to Mr. Martin's letter to the Court on May 11, 2018 (ECF # 2510).

Our case has been stayed by the Court for the past six years. We have recently learned that a scheduling agreement has been reached between the Direct Action Plaintiffs and Defendants, which, on its face, appears to potentially include our case. We were not part of any negotiation or discussion concerning this agreement; we do not, at this time, agree to its terms.

We therefore respectfully request that this Court, as it did on May 14 in connection with certain other plaintiffs (ECF # 2514), so order that our case remain stayed for all substantive

purposes pending a decision by the Second Circuit in *Gelboim*. Because of the nature our client's claim, we believe the Second Circuit's decision in *Gelboim* will be instructive as to the future of our case and therefore believe it most prudent to maintain the stay in this litigation until that appeal is fully resolved.

                                          Very truly yours,

                                          *s/ Linda Nussbaum*

                                          Linda P. Nussbaum

cc:   All counsel of record (via ECF)