AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Lit. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-MD-02262 (NRB) |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Objectors, Virgin Islands Public Finance Authority   and  Maimonides Medical Center                                    .

Date:       05/29/2018
_____                                   _____
                                                                                   *Attorney's signature*

                                                                          Lester Jacobowitz (LJ7404)
                                                                          *Printed name and bar number*
                                                                                   Arent Fox LLP
                                                                          1675 Broadway, 34th Fl
                                                                          New York, NY 10019

                                                                                   *Address*

                                                                          les.jacobowitz@arentfox.com
                                                                                   *E-mail address*

                                                                                   (212) 484-3900
                                                                                   *Telephone number*

                                                                                   (212) 484-3990
                                                                                   *FAX number*