UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIG.<br><br>This Document Relates to: All Cases | ) ) ) ) ) ) ) ) ) | 1: 11-md-02262 (NRB)(THK)<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FRED ISQUITH AS COUNSEL FOR EXCHANGE-BASED PLAINTIFFS AND PUTATIVE CLASS MEMBERS |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Fred Isquith is no longer with the firm of Lovell Stewart Halebian Jacobson LLP, and is hereby withdrawn as counsel for Plaintiffs Robert E. Calle Gracey, FTC Capital GmbH, FTC Futures Fund PCC Ltd, FTC Futures Fund SICAV and Metzler Investment GmbH and Mayor and City Council of Baltimore, in the above-captioned action. Kirby McInerney, LLP and Lovell Stewart Halebian Jacobson LLP continue to serve as counsel for the named plaintiffs and as interim class counsel for the putative class of exchange-based investors in this action.

Dated: June 7, 2018

So Ordered.

*[signature]* Naomi Reice Buchwald, USDJ

June 11, 2018

Respectfully Submitted,

Plaintiffs FTC Capital GmbH, FTC Futures Fund PCC Ltd, FTC Futures Fund SICAV and Metzler Investment GmbH

By their attorneys,

*/s/ Christopher Lovell*
Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Tel: (212) 608-1900
Interim Co-Lead Counsel for
the Exchange-Based Class