```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2018
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments                ORDER
Antitrust Litigation.
                                                 11 MD 2262 (NRB)
This Document Applies to:

    Lender Action                                12 Civ. 5723

----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Apparently unaware of, or undeterred by, our reminder that motions papers "must be double-spaced, except for headings, text in footnotes, or block quotations, which may be single-spaced," LIBOR VII, 299 F. Supp. 3d 430, 580 n.159 (S.D.N.Y. 2018) (quoting Local Civil Rule 11(b)(3)), Lender plaintiffs have again filed non-compliant papers, see ECF No. 2553.

To reiterate, "[d]ouble-spaced means double-spaced," which means 2.0x spaced. LIBOR VII, 299 F. Supp. 3d at 580 n.159. "Not 1.9x spaced, not 1.8x spaced, and certainly not approximately 1.75x spaced as [ECF No. 2553 is]." Id. The Clerk of the Court is directed to strike ECF No. 2553.

**SO ORDERED.**

Dated:  New York, New York
        June 18, 2018

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1