UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

    Cases Listed in Appendix

----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**ORDER**

11 MD 2262 (NRB)

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _06/19/2018_ |

This omnibus order addresses the filings made by (1) the
Federal Home Loan Mortgage Corporation (Freddie Mac), the
Federal Deposit Insurance Corporation (FDIC), the Principal
Financial entities, and the Principal Funds entities
(collectively, the "FFP plaintiffs"), (2) the Charles Schwab
plaintiffs, and (3) the National Credit Union Administration
(NCUA) Board, all pursuant to the Court's May 14, 2018
scheduling order, ECF No. 2513.

## I.   The FFP Plaintiffs

The FFP plaintiffs have collectively filed eight motions
for leave to amend, corresponding to three cases filed by the
Principal Financial entities (Cases 13 Civ. 6014, 15 Civ. 9792,
and 16 Civ. 592), three cases filed by the Principal Funds
entities (Cases 13 Civ. 6013, 15 Civ. 9793, and 16 Civ. 590),
one case filed by Freddie Mac (Case 13 Civ. 3952), and two cases
filed by the FDIC (Cases 14 Civ. 1757 and 18 Civ. 1540).

1

Though the parties indicated they would "file coordinated briefs on common issues on their respective sides so as to promote efficiency and eliminate duplication in the briefing process," ECF No. 2510, the Principal entities have filed six ostensibly identical memoranda of law (differing only in caption). See ECF Nos. 2547, 2549, 2554, 2558 in Case 11 MD 2262, ECF No. 59 in Case 15 Civ. 9792, and ECF No. 53 in Case 15 Civ. 9793. However incisive or enlightening the legal analysis offered in those memoranda may be (of which the Court offers no assessment at this time), it need not have been offered six times over. As the Court does not wish to require that Principal's counsel refile more than 150 exhibits, the Court will not order that the docket entries in question be stricken. Principal is directed, however, to file a single memorandum of law corresponding to the six cases at issue. To the extent the six memoranda in fact contain differences in substance overlooked by the Court, this single superseding memorandum should identify any such differences.

Principal Financial and Principal Funds's request to seal certain portions of their amended complaints (filed as attachments to ECF Nos. 2547, 2549, 2554, 2558 in Case 11 MD 2262, ECF No. 59 in Case 15 Civ. 9792, and ECF No. 53 in Case 15 Civ. 9793) is granted. Further, Freddie Mac's request to seal certain portions of its proposed amended complaint (filed in

2

redacted form as an attachment to ECF No. 2567), pertaining to references to and excerpts from proceedings in the Southwark Crown Court,[1] is granted. The FDIC's analogous request to seal certain portions of its proposed amended complaint (filed in redacted form as an attachment to ECF NO. 2568) is also granted.

Finally, the notice of motion at ECF No. 2556 either refers to the incorrect case (Case 13 Civ. 6013 instead of Case 16 Civ. 590) or is duplicative of ECF No. 2551. The Clerk of the Court will be directed to strike ECF No. 2556.

## II. Charles Schwab

The Schwab plaintiffs have filed one amended complaint, see ECF No. 2564, which they may do as of right following the Second Circuit's decision in Charles Schwab Corp. v. Bank of America Corp., 883 F.3d 68 (2d Cir. 2018). The Clerk of the Court will be directed to accept an amended complaint filed by the Schwab plaintiffs correcting the filing deficiencies identified at ECF No. 2564 and to reopen Case 13 Civ. 7005, and the Schwab plaintiffs are directed to file a redline version comparing the corrected amended complaint with the previously operative complaint at ECF No. 672.

---

[1] In the Southwark Crown Court v. Tom Hayes, Case No. T20137308; In the Southwark Crown Court v. Read, et al., Case Nos. T20147566, T20137369, T20137370, T20147183; In the Southwark Crown Court v. Contogoulas, Nos. T20147114, T20147116 and T20147239.

**III. NCUA Board**

The NCUA Board has filed one amended complaint in Case 15 Civ. 2060, see ECF No. 2543, and a motion for leave to amend (and accompanying memorandum of law) in Case 13 Civ. 7394, see ECF Nos. 2544, 2545. The Clerk of the Court will be directed to accept an amended complaint filed by the NCUA Board that corrects the filing deficiencies identified by the Clerk of the Court at ECF No. 2543, and the NCUA Board is directed to file a redline comparing the corrected amended complaint against the complaint previously filed at ECF No. 1 in Case 15 Civ. 2060. The corrected amended complaint shall be filed on both the MDL docket and the docket in Case 15 Civ. 2060.

\*    \*    \*

The Clerk of the Court is respectfully directed (1) to accept the partially sealed complaints filed as attachments to ECF No. 2547, 2549, 2554, 2558, 2567, 2568, ECF No. 59 in Case 15 Civ. 9792, and ECF No. 53 in Case 15 Civ. 9793; (2) to strike ECF No. 2556 (but preserve its corresponding docket text); (3) to accept an amended complaint filed by the Schwab plaintiffs that corrects the filing errors identified at ECF No. 2564; (4) to reopen Case 13 Civ. 7005; (5) to accept an amended complaint filed by the NCUA Board that corrects the filing errors identified at ECF No. 2543, and (6) to terminate the motions listed at ECF Nos. 2559, 2560, and 2561 in Case 11 MD 2262, at

4

ECF No. 60 in Case 15 Civ. 9792, and at ECF No. 54 in Case 15
Civ. 9793.

**SO ORDERED.**

Dated:   New York, New York
         June **19**, 2018

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

# **APPENDIX**

This document applies to the following cases:

| CASE NAME | CASE NO. |
|---|---|
| Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. | 13 Civ. 3952 |
| Principal Funds, Inc. v. Bank of Am. Corp. | 13 Civ. 6013 |
| Principal Fin. Grp., Inc. v. Bank of Am. Corp. | 13 Civ. 6014 |
| Charles Schwab Corp. v. Bank of Am. Corp. | 13 Civ. 7005 |
| Nat'l Credit Union Admin. Bd. v. Credit Suisse Grp. AG | 13 Civ. 7394 |
| Fed. Deposit Ins. Corp. v. Bank of Am. Corp. | 14 Civ. 1757 |
| Nat'l Credit Union Admin. Bd. v. Credit Suisse Grp. AG | 15 Civ. 2060 |
| Principal Fin. Grp., Inc. v. Bank of Am. Corp. | 15 Civ. 9792 |
| Principal Funds, Inc. v. Bank of Am. Corp. | 15 Civ. 9793 |
| Principal Funds, Inc. v. Bank of Am. Corp. | 16 Civ. 590 |
| Principal Fin. Grp., Inc. v. Bank of Am. Corp. | 16 Civ. 592 |
| Fed. Deposit Ins. Corp. v. Bank of Am., N.A. | 18 Civ. 1540 |