

Jason A. Zweig
Partner
**HAGENS BERMAN SOBOL SHAPIRO LLP**
555 FIFTH AVENUE, SUITE 1700
NEW YORK, NY  10017
www.hbsslaw.com
**Direct (708) 628-4958**
jasonz@hbsslaw.com

June 22, 2018

**BY ECF**

Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *In re: LIBOR-Based Financial Instruments Antitrust Litig.*,
**Civil Action No. 11-md-2262 (NRB)**

*33-35 Green Pond Associates, LLC v.
Bank of America Corp., et al.*,
**Civil Action No. 12-cv-5822 (NRB)**

*Courtyard at Amwell II, LLC, et al. v.
Bank of America Corp., et al.*,
**Civil Action No. 12-cv-6693 (NRB)**

Dear Judge Buchwald:

    My firm, along with others, represents plaintiffs 33-35 Green Pond Road Associates, LLC and Courtyard at Amwell II, LLC, Greenwich Commons II, LLC, Jill Court Associates II, LLC, Maidencreek Ventures II LP, Raritan Commons, LLC, and Lawrence W. Gardner (collectively, the *Green Pond Plaintiffs*).

    Pursuant to paragraph 22 of the May 11, 2016 Amended Stipulation and Protective Order (ECF No. 1405) (*Protective Order*), counsel for the parties in the Green Pond Plaintiffs' cases file the enclosed Acknowledgments, acknowledging the terms of, and agreeing to be bound by, the Protective Order. Paragraph 22 of the Protective Order also requires these acknowledgments to be filed with the Court.

    We thank this Court for its kind and continued attention to this matter.

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   SAN FRANCISCO   WASHINGTON, D.C.

010327-11 1042256 V1

Letter to the Honorable Naomi Reice Buchwald
June 22, 2018
Page 2

                              Respectfully submitted,

                              Jason A. Zweig

JAZ:jz

cc: All counsel by ECF

010327-11 1042256 V1

ACKNOWLEDGEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br><br>ECF Case<br><br>Master File No. 1: 11-md-2262-NRB |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | |

### ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATION AND ORDER OF CONFIDENTIALITY

I, Jason Zweig, counsel to plaintiffs Courtyard at Amwell II, LLC, Greenwich Commons II, LLC, Jill Court Associates II, LLC, Maidencreek Ventures II LP, Raritan Commons, LLC, and Lawrence W. Gardner in *Courtyard at Amwell II, LLC et al. v. Bank of America Corp., et al.*, Civil Action No. 12-CV-6693 (S.D.N.Y.)(NRB), under penalty of perjury, 28 U.S.C. §1746, declare as follows:

1.  Information, including documents and things, designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as defined in the Stipulation and Order of Confidentiality entered in the above-captioned Actions (the "Stipulation and Order"), is being provided to me pursuant to the restrictions of the Stipulation and Order.

2.  I have been given a copy of and have read the Stipulation and Order.

3.  I am familiar with the terms of the Stipulation and Order, and I agree to comply with and to be bound by its terms.

- 2 -

4. I submit to the jurisdiction of the United States District Court for the Southern District of New York for enforcement of the Stipulation and Order.

5. I acknowledge that violation of the Stipulation and Order may result in penalties for contempt of court.

6. I agree to not use any Confidential or Highly Confidential Discovery Materials disclosed to me pursuant to the Stipulation and Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulation and Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

7. I agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Stipulation and Order and of its binding effect on them and me.

Name: Jason A. Zweig

Signature: _/s/ Jason A. Zweig_

Signed at Chicago, Illinois, this 21st day of June, 2018

ACKNOWLEDGEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br><br>ECF Case<br><br>Master File No. 1: 11-md-2262-NRB |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATION AND ORDER OF CONFIDENTIALITY

I, Vincent J. Esades, counsel to plaintiff 33-35 Green Pond Road Associates, LLC, *33-35 Green Pond Associates, LLC v. Bank of America Corp., et al.*, Civil Action No. 12-cv-5822 (S.D.N.Y.)(NRB), under penalty of perjury, 28 U.S.C. §1746, declare as follows:

1. Information, including documents and things, designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as defined in the Stipulation and Order of Confidentiality entered in the above-captioned Actions (the "Stipulation and Order"), is being provided to me pursuant to the restrictions of the Stipulation and Order.

2. I have been given a copy of and have read the Stipulation and Order.

3. I am familiar with the terms of the Stipulation and Order, and I agree to comply with and to be bound by its terms.

4. I submit to the jurisdiction of the United States District Court for the Southern District of New York for enforcement of the Stipulation and Order.

5. I acknowledge that violation of the Stipulation and Order may result in penalties for contempt of court.

6. I agree to not use any Confidential or Highly Confidential Discovery Materials disclosed to me pursuant to the Stipulation and Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulation and Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

7. I agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Stipulation and Order and of its binding effect on them and me.

Name: _Vincent J. Esades_

Signature: _____

Signed at Minneapolis, Minnesota, this 21st day of June, 2018

# ACKNOWLEDGMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No.: 2262<br><br>ECF CASE<br><br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO ALL ACTIONS. |  |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATION AND ORDER OF CONFIDENTIALITY

I, Stephen J. Greenfogel, counsel to plaintiff 33-35 Green Pond Road Associates, LLC, 33-35 Green Pond Associates, LLC v. Bank of America Corp., et al., Civil Action No. 12-cv-5822 (S.D.N.Y.)(NRB), under penalty of perjury, 28 U.S.C. §1746, declare as follows:

1. Information, including documents and things, designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as defined in the Stipulation and Order of Confidentiality entered in the above-captioned Actions (the "Stipulation and Order"), is being provided to me pursuant to the restrictions of the Stipulation and Order.

2. I have been given a copy of and have read the Stipulation and Order.

3. I am familiar with the terms of the Stipulation and Order, and I agree to comply with and to be bound by its terms.

4. I submit to the jurisdiction of the United States District Court for the Southern District of New York for enforcement of the Stipulation and Order.

5. I acknowledge that violation of the Stipulation and Order may result in penalties for contempt of court.

6. I agree to not use Confidential or Highly Confidential Discovery Materials disclosed to me pursuant to the Stipulation and Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulation and Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

7. I agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Stipulation and Order and of its binding effect on them to me.

Name: Stephen J. Greenfogel

Signature: *[signature]*

Signed at Newark, New Jersey, this 22nd day of June, 2018

ACKNOWLEDGEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br><br>ECF Case<br><br>Master File No. 1: 11-md-2262-NRB |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATION AND ORDER OF CONFIDENTIALITY

I, William H. London, counsel to plaintiff 33-35 Green Pond Road Associates, LLC, *33-35 Green Pond Associates, LLC v. Bank of America Corp., et al.*, Civil Action No. 12-cv-5822 (S.D.N.Y.) (NRB), under penalty of perjury, 28 U.S.C. §1746, declare as follows:

1. Information, including documents and things, designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as defined in the Stipulation and Order of Confidentiality entered in the above-captioned Actions (the "Stipulation and Order"), is being provided to me pursuant to the restrictions of the Stipulation and Order.

2. I have been given a copy of and have read the Stipulation and Order.

3. I am familiar with the terms of the Stipulation and Order, and I agree to comply with and to be bound by its terms.

4. I submit to the jurisdiction of the United States District Court for the Southern District of New York for enforcement of the Stipulation and Order.

5. I acknowledge that violation of the Stipulation and Order may result in penalties for contempt of court.

6. I agree to not use any Confidential or Highly Confidential Discovery Materials disclosed to me pursuant to the Stipulation and Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulation and Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

7. I agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Stipulation and Order and of its binding effect on them and me.

Name: <u>William H. London</u>

Signature: *William H. London*

Signed at Bannockburn, Illinois, this 22nd day of June, 2018

## ACKNOWLEDGMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LIBOR BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No.: 2262<br><br>ECF CASE<br><br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO ALL ACTIONS. |  |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATION AND ORDER OF CONFIDENTIALITY

I, Joseph J. DePalma, counsel to plaintiff 33-35 Green Pond Road Associates, LLC, 33-35 Green Pond Associates, LLC v. Bank of America Corp., et al., Civil Action No. 12-cv-5822 (S.D.N.Y.)(NRB), under penalty of perjury, 28 U.S.C. §1746, declare as follows:

1. Information, including documents and things, designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as defined in the Stipulation and Order of Confidentiality entered in the above-captioned Actions (the "Stipulation and Order"), is being provided to me pursuant to the restrictions of the Stipulation and Order.

2. I have been given a copy of and have read the Stipulation and Order.

3. I am familiar with the terms of the Stipulation and Order, and I agree to comply with and to be bound by its terms.

4. I submit to the jurisdiction of the United States District Court for the Southern District of New York for enforcement of the Stipulation and Order.

5. I acknowledge that violation of the Stipulation and Order may result in penalties for contempt of court.

6. I agree to not use Confidential or Highly Confidential Discovery Materials disclosed to me pursuant to the Stipulation and Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Stipulation and Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

7. I agree to notify any stenographic, clerical, or technical personnel who are required to assist me of the terms of this Stipulation and Order and of its binding effect on them to me.

Name: Joseph J. DePalma

Signature: *(signed)* Joseph J. DePalma

Signed at Newark, New Jersey, this 22nd day of June, 2018