KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 26, 2018

Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
for the Southern District of New York Daniel
Patrick Moynihan
United States Courthouse 500
Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2018
```

Re: *In re: LIBOR-Based Financial Instruments Antitrust Litigation.*
    *Civil Action No. 11-md-2262 (NRB)*

    *Guaranty Bank & Trust Company v Credit Suisse Group AG, et al.*
    *Civil Action No. 13-cv-0346*

Dear Judge Buchwald:

My firm, along with others, represents plaintiff Guaranty Bank in the above-referenced cases. This letter responds to Mr. Martin's letter to the Court of May 11, 2018, ECF No. 2510 and subsequent developments.

Our case has been stayed by the Court for the past six years, like others including the Green Pond Plaintiffs. For the same reasons as articulated by the Green Pond Plaintiffs in their letter of May 11, 2018 (Document # 2511), we respectfully request that the Court also maintain the stay of our case for all substantive litigation purposes pending a decision by the Second Circuit in Gelboim which will be instructive to the future of our case. *See* Memo Endorsement May 14, 2018 (Document #2514).

*So ordered*
*Naomi Reice Buchwald*
*USDJ*
*6/27/18*

Respectfully submitted,

/s/ *Joseph S. Hall*

Joseph S. Hall

cc:    All Counsel of Record (via ECF)