

**Laura L. Mills, Esq.**
LMills@MMFLlaw.com
330.456.0506 ext. 7001

101 Central Plaza South | 200 Chase Tower | Canton, Ohio 44702

June 28, 2018

**VIA ECF**
Judge Naomi Reice Buchwald
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/18
```

Re: **In re: LIBOR-Based Financial Instruments Antitrust Litigation**
**1:11-md-2262**
**Cicchini Enterprises, Inc. v. JPMorgan Chase & Co., et al**
**1:15-cv-04810-NRB**

Dear Judge Reice Buchwald,

The undersigned represents Plaintiff Cicchini Enterprises, Inc. and my client requests that this matter remain stayed for all substantive litigation purposes in accordance with MDL ECF No. 2514.

Thank you. If you have any questions, please do not hesitate to contact me. Until then, I remain

Very truly yours,

MILLS, MILLS, FIELY & LUCAS

Laura L. Mills

*Application Granted. Naomi Reice Buchwald, USDJ 6/28/18*



