UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Plaintiff,                                            Case No.

-against-

Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐     I have cases pending                    ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

☐     An attorney

☐     A Government Agency attorney

☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

☐     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                  _____
                                                        ATTORNEY'S SIGNATURE