

**JOSEPH D.**
**CARNEY**
**& ASSOCIATES, L.L.C.**

ATTORNEYS AT LAW

1540 Peach Drive     Avon, Ohio  44011
Tel  440.249.0850     Fax  866.270.1221

July 6, 2018

VIA ELECTRONIC FILING

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United State Courthouse
500 Pearl St.
New York, NY 1007-1312

Re:   IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION
      Case No. 1:11-md-2262-NRB

Your Honor,

We represent Managed Care Advisory Group LLC ("MCAG"), a firm with thousands of clients nationwide that engage MCAG to organize and marshal their claim information for submission to the courts, information, and paying agents involved in the class action matters.

We are drafting a response to the the Declaration of Jason Rabe regarding Claims Submitted by MCAG (dated 6/29/2018) as well as the letter written by William Carmody (dated 6/29/2018).  As you may have noticed both documents take a strong stance against the validity of MCAG's remaining claims.

In light of these allegations on the viability on MCAG's claims in this case, we ask that you give up time to respond to these documents. Plaintiffs counsel have spent a substantial amount of time drafting this letter and declaration. Please expect us to address all concerns raised in a response by the end of two weeks at latest 7/20.2018.

We appreciate Your Honor's continued attention to this matter.

Respectfully Submitted,

*/s/ Joseph D. Carney*
Joseph D. Carney