UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | **ORAL ARGUMENT REQUESTED** |
| MAYOR AND CITY OF BALTIMORE, et al.,<br>　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>CREDIT SUISSE GROUP AG, et al.,<br>　　　　　　　　　　Defendants. | No. 11-cv-5450 |

**NOTICE OF DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Bank of America, N.A. and JPMorgan Chase Bank, N.A. in the above-referenced matter, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for partial judgment on the pleadings in the above-captioned action. The grounds for this motion are set forth in the Memorandum of Law in Support of Defendants' Motion for Partial Judgment on the Pleadings.

Dated: New York, New York
       July 13, 2018

Respectfully submitted,

/s/ *Arthur J. Burke*
Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendant Bank of America, N.A.*

/s/ *Paul C. Gluckow*
Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
Sarah E. Phillips
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com
sarah.phillips@stblaw.com

Abram J. Ellis
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*