# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | **ORAL ARGUMENT REQUESTED** |
| THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | No. 13-cv-7005-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DORAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | No. 18-cv-1540-NRB |

**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS THE *SCHWAB* AND *DORAL* COMPLAINTS FOR FAILURE TO STATE A CLAIM AND LACK OF PERSONAL JURISDICTION AND VENUE**

PLEASE TAKE NOTICE that the undersigned attorneys for Defendants Bank of America Corporation, Bank of America, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. (n/k/a MUFG Bank, Ltd.), Barclays Bank PLC, British Bankers' Association, BBA Enterprises Ltd., BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.), Citigroup Inc., Citibank, N.A., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse International, Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), Deutsche Bank AG, HSBC Holdings plc, HSBC Bank plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Lloyds Banking Group plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc), HBOS plc, Bank of Scotland plc, The Norinchukin Bank, Portigon AG (f/k/a WestLB AG), Westdeutsche ImmobilienBank AG, Royal Bank of Canada, The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, Société Générale, and UBS AG, in the above-referenced matter, will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(2), (3) and (6) of the Federal Rules of Civil Procedure dismissing with prejudice the claims asserted in each of the above-captioned actions in which they are defendants.[1]

The grounds for this motion are set forth in two memoranda: (1) the Joint Memorandum Of Law In Support Of Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction And Venue And In Opposition To Plaintiffs' Motions For Leave To Amend On Personal Jurisdiction

---

[1] The Defendants moving on personal jurisdiction and venue grounds are identified in Appendices 1 and 4 respectively to the Joint Memorandum Of Law In Support Of Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction And Venue And In Opposition To Plaintiffs' Motions For Leave To Amend On Personal Jurisdiction And Venue Grounds.

And Venue Grounds, and (2) the Joint Memorandum Of Law In Support Of Defendants' Motion For Partial Dismissal Of The *Schwab* And *Doral* Complaints For Failure To State A Claim.

PLEASE TAKE FURTHER NOTICE that movants request oral argument of this motion.

Dated: New York, New York
July 13, 2018

Respectfully submitted,

| /s/ Arthur J. Burke | /s/ Paul C. Gluckow |
|---|---|
| Arthur J. Burke | Mary Beth Forshaw |
| Paul S. Mishkin | Paul C. Gluckow |
| Adam G. Mehes | Alan C. Turner |
| Patrick W. Blakemore | Sarah E. Phillips |
| Peter J. Davis | Francis J. Acott |
| DAVIS POLK & WARDWELL LLP | SIMPSON THACHER & BARTLETT LLP |
| 450 Lexington Avenue | 425 Lexington Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Telephone: (212) 450-4000 | Telephone: (212) 455-2000 |
| Fax: (212) 450-4800 | Fax: (212) 455-2502 |
| arthur.burke@davispolk.com | mforshaw@stblaw.com |
| paul.mishkin@davispolk.com | pgluckow@stblaw.com |
| adam.mehes@davispolk.com | aturner@stblaw.com |
| patrick.blakemore@davispolk.com | sarah.phillips@stblaw.com |
| peter.davis@davispolk.com | francis.acott@stblaw.com |
| *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* | Abram J. Ellis<br>900 G Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 636-5500<br>Fax: (202) 636-5502<br>aellis@stblaw.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

2

/s/ Daryl A. Libow
Daryl A. Libow
Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 956-6973
libowd@sullcrom.com
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. (n/k/a MUFG Bank, Ltd.)*


/s/ Herbert S. Washer
Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason Hall
Lauren Perlgut
Adam Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
lperlgut@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse AG Credit Suisse Group AG, and Credit Suisse International*

/s/ David H. Braff
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com


/s/ Jonathan D. Schiller
Jonathan D. Schiller
Leigh M. Nathanson
Amos Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendant Barclays Bank PLC*

/s/ Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
Jamie A. Heine
Benjamin L. Cavataro
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com
jheine@cov.com
bcavataro@cov.com


/s/ Lev Dassin
Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

/s/ Moses Silverman
Moses Silverman
Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
msilverman@paulweiss.com
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*


/s/ David R. Gelfand
David R. Gelfand
Robert C. Hora
Mark D. Villaverde
MILBANK TWEED HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)*

| | |
|---|---|
| /s/ Gregory T. Casamento | /s/ Marc J. Gottridge |
| Gregory T. Casamento | Marc J. Gottridge |
| LOCKE LORD LLP | Lisa J. Fried |
| 3 World Financial Center | Benjamin A. Fleming |
| New York, New York 10281 | HOGAN LOVELLS US LLP |
| Telephone: (212) 812-8325 | 875 Third Avenue |
| Fax: (212) 812-8385 | New York, New York 10022 |
| gcasamento@lockelord.com | Telephone: (212) 918-3000 |
| | Fax: (212) 918-3100 |
| Roger B. Cowie | marc.gottridge@hoganlovells.com |
| 2200 Ross Avenue, Suite 2800 | lisa.fried@hoganlovells.com |
| Dallas, Texas 75201 | benjamin.fleming@hoganlovells.com |
| Telephone: (214) 740-8614 | |
| Fax: (214) 740-8800 | *Attorneys for Defendants Lloyds Banking Group plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc), HBOS plc and Bank of Scotland plc* |
| rcowie@lockelord.com | |
| | |
| J. Matthew Goodin | |
| Julia C. Webb | |
| 111 South Wacker Drive, Suite 4100 | |
| Chicago, Illinois 60606 | |
| Telephone: (312) 443-0700 | /s/ Christopher M. Paparella |
| jmgoodin@lockelord.com | Christopher M. Paparella |
| jwebb@lockelord.com | Ethan E. Litwin |
| | Marc A. Weinstein |
| *Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc* | Morgan J. Feder |
| | HUGHES HUBBARD & REED LLP |
| | One Battery Park Plaza |
| | New York, New York 10004 |
| | Telephone: (212) 837-6000 |
| /s/ Alan M. Unger | Fax: (212) 422-4726 |
| Alan M. Unger | Chris.Paparella@hugheshubbard.com |
| Andrew W. Stern | Ethan.Litwin@hugheshubbard.com |
| Tom A. Paskowitz | Marc.Weinstein@hugheshubbard.com |
| SIDLEY AUSTIN LLP | Morgan.Feder@hugheshubbard.com |
| 787 Seventh Avenue | |
| New York, New York 10019 | *Attorneys for Defendants Portigon AG (f/k/a WestLB AG) and Westdeutsche ImmobilienBank AG* |
| Telephone: (212) 839-5300 | |
| Fax: (212) 839-5599 | |
| aunger@sidley.com | |
| astern@sidley.com | |
| tpaskowitz@sidley.com | |
| | |
| *Attorneys for Defendant The Norinchukin Bank* | |

5

| | |
|---|---|
| /s/ Arthur W. Hahn<br>Arthur W. Hahn<br>Christian T. Kemnitz<br>Brian J. Poronsky<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661<br>Telephone: (312) 902-5200<br>arthur.hahn@kattenlaw.com<br>christian.kemnitz@kattenlaw.com<br>brian.poronsky@kattenlaw.com<br><br>*Attorneys for Defendant Royal Bank of Canada* | /s/ Fraser L. Hunter, Jr.<br>Fraser L. Hunter, Jr.<br>David S. Lesser<br>Jamie S. Dycus<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Fax: (212) 230-8888<br>fraser.hunter@wilmerhale.com<br>david.lesser@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland Group plc and The Royal Bank of Scotland plc* |
| /s/ Steven Wolowitz<br>Steven Wolowitz<br>Henninger S. Bullock<br>Andrew J. Calica<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>Fax: (212) 262-1910<br>swolowitz@mayerbrown.com<br>hbullock@mayerbrown.com<br>acalica@mayerbrown.com<br><br>*Attorneys for Defendant Société Générale* | /s/ Mark A. Kirsch<br>Mark A. Kirsch<br>Eric J. Stock<br>Jefferson E. Bell<br>Matthew Greenfield<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>mkirsch@gibsondunn.com<br>estock@gibsondunn.com<br>jbell@gibsondunn.com<br>mgreenfield@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |

/s/ Richard D. Owens
Richard D. Owens
Jeff G. Hammel
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
jeff.hammel@lw.com

*Attorneys for Defendants British Bankers' Association, BBA Enterprises Ltd., and BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)*