# APPENDIX 1

This Appendix lists each action that is the subject of Defendants' motion to dismiss or in which Defendants oppose leave to amend and the Defendants that challenge jurisdiction, in whole or in part,[1] in each of those actions.[2]

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corporation, et al.*<br><br>No. 14-cv-01757, Dkt. No. 253 Ex. A<br><br>Proposed Second Amended Complaint | S.D.N.Y. | Merrill Lynch International Bank Ltd.<br>Barclays Bank PLC<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>The Hongkong and Shanghai Banking Corporation Ltd.<br>J.P. Morgan Dublin plc<br>J.P. Morgan Markets Limited<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |

---

[1] To the extent helpful to the Court, Defendants are prepared to provide additional specificity regarding the claims they challenge in part.

[2] Unless otherwise specified, defined terms used in Appendices 1-4 have the same meaning as in Defendants' Personal Jurisdiction Brief.

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *Federal Deposit Insurance Corporation as Receiver for Doral Bank v. Bank of America, N.A., et al.*<br><br>18-cv-01540, Dkt. No. 1<br><br>Complaint | S.D.N.Y. | Barclays Bank PLC<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *Principal Financial Group, Inc. v. Bank of America Corporation, et al.*<br><br>13-cv-6014, Dkt. No. 255 Ex. A<br><br>Proposed Second Amended Complaint | S.D. Iowa | Bank of America Corporation<br>Bank of America, N.A.<br>Merrill Lynch Capital Services, Inc.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citigroup Inc.<br>Citibank, N.A.<br>Citigroup Global Markets Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG<br>Credit Suisse Securities (USA) LLC<br>Credit Suisse International<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc.<br>Chase Bank USA, N.A.<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>J.P. Morgan Dublin plc<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>UBS AG<br>UBS Securities LLC |

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *Principal Funds, Inc. v. Bank of America Corporation, et al.*<br><br>13-cv-6013, Dkt. No. 247 Ex. A<br><br>Proposed Second Amended Complaint | S.D. Iowa | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citigroup Inc.<br>Citibank, N.A.<br>Citigroup Global Markets Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG<br>Credit Suisse Securities (USA) LLC<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc.<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>UBS AG<br>UBS Securities LLC |

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *Federal Home Loan Mortgage Corporation v. Bank of America Corp., et al.*[3]<br><br>13-cv-03952, Dkt. No. 295 Ex. A<br><br>Proposed Third Amended Complaint | E.D. Va. | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citigroup Inc.<br>Citibank, N.A.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>HSBC Bank plc<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |

---

[3] Freddie Mac adds allegations about new Citi entities that it does not name as defendants. See, e.g. Freddie Mac PTAC ¶ 66 (asserting allegations concerning CitiMortgage Inc. and Citigroup Global Markets Inc.). To the extent Freddie Mac later claims to have named those entities as defendants, Citi reserves the right to challenge personal jurisdiction as to those entities.

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *The Charles Schwab Corporation et al. v. Bank of America Corporation et al.*<br><br>11-md-2262, Dkt. No. 2578<br><br>(Individual Case No. 13-cv-7005)<br><br>Second Amended Complaint | N.D. Cal. | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Citigroup Inc.<br>Citibank, N.A.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG<br>Deutsche Bank AG<br>HSBC Holdings plc<br>HSBC Bank plc<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Westdeutsche ImmobilienBank AG<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>Bank of Scotland plc<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |

| Action | Jurisdiction Filed | Defendants Challenging Jurisdiction |
|---|---|---|
| *National Credit Union Administration Board v. Credit Suisse Group AG, et al.*<br><br>13-cv-7394, Dkt. No. 245<br><br>Second Amended Complaint | D. Kan. | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>Citigroup Inc.<br>Citibank, N.A.<br>Citigroup Financial Products Inc.<br>Citi Swapco Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse Group AG<br>Deutsche Bank AG<br>HSBC Holdings plc<br>HSBC Bank USA, N.A.<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>HBOS plc<br>Lloyds Banking Group plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Westdeutsche ImmobilienBank AG<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |