# APPENDIX 2

This Appendix identifies the Non-Counterparty Claims that are the subject of Defendants' motion to dismiss or as to which Defendants oppose leave to amend and the Defendants that challenge jurisdiction as to each of those claims in their entirety.[1]

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| *Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corporation, et al.*<br><br>No. 14-cv-01757, Dkt. No. 253 Ex. A<br><br>Proposed Second Amended Complaint | Count XIII: Fraud Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA[2] | Merrill Lynch International Bank Ltd.<br>Barclays Bank PLC<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>The Hongkong and Shanghai Banking Corporation Ltd.<br>J.P. Morgan Dublin plc<br>J.P. Morgan Markets Limited<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland plc<br>Société Générale |
| | Count XIV: Aiding and Abetting Fraud | |
| | Count XV: Civil Conspiracy to Commit Fraud | |
| | Count XVI: Negligent Misrepresentation Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | |

---

[1] To the extent any other claim asserted by Plaintiffs is a Non-Counterparty Claim, those claims should also be dismissed for lack of personal jurisdiction for the same reasons as the Non-Counterparty Claims identified herein.

[2] To the extent certain Plaintiffs have identified a subsection in their complaints or proposed amended complaints regarding alleged misrepresentations by the BBA, those Plaintiffs have failed to assert any fraud-related claims that are not subsumed by alleged misrepresentations regarding LIBOR. Defendants challenge jurisdiction regarding alleged misrepresentations by the BBA consistent with such challenges to alleged misrepresentations regarding LIBOR. Each Defendant challenging jurisdiction as to any Non-Counterparty Claim identified herein does so to the extent that such Non-Counterparty Claim is asserted against that Defendant.

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| | Count XVII: Tortious Interference with Contract | The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |
| | Count XVIII: Aiding and Abetting Tortious Interference with Contract | |
| | Count XIX: Civil Conspiracy to Commit Tortious Interference with Contract | |
| | Count XX: Tortious Interference with Prospective Economic Advantage | |
| | Count XXI: Aiding and Abetting Tortious Interference with Prospective Economic Advantage | |
| | Count XXII: Civil Conspiracy to Commit Tortious Interference with prospective Economic Advantage | |
| | Count XXIII: Violations of Sherman Act Section 1 | |
| | Count XXIV: Violations of the Donnelly Act | |

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| *Federal Deposit Insurance Corporation as Receiver for Doral Bank v. Bank of America, N.A., et al.*<br><br>18-cv-01540, Dkt. No. 1<br><br>Complaint | Count III: Fraud Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | Barclays Bank PLC<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |
| | Count IV: Aiding and Abetting Fraud | |
| | Count V: Civil Conspiracy to Commit Fraud | |
| | Count VI: Negligent Misrepresentation Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | |
| | Count VII: Tortious Interference with Contract | |
| | Count VIII: Aiding and Abetting Tortious Interference with Contract | |
| | Count IX: Civil Conspiracy to Commit Tortious Interference with Contract | |

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| | Count X: Tortious Interference with Prospective Economic Advantage | |
| | Count XI: Aiding and Abetting Tortious Interference with Prospective Economic Advantage | |
| | Count XII: Civil Conspiracy to Commit Tortious Interference with prospective Economic Advantage | |
| | Count XIII: Violations of Sherman Act Section 1 | |
| | Count XIV: Violations of the Donnelly Act | |
| *Principal Financial Group, Inc. v. Bank of America Corporation, et al.*<br><br>No. 13-cv-6014, Dkt. No. 255 Ex. A<br><br>Proposed Second Amended Complaint | Count I: Violation of Section 1 of the Sherman Act (15 U.S.C. § 1) | Bank of America Corporation<br>Bank of America, N.A.<br>Merrill Lynch Capital Services, Inc.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citibank, N.A.<br>Citigroup Inc.<br>Citigroup Global Markets Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG<br>Credit Suisse Securities (USA) LLC |
| | Count II: Violation of the Donnelly Act (N.Y. Gen. Bus. Law § 340) | |
| | Count V: Fraud Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | |
| | Count VI: Aiding and Abetting Fraud | |

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| | | Credit Suisse International<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc.<br>Chase Bank USA, N.A.<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>J.P. Morgan Dublin plc<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>UBS AG<br>UBS Securities LLC |
| *Principal Funds, Inc. v. Bank of America Corporation, et al.*<br><br>No. 13-cv-6013, Dkt. No. 247 Ex. A<br><br>Proposed Second Amended Complaint | Count I: Violation of Section 1 of the Sherman Act (15 U.S.C. § 1) | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citibank, N.A.<br>Citigroup Inc.<br>Citigroup Global Markets Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG<br>Credit Suisse Securities (USA) LLC<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc.<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc |
| | Count II: Violation of the Donnelly Act (N.Y. Gen. Bus. Law § 340) | |
| | Count V: Fraud Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | |
| | Count VI: Aiding and Abetting Fraud | |

5

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| | | UBS AG<br>UBS Securities LLC |
| *The Federal Home Loan Mortgage Corporation v. Bank of America Corp., et al.*<br><br>No. 13-cv-03952, Dkt. No. 295 Ex. A<br><br>Proposed Third Amended Complaint | Count I: Violations of Sherman Act Section 1 | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Citibank, N.A.<br>Citigroup Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>Société Générale<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |
| | Count X: Fraud Based on: (i) Alleged Misrepresentations in USD bbaLIBOR™ Submissions; (ii) Alleged Misrepresentations Regarding USD bbaLIBOR™; (iii) Alleged Misrepresentations by BBA | |
| | Count XI: Tortious Interference with Contract | |
| *The Charles Schwab Corporation et al. v. Bank of America Corporation et al.*<br><br>11-md-2262, Dkt. No. 2578<br><br>(Individual Case No. 13-cv-7005) | Count I: Violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and SEC Rule 10b-5 Promulgated Thereunder, 17 C.F.R. § 240.10b-5 Based on Alleged Misrepresentations in USD bbaLIBOR™ Submissions | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Citibank, N.A.<br>Citigroup Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG<br>Credit Suisse Group AG |

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| Second Amended Complaint | Count II: Violation of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a)[3] | Deutsche Bank AG<br>HSBC Holdings plc<br>HSBC Bank plc<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>Bank of Scotland plc<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Westdeutsche ImmobilienBank AG<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>UBS AG |
| | Count III: Fraud, Deceit, and Concealment Based on Alleged Misrepresentations in USD bbaLIBOR™ Submissions | |
| | Count IV: Aiding and Abetting Fraud | |
| | Count VI: Tortious Interference with Contract | |
| *National Credit Union Administration Board v. Credit Suisse Group AG, et al.*<br><br>13-cv-7394, Dkt. No. 245<br><br>Second Amended Complaint | Count I: Violation of Section 1 of the Sherman Act | Bank of America Corporation<br>Bank of America, N.A.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>Citigroup Inc.<br>Citibank, N.A.<br>Citigroup Financial Products Inc.<br>Citi Swapco Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse Group AG<br>Deutsche Bank AG<br>HSBC Holdings plc<br>HSBC Bank USA, N.A. |
| | Count II: Violation of State Antitrust, Unfair Competition, and Restraint of Trade Laws | |
| | Count VII: Tortious Interference with the Credit Unions' Contracts with Other Defendants and Third Parties | |

---

[3] By joining this Appendix, Defendants do not concede that a particular claim is being asserted against them and those Defendants who have not joined reserve the right to supplement this Appendix.

| Action | Non-Counterparty Claims | Defendants Challenging Jurisdiction |
|---|---|---|
| | Count VIII: Tortious Interference with the Credit Unions' Prospective Economic Advantage | JPMorgan Chase & Co. <br> JPMorgan Chase Bank, N.A. <br> HBOS plc <br> Lloyds Banking Group plc <br> The Norinchukin Bank <br> Portigon AG (f/k/a WestLB AG) <br> Westdeutsche ImmobilienBank AG <br> Royal Bank of Canada <br> The Royal Bank of Scotland Group plc <br> Société Générale <br> The Bank of Tokyo-Mitsubishi UFJ, Ltd. <br> UBS AG |