# APPENDIX 4

This Appendix identifies the Defendants as to whom Plaintiffs fail to plausibly plead venue under the Clayton Act, 15 U.S.C. § 22.

| Action | Jurisdiction Filed | Relevant Cause of Action | Defendants Challenging Venue and Jurisdiction under the Clayton Act |
|---|---|---|---|
| *Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corporation, et al.*<br><br>No. 14-cv-01757, Dkt. No. 253 Ex. A<br><br>Proposed Second Amended Complaint | S.D.N.Y. | Count XXIII: Violations of Sherman Act Section 1 | Merrill Lynch International Bank Ltd.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Credit Suisse International<br>HSBC Bank plc<br>The Hongkong and Shanghai Banking Corporation Ltd.<br>Lloyds Banking Group plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG) |
| *Federal Deposit Insurance Corporation as Receiver for Doral Bank v. Bank of America, N.A., et al.*<br><br>18-cv-01540, Dkt. No. 1<br><br>Complaint | S.D.N.Y. | Count XIII: Violations of the Sherman Act Section 1 | British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Credit Suisse International<br>HSBC Bank plc<br>Lloyds Banking Group plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG) |
| *Principal Financial Group, Inc. v. Bank of America Corporation, et al.*<br><br>No. 13-cv-6014, Dkt. No. 255 Ex. A<br><br>Proposed Second Amended Complaint | S.D. Iowa | Count I: Violation of Section 1 of the Sherman Act (15 U.S.C. § 1) | Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse Group AG<br>Credit Suisse AG<br>Credit Suisse Securities (USA) LLC<br>Credit Suisse International<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc. |

| Action | Jurisdiction Filed | Relevant Cause of Action | Defendants Challenging Venue and Jurisdiction under the Clayton Act |
|---|---|---|---|
| | | | HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>UBS AG<br>UBS Securities LLC |
| *Principal Funds, Inc. v. Bank of America Corporation, et al.*<br><br>No. 13-cv-6013, Dkt. No. 247 Ex. A<br><br>Proposed Second Amended Complaint | S.D. Iowa | Count I: Violation of Section 1 of the Sherman Act (15 U.S.C. § 1) | Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse Group AG<br>Credit Suisse AG<br>Credit Suisse Securities (USA) LLC<br>Deutsche Bank AG<br>Deutsche Bank Securities, Inc.<br>HBOS plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>UBS AG<br>UBS Securities LLC |
| *The Federal Home Loan Mortgage Corporation v. Bank of America Corp., et al.*<br><br>No. 13-cv-03952, Dkt. No. 295 Ex. A<br><br>Proposed Third | E.D. Va. | Count 1: Violations of Sherman Act Section 1 | The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>British Bankers' Association<br>BBA Enterprises Ltd.<br>BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.)<br>Coöperatieve Rabobank U.A.<br>Credit Suisse AG |

2

| Action | Jurisdiction Filed | Relevant Cause of Action | Defendants Challenging Venue and Jurisdiction under the Clayton Act |
|---|---|---|---|
| Amended Complaint | | | Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>Bank of Scotland plc<br>Lloyds Banking Group plc<br>Lloyds Bank plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>The Royal Bank of Scotland plc<br>Société Générale<br>UBS AG |
| *National Credit Union Administration Board v. Credit Suisse Group AG, et al.*<br><br>13-cv-7394, Dkt. No. 245<br><br>Second Amended Complaint | D. Kan. | Count I: Violation of Section 1 of the Sherman Act | The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>Barclays Bank PLC<br>Barclays Capital Inc.<br>Coöperatieve Rabobank U.A.<br>Credit Suisse Group AG<br>Deutsche Bank AG<br>HSBC Holdings plc<br>HSBC Bank USA, N.A.<br>HBOS plc<br>Lloyds Banking Group plc<br>The Norinchukin Bank<br>Portigon AG (f/k/a WestLB AG)<br>Westdeutsche ImmobilienBank AG<br>Royal Bank of Canada<br>The Royal Bank of Scotland Group plc<br>Société Générale<br>UBS AG |