New York          Paris
Menlo Park        Madrid
Washington DC     Tokyo
São Paulo         Beijing
London            Hong Kong

# Davis Polk

**Edward Fu**

Davis Polk & Wardwell LLP    212 450 4916 tel
450 Lexington Avenue         212 701 5916 fax
New York, NY 10017           edward.fu@davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/18
```

July 30, 2018

Via ECF
The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation, 11-MD-2262 (NRB)*

Dear Judge Buchwald:

Davis Polk & Wardwell LLP represents defendants Bank of America Corporation, Bank of America,
N.A., Banc of America Securities LLC (n/k/a Merrill Lynch, Pierce, Fenner & Smith, Inc.), Merrill
Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Capital Services, Inc.,
and Merrill Lynch International Bank Ltd. in the above-referenced action. As of July 17, 2018, I will
no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as
counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my
registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the
defendants in this action.

Respectfully submitted,

 /s/ Edward Fu
Edward Fu

cc:  All Counsel of Record (via ECF)

SO ORDERED. DATE: *July 31, 2018*

U.S.D.J.