
**ZELLE** LLP

1775 PENNSYLVANIA AVENUE NW, SUITE 375
WASHINGTON, DC 20006
(202) 899-4100 MAIN    (612) 336-9100 FAX

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/18
```

JAMES R MARTIN
jmartin@zelle.com
(202) 899-4101

July 31, 2018

VIA ECF and Facsimile

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   RE: *In re LIBOR-Based Financial Instruments Antitrust Litig.*,
     Case No. 11-md-2262 (S.D.N.Y.)

Dear Judge Buchwald:

We write on behalf of certain Direct Action Plaintiffs (Freddie Mac, the FDIC (as receiver for 39 Closed Banks), the Principal plaintiffs, Schwab, and NCUA), the OTC plaintiffs, and the Lender plaintiffs ("Moving Plaintiffs") in the above-referenced action to request permission to file a total of no more than 120 pages on August 9, 2018 in response to Defendants' July 13, 2018 filings. Defendants do not object to Moving Plaintiffs' request. Moving Plaintiffs' Responses will largely follow the structure of Defendants' filings such that Moving Plaintiffs will file a total of no more than five Responses. Moving Plaintiffs will endeavor to coordinate and consolidate the responses to the greatest extent possible.

*Application granted.*
*Naomi Reice Buchwald, USDJ*
*8/1/18*

Respectfully,

*/s/ James R. Martin*
James R. Martin
*On Behalf of Moving Plaintiffs*