```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.                         11 MD 2262 (NRB)

This Document Applies to:

33-35 Green Pond Associates, LLC              12 Civ. 5822 (NRB)
     v. Bank of America Corp.

Courtyard at Amwell II, LLC,                  12 Civ. 6693 (NRB)
     v. Bank of America Corp.

------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 08/06/2018**

~~ORDER~~

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiffs shall furnish <u>forthwith</u> courtesy copies of the documents relating to their motion for preliminary approval of their settlement with HSBC (ECF Nos. 2646, 2647, and 2648), as required by Rule 2.C of this Court's Individual Rules of Practice.

**SO ORDERED.**

Dated:  New York, New York
        August 6, 2018

_(signature)_
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1