

Attorneys at Law

**Jeremy A. Lieberman**  
jalieberman@pomlaw.com

600 Third Avenue  
New York, New York 10016  
T: 212.661.1100   F: 212.661.8665

August 28, 2018

**VIA ECF**

Honorable Naomi Reice Buchwald  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street – Courtroom 21A  
New York, NY 10007-1312

    Re:    *In re LIBOR-Based Financial Instruments Antitrust Litig.*, **No. 11-MD-2262 (NRB);** *The Berkshire Bank and Government Development Bank for Puerto Rico v. Bank of America, et al.*, **No. 12-cv-5723-NRB**

Dear Judge Buchwald:

    As directed by the Court's August 20, 2018 Order (ECF No. 2687), Lender Plaintiffs submit a revised Notice, previously filed as exhibit A to Lender Plaintiffs' letter of August 2, 2018. ECF No. 2656-1. The revised Notice is attached as Exhibits A. A Redline is attached as Exhibit B.

    Respectfully,

    **POMERANTZ LLP**

    By: *s/ Jeremy A. Lieberman*  
    Jeremy A. Lieberman  
    Michael J. Wernke  
    Veronica V. Montenegro  
    600 Third Avenue  
    New York, NY 10016  
    Tel: (212) 661-1100  
    Fax: (212) 661-8665  
    Email: jalieberman@pomlaw.com  
           mjwernke@pomlaw.com  
           vvmontenegro@pomlaw.com

cc:     All counsel (via ECF )