```
                                    ┌─────────────────────────┐
                                    │ USDC SDNY               │
                                    │ DOCUMENT                │
                                    │ ELECTRONICALLY FILED    │
                                    │ DOC #:                  │
                                    │ DATE FILED: 8/30/18     │
                                    └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

   Lender Action

----------------------------------------X

**ORDER**

11 MD 2262 (NRB)

12 Civ. 5723

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   The Court has reviewed Bank of America, JPMorgan Chase, and UBS's letter, see Dkt. No. 2692, in response to Lender plaintiffs' reply memorandum of law in support of their motion for leave to amend, see Dkt. No. 2666 at 22-23. Without determining whether Lender plaintiffs' motion can be properly considered as seeking leave to amend in light of Charles Schwab Corp. v. Bank of America Corp., 883 F.3d 68 (2d Cir. 2018), and without determining whether Lender plaintiffs' new arguments are properly raised in a reply brief, the Court concludes that a sur-reply from defendants would be appropriate. This sur-reply shall not exceed eight pages and shall be filed by September 7, 2018.

Dated: New York, New York
       August 30, 2018

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1