UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB<br><br>Civil Action Nos. 13-cv-6014-NRB (S.D.N.Y.), 15-cv-9792-NRB (S.D.N.Y.), 13-cv-00335 (S.D. Iowa) |
| THIS DOCUMENT RELATES TO:<br><br>Principal Financial Group, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corporation, et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF BARCLAYS BANK PLC AND BARCLAYS CAPITAL, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED between all Plaintiffs and defendants Barclays Bank PLC and Barclays Capital Inc. (together, "Barclays"), that all of Plaintiffs' claims against Barclays only are hereby dismissed with prejudice from the direct actions *Principal Financial Group, Inc., et al. v. Bank of America Corporation, et al.*, Nos. 13-cv-00335 (S.D. Iowa), 13-cv-6014 (S.D.N.Y.) and 15-cv-9792 (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party.

1

Dated: February 14, 2019

K. Craig Wildfang
Thomas J. Undlin
Stacey P. Slaughter
Geoffrey H. Kozen
ROBINS KAPLAN LLP
800 LaSalle Ave #2800
Minneapolis, MN 55410
Telephone: (612) 349-8500
Facsimile: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com

*Attorneys for All Plaintiffs*

Jonathan D. Schiller
Christopher E. Duffy
Leigh M. Nathanson
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2300
jschiller@bsfllp.com
cduffy@bsfllp.com
lnathanson@bsfllp.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

SO ORDERED:

Dated:

_____

Hon. Naomi Reice Buchwald
United States District Judge

2