UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB<br><br>Civil Action No. 1:13-cv-06020-NRB (S.D.N.Y.) |
| THIS DOCUMENT RELATES TO:<br><br>The City of Philadelphia, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CITIGROUP INC., CITIBANK, N.A., AND CITIGROUP FINANCIAL PRODUCTS, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants Citigroup Inc., Citibank, N.A., and Citigroup Financial Products, Inc. (together, "Citi"), that all of Plaintiffs' claims against Citi only are hereby dismissed with prejudice from the direct action *The City of Philadelphia, et al. v. Bank of America Corp., et al.*, 13-cv-6020 (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party.

Dated: June 25, 2019

*/s/ Daniel Brockett*

Daniel L. Brockett
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000
danbrockett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
Christopher R. Barker (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

*Attorneys for Plaintiff*

*/s/ Andrew A. Ruffino*

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eight Avenue
New York, New York 10018
(212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
850 10th Street, N.W.
Washington, D.C. 20001
(202) 662-6000
alazerow@cov.com

*Attorneys for Citi Defendants*

**SO ORDERED:**

Dated:

_____
Hon. Naomi Reice Buchwald
United States District Judge