# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3213

WRITER'S DIRECT FACSIMILE

212-492-0213

WRITER'S DIRECT E-MAIL ADDRESS

asynnott@paulweiss.com

UNIT 5201  FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING  12TH FLOOR
3A CHATER ROAD  CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223 7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
JUSTIN ANDERSON
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W BROWN
SUSANNA M BUERGEL
JESSICA S CAREY
DAVID CARMONA
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
CHRISTOPHER D FREY
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B GOLDSTEIN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
BRIAN S GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE
JONATHAN S KANTER
BRAD S KARP

PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
KYLE J KIMPLER
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
LORETTA E LYNCH
JEFFREY D MARELL
MARCO V MASOTTI
DAVID W MAYO
ELIZABETH R MCCOLM
JEAN M MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
LINDSAY B PARKS
VALERIE E RADWANER
JEFFREY J RECHER
CARL L REISNER
LORIN L REISNER
JEANNIE S RHEE*
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P RUBIN
CHARLES F "RICK" RULE*
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
BRIAN SCRIVANI
KANNON K SHANMUGAM*
DAVID R SICULAR
AUDRA J SOLOWAY
SCOTT M SONTAG
SARAH STASNY
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
CONRAD VAN LOGGERENBERG
LIZA M VELAZQUEZ
MICHAEL VOGEL
RAMY J WAHBEH
LAWRENCE G WEE
THEODORE V WELLS, JR
LINDSEY L WIERSMA
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

September 13, 2019

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    In re LIBOR-Based Financial Instruments Antitrust Litigation,
               <u>MDL No. 2262, Master File No. 1.11-md-02262-NRB</u>

Dear Judge Buchwald:

      Pursuant to Rule 1.12 of the New York Rules of Professional Conduct, I write to inform the Court that your Honor's former law clerks, Jin Kim, Thomas Patrick Cordova, and Edward Babbitt (collectively, the "Former Clerks") will join Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") on September 23, 2019, September 30, 2019, and October 21, 2019, respectively.  Paul Weiss has taken steps to ensure that the Former Clerks will not work on the above-captioned litigation, which is currently pending before this Court and in which the firm represents Deutsche Bank AG and Deutsche Bank Securities Inc.  Upon arrival, the Former Clerks will be screened from all information and records related to the litigation.  The firm will also notify, as appropriate, all lawyers and non-lawyer personnel within Paul, Weiss of these restrictions.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Naomi Reice Buchwald
September 13, 2019
Page 2

        Should your Honor have any questions, I am available at the Court's convenience.

Respectfully submitted,

Aidan Synnott

cc: All Counsel of Record (via ECF)