# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | No. 1:14-cv-01757 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for IndyMac Bank, F.S.B. ("IndyMac"), Superior Bank ("Superior"), and Washington Mutual Bank ("Washington Mutual") only, by and through its undersigned attorneys, withdraws and dismisses certain discrete claims asserted in its operative Amended Complaint (No. 1:14-cv-01757, ECF No. 22) arising from the following contracts only:  (1) ISDA Master Agreement between IndyMac and Defendant Royal Bank of Canada ("RBC");[1] (2) ISDA Master Agreement between Superior and Credit Suisse First Boston International, predecessor-in-interest to Defendant Credit Suisse International ("CSI");[2] (3) ISDA Master Agreement between Washington Mutual

---

[1] Amended Complaint, No. 1:14-cv-01757, at ¶ 192, Ex. 39.

[2] *Id.* at ¶ 218, Ex. 45.

and Credit Suisse Financial Products, predecessor-in-interest to Defendant CSI;[3] (4) ISDA

Master Agreement between Washington Mutual and Defendant HSBC Bank USA, N.A.

("HSBC");[4] (5) ISDA Master Agreement between Homeside Lending, Inc., predecessor-in-

interest to Washington Mutual and Defendant RBC;[5] and (6) ISDA Master Agreement between

Washington Mutual and WestLB, predecessor-in-interest to Defendant Portigon AG.[6]  The

Defendants identified above, against whom these claims are asserted, have not served answers to

the FDIC-R's Amended Complaint, nor have they moved for summary judgment on such

claims.[7]

The FDIC-R does not withdraw any other claims in this matter and reserves its rights in

all other respects.

Dated:  October 22, 2019                       Respectfully submitted,

                                               ZELLE LLP

                                               By:   /s/ James R. Martin
                                                     James R. Martin
                                                     Jennifer Duncan Hackett
                                                     1775 Pennsylvania Avenue, NW
                                                     Washington, DC  20006
                                                     202-899-4101

                                                     *Attorneys for the FDIC-R*

---

[3] *Id.* ¶ 245, Ex. 59.

[4] *Id.* ¶ 246, Ex. 60.

[5] *Id.* ¶ 251, Ex. 66.

[6] *Id.* ¶ 253, Ex. 68.

[7] By withdrawing these claims, the FDIC-R does not concede any argument asserted by any Defendant in relation to these claims.  Withdrawal of these specific claims shall not be construed as to prejudice, or as a waiver of, any other claim or argument asserted by the FDIC-R in this matter.