## THE LAW OFFICES OF
## KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008

(202) 371-1110 (TELEPHONE)

(202) 962-9290 (FAX)

WRITER'S DIRECT DIAL NUMBER
202-962-9280
kfeinberg@feinberglawoffices.com

October 21, 2019

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, NY 10007

     *Re: In re Libor-Based Financial Instruments Antitrust Litig.,* No. 11-md-2262

Dear Judge Buchwald:

     I write formally to seek Court approval to resign as Settlement Administrator in the OTC Plaintiffs' action referenced above, effective immediately. OTC Class Counsel endorse my decision.

     The Court will recall that I was appointed by the Court in preliminary settlement approval Orders dated August 31, 2017 (ECF ¶ 4) and August 5, 2018 (ECF ¶ 4) to assist in settlement efforts. Those settlements have now been finally approved by the Court.

     As Settlement Administrator, I worked with Class Counsel and the Claims Administrator, Rust Consulting, Inc., to develop a Plan of Distribution for presentment to the Court for approval. The Plan of Distribution has been finally approved.

     My efforts in these regards have concluded.

     I understand that the Court-appointed Claims Administrator has been working, and will continue to work, closely with Class Counsel to implement the Distribution Plan, with support from consulting firm Bates White, LLC.

     I further understand that under Section 11(c)(5) of the Settlement Agreements, any claimants that have their claims rejected in whole or part by the Claims Administrator, and are unable to resolve any disputes concerning that rejection through the processes provided for in Section 11(c)(5), may present any disputes concerning that rejection to the Court for resolution, with the Court being the final arbiter of claim validity under the Settlement Agreements. Accordingly, my services are not needed in this regard.

     I am grateful to the Court for the opportunity to serve in this matter.

Sincerely,

Kenneth R. Feinberg
Settlement Administrator

CC: Gary Smith, Jr.