# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>                        Plaintiff<br><br>                        v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                        Defendants. | No. 1:14-cv-01757 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for Washington Mutual Bank (Washington Mutual") only, by and through its undersigned attorneys, withdraws and dismisses certain discrete claims asserted in its operative Amended Complaint (No. 1:14-cv-01757, ECF No. 22) against Defendant Barclays Bank plc ("Barclays") arising from the following contract only:  ISDA Master Agreement between Washington Mutual Finance Corporation and Barclays.[1]  Barclays has not served an answer to the FDIC-R's Amended Complaint, nor has it moved for summary judgment on such claims.[2]

---

[1] *Id.* at ¶ 243, Ex. 57.

[2] By withdrawing these claims, the FDIC-R does not concede any argument asserted by Barclays in relation to these claims.  Withdrawal of these specific claims shall not be construed as to prejudice, or as a waiver of, any other claim or argument asserted by the FDIC-R in this matter.

The FDIC-R does not withdraw any other claims in this matter and reserves its rights in all other respects.

Dated:  April 1, 2020

Respectfully submitted,

ZELLE LLP

By:  /s/ James R. Martin
    James R. Martin
    Jennifer Duncan Hackett
    1775 Pennsylvania Avenue, NW
    Washington, DC  20006
    202-899-4101

*Attorneys for the FDIC-R*

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2020