```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re:                                    O R D E R

LIBOR-Based Financial Instruments         11 MD 2262 (NRB)
Antitrust Litigation

This Document Applies to:

    Lender Plaintiff Action               12 Civ. 5723 (NRB)
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Whereas the United States Courthouse located at 500 Pearl Street in New York City is, pursuant to Standing Order 20 Misc. 155, closed for hearings such as the fairness hearing scheduled for May 26, 2020 at 2:30 p.m. (the "Fairness Hearing"), whereas no class member has objected to the settlements that will be discussed at the Fairness Hearing, and whereas the Lender Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and Lender Plaintiff Action dockets on the morning of May 26.

Dated:   New York, New York
         May 15, 2020

                                    _____
                                         NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE