UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB<br><br>Civil Action No. 1:14-cv-04189-NRB (S.D.N.Y.) |
| THIS DOCUMENT RELATES TO:<br><br>Prudential Investment Portfolios 2, f/k/a Dryden Core Investment Fund, o/b/o Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., AND BARCLAYS PLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants Barclays Bank PLC, Barclays Capital Inc., and Barclays PLC (together, "Barclays"), that all of Plaintiff's claims against Barclays only are hereby dismissed with prejudice from the direct action *Prudential Investment Portfolios 2 v. Bank of America Corp., et al.*, 14-cv-4189 (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party.  For the avoidance of doubt, this stipulation of dismissal applies only to the Barclays Defendants, and Plaintiff is continuing to pursue claims against the other Defendants in this direct action.

1

Dated: May 20, 2020

/s/ Daniel L. Brockett
Daniel L. Brockett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000
danbrockett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
Christopher R. Barker (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

*Attorneys for Plaintiff*

/s/ Leigh M. Nathanson
Jonathan D. Schiller
Leigh M. Nathanson
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2300
JSchiller@BSFLLP.com
LNathanson@ BSFLLP.com

*Attorneys for Barclays Defendants*

**SO ORDERED:**

Dated:

_____    _____

Hon. Naomi Reice Buchwald
United States District Judge