UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB <br><br> Civil Action No. 1:14-cv-04189-NRB (S.D.N.Y.) |
| THIS DOCUMENT RELATES TO: <br><br> Prudential Investment Portfolios 2, f/k/a Dryden Core Investment Fund, o/b/o Prudential Core Short-Term Bond Fund and Prudential Core Taxable Money Market Fund, <br><br> Plaintiff, <br><br> v. <br><br> Bank of America Corp., et al., <br><br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEUTSCHE BANK AG PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant Deutsche Bank AG ("Deutsche Bank"), that all of Plaintiff's claims against Deutsche Bank only are hereby dismissed with prejudice from the direct action *Prudential Investment Portfolios 2 v. Bank of America Corp., et al.*, 14-cv-4189 (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party. For the avoidance of doubt, this stipulation of dismissal applies only to Deutsche Bank, and Plaintiff is continuing to pursue claims against the other Defendants in this direct action.

Dated: August 17, 2020

*[signature: Dan Brockett]*

Daniel L. Brockett
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000
danbrockett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
jeremyandersen@quinnemanuel.com

*Attorneys for Plaintiff*

*[signature: Elizabeth Sacksteder]*

Elizabeth Sacksteder
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3505
esacksteder@paulweiss.com

*Attorneys for Deutsche Bank*

**SO ORDERED:**

Dated:

_____

Hon. Naomi Reice Buchwald
United States District Judge