UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262-NRB |
| THIS DOCUMENT RELATED TO: ALL ACTIONS | |

### DECLARATION OF JONATHAN D. SCHILLER

JONATHAN D. SCHILLER declares as follows:

1. I am a managing partner of Boies Schiller Flexner LLP ("Boies Schiller Flexner") located in New York, New York.

2. Defendants Barclays Bank PLC, Barclays PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC (collectively, "Barclays") are represented by the law firms of Boies Schiller Flexner and Sullivan & Cromwell LLP ("Sullivan & Cromwell") in the above-referenced actions (the "Actions").

3. The following former or current attorneys from Boies Schiller Flexner have appeared in the Actions as counsel for Barclays: Jonathan David Schiller, Michael Brille, Christopher Emmanuel Duffy, and Amos Emory Friedland.

4. Upon the Court's granting of the accompanying motion for withdrawal of appearance, Boies Schiller Flexner, including each of the above-listed attorneys, will cease representing Barclays in the Actions.

5. Sullivan & Cromwell will continue to represent Barclays in the Actions, and the withdrawal of the above-listed Boies Schiller Flexner attorneys will not prejudice Barclays.

6. The actions consolidated in this litigation are in various different postures, and

there are two class settlement fairness hearings currently scheduled for September 17, 2020 and October 5, 2020.

7. Neither Boies Schiller Flexner nor any of its attorneys is asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2020

/s/ Jonathan D. Schiller
Jonathan D. Schiller
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2300
JSchiller@BSFLLP.com
