UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:
                                       **ORDER**

LIBOR-Based Financial Instruments
Antitrust Litigation.          11 MD 2262 (NRB)


This Document Applies to:

33-35 Green Pond Associates, LLC      12 Civ. 5822
    v. Bank of America Corp., et al.


Courtyard at Amwell II, LLC, et al.   12 Civ. 6693
    v. Bank of America Corp., et al.


----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     WHEREAS, the fairness hearing addressing the settlements in the above-captioned class actions involving the Non-Defendant OTC Plaintiffs is scheduled for October 5, 2020 at 11:00 a.m.; and

     WHEREAS, no class member has filed an objection to the settlements that are the subject of the fairness hearing; and

     WHEREAS, the Non-Defendant OTC Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements; and

     WHEREAS, the Court has the authority to determine the appropriate format for the fairness hearing (11-MD-2262, ECF No. 3079 ¶ 2); and

WHEREAS, the Court has determined that it is inadvisable to hold the fairness in-person because of health concerns related to the COVID-19 pandemic; it is therefore

**ORDERED** that the fairness hearing shall be conducted telephonically on the date and time that it was previously scheduled, October 5, 2020 at 11:00 a.m.  Chambers will post dial-in instructions on the MDL docket and the Non-Defendant OTC Plaintiff action dockets on the morning of October 5, 2020.


Dated:  New York, New York
        September 24, 2020


                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE