N.Y.S.D. Case #
11-md-2262(NRB)
12-cv-5723(NRB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty.

Before:     Susan L. Carney,
               *Circuit Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 28 2020

The Berkshire Bank, individually and on behalf of all others similarly situated, Government Development Bank for Puerto Rico,

       Plaintiffs-Appellants,

v.

Deutsche Bank AG, Lloyds Banking Group plc, Royal Bank of Scotland Group PLC, The Norinchukin Bank, WestLB AG, Bank of Tokyo- Mitsubishi UFJ Ltd, Royal Bank of Canada, WestDeutsche ImmobilienBank AG., British Bankers' Association, BBA Enterprises, Ltd., BBA Libor, Ltd., Lloyds Bank PLC, FKA Lloyds TSB Bank PLC, RBC Capital Markets, Cooperatieve Rabobank U.A., Credit Suisse Group AG, HBOS PLC,

       Defendants-Appellees.

**ORDER**

Docket No. 20-1987

Appellants move for (1) partial severance of their appeal with respect only to Appellee Deutsche Bank AG, (2) stay of the severed portion of the appeal, and (3) for limited remand of that severed portion for the district court to consider preliminary and final approval of the proposed class action settlement between Appellants and Appellee Deutsche Bank.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants must file status update letters with the Court every 30 days, beginning with 30 days from the date of this order.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 09/28/2020