**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**  (212) 805-0194
UNITED STATES DISTRICT JUDGE

November 24, 2020

Samuel D. Rosen
10175 Collins Avenue, Apt. 502
Bal Harbour, FL 33154

RE:   **In re LIBOR-Based Financial Instruments Antitrust Litigation**
         **11 MD 2262**

Dear Mr. Rosen:

   Yesterday, the Court received your letter of November 14, 2020.   As an attorney, I am sure you recognize that to participate in a class action settlement you must complete a proof of claim.   If you do not have the records necessary to support a proof of claim, I am unaware of any assistance that I can provide.

                    Very truly yours,

                    Naomi Reice Buchwald
                    United States District Judge

cc (via ECF):

Karen L. Morris
Morris & Morris, LLC Counselors at Law
4023 Kennett Pike, No. 254
Wilmington, DE 19087

Robert S. Kitchenoff
Weinstein, Kitchenoff, Scarlato & Goldman, Ltd.
150 Monument Road, Suite 107
Bala Cynwyd, PA 19103