**Samuel D. Rosen**
**10175 Collins Avenue, Apt. 502**
**Bal Harbour, FL 33154**
**PHONE: (305) 868-6096/CELL: (917) 974-7588**
**FAX: (305)868-8906**

November 14, 2020

Honorable Naomi Rice Buchwald
U.S Courthouse
500 Pearl Street
NYC, NY 10007

RE: Bondholder Libor Settlement

Dear Judge Buchwald,

I need your help. I am an attorney, a member of the Bar of this Court and the 2nd Circuit. I retired from the active practice of law almost 20 years ago. I am 75 years old and permanently disabled. Because of my eye problem. I cannot look at screens. Thus, I have no computer, no smart phone. I recently received a packet of info re the settlement of this class action. Quite obviously, someone – probably the Plaintiff's class action counsel – has information that I owned some of the subject securities as long ago as 2007. I do **not** have any records going back so far and I cannot even remember what brokerage firms I had accounts with so long ago. I therefore, have no recollection, no idea, no records of owning the subject securities.

Accordingly, I wrote to both of the class action attorneys/law firms, requesting whatever information they had which caused them to include me in their notice re this settlement. I made it clear that if they would provide me with the name(s) of the brokerage firm(s) through which I owned the subject securities I would follow up directly with them. I got nothing – zero – no help in response. Instead, I received a telephone call from a woman who said she was with the research support group that compiled the data base for this case. I then made the same request to her – identity of the brokerage firm(s) I used to buy or sell these securities. She responded that in order to do that, I needed to give her the cusip numbers of the certificates I had owned. I told her I, of course, did not have that information, that the broker(s) I used would have it, and again reiterated my request for info re these brokers. The woman said she could not help me, could not give me that info unless I could give her the culip numbers! HELP! What do I do now??

Very truly yours etc.,

***/s/ Original signed***
SAMUEL D. ROSEN

cc: Karen Morris, via U.S. Mail, 4023 Kennett Pike, #254, Wilmington, DE 19087
Robert Kitchenoff, via U.S. Mail, 150 Monument Road, Suite 107, Bala Cynwyd, PA 19004


Samuel D. Rosen
10175 Collins Avenue, #502
Bal Harbour, Fl 33154
WEST PALM BCH FL 334
16 NOV 2020 PM 4 L
Honorable Naomi Rice Buchwald
U.S Courthouse
500 Pearl Street
NYC, NY 10007
10007-131699