UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

This Document Applies to:

   Bondholder Plaintiff Action

------------------------------------------X

**ORDER**

11 MD 2262 (NRB)

12 Civ. 1025 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, the fairness hearing addressing the settlements in the above-captioned class actions involving the Bondholder Plaintiffs is scheduled for December 16, 2020 at 11:00 a.m.; and

    WHEREAS, no class member has filed an objection to the settlements that are the subject of the fairness hearing; and

    WHEREAS, the Bondholder Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements; and

    WHEREAS, the Court has suspended in-person proceedings because of health concerns related to the COVID-19 pandemic (20-MC-622, ECF No. 1); and

    WHEREAS, the Court reserved the right to determine the appropriate format for the fairness hearing (11-MD-2262, ECF No. 3101-19 ¶ 16); it is therefore

    **ORDERED** that the fairness hearing shall be conducted telephonically on the date and time that it was previously

scheduled, December 16, 2020 at 11:00 a.m.  Chambers will post dial-in instructions on the MDL docket and the Non-Defendant OTC Plaintiff action dockets on the morning of December 16, 2020.

Dated:  New York, New York
        December 1, 2020

                                                                          _____
                                                                             NAOMI REICE BUCHWALD
                                                                 UNITED STATES DISTRICT JUDGE