# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand twenty,

Before:  Debra Ann Livingston,
     *Chief Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 01 2020

**ORDER**

Schwab Short-Term Bond Market Fund, et al.,

  Plaintiffs-Appellants,

v.

Lloyds Banking Group plc, et al.,

  Defendants – Appellees.

Docket Nos. 17-1569(L)
17-1915(Con)
17-1989(Con)
17-2056(Con)
17-2343(Con)
17-2347(Con)
17-2351(Con)
17-2352(Con)
17-2360(Con)
17-2376(Con)
17-2381(Con)
17-2383(Con)
17-2413(Con)

Plaintiffs-Appellants Metzler Asset Management GmbH (f/k/a Metzler Investment GMBH), FTC Futures Fund SICAV, FTC Futures Fund PCC Ltd., Atlantic Trading USA, LLC, 303030 Trading LLC, Gary Francis and Nathaniel Haynes and Defendant-Appellee Société Générale S.A. ("SG") stipulate that the appeals in Docket Nos. 17-1569 (L) and 17-2056 (CON) are withdrawn as to SG only pursuant to Federal Rule of Appellate Procedure 42(b).

The stipulation is SO ORDERED. The appeals shall proceed with respect to the remaining appellees.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/01/2020