```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
In re:

LIBOR-Based Financial Instruments                          ORDER
Antitrust Litigation.
                                                     11 MD 2262 (NRB)
This Document Applies to:
                                                     12 Civ. 5723 (NRB)
   The Lender Action


-------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


WHEREAS, the fairness hearing addressing the settlement in the above-captioned class action between the Lender Plaintiffs and Deutsche Bank AG is scheduled for March 15, 2021 at 11:00 a.m.; and

WHEREAS, no class member has filed an objection to the settlement that is the subject of the fairness hearing; and

WHEREAS, the Lender Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of that settlement; and

WHEREAS, the ongoing COVID-19 pandemic continues to pose a risk to public health; and

WHEREAS, under these circumstances, the Court has determined that the appropriate format for the fairness hearing is a telephonic conference; it is hereby

**ORDERED** that the fairness hearing shall be conducted telephonically on the date and time that it was previously

scheduled, March 15, 2021 at 11:00 a.m.   Chambers will post

dial-in instructions on the MDL docket and the Lender Plaintiff

Action dockets in advance of the fairness hearing.


Dated:    New York, New York
          March 4, 2021


                        _____
                           NAOMI REICE BUCHWALD
                        UNITED STATES DISTRICT JUDGE