**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, *et al.*,<br><br>                   Plaintiff<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>               Defendants. | No. 1:14-cv-01757 |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") for Amcore Bank, *et al.* with prejudice and dismissed certain claims asserted by the FDIC-R without prejudice in the above-captioned multi-district litigation;

WHEREAS the FDIC-R seeks to withdraw the claims of the receiverships specified below, and no other claims in the above-captioned multi-district litigation:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the FDIC-R as Receiver for BankUnited, F.S.B.; Community Banks of Colorado; Downey Savings & Loan Association, FA; Eurobank; First Community Bank; First Federal Bank of California, F.S.B.; First National Bank; First Regional Bank; Frontier Bank; Georgian Bank; Hillcrest Bank; Irwin Union Bank & Trust Company; LaJolla Bank; Midwest

Bank and Trust Company; Orion Bank; PFF Bank & Trust; Riverside National Bank of Florida; and Tier One Bank ("Dismissing Receiverships"), and Defendants Bank of America, N.A.; Merrill Lynch & Co.; Merrill Lynch Capital Services, Inc.; Merrill Lynch International Bank Ltd.; Barclays Bank plc; Citigroup, Inc.; Citibank, N.A.; Citigroup Financial Products, Inc.; Deutsche Bank AG; JPMorgan Chase Bank, N.A.; Bear Stearns Capital Markets, Inc.; JPMorgan Markets Ltd. (F.K.A. Bear Stearns International Ltd.); J.P. Morgan Bank Dublin plc (F.K.A. Bear Stearns Bank plc); UBS AG; Bank of America Corporation; Merrill Lynch International; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (F.K.A. BBA Libor Ltd.); Coöperatieve Rabobank U.A. (F.K.A. Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse Group AG; Credit Suisse International (F.K.A. Credit Suisse First Boston International); HSBC Bank plc; HSBC Bank USA, N.A.; The Hongkong and Shanghai Banking Corporation Ltd.; JPMorgan Chase & Co.; Lloyds Banking Group plc; Lloyds Bank plc (F.K.A. Lloyds TSB Bank plc); Bank of Scotland plc; MUFG Bank Ltd. (F.K.A. The Bank of Tokyo-Mitsubishi UFJ Ltd.); The Norinchukin Bank; Société Générale; Portigon AG (F.K.A. WestLB); Royal Bank of Canada; and The Royal Bank of Scotland plc (collectively, "Defendants"), by and through their undersigned attorneys, hereby stipulate to the dismissal of the claims asserted by the FDIC as Receiver for the Dismissing Receiverships only in the above-captioned action subject to the following terms:

1.      The FDIC-R for the Dismissing Receiverships in the above-captioned multi-district litigation ("MDL"), withdraws and dismisses the claims against the Defendants asserted by the Dismissing Receiverships only, with prejudice; provided, however, that the FDIC-R reserves all rights to make claims as Receiver for the Dismissing Receiverships as an absent class member in any future class settlements or judgments in the above-captioned MDL litigation

as appropriate, and Defendants agree that they will not contest the FDIC-R's right to make those claims based on the FDIC-R's having entered into this stipulation.  For the avoidance of doubt, this stipulation does not trigger any right of the FDIC-R to appeal any rulings in this MDL.

2.    The FDIC-R for the Dismissing Receiverships and Defendants shall bear their own costs and attorneys' fees in connection with the above-captioned MDL litigation.

3.    The FDIC-R as Receiver for the Dismissing Receiverships withdraws and dismisses the claims against the Defendants asserted by the Dismissing Receiverships only, does not withdraw or dismiss any other claims in this matter asserted by any other Closed Bank that is not specified as a Dismissing Receivership, and reserves its rights in all other respects.

4.    Nothing in this stipulation, nor the execution thereof by Defendants, shall waive or forfeit any personal jurisdiction or venue argument or defense that any Defendant may have, all of which are preserved.

Dated: April 23, 2021                              Respectfully submitted,

*Paul Mish*
_____                    _____
Arthur J. Burke                                    James R. Martin
Paul S. Mishkin                                    Jennifer Duncan Hackett
Adam G. Mehes                                     ZELLE LLP
DAVIS POLK & WARDWELL LLP         1775 Pennsylvania Avenue, NW
450 Lexington Avenue                        Washington, D.C. 20006
New York, New York 10017                   Telephone: (202) 899-4101
Telephone: (212) 450-4000
Fax: (212) 450-4800                          *Attorneys for the FDIC-R*
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Merrill Lynch Capital Services, Inc., Merrill Lynch International, and Merrill Lynch International Bank Ltd.*

as appropriate, and Defendants agree that they will not contest the FDIC-R's right to make those claims based on the FDIC-R's having entered into this stipulation. For the avoidance of doubt, this stipulation does not trigger any right of the FDIC-R to appeal any rulings in this MDL.

2.      The FDIC-R for the Dismissing Receiverships and Defendants shall bear their own costs and attorneys' fees in connection with the above-captioned MDL litigation.

3.      The FDIC-R as Receiver for the Dismissing Receiverships withdraws and dismisses the claims against the Defendants asserted by the Dismissing Receiverships only, does not withdraw or dismiss any other claims in this matter asserted by any other Closed Bank that is not specified as a Dismissing Receivership, and reserves its rights in all other respects.

4.      Nothing in this stipulation, nor the execution thereof by Defendants, shall waive or forfeit any personal jurisdiction or venue argument or defense that any Defendant may have, all of which are preserved.

Dated: April 23, 2021                                Respectfully submitted,

_____          _____
Arthur J. Burke                                       James R. Martin
Paul S. Mishkin                                      Jennifer Duncan Hackett
Adam G. Mehes                                      ZELLE LLP
DAVIS POLK & WARDWELL LLP         1775 Pennsylvania Avenue, NW
450 Lexington Avenue                            Washington, D.C. 20006
New York, New York 10017                    Telephone: (202) 899-4101
Telephone: (212) 450-4000
Fax: (212) 450-4800                               *Attorneys for the FDIC-R*
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for Defendants Bank of*
*America Corporation, Bank of America,*
*N.A., Merrill Lynch & Co., Merrill*
*Lynch Capital Services, Inc., Merrill*
*Lynch International, and Merrill Lynch*
*International Bank Ltd.*

Jeffrey T. Scott
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

Richard D. Owens
Jeff G. Hammel
Lilia B. Vazova
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com

*Attorneys for Defendants British Bankers' Association, BBA Enterprises Ltd., and BBA Trent Ltd. (F.K.A. BBA Libor Ltd.)*

Jeffrey T. Scott
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

*Attorneys for Defendant Barclays Bank
PLC*

Richard D. Owens
Jeff G. Hammel
Lilia  B. Vazova
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com

*Attorneys for Defendants British Bankers'
Association, BBA Enterprises Ltd., and
BBA Trent Ltd. (F.K.A. BBA Libor Ltd.)*

*Andrew A. Ruffino*

---

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
Benjamin L. Cavataro
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
alazerow@cov.com
bcavataro@cov.com

Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

*Attorneys for Defendants Citigroup, Inc.,
Citibank, N.A., and Citigroup Financial
Products, Inc.*

---

David R. Gelfand
Robert C. Hora
John J. Hughes, III
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
jhughes2@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve
Rabobank U.A. (f/k/a Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.)*

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
Benjamin L. Cavataro
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
alazerow@cov.com
bcavataro@cov.com

Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

*Attorneys for Defendants Citigroup, Inc.,
Citibank, N.A., and Citigroup Financial
Products, Inc.*

David R. Gelfand
Robert C. Hora
John J. Hughes, III
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
jhughes2@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve
Rabobank U.A. (f/k/a Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.)*

Joel Kurtzberg

Herbert S. Washer

Ela Katz

Lauren Perlgut
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York
10005 Telephone:
(212) 701-3000
jkurtzberg@cahill.com
hwasher@cahill.co

mekatz@cahill.com
lperlgut@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse
Group AG, Credit Suisse AG, and Credit
Suisse International*

Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND  WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019 Telephone: (212)
373-3000
Fax: (212)  757-3990
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

6

Joel Kurtzberg
Herbert S. Washer
Elai Katz
Lauren Perlgut
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
jkurtzberg@cahill.com
hwasher@cahill.com
ekatz@cahill.com
lperlgut@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse
Group AG, Credit Suisse AG, and Credit
Suisse International*

Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendant Deutsche Bank
AG*

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214)740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc,
HSBC Bank USA, N.A., and The
Hongkong and Shanghai Banking
Corporation Ltd.*

Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com

Abram J. Ellis
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

*Attorneys for Defendants JPMorgan
Chase Bank, N.A., J.P. Morgan Markets
Ltd. (f/k/a Bear Stearns International
Ltd.), J.P. Morgan Dublin plc (f/k/a
JPMorgan Bank Dublin plc f/k/a Bear
Stearns Bank plc), JPMorgan Chase &
Co., and Bear Stearns Capital Markets,
Inc.*

_Paul C. Gluckow_

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214)740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc,
HSBC Bank USA, N.A., and The
Hongkong and Shanghai Banking
Corporation Ltd.*

Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com

Abram J. Ellis
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

*Attorneys for Defendants JPMorgan
Chase Bank, N.A., J.P. Morgan Markets
Ltd. (f/k/a Bear Stearns International
Ltd.), J.P. Morgan Dublin plc (f/k/a
JPMorgan Bank Dublin plc f/k/a Bear
Stearns Bank plc), JPMorgan Chase &
Co., and Bear Stearns Capital Markets,
Inc.*

*Lisa J. Fried*

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Banking
Group plc, Lloyds Bank plc (F.K.A.
Lloyds TSB Bank plc), and Bank of
Scotland plc*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com

*Attorneys for Defendant Société Générale*

Andrew W. Stern
Tom A. Paskowitz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

Christian T. Kemnitz
Alan J. Brudner
Brian J. Poronsky
J Matthew Haws
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
christian.kemnitz@katten.com
alan.brudner@katten.com
brian.poronsky@katten.com
matthew.haws@katten.com

*Attorneys for Defendant Royal Bank of
Canada*

8

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Banking
Group plc, Lloyds Bank plc (F.K.A.
Lloyds TSB Bank plc), and Bank of
Scotland plc*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com

*Attorneys for Defendant Société Générale*

Andrew W. Stern
Tom A. Paskowitz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

Christian T. Kemnitz
Alan J. Brudner
Brian J. Poronsky
J Matthew Haws
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
christian.kemnitz@katten.com
alan.brudner@katten.com
brian.poronsky@katten.com
matthew.haws@katten.com

*Attorneys for Defendant Royal Bank of
Canada*

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Banking
Group plc, Lloyds Bank plc (F.K.A.
Lloyds TSB Bank plc), and Bank of
Scotland plc*

Andrew W. Stern
Tom A. Paskowitz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com

*Attorneys for Defendant Société Générale*

Christian T. Kemnitz
Alan J. Brudner
Brian J. Poronsky
J Matthew Haws
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
christian.kemnitz@katten.com
alan.brudner@katten.com
brian.poronsky@katten.com
matthew.haws@katten.com

*Attorneys for Defendant Royal Bank of
Canada*

8

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Banking
Group plc, Lloyds Bank plc (F.K.A.
Lloyds TSB Bank plc), and Bank of
Scotland plc*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com

*Attorneys for Defendant Société Générale*

Andrew W. Stern
Tom A. Paskowitz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

Christian T. Kemnitz
Alan J. Brudner
Brian J. Poronsky
J Matthew Haws
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
christian.kemnitz@katten.com
alan.brudner@katten.com
brian.poronsky@katten.com
matthew.haws@katten.com

*Attorneys for Defendant Royal Bank of
Canada*

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank
of Scotland plc*

Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for Defendant MUFG Bank,
Ltd. (F.K.A. The Bank of Tokyo-
Mitsubishi UFJ, Ltd.)*

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendant UBS AG*

Christopher M. Paparella
Justin Ben-Asher
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
cpaparella@steptoe.com
jbenasher@steptoe.com

*Attorneys for Defendant Portigon AG
(f/k/a WestLB AG)*

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank
of Scotland plc*

Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for Defendant MUFG Bank,
Ltd. (F.K.A. The Bank of Tokyo-
Mitsubishi UFJ, Ltd.)*

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendant UBS AG*

Christopher M. Paparella
Justin Ben-Asher
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
cpaparella@steptoe.com
jbenasher@steptoe.com

*Attorneys for Defendant Portigon AG
(f/k/a WestLB AG)*

9

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank
of Scotland plc*

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendant UBS AG*

Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for Defendant MUFG Bank,
Ltd. (F.K.A. The Bank of Tokyo-
Mitsubishi UFJ, Ltd.)*

Christopher M. Paparella
Justin Ben-Asher
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
cpaparella@steptoe.com
jbenasher@steptoe.com

*Attorneys for Defendant Portigon AG
(f/k/a WestLB AG)*

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank
of Scotland plc*

Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for Defendant MUFG Bank,
Ltd. (F.K.A. The Bank of Tokyo-
Mitsubishi UFJ, Ltd.)*

Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mrkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendant UBS AG*

Christopher M. Paparella
Justin Ben-Asher
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
cpaparella@steptoe.com
jbenasher@steptoe.com

*Attorneys for Defendant Portigon AG
(f/k/a WestLB AG)*