UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-7720-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Federal National Mortgage Association,<br><br>Plaintiff,<br><br>v.<br><br>Barclays Bank plc, *et al.*<br><br>Defendants. | **Stipulation Of Dismissal With Prejudice Of Barclays Bank plc Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant Barclays Bank plc ("Barclays"), that all of Plaintiff's claims against Barclays only are hereby dismissed with prejudice from the action *Federal National Mortgage Association v. Barclays Bank plc, et al.*, No. 13-cv-7720-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: July 1, 2021

<table>
<tr><td>

_____
Kenneth E. Warner
WARNER PARTNERS, P.C.
950 Third Avenue, 32nd Floor
New York, New York 10022
Tel: (212) 593-8000
E: kwarner@warnerpc.com

Kathy D. Patrick
Sam W. Cruse III
David Sheeren
GIBBS & BRUNS LLP
1100 Louisiana Street, Ste 5300
Houston, Texas 77002
Tel: (713) 650-8805
E: kpatrick@gibbsbruns.com
   scruse@gibbsbruns.com
   dsheeren@gibbsbrun.com

*Counsel to Plaintiff Federal National Mortgage Association*

</td><td>

_____ / PWB
Jeffrey T. Scott
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
E: scottj@sullcrom.com
   porporam@sullcrom.com
   clarkest@sullcrom.com


*Counsel to Barclays*

</td></tr>
</table>

**SO ORDERED.**

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        July 8, 2021