# Exhibit C

**U.S. Dollar Libor Settlement Claims Validation**

Home   Guide/Instructions   Message Code Legend   Forms   Settlement Website

References and forms which may be required for your Claim are below.

Download Acrobat Reader

Adobe Reader is free and is required to view and print documents on this site.

| Title | Size | |
|---|---|---|
| Guide and Instructions | 50.0 KB | Download |
| Message Code Legend | 27.0 KB | Download |
| Supplemental Attestation | 19.0 KB | Download |
| Location Attestation | 22.0 KB | Download |
| Third Party Attestation | 22.0 KB | Download |
| Third Party Authorization Attestation | 24.0 KB | Download |
| Seller Attestation | 22.0 KB | Download |