# Exhibit D

**UsDollarLibor**

---

| | |
|---|---|
| From: | UsDollarLibor |
| Sent: | Tuesday, February 2, 2021 10:21 AM |
| To: | ▓▓▓▓▓▓▓▓ |
| Subject: | RE: US Dollar LIBOR Settlements: claimant IDs 5000260 5000261 |

Good morning,

Class Counsel will submit your dispute to the Court for review.

Regards,

Claims Administrator
U.S. Dollar LIBOR Settlement
c/o Rust Consulting, Inc. - 5095
P.O. Box 2602
Faribault, MN 55021-9602
Toll Free: 1 (888) 568-7640
Email: info@USDollarLiborSettlement.com

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, February 2, 2021 12:00 AM
**To:** UsDollarLibor <info@usdollarliborsettlement.com>
**Subject:** Re: US Dollar LIBOR Settlements: claimant IDs 5000260 5000261

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning sir/madam,
Please know that I am in receipt of your email; however, I am not satisfied with the outcome nor do I accept what you have started in it's contents.
My loan clearly says it is a LIBOR loan
To tell me that it has no interest linked to LIBOR does not satisfy nor mean anything to me. I paid the outrageous interest they applied to my loan, it was never explained to me what a LIBOR loan was/is, yet my documents clearly states LIBOR on it.
I would appreciate you re-examine my documents which I am more than willing to forward to you.
I also believe that your final conclusion was done in haste. I sent my documents to you on January 19 2021 and you decision was sent to me on January 22 2021 the actual deadline for my response which tell me that no effort or concern was made to ensure that my claim was carefully re-examined. I feel that I have no other recourse but to reach out to the AG for my state and the Consumer Protection Agency for assistance with pursuing the matter further.
We were wronged by the financial institutions we were directed to obtain our loans with and we should be compensated and made whole for what they did.
Please receive the contents of this letter and know that your reply to me does not satisfy my concerns.

Respectfully,

▓▓▓▓▓▓▓▓

1

Claimant/ Executor for ▮▮▮▮▮▮▮▮▮▮ estate.

Sent from my iPhone

On Jan 22, 2021, at 8:49 AM, UsDollarLibor <info@usdollarliborsettlement.com> wrote:

not receive interest linked to LIBOR and therefore suffered no damages as a result of the defendants' alleged suppression of LIBOR. Accordingly, these settlements do not pertain to transactions in which the claimant paid interest linked to LIBOR, as is the case here. Please confirm that this explanation resolves your concerns.

**UsDollarLibor**

| | |
|---|---|
| **From:** | UsDollarLibor |
| **Sent:** | Friday, January 22, 2021 7:49 AM |
| **To:** | |
| **Subject:** | US Dollar LIBOR Settlements: claimant IDs 5000260 5000261 |

Good morning,

We have received and reviewed the responses uploaded through the Settlement Validation website for the claims relating to Claimant IDs 5000260 and 5000261. We previously determined that both of the transactions submitted for these claims are Rejected because these claimants, as the borrowers on these mortgages, did not <u>receive</u> interest linked to LIBOR and therefore suffered no damages as a result of the defendants' alleged suppression of LIBOR. Accordingly, these settlements do not pertain to transactions in which the claimant <u>paid</u> interest linked to LIBOR, as is the case here. Please confirm that this explanation resolves your concerns.

Regards,

Claims Administrator
U.S. Dollar LIBOR Settlement
c/o Rust Consulting, Inc. - 5095
P.O. Box 2602
Faribault, MN 55021-9602
Toll Free: 1 (888) 568-7640
Email: info@USDollarLiborSettlement.com

1