UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 15-2973-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Axiom Investment Advisors, LLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp. et al.<br><br>Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co. And JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan only are hereby dismissed with prejudice from the action *Axiom Investment Advisors, LLC et al. v. Bank of America Corporation et al.*, No. 15-cv-2973-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to JPMorgan, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: November 29, 2021

_/s/ Linda P. Nussbaum_
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
T: (917) 438-9189
E: lnussbaum@nussbaumpc.com

*Counsel to Plaintiffs Axiom Investment Advisors, LLC, Axiom HFT LLC, Axiom Investment Advisors Holdings L.P., Axiom Investment Company, LLC, Axiom Investment Company Holdings L.P., Axiom FX Investment Fund, L.P., Axiom FX Investment Fund II, L.P., Axiom FX Investment 2X Fund, L.P., Ephraim F. Gildor, Gildor Family Advisors L.P., Gildor Family Company, L.P., and Gildor Management, LLC*

_/s/ Alan Turner_
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2500
E: pgluckow@stblaw.com
   aturner@stblaw.com

*Counsel to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

**SO ORDERED:**

Dated:

_____
Hon. Naomi Reice Buchwald
United States District Judge