1:11-md-02262-NRB
1:12-cv-05723-NRB

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

———

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-one.

PRESENT:

    GERARD E. LYNCH,
    JOSEPH F. BIANCO,
    STEVEN J. MENASHI,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 13 2021
```

_____

The Berkshire Bank, individually and on behalf of all others similarly situated, Government Development Bank for Puerto Rico,

        *Plaintiffs-Appellants*,

        v.                                                              20-1987-cv

Lloyds Banking Group plc, Royal Bank of Scotland Group PLC, The Norinchukin Bank, WestLB AG, Bank of Tokyo- Mitsubishi UFJ Ltd, Royal Bank of Canada, WestDeutsche ImmobilienBank AG., British Bankers' Association, BBA Enterprises, Ltd., BBA Libor, Ltd., Lloyds Bank PLC, FKA Lloyds TSB Bank PLC, Cooperatieve Rabobank U.A., Credit Suisse Group AG, HBOS PLC,

        *Defendants-Appellees*.[*]

_____

It is hereby ORDERED that a decision in this appeal be held in abeyance pending the decision in *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 17-1569. It is further ORDERED that twenty days after the opinion in *In re LIBOR-Based Financial*

---

[*] The Clerk of Court is respectfully directed to amend the caption as set forth above.

1

Case 1:11-md-02262-NRB Document 3329 Filed 12/13/21 Page 1 of 2

CERTIFIED COPY ISSUED ON 12/13/2021

*Instruments Antitrust Litigation* issues, each party shall submit a letter brief, not to exceed ten double-spaced pages, limited to the issue of how *In re LIBOR-Based Financial Instruments Antitrust Litigation* affects this case.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit