February 25, 2022

Re:   *In re LIBOR-Based Fin. Instruments Antitrust Litig.,* Master File No. 11-md-2262-NRB

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

      We serve as liaison counsel for the Class Plaintiffs, the Direct Action Plaintiffs, and the Defendants in the above-referenced LIBOR MDL. We write to update the Court on the parties' meet and confer efforts regarding a proposed case management schedule for the LIBOR MDL. *See* ECF No. 3368.

      The parties continue to work cooperatively and believe that additional time to confer will be productive in eliminating or narrowing the scope of any disputes regarding the schedule. On or before March 4, 2022, the parties expect to submit either (i) proposal(s) with respect to the case management schedule, or (ii) a further status update.

      Respectfully yours,

*/s/ William Christopher Carmody*          */s/ Paul S. Mishkin*
William Christopher Carmody                Paul S. Mishkin

Co-Lead Counsel for the OTC Plaintiffs     Counsel for Bank of America Corporation and Bank of
and Liaison Counsel for the Class Plaintiffs   America, N.A., and Liaison Counsel for Defendants

*/s/ James Robertson Martin*
James Robertson Martin

Counsel for The Federal Deposit Insurance Corporation
as Receiver for 19 Banks and The Federal Home Loan
Mortgage Corporation and Liaison
Counsel for the Direct Action Plaintiffs

Cc:  All counsel via ECF