UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | **MDL No. 2262**<br><br>Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-7394-NRB |
| THIS DOCUMENT RELATES TO:<br><br>National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>        Plaintiff,<br><br>v.<br><br>Credit Suisse Group AG, et al.,<br><br>        Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of Barclays Bank PLC and Barclays Capital Inc. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants Barclays Bank PLC and Barclays Capital Inc. (together, "Barclays"), that all of Plaintiff's claims against Barclays only are hereby dismissed with prejudice from the action *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, 13-cv-7394-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to Barclays, and Plaintiff is continuing to pursue claims against other Defendants in this action.

Dated: May 20, 2022

/s/ David C. Frederick
David C. Frederick
Gregory G. Rapawy
Andrew C. Shen
Daniel V. Dorris
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com
ddorris@kellogghansen.com

*Counsel to Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union*

/s/ Jeffrey T. Scott
Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
scottj@sullcrom.com
porporam@sullcrom.com
caterjo@sullcrom.com

*Counsel to Barclays Bank PLC and Barclays Capital Inc.*

**SO ORDERED:**

Dated: May 20, 2022
New York, New York

/s/ Naomi Reice Buchwald
Hon. Naomi Reice Buchwald
United States District Judge