June 28, 2022

Re: *In re LIBOR-Based Fin. Instruments Antitrust Litig.,* Master File No. 11-md-2262-NRB

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

We serve as liaison counsel for the Class Plaintiffs, the Direct Action Plaintiffs, and the Defendants in the above-referenced LIBOR MDL. The parties write jointly with a ministerial request that Your Honor enter the attached, updated scheduling order to clarify certain of the deadlines in the case management schedule that was so-ordered with the docket entry at ECF No. 3414.

We noted that the deadlines set forth in the docket text associated with the prior order consist of the "estimated deadlines" from the parties' joint proposed case management schedule, whereas the actual operative deadlines under the terms of the schedule are determined based on the timing of the entry of the scheduling order (which was June 17, 2022). The attached updated scheduling order replaces the "estimated deadlines" with the deadlines called for by the schedule, keyed off of the entry date of June 17, 2022.

Accordingly, to avoid any potential confusion, the parties jointly request that the Court so-order the attached updated scheduling order.

Respectfully yours,

| | |
|---|---|
| */s/ William Christopher Carmody* | */s/ Paul S. Mishkin* |
| William Christopher Carmody | Paul S. Mishkin |
| | |
| Co-Lead Counsel for the OTC Plaintiffs and Liaison Counsel for the Class Plaintiffs | Counsel for Bank of America Corporation and Bank of America, N.A., and Liaison Counsel for Defendants |

*/s/ James Robertson Martin*
James Robertson Martin

Counsel for The Federal Deposit Insurance Corporation as Receiver for 19 Banks and The Federal Home Loan Mortgage Corporation and Liaison Counsel for the Direct Action Plaintiffs

**Cc: All counsel via ECF**