```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

LIBOR-Based Financial Instruments              ORDER
Antitrust Litigation
                                               11 MD 2262 (NRB)
This Document Applies to:

      Lender Plaintiff Action                  12 Civ. 5723 (NRB)
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the United States Courthouse located at 500 Pearl Street in New York City is, pursuant to Standing Order 21 Misc. 164, subject to continuing restrictions due to the COVID-19 pandemic; and

WHEREAS no class member has objected to the settlements that will be discussed at the fairness hearing scheduled for July 14, 2022 at 2:30 p.m. (the "Fairness Hearing"); and

WHEREAS the Lender Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and Lender Plaintiff Action dockets on the morning of July 14, 2022.

Dated:   New York, New York
         July 11, 2022

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE