```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:
                                              CORRECTED
LIBOR-Based Financial Instruments             ORDER*
Antitrust Litigation
                                              11 MD 2262 (NRB)
This Document Applies to:

     Lender Plaintiff Action              12 Civ. 5723 (NRB)
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the United States Courthouse located at 500 Pearl Street in New York City is, pursuant to Standing Order 21 Misc. 164, subject to continuing restrictions due to the COVID-19 pandemic; and

WHEREAS no class member has objected to the settlements that will be discussed at the fairness hearing scheduled for July 13, 2022 at 2:30 p.m. (the "Fairness Hearing"); and

WHEREAS the Lender Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and Lender Plaintiff Action dockets on the morning of July 13, 2022.

```
Dated:    New York, New York
          July 11, 2022
```

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

---

* A previous version of this order (filed at 11md2262 ECF No. 3430 and 12cv5723 at ECF No. 411) incorrectly stated that the Fairness Hearing was scheduled for July 14, 2022. The correct date is July 13, 2022, as set forth in the order preliminarily approving the settlements (filed at 11md2262 ECF No. 3378 and 12cv5723 ECF No. 406).