**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

Marvin A. Miller

__X__ I am an Attorney

____ A Government Agency Attorney

____ A Pro Hac Vice attorney

FIRM INFORMATION

FIRM OLD ADDRESS:   Miller Law LLC
　　　　　　　　　　115 S. LaSalle Street, Suite 2900
　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　Tel: (312) 332-3400

FIRM NEW ADDRESS:   Miller Law LLC
　　　　　　　　　　145 S. Wells Street, 18th Floor
　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　Tel: (312) 332-3400

I will continue to be counsel of record on the above-entitled case.

Dated:  July 13, 2022　　　　　　　/s/ *Marvin A. Miller*