# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Civ. No. 11-md-2252-NRB |
| *This Document Relates To:*<br><br>ELIZABETH LIBERMAN and TODD AUGENBAUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG; BANK OF AMERICA CORPORATIONL JP MORGAN CHASE & CO.; HSBC HOLDINGS PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; UBS AG; ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; CITIBANK NA; RABOBANK GROUP; BANK OF TOKYO-MITSUBISHI UFJ; SOCIETE GENERALE; ROYALE BANK OF CANADA; BANK OF NOVA SCOTIA; BNP PARIBAS S.A.; CREDIT AGRICOLE, S.A; and SUMITOMO MITSUI BANKING CORP.,<br><br>Defendants. | Civ. No. 12-cv-6056-NRB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Elizabeth Lieberman and Todd Augenbaum dismiss the above-captioned action, *Lieberman v. Credit Suisse Group AG*, Civ. No. 12-cv-6056 (the "*Lieberman* Action"), without prejudice. No answer, motion to dismiss or motion for summary judgment has been filed in the *Lieberman* Action by any Defendant.

Dated: July 26, 2022          **GLANCY PRONGAY & MURRAY LLP**

*/s/ Gregory B. Linkh*
Brian P. Murray (BM 9954)
Email: bmurray@glancylaw.com
Gregory B. Linkh (GL 0477)
Email: glinkh@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
Tel: 212.682.5340

Jeffrey Abraham
**ABRAHAM, FRUCHTER & TWERSKY LLP**
470 Seventh Avenue, 38th Floor
New York, New York, 10123
Tel: 212.279.5050
Email: jabraham@aftlaw.com

*Counsel for Plaintiffs Elizabeth Lieberman and Todd Augenbaum*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Gregory B. Linkh*
Gregory B. Linkh (GL 0477)
glinkh@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
Tel: 212.682.5340

*Counsel for Plaintiffs Elizabeth Lieberman and Todd Augenbaum*