UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: | |
| *Bay Area Toll Auth. v. Bank of Am. Corp., et al.*, No. 14-cv-03094; *Berkshire Bank v. Lloyds Banking Group plc, et al.*, No. 12-cv-5723; *Fed. Deposit Ins. Corp. as Receiver for 38 Closed Banks v. Bank of Am. Corp.*, No. 14-cv-01757 | |

**[PROPOSED] ORDER**

This Order addresses the Memorandum Re Effect of Appeal on *LIBOR VIII* with Respect to the BBA, which was submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential.

The request of the Federal Deposit Insurance Corporation, as Receiver for 20 Closed Banks, Bay Area Toll Authority, and the Lender Plaintiffs to file portions of its Memorandum Re Effect of Appeal on *LIBOR VIII* with Respect to the BBA under seal is GRANTED. The Federal Deposit Insurance Corporation, Bay Area Toll Authority, and the Lender Plaintiffs is ordered to serve all Defendants named in its action with an unredacted version of the Memorandum.

July 26, 2022

IT IS SO ORDERED. Dated: New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTIRCT JUDGE