```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

LIBOR-Based Financial Instruments                    ORDER
Antitrust Litigation.
                                                 11 MDL 2262 (NRB)

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Clerk of Court is respectfully requested to remove The Berkshire Bank and the Government Development Bank of Puerto Rico from all LIBOR-related cases other than 12cv5723 and 11md2262. Directors Financial Group should be removed from all such cases other than 13cv1016 and 11md2262.

Dated:   New York, New York
         August 1, 2022

                                        _____
                                           NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE