August 12, 2022

Re: *In re LIBOR-Based Fin. Instruments Antitrust Litig.,* Master File No. 11-md-2262-NRB

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Buchwald:

    We serve as liaison counsel for the Class Plaintiffs, the Direct Action Plaintiffs, and the Defendants in the above-referenced LIBOR MDL and write in connection with the parties' negotiations concerning an ESI protocol. The current deadline to agree on an ESI protocol or file pre-motion letters is August 15, 2022 (*see* ECF No. 3425).

    While the parties have been exchanging drafts of an ESI protocol, there are several provisions on which the parties have not yet agreed. As a result, the exercise would benefit from additional time for the parties to confer so as to avoid burdening the Court with unripe or unnecessary disputes. Accordingly, the parties seek to extend the deadline to agree or file pre-motion letters on an ESI protocol from August 15, 2022 to September 1, 2022.

    The parties do not expect this extension to impact any other deadlines under the scheduling order.

    Respectfully yours,

| | |
|---|---|
| */s/ William Christopher Carmody* | */s/ Paul S. Mishkin* |
| William Christopher Carmody | Paul S. Mishkin |
| | |
| Co-Lead Counsel for the OTC Plaintiffs | Counsel for Bank of America Corporation and Bank of |
| and Liaison Counsel for the Class Plaintiffs | America, N.A., and Liaison Counsel for Defendants |

*/s/ James Robertson Martin*
James Robertson Martin

Counsel for The Federal Deposit Insurance Corporation
as Receiver for 19 Banks and The Federal Home Loan
Mortgage Corporation  and Liaison
Counsel for the Direct Action Plaintiffs


Cc:  All counsel via ECF