UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

                                                    **ORDER**

LIBOR-Based Financial Instruments
Antitrust Litigation.                 11 MDL 2262 (NRB)

 This Document Applies to:

 33-35 Green Pond Associates, LLC
      v. Bank of America Corp.        12 Civ. 5822 (NRB)

 Courtyard at Amwell II, LLC,
      v. Bank of America Corp.        12 Civ. 6693 (NRB)
----------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS on July 28, 2022, plaintiffs 33-35 Green Pond Road

Assoc., LLC and Courtyard at Amwell II, on behalf of themselves

and all others similarly situated, filed a notice of voluntary

dismissal, dismissing the above-captioned actions (ECF No. 3448);

it is hereby

    **ORDERED** that the Clerk of Court terminate plaintiffs 33-35

Green Pond Road Assoc., LLC and Courtyard at Amwell II from the

main case 11 MDL 2262.

Dated:  New York, New York
        August 19, 2022


                         NAOMI REICE BUCHWALD
                    UNITED STATES DISTRICT JUDGE