```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:
                                                    ORDER
LIBOR-Based Financial Instruments
Antitrust Litigation.                               11 MDL 2262 (NRB)

This Document Applies to:

    ELIZABETH LIEBERMAN and TODD                    12 Civ. 6056 (NRB)
    AUGENBAUM, on behalf of themselves and
    all others similarly situated

------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS on July 27, 2022, plaintiffs Elizabeth Lieberman and Todd Augenbaum, on behalf of themselves and all others similarly situated, filed a notice of voluntary dismissal, dismissing the above-captioned actions (ECF No. 3447); it is hereby

    **ORDERED** that the Clerk of Court terminate plaintiffs Elizabeth Lieberman and Todd Augenbaum from the main case 11 MDL 2262.

Dated:  New York, New York
          August 19, 2022

                                              NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE