KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 16, 2022

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-md-2262 (NRB); *NCUA v. Credit Suisse Group AG*, No. 13-cv-7394-NRB

Dear Judge Buchwald:

      I write on behalf of the National Credit Union Administration Board as Liquidating Agent for certain credit unions regarding today's deadline for filing pre-motion letters seeking leave to amend, including to add or drop parties.  *See* ECF No. 3425.

      NCUA proposes to amend its complaint to correct its allegations regarding two panel-banks entities.  First, NCUA seeks to add Credit Suisse AG as the panel bank.  Second, NCUA seeks to add Lloyds Bank plc and Bank of Scotland plc as the panel banks.  Credit Suisse and Lloyds have stated they are willing to discuss a stipulated substitution of Credit Suisse AG for Credit Suisse Group AG and of Bank of Scotland plc and Lloyds Bank plc for HBOS plc and Lloyds Banking Group plc.

      NCUA requests additional time to engage with Credit Suisse and Lloyds regarding these amendments.  Accordingly, NCUA requests an extension until August 31, 2022 to file pre-motion letters seeking leave to amend, including to add or drop parties.

      Best regards,

      */s/ Daniel V. Dorris*

      Daniel V. Dorris

```
Application granted.
SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 22, 2022
```