# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: LIBOR-Based Financial Instrument Antitrust Litigation | Civ. No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>Defendants. | Civ. No. 13-cv-00398 (NRB) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Los Angeles County Employees Retirement Association, through its undersigned attorneys, hereby dismisses its action in the above-captioned matter captioned *Los Angeles County Employees Retirement Association v. Bank of America Corp., et al.*, Civ. No. 12-10903-CAS

(AJW) (C.D. Cal.) against all Defendants. Plaintiff reserves all rights to make claims as a class member in any future class settlements in the above-captioned MDL litigation as appropriate.

Dated: August 22, 2022                          Respectfully submitted,

                                                 BERNSTEIN LITOWITZ BERGER
                                                   & GROSSMANN LLP


                                              */s/ Lauren A. Ormsbee*

                                               LAUREN A. ORMSBEE
                                               (lauren@blbglaw.com)
                                               1251 Avenue of the Americas
                                               New York, NY 10020
                                               Tel:    (212) 554-1593
                                               Email: lauren@blbglaw.com

                                               *Counsel for Plaintiff Los Angeles*
                                               *County Employees Retirement Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                       */s/ Lauren A. Ormsbee*
                                                       LAUREN A. ORMSBEE