# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: <br><br> LIBOR-Based Financial Instrument Antitrust Litigation <br><br> THIS DOCUMENT RELATES TO: <br><br> COUNTY OF RIVERSIDE, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG, <br><br> Defendants. | Civ. No. 11-md-2262 (NRB) <br><br><br><br><br><br> Civ. No. 13-cv-01135 (NRB) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff County of Riverside, through its undersigned attorneys, hereby dismisses its action in the above-captioned matter captioned *County of Riverside v. Bank of America Corp., et al.*, Civ. No. 13-cv-00122-JGB (SPx) (C.D. Cal.) against all Defendants. Plaintiff reserves all rights to make

-1-

claims as a class member in any future class settlements in the above-captioned MDL litigation as appropriate.

Dated: August 22, 2022  Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


    /s/ Lauren A. Ormsbee

LAUREN A. ORMSBEE
(lauren@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1593
Email: lauren@blbglaw.com

*Counsel for Plaintiff County of Riverside*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                              */s/  Lauren A. Ormsbee*
                                                             LAUREN A. ORMSBEE