UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

In re:

LIBOR-Based Financial Instruments
Antitrust Litigation                           **ORDER**

This Document Applies to:                11 MDL 2262 (NRB)

    COUNTY OF RIVERSIDE, on          13 Civ. 01135 (NRB)
    behalf of itself and all
    others similarly situated

----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** on August 22, 2022, plaintiff County of Riverside

filed a notice of voluntary dismissal, dismissing the above-

captioned action (ECF No. 3470); it is hereby

    **ORDERED** that the Clerk of Court terminate plaintiff County

of Riverside from the main case 11 MDL 2262.


Dated:   New York, New York
        August 23, 2022

                          NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE