UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re:

LIBOR-Based Financial Instruments
Antitrust Litigation

This Document Applies to:

    LOS ANGELES COUNTY EMPLOYEES
    RETIREMENT ASSOCIATION, on
    behalf of itself and all
    others similarly situated

------------------------------------X

**ORDER**

11 MDL 2262 (NRB)

13 Civ. 00398 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on August 22, 2022, plaintiff Los Angeles County Employees Retirement Association filed a notice of voluntary dismissal, dismissing the above-captioned action (ECF No. 3469); it is hereby

    **ORDERED** that the Clerk of Court terminate plaintiff Los Angeles County Employees Retirement Association from the main case 11 MDL 2262.

Dated:    New York, New York
            August 23, 2022

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE