UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| AXIOM INVESTMENT ADVISORS, LLC, *et al.*,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORP., *et al.*,<br>Defendants. | No. 15-cv-02973 |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT COÖPERATIEVE RABOBANK U.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Axiom Investment Advisors, LLC; Axiom HFT LLC; Axiom Investment Advisors Holdings L.P.; Axiom Investment Company, LLC; Axiom Investment Company Holdings L.P.; Axiom FX Investment Fund, L.P.; Axiom FX Investment Fund II, L.P.; Axiom FX Investment 2X Fund, LP; Ephraim F. Gildor; Gildor Family Advisors L.P.; Gildor Family Company, L.P.; and Gildor Management, LLC (collectively, "Plaintiffs") voluntarily dismiss, with prejudice and without costs as against any party, all of their claims against Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.) ("Rabobank"). For the avoidance of doubt, this stipulation of dismissal applies only to Rabobank, and not to any other Defendant in this action.

Dated: September 8, 2022
       New York, New York

| **MILBANK LLP** | **NUSSBAUM LAW GROUP PC** |
|---|---|
| /s/ David R. Gelfand | /s/ Linda P. Nussbaum (with consent) |
| David R. Gelfand<br>Robert C. Hora<br>John J. Hughes, III<br>Stephen P. Morgan<br>55 Hudson Yards<br>New York, New York 10001<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>dgelfand@milbank.com<br>rhora@milbank.com<br>jhughes2@milbank.com<br>smorgan1@milbank.com | Linda P. Nussbaum<br>1211 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>Tel: (917) 438-9189<br>lnussbaum@nussbaumpc.com |
| *Attorneys for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)* | *Attorneys for Plaintiffs Axiom Investment Advisors, Ll Axiom HFT LLC; Axiom Investment Advisors Holding L.P.; Axiom Investment Company, LLC; Axiom Investment Company Holdings L.P.; Axiom FX Investment Fund, L.P.; Axiom FX Investment Fund II, L.P.; Axiom FX Investment 2X Fund, LP; Ephraim F. Gildor; Gildor Family Advisors L.P.; Gildor Family Company, L.P.; and Gildor Management, LLC* |

**IT IS SO ORDERED.**

Dated: _____

                                                      Hon. Naomi Reice Buchwald
                                                      United States District Court Judge