IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-7720-NRG |
| THIS DOCUMENT RELATES TO:<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                       Plaintiff,<br>     v.<br>BARCLAYS BANK PLC; et al.<br><br>                       Defendants. | **ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Mark R. Doré for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

    Applicant's Name:    Mark R. Doré

    Firm Name:    Gibbs & Bruns LLP

    Address:    1100 Louisiana Street, Suite 5300

    City / State / Zip:    Houston, Texas 77002

    Telephone / Fax:    (713) 650-8805 / (713) 750-0903

    Email:    MDore@gibbsbruns.com

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for Federal National Mortgage Association in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Mark R. Doré is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 27, 2022

_____
United States District / Magistrate Judge

2