UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### [PROPOSED] ORDER

This Order addresses the Pre-Motion Letters to Compel Certain Defendants regarding Search Terms, Custodians, and Date Ranges. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential.

The request of the Class Plaintiffs and the Direct Action Plaintiffs to file portions of its Pre-Motion Letters to Compel Certain Defendants regarding Search Terms, Custodians, and Date Ranges under seal is GRANTED. The Class Plaintiffs and the Direct Action Plaintiffs is ordered to serve all Defendants named in its action with an unredacted version of the Memorandum.

IT IS SO ORDERED.

Dated: New York, New York
October 7, 2022

NAOMI REICE BUCHWALD
UNITED STATES DISTIRCT JUDGE