```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST
LITIGATION

---------------------------------X          ORDER

THIS DOCUMENT RELATES TO:                   11 MDL 2262 (NRB)
                                            15 Civ. 2973 (NRB)
AXIOM INVESTMENT ADVISORS, LLC,
et al.,

                 Plaintiffs,

         - against -

BANK OF AMERICA CORPORATION,
et al.,

                 Defendants.

---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

  Having reviewed the parties' pre-motion letters, dated August 30, 2022 and September 9, 2022, the Court has determined that the remaining defendants in the <u>Axiom</u> action, Credit Suisse AG and UBS AG, may bring their motion to dismiss without the necessity of a pre-motion conference.

  The Court urges the parties to keep their submissions as concise as possible and to clearly direct the Court to any and all

1

holdings or statements in decisions which bear on the proposed motion.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than forty five (45) days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:  New York, New York
October 11, 2022

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE