# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

October 13, 2022

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments*, No. 11-md-02262

Dear Judge Buchwald:

Pursuant to the Court's Individual Rules, I represent UBS AG and write on behalf of Defendants to respectfully request that Defendants' response to the October 6, 2022 letter from the Direct Action Plaintiffs ("DAPs"), Dkt. 3547, be filed with redactions.

The proposed redactions contain information designated by one or more Defendants as Confidential or Highly Confidential.  *See* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4.  The Court has already approved the DAPs' request to redact the corresponding information in the DAPs' October 6 letter.  Dkt. 3551.

Respectfully submitted,

/s/ *Jefferson E. Bell*

Jefferson E. Bell

cc: All counsel of record (via ECF)

```
Application granted.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:    New York, New York
          October 14, 2022
```