# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | WILLIAM J. MILLER | GLENN J. WALDRIP, JR. |
| ANIRUDH BANSAL | PATRICK GORDON | | EDWARD N. MOSS | HERBERT S. WASHER |
| DAVID L. BARASH | JASON M. HALL | 1990 K STREET, N.W. | NOAH B. NEWITZ | MICHAEL B. WEISS |
| LANDIS C. BEST | STEPHEN HARPER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | DAVID WISHENGRAD |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | (202) 862-8900 | DAVID R. OWEN | C. ANTHONY WOLFE |
| BROCKTON B. BOSSON | NOLA B. HELLER | | JOHN PAPACHRISTOS | COREY WRIGHT |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | ELIZABETH M. YAHL |
| DONNA M. BRYAN | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| JOYDEEP CHOUDHURI * | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | SHEILA C. RAMESH | |
| JAMES J. CLARK | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| CHRISTOPHER W. CLEMENT | JAKE KEAVENY | | OLEG REZZY | * ADMITTED AS A SOLICITOR IN |
| LISA COLLIER | BRIAN S. KELLEHER | | THORN ROSENTHAL | ENGLAND AND WALES ONLY |
| AYANO K. CREED | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN |
| PRUE CRIDDLE ± | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | WESTERN AUSTRALIA ONLY |
| SEAN M. DAVIS | JOEL KURTZBERG | | ANDREW SCHWARTZ | ‡ ADMITTED IN DC ONLY |
| STUART G. DOWNING | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY |
| ADAM M. DWORKIN | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | IN THE REPUBLIC OF SOUTH AFRICA |
| ANASTASIA EFIMOVA | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | ONLY |
| JENNIFER B. EZRING | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| HELENA S. FRANCESCHI | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |
| JOAN MURTAGH FRANKEL | BRIAN T. MARKLEY | | ANTHONY K. TAMA | |

(212) 701-3120

November 3, 2022

Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-md-2262-NRB ("MDL"); *Axiom Investment Advisors, LLC, et al.* v. *Bank of America Corp., et al.*, 15-cv-2973 ("Axiom")

Dear Judge Buchwald:

We represent Credit Suisse AG ("Credit Suisse") in the above-captioned action (the "Axiom action"). Pursuant to Section 1.E of Your Honor's Individual practices, we respectfully request that the Court adjourn Credit Suisse's time to move to dismiss the Axiom action *sine die*.

On October 11, 2022, the Court granted the two defendants remaining in the Axiom action, Credit Suisse and UBS AG ("UBS"), leave to move to dismiss the Axiom action and ordered the parties to confer on a briefing schedule. MDL Dkt. 3554. The parties agreed that Credit Suisse and UBS would file their motion to dismiss by November 9, 2022. Credit Suisse and the Axiom Plaintiffs have since entered a settlement agreement and are working to finalize and file a stipulation of dismissal, which they anticipate will be filed by no later than November 30, 2022. Accordingly, we request that the Court adjourn Credit Suisse's time to move to dismiss the Axiom action *sine die*.

This is Credit Suisse's first request for an extension, and it does not affect any other scheduled dates, including the deadline for UBS to file its motion to dismiss. The Axiom Plaintiffs consent to this request.

Respectfully submitted,

/s/ Joel Kurtzberg

Joel Kurtzberg

*[Handwritten notation: So Ordered. Naomi Reice Buchwald, USDJ 11/3/22]*

CAHILL GORDON & REINDEL LLP

-2-

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**BY ECF**

cc: Counsel of Record