## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262 |
| THIS DOCUMENT RELATES TO: | |
| GELBOIM, et al., | No. 12-CV-1025 |
| Plaintiffs, | |
| v. | |
| CREDIT SUISSE GROUP AG, et al., | |
| Defendants. | |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on October 28, 2022, pursuant to and in accordance with 28 U.S.C. § 1715 (Class Action Fairness Act of 2005), defendant Credit Suisse Group AG caused notification of the proposed class action settlement with the Bondholder Plaintiffs and Bondholder Class Members (as defined by the Settlement Agreement Between Bondholder Plaintiffs and Credit Suisse Group AG (Dkt. 3563-5)), in the above-referenced action to be provided to the appropriate federal and state officials and agencies as set forth in the Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice, dated November 2, 2022, and attached hereto as Exhibit A.

Dated: November 4, 2022                    Respectfully submitted,

By:    /s/ Joel Kurtzberg
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP

1

32 Old Slip
New York, NY 10005
(212) 701-3000
jkurtzberg@cahill.com

*Attorneys for Credit Suisse Group AG*