UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | **MDL No. 2262**<br><br>Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-7394-NRB |
| THIS DOCUMENT RELATES TO:<br><br>National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>        Plaintiff,<br><br>  v.<br><br>Credit Suisse Group AG, et al.,<br><br>        Defendants. | **Motion For Daniel V. Dorris to Withdraw As Attorney Of Record** |

  PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Daniel V. Dorris to withdraw as counsel of record for Plaintiff National Credit Union Administration Board in the above-referenced action due to his departure from the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.  I respectfully request that Daniel V. Dorris be removed from the docket as counsel for National Credit Union Administration Board. All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent National Credit Union Administration Board in this matter.

  A proposed order is attached hereto.

Date: November 11, 2022   Respectfully submitted,

/s/ Andrew C. Shen
Andrew C. Shen
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
Email: ashen@kellogghansen.com

*Counsel for National Credit Union Administration Board*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 11, 2022, I caused an electronic copy of the foregoing Motion to Withdraw Daniel V. Dorris as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

/s/ Andrew C. Shen
Andrew C. Shen