# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 1:15-cv-02973-NRB |
| THIS DOCUMENT RELATES TO:<br><br>AXIOM INVESTMENT ADVISORS, LLC, *et al.*,<br><br>                       Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                       Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CREDIT SUISSE GROUP AG AND CREDIT SUISSE AG PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED between all Plaintiffs in the above-captioned action (the "Axiom Action") and Defendants Credit Suisse Group AG and Credit Suisse AG (collectively, "Credit Suisse") that all of Plaintiffs' claims asserted against Credit Suisse in the Axiom Action are dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(l)(A)(ii), without interest or costs to any party. For the avoidance of doubt, this stipulation of dismissal applies only to Credit Suisse, and not to Plaintiffs' claims against other Defendants in the Axiom Action, which Plaintiffs are continuing to pursue.

Dated: November 15, 2022

| **NUSSBAUM LAW GROUP, P.C.** | **CAHILL GORDON & REINDEL LLP** |
|---|---|
| By: _____ | By: _____ |
| */s/ Linda P. Nussbaum* | */s/ Joel Kurtzberg* |
| Linda P. Nussbaum | Joel Kurtzberg |
| Nussbaum Law Group, P.C. | Adam S. Mintz |
| 1211 Avenue of the Americas, | Cahill Gordon & Reindel LLP |
| 40th Floor | 32 Old Slip |
| New York, New York 10036 | New York, NY 10005 |
| Tel: (917) 438-9189 | Tel: (212) 701-3120 |
| lnussbaum@nussbaumpc.com |        (212) 701-3981 |
|  | amintz@cahill.com |
|  | jkurtzberg@cahill.com |
| *Counsel for Plaintiffs Axiom Investment Advisors, LLC, Axiom HFT LLC, Axiom Investment Advisors Holdings L.P., Axiom Investment Company, LLC, Axiom Investment Company Holdings, L.P., Axiom FX Investment Fund, L.P., Axiom FX Investment Fund II, L.P., Axiom FX Investment 2X Fund, L.P., Ephraim F. Gildor, Gildor Family Advisors L.P., Gildor Family Company, L.P., and Gildor Management, LLC* | *Counsel for Defendants Credit Suisse Group AG and Credit Suisse AG* |

**SO ORDERED:**

Dated:

_____        _____
                                                                Hon. Naomi Reice Buchwald
                                                                United States District Judge