December 2, 2022

Via CM/ECF

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In re Libor-Based Financial Instruments Antitrust Litigation,* Case No. 11-md-2262 (NRB)

Dear Judge Buchwald:

We serve as liaison counsel for the Class Plaintiffs, liaison counsel for the Direct Action Plaintiffs, and counsel for MUFG Bank, Ltd. ("MUFG") in the above-referenced LIBOR MDL. We write in connection with the parties' negotiations concerning the MUFG custodians and search terms.

On October 6, 2022, Plaintiffs filed a letter pursuant to Section II.B. of the Court's Individual Practices to request an order compelling Defendants, including MUFG, to (1) apply search terms to electronically stored information found in certain current and former employees' custodial files, and (2) produce all non-privileged and responsive documents that hit on those search terms. ECF 3549. MUFG joined Defendants' response in opposition to Plaintiffs' letter. ECF 3559.

Plaintiffs and MUFG have now reached an agreement on custodians and search terms and are voluntarily withdrawing their dispute and Plaintiffs' request for relief with respect to MUFG.

Respectfully submitted,

| | |
|---|---|
| */s/* William Christopher Carmody | */s/* Jason Onontiyoh Heflin |
| William Christopher Carmody | Jason Onontiyoh Heflin |
| | |
| Co-Lead Counsel for the OTC Plaintiffs and Liaison Counsel for the Class Plaintiffs | Counsel for the Defendant MUFG Bank, Ltd. |

*/s/* James Robertson Martin
James Robertson Martin

Counsel for The Federal Deposit Insurance Corporation
as Receiver for 20 Banks and The Federal Home Loan
Mortgage Corporation and Liaison Counsel for the Direct
Action Plaintiffs

CC: All counsel via ECF