UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 14-cv-000146-NRB<br><br>**Stipulation and Order of Dismissal with Prejudice of Citigroup Inc. and Citibank, N.A. Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Citi"), that all of Plaintiffs' claims against Citi only are hereby dismissed with prejudice from the action *Triaxx Prime CDO 2006-1 Ltd. et al. v. Bank of America Corp. et al.*, 14-cv-00146-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to Citi, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: December 2, 2022

_/s/ David S. Preminger_
David S. Preminger (DP 1057)
Keller Rohrback L.L.P.
1440 Avenue of the Americas
New York, NY 10036
Telephone: (646) 380-66908
Facsimile: (646) 380-6692
dpreminger@kellerrohrback.com

Derek W. Loeser
Dean N. Kawamoto
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com

Gary A. Gotto
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggotto@kellerrohrback.com

*Counsel to Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.*

_/s/ Andrew A. Ruffino_
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
COVINGTON & BURLING LLP
One CityCenter
850 10th Street, N.W.
Washington, D.C. 20001
(202) 662-6000
alazerow@cov.com

*Counsel to Citigroup Inc. and Citibank, N.A.*

**SO ORDERED:**

Dated: December 5, 2022

_/s/ Naomi Reice Buchwald_
Hon. Naomi Reice Buchwald
United States District Judge

2