```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```

In re:

LIBOR-Based Financial Instruments
Antitrust Litigation

This Document Applies to:

    GUARANTY BANK & TRUST COMPANY,
    individually and on behalf of
    all others similarly situated

**ORDER**

11 MDL 2262 (NRB)

13 Civ. 346 (NRB)

```
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on December 13, 2022, plaintiff Guaranty Bank & Trust Company filed a notice of voluntary dismissal, dismissing <u>Guaranty Bank & Trust Company v. Credit Suisse Group AG et al.</u>, Civ. No. 1:13-cv-00346 (NRB) (S.D.N.Y.), ECF No. 3601; it is hereby

    **ORDERED** that the Clerk of Court terminate plaintiff Guaranty Bank & Trust Company from the main case, 11 MDL 2262.

Dated:    New York, New York
           December 14, 2022

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE