UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | **MDL No. 2262**<br><br>Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 13-cv-7394-NRB |
| THIS DOCUMENT RELATES TO:<br><br>National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>        Plaintiff,<br><br>  v.<br><br>Credit Suisse Group AG, et al.,<br><br>        Defendants. | **Notice Of Voluntary Dismissal With Prejudice Of Société Générale To F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through its undersigned attorneys, hereby dismisses all of its claims against Defendant Société Générale ("SocGen") with prejudice from the action *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, 13-cv-7394-NRB (S.D.N.Y.), without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this notice of voluntary dismissal applies only to SocGen, and Plaintiff is continuing to pursue claims against other Defendants in this action.

Dated: January 6, 2023

_____
David C. Frederick
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com
grapawy@kellogghansen.com
ashen@kellogghansen.com

*Counsel to Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union*