January 12, 2023

<u>Via ECF</u>
The Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *In re LIBOR-Based Financial Instruments Antitrust Litig.,* **Case No. 11-md-2262 (S.D.N.Y.)**

Dear Judge Buchwald:

We write on behalf of Class Plaintiffs, the Direct Action Plaintiffs (together, "Plaintiffs"), and Bank Defendants[1] (with Plaintiffs, the "Parties") to request permission to file under seal (a) the charts in the letter to be filed jointly by Class Plaintiffs, the Direct Action Plaintiffs, and Bank Defendants on January 12, 2023 (the "Letter"); and (b) the entirety of Appendices A and B to the Letter. The charts and appendices contain detailed information, including personally identifiable information ("PII"), regarding the search protocols applied by Bank Defendants for the prior regulatory investigations, which were designated by many Bank Defendants as Confidential or Highly Confidential when the protocols were shared with Plaintiffs in this litigation. *See* Am. Stipulation and Protective Order, Dkt. 1405 ¶ 2.3.1. Chart 3 in the Letter additionally contains the Plaintiffs' proposed search terms, which also contain PII and Plaintiffs have designated as Confidential. *See* Appendix A to Application to Compel, Dkt. 3549-1. Accordingly, the Parties respectfully request that the Court permit the charts provided in the Letter and the entirety of Appendices A and B to be filed under seal.

Attached is a courtesy copy of a Proposed Sealing Order for the Letter and Appendices A and B, which the Parties will also submit via e-mail to the Clerk.

---

[1] Barclays Bank PLC ("Barclays"); Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc), Bank of Scotland plc, and HBOS plc (collectively, "Lloyds"); Credit Suisse AG and Credit Suisse International (collectively, "Credit Suisse"); and MUFG Bank, LTD. each reached an agreement with Plaintiffs on search terms and custodians. *See* ECF Nos. 3547; 3558; 3567; 3571; 3597. Accordingly, Plaintiffs' application to compel on those issues does not seek any relief as to those Defendants and they do not join this submission.

Respectfully submitted,

| | |
|---|---|
| */s/ William Christopher Carmody* | */s/ Brian J. Poronsky* |
| William Christopher Carmody | Brian J. Poronsky |
| Co-Lead Counsel for the OTC Plaintiffs and Liaison Counsel for the Class Plaintiffs | Counsel for Royal Bank of Canada and on behalf of Bank Defendants |

*/s/ James Robertson Martin*
James Robertson Martin

Counsel for The Federal Deposit Insurance Corporation as Receiver for 20 Banks and The Federal Home Loan Mortgage Corporation and Liaison Counsel for the Direct Action Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

**[PROPOSED] SEALING ORDER**

This Order addresses the letter filed jointly by Class Plaintiffs, the Direct Action Plaintiffs, and the Bank Defendants on January 12, 2023 (the "Letter") (ECF No. XXXX), and the entirety of Appendices A and B to the Letter (ECF Nos. XXXX, XXXX), which the Parties filed under seal.

The proposed sealed filing contains references to information designated by one or more Bank Defendants, or Plaintiffs as Confidential or Highly Confidential pursuant to ¶ 2.3.1 of the Amended Stipulation and Protective Order, including personally identifiable information. (ECF No. 1405.) Thus, the Parties respectfully request that the Court So Order the sealing of portions of the Letter, and the entirety of Appendix A and Appendix B to the Letter.

IT IS SO ORDERED.

Dated: New York, New York

_____, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE