IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | 1:11-md-02262-NRB |

**[PROPOSED]** ORDER

This Order addresses Class Plaintiffs' and the Direct Action Plaintiffs' letter filed on January 12, 2023 (the "Letter") responding to the Court's request for four categories of information from Plaintiffs (*see* ECF No. 3603 at 3). The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential under ¶ 2.3.1 of the Amended Stipulation and Protective Order, ECF No. 1405.

The request of the Class Plaintiffs and the Direct Action Plaintiffs to file certain portions of the Letter under seal is GRANTED. The Class Plaintiffs and the Direct Action Plaintiffs are ordered to serve all Defendants named in this action with an unredacted version of the Letter.

IT IS SO ORDERED.

Dated: New York, New York

January 13, 2023

_____
Naomi Reice Buchwald
United States District Judge