IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### [PROPOSED] ORDER

This Order addresses the letter filed jointly by Class Plaintiffs, the Direct Action Plaintiffs, and the Bank Defendants on January 12, 2023 (the "Letter") (ECF No. 3624), and the entirety of Appendices A and B to the Letter (ECF Nos. 3624-1, 3624-2), which the Parties filed under seal. The proposed sealed filing contains references to information designated by one or more Bank Defendants, or Plaintiffs as Confidential or Highly Confidential pursuant to ¶ 2.3.1 of the Amended Stipulation and Protective Order, including personally identifiable information. (ECF No. 1405.) Thus, the Parties respectfully request that the Court So Order the sealing of portions of the Letter, and the entirety of Appendix A and Appendix B to the Letter.

IT IS SO ORDERED.

Dated: New York, New York
       January 13, 2023

_____
Naomi Reice Buchwald
United States District Judge