**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

**[PROPOSED] SEALING ORDER**

This Order addresses the letter filed jointly by Bank Defendants on January 19, 2023 (the "Letter") (ECF No. 3632) and the entirety of Appendix A (ECF No. 3632-1), which the Bank Defendants filed under seal.

The proposed sealed filing contains references to information designated by one or more Bank Defendants as Confidential or Highly Confidential pursuant to ¶ 2.3.1 of the Amended Stipulation and Protective Order, including personally identifiable information. (ECF No. 1405.) Thus, the Bank Defendants respectfully request that the Court So Order the partial sealing of the Letter and the entirety of Appendix A.

IT IS SO ORDERED.

Dated: New York, New York

January 20, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
