**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 11-md-2262-NRB |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Bank Dublin plc (n/k/a J.P. Morgan Dublin plc) (f/k/a Bear Stearns Bank plc), J.P. Morgan Securities LLC, J.P. Morgan Markets Limited (f/k/a Bear Stearns International Ltd.), Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A. (collectively, "JPMorgan"), by and through their counsel Simpson Thacher & Bartlett LLP, respectfully request the withdrawal of the appearance of Isaac M. Rethy as counsel for JPMorgan in the above-referenced actions. Sadly, Isaac M. Rethy passed away on April 15, 2023. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: May 11, 2023                                     SIMPSON THACHER & BARTLETT LLP

By  */s/ Alan C. Turner*
Alan C. Turner
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
aturner@stblaw.com

*Counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, J.P. Morgan Securities LLC, J.P. Morgan Markets Limited, Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A.*