UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Docket No.: 11-md-02262-NRH

Hon. Naomi R. Buchwald

### [PROPOSED] ORDER

Upon the motion of Jason O. Heflin for leave to withdraw as counsel for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) ("MUFG Bank"),

**IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: June 1, 2023

NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE