UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 14-cv-00146-NRB |
| THIS DOCUMENT RELATES TO:<br><br>*Triaxx Prime CDO 2006-1 Ltd. et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corporation *et al.*<br><br>Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co. And JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A (together, "JPMorgan"), that all of Plaintiffs' claims against JPMorgan only are hereby dismissed with prejudice from the action *Triaxx Prime CDO 2006-1 Ltd. et al v. Bank of America Corporation et al..*, No. 14-cv-00146-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to JPMorgan, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: June 9, 2023

| | |
|---|---|
| *On Behalf of Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd., and Triaxx Prime CDO 2007-1 Ltd.* | *On behalf of Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

_____
Gary A. Gotto
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 100
Phoenix, Arizona 85012
T: (602) 230-6322
E: ggotto@kellerrohrback.com

*Counsel to Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd., and Triaxx Prime CDO 2007-1 Ltd.*

_____
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2500
E: aturner@stblaw.com

*Counsel to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

**SO ORDERED:**

Dated:
June 13, 2023

_____
Hon. Naomi Reice Buchwald
United States District Judge