```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```

In re:

LIBOR-Based Financial Instruments
Antitrust Litigation

This Document Applies to:

George Maragos, in his official
capacity as Comptroller of the
County of Nassau, acting on behalf
of the County of Nassau v. Bank of
America Corporation, et al.,

**ORDER**

11 MDL 2262 (NRB)

13 Civ. 2297 (NRB)

```
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 15, 2023, plaintiff George Maragos, in his official capacity as Comptroller of the County of Nassau, acting on behalf of the County of Nassau, filed a notice of voluntary dismissal, dismissing the above-captioned action; it is hereby

**ORDERED** that the Clerk of Court terminate plaintiff George Maragos from the main case, 11 MDL 2262.

Dated:   New York, New York
         June 16, 2023

*(signed)*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE