UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Federal National Mortgage Association*<br>                                            Plaintiff,<br><br>            v.<br><br>*Barclays Bank PLC, et al.*<br><br>                                            Defendants<br><br>No. 13-cv-7720-NRB | Master File No. 1:11-md-2262-NRB<br><br>**Stipulation And Order Of Dismissal With Prejudice Of Bank of America Corporation And Bank of America, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff in the above-captioned action and Defendants Bank of America Corporation and Bank of America, N.A. (together, "Bank of America"), that all of Plaintiff's claims against Bank of America only are hereby dismissed with prejudice from the action *Federal National Mortgage Association v. Barclays Bank PLC, et al.*, No. 13-cv-7720, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to Bank of America, and Plaintiff is continuing to pursue claims against other Defendants in this action.

Dated: June 21, 2023

| | |
|---|---|
| **On Behalf of Plaintiff Federal National Mortgage Association** | **On behalf of Defendants Bank of America Corporation and Bank of America, N.A.** |

_____SWC III_____
Sam W. Cruse III
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
T: (713) 751-5287
E: scruse@gibbsbruns.com

*Counsel to Federal National Mortgage Association*

_____Paul S. Mishkin_____
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
T: (212) 450-4292
E: paul.mishkin@davispolk.com

*Counsel to Bank of America Corporation and Bank of America, N.A.*

**SO ORDERED:**

Dated:

_____    _____
                                Hon. Naomi Reice Buchwald
                                United States District Judge