## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | |
| The OTC Action | |

**OTC PLAINTIFFS' MOTION FOR AN ORDER APPROVING NOTICE PLAN FOR SETTLEMENT WITH DEFENDANTS COÖPERATIEVE RABOBANK U.A., LLOYDS BANKING GROUP PLC, LLOYDS BANK PLC, HBOS PLC, BANK OF SCOTLAND PLC, ROYAL BANK OF CANADA, PORTIGON AG, AND WESTDEUTSCHE IMMOBILIEN SERVICING AG AND APPOINTING A CLAIMS ADMINISTRATOR AND ESCROW AGENT**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting approval of the Notice Plan to Class Members in connection with the settlement reached between OTC Plaintiffs and Defendants Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. (n/k/a Coöperatieve Rabobank U.A.) ("Rabobank"), Lloyds Banking Group plc, Lloyds Bank plc, HBOS plc, and Bank of Scotland plc (together, "Lloyds"), Royal Bank of Canada ("RBC"), and WestLB AG (n/k/a Portigon AG) and Westdeutsche Immobilienbank AG (n/k/a Westdeutsche Immobilien Servicing AG) (together "Portigon"), in the above-captioned action; and (ii) appointing a Claims Administrator and Escrow Agent.

1

Submitted in support of OTC Plaintiffs' motion are: (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for an Order Approving Notice Plan for Settlement with Defendants Rabobank, Lloyds, RBC, and Portigon and Appointing a Claims Administrator and Escrow Agent; (ii) the Declaration of Steven Weisbrot and Exhibits A-D thereto; and (iii) the [Proposed] Order Approving OTC Plaintiffs' Notice Plan for Settlement with Defendants Rabobank, Lloyds, RBC, and Portigon and Appointing a Claims Administrator and Escrow Agent.

Dated: July 21, 2023

| | |
|---|---|
| By: /s/ Michael D. Hausfeld | /s/ William Christopher Carmody |
| Michael D. Hausfeld | William Christopher Carmody (WC8478) |
| Hilary Scherrer | Seth Ard (SA1817) |
| Nathaniel C. Giddings | Geng Chen (GC2733) |
| HAUSFELD LLP | Amy B. Gregory (5663299) |
| 1700 St. NW, Suite 650 | SUSMAN GODFREY L.L.P. |
| Washington, D.C. 20006 | 1301 Avenue of the Americas, 32nd Fl. |
| Telephone: (202) 540-7200 | New York, New York 10019 |
| Facsimile: (202) 540-7201 | Telephone: 212-336-3330 |
| mhausfeld@hausfeldllp.com | Facsimile: 212-336-8340 |
| hscherrer@hausfeldllp.com | bcarmody@susmangodfrey.com |
| ngiddings@hausfeldllp.com | sard@susmangodfrey.com |
| | gchen@susmangodfrey.com |
| Scott Martin | agregory@susmangodfrey.com |
| HAUSFELD LLP | |
| 33 Whitehall Street | Marc M. Seltzer (CA State Bar No. 54534) |
| 14th Floor | Glenn C. Bridgman (CA State Bar No. 270891) |
| New York, New York 10004 | |
| Telephone: 646-357-1195 | SUSMAN GODFREY L.L.P. |
| Facsimile: 212-202-4322 | 1901 Avenue of the Stars |
| smartin@hausfeld.com | Los Angeles, California 90067-6029 |
| | Telephone: (310) 789-3100 |
| Gary I. Smith, Jr. | mseltzer@susmangodfrey.com |
| HAUSFELD LLP | gbridgman@susmangodfrey.com |
| 600 Montgomery Street | |
| Suite 3200 | Drew D. Hansen (WA State Bar No.: 30467) |
| San Francisco, CA 94111 | Matthew R. Berry (WA State Bar No.: 37364) |
| Telephone: 415-633-1908 | SUSMAN GODFREY LLP |
| Facsimile: 415-633-4980 | 401 Union Street, Suite 3000 |
| GSmith@hausfeld.com | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |

| | |
|---|---|
| *Counsel for Baltimore, Yale, New Britain, Vistra, and Jennie Stuart, and Co-Lead Counsel for the OTC Class* | Email: dhansen@susmangodfrey.com<br>mberry@susmangodfrey.com<br><br>Barry C. Barnett (BB1984)<br>Karen A. Oshman (TX State Bar No.: 15335800)<br>Michael C. Kelso (TX State Bar No.: 24092617)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>bbarnett@susmangodfrey.com<br>koshman@susmangodfrey.com<br>mkelso@susmangodfrey.com<br><br>*Counsel for Baltimore, Yale, New Britain, Vistra, and Jennie Stuart, and Co-Lead Counsel for the OTC Class* |