# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

Via ECF

September 20, 2023

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *In re LIBOR-Based Financial Instruments*, No. 11-md-02262

Dear Judge Buchwald:

We represent UBS AG ("UBS") and write pursuant to the Court's Individual Rules to respectfully request that UBS's pre-motion letter seeking the entry of a protective order for the deposition of Julie Doherty and its accompanying exhibits be filed with redactions. The proposed redactions contain employment information designated by UBS as Confidential or Highly Confidential. *See* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4.

Respectfully submitted,

*/s/ Jefferson E. Bell*

Jefferson E. Bell

cc: All counsel of record (via ECF)

*[handwritten: Application granted. Naomi Reice Buchwald, USDJ 9/21/23]*

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.