UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

<del>[PROPOSED]</del> ORDER

This Order addresses (a) Plaintiffs' Memorandum in Support of Motion for Request for International Judicial Assistance Pursuant to The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters – Anthony Miller; (b) Declaration of James R. Martin In Support of Motion; and (c) Exhibits A through F to Declaration of James R. Martin, which were submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential and personal information of Anthony Miller.

The request of the Direct Action Plaintiffs and the OTC Class Plaintiffs (a) Plaintiffs' Memorandum in Support of Motion for Request for International Judicial Assistance Pursuant to The Hague Convention Of 18 March 1970 On The Taking Of Evidence Abroad In Civil Or Commercial Matters – Anthony Miller; (b) Declaration of James R. Martin In Support of Motion; and (c) Exhibits A through F to Declaration of James R. Martin under seal is GRANTED. The Direct Action Plaintiffs and the OTC Class Plaintiffs is ordered to serve all Defendants named in its action with an unredacted version of the Memorandum.

IT IS SO ORDERED.

Dated: New York, New York
October 13, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTIRCT JUDGE