# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

October 20, 2023

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments*, No. 11-md-02262

Dear Judge Buchwald:

      We represent UBS AG ("UBS") and write pursuant to the Court's Individual Rules to respectfully request that (1) UBS's letter responding to the Court's questions at the October 10, 2023, conference regarding the deposition of Julie Doherty and (2) the accompanying exhibits either be filed under seal or with redactions.  The material to be sealed or redacted contains employment information and personal, financial information designated by UBS as Confidential or Highly Confidential.  *See* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4.

Respectfully submitted,

/s/ *Jefferson E. Bell*

Jefferson E. Bell

CC:  All Counsel of Record (via ECF)

```
Application granted.
So ordered.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   October 23, 2023
         New York, New York

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.