UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**[PROPOSED] ORDER**

This Order addresses (a) Pre-Motion Letters in support of Requests for International Judicial Assistance Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters; (b) Declarations of James R. Martin in Support of Pre-Motion Letters; and (c) Exhibits attached to Declarations of James R. Martin, which were submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential and personal information of individuals identified in Requests for International Judicial Assistance pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

The request of the Direct Action Plaintiffs and the OTC Class Plaintiffs' a) Pre-Motion Letters in support of Requests for International Judicial Assistance Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters; (b) Declarations of James R. Martin in Support of Pre-Motion Letters; and (c) Exhibits attached to Declarations of James R. Martin under seal is GRANTED. The Direct Action Plaintiffs and the OTC Class Plaintiffs are ordered to serve all Defendants named in their action with unredacted versions of the Pre-Motion Letters, Declarations, and Exhibits.

///

IT IS SO ORDERED.

Dated: New York, New York
       October 23, 2023

                                                        NAOMI REICE BUCHWALD
                                                        UNITED STATES DISTIRCT JUDGE