# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 11-md-2262 (NRB) |

## [PROPOSED] ORDER

This Order addresses (a) Plaintiffs' Letter Motion requesting the Issuance of a Hague Convention Request for International Judicial Assistance Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters – Simon Milner, Dean Johnson, Gerry McGrail, Mark Yexley, Bernard Sharpe, Robert Dench, Mark Andrade, and Mark Bridgewater; (b) Declaration of Michael C. Kelso in Support of Motion; and (c) Exhibits 1 through 48 to Declaration of Michael C. Kelso, which were submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential and personal information of Simon Milner, Dean Johnson, Gerry McGrail, Mark Yexley, Bernard Sharpe, Robert Dench, Mark Andrade, and Mark Bridgewater.

The request of the OTC Class Plaintiffs and the Direct Action Plaintiffs to file (a) Plaintiffs' Letter Motion requesting the Issuance of a Hague Convention Request for International Judicial Assistance Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters – Simon Milner, Dean Johnson, Gerry McGrail, Mark Yexley, Bernard Sharpe, Robert Dench, Mark Andrade, and Mark Bridgewater; (b) Declaration of

Michael C. Kelso in Support of Motion; and (c) Exhibits 1 through 48 to Declaration of Michael C. Kelso, under seal is GRANTED. The OTC Class Plaintiffs and the Direct Action Plaintiffs are ordered to serve all Defendants named in its action with an unredacted version of the Letter Motion, Declaration, and Exhibits.

IT IS SO ORDERED.

Dated: New York, New York
       October 24, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE