Richard D. Owens
Direct Dial: +1.212.906.1396
richard.owens@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

October 26, 2023

**VIA ECF & FEDEX**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 11-md-2262-NRB (S.D.N.Y.)

Dear Judge Buchwald:

On behalf of the BBA, we write pursuant to the Court's Individual Practices to respectfully request that (1) the BBA's Response to Plaintiffs' Pre-Motion Letter in Support of Request for International Judicial Assistance Pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters regarding the BBA (ECF Nos. 3813, 3818) and (2) accompanying Exhibits B through H be filed under seal and filed publicly with redactions.  The material to be redacted contains information previously designated as Confidential or Highly Confidential in this MDL, *see* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4, as well as confidential personal information that Plaintiffs have requested, and were granted leave, to file under seal.  *See* ECF No. 3835.

Respectfully submitted,

/s/ Richard D. Owens
Richard D. Owens
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via CM/ECF)

```
This application to file
under seal is granted.
So ordered.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2023
New York, New York