# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036–4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

David S. Lesser
Partner
Direct Dial: +1 212–556–2261
dlesser@kslaw.com

October 26, 2023

<u>VIA ECF</u>

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 11-md-2262-NRB (S.D.N.Y.)

Dear Judge Buchwald:

      I write on behalf of NatWest Markets plc (f/k/a The Royal Bank of Scotland plc) ("NatWest") to respectfully request that NatWest be permitted to file with limited redactions its opposition to Plaintiffs' October 24, 2023 letter motion seeking issuance of a Hague Convention letter of request to take the deposition of former NatWest employee Johnny Cameron. The redacted material contains information concerning the LIBOR submissions process designated as Confidential by Defendants as well as communications concerning the Bank of England which may be protected by foreign laws and/or foreign bank regulatory privileges. *See* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4.

Respectfully submitted,

This application to file under seal is granted.
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2023
       New York, New York

*/s/ David S. Lesser*
David S. Lesser
Jamie S. Dycus
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2261
dlesser@kslaw.com
jdycus@kslaw.com

G. Patrick Montgomery
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

pmontgomery@kslaw.com

*Attorneys for Defendants NatWest Markets plc (f/k/a The Royal Bank of Scotland plc)*