## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### [PROPOSED] ORDER

This Order addresses Class Plaintiffs' and the Direct Action Plaintiffs' request to seal certain portions of Plaintiffs' letter filed on October 31, 2023 (the "Letter") in response to UBS AG's ("UBS") October 20, 2023 letter concerning its motion for a protective order as to the deposition of its current employee Julie Doherty (*see* ECF No. 3788). The proposed sealed filing contains information designated by UBS as Confidential or Highly Confidential under ¶¶ 1.3–1.4 and 2.3.1 of the Amended Stipulation and Protective Order, ECF No. 1405.

The request of the Class Plaintiffs and the Direct Action Plaintiffs to file certain portions of the Letter under seal is GRANTED. The Class Plaintiffs and the Direct Action Plaintiffs are ordered to serve all Defendants named in this action with an unredacted version of this Letter.

IT IS SO ORDERED.

Dated: New York, New York
     November 2 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE