# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

November 3, 2023

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments*, No. 11-md-02262

Dear Judge Buchwald:

We represent UBS AG ("UBS") and write pursuant to the Court's Individual Rules to respectfully request that UBS's letter responding to Plaintiffs' October 31, 2023, letter regarding the deposition of Julie Doherty be filed under seal or with redactions. The material to be sealed or redacted contains employment information and personal, financial information designated by UBS as Confidential or Highly Confidential. *See* Am. Stipulation and Protective Order, ECF No. 1405 ¶¶ 1.3-1.4.

Respectfully submitted,

/s/ *Jefferson E. Bell*

Jefferson E. Bell

CC:   All Counsel of Record (via ECF)

*Application granted.*
*Naomi Reice Buchwald, USDJ*
*11/7/23*