IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

[PROPOSED] ORDER

This Order addresses Class Plaintiffs' and the Direct Action Plaintiffs' request to seal certain portions of Plaintiffs' pre-motion letter to compel JPMorgan Chase & Co. ("JPMorgan") to produce the responsive audio files that it has not yet produced for Amanda Adams and Frederic Mouchel, filed on November 14, 2023. The proposed sealed filing contains information designated by JPMorgan as Confidential or Highly Confidential under ¶ 2.3.1 of the Amended Stipulation and Protective Order, ECF No. 1405.

The request of the Class Plaintiffs and the Direct Action Plaintiffs to file certain portions of the Letter under seal is GRANTED. The Class Plaintiffs and the Direct Action Plaintiffs are ordered to serve all Defendants named in this action with an unredacted version of this Letter.

IT IS SO ORDERED.

Dated: New York, New York
         November 15, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE