UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### [PROPOSED] ORDER

This Order addresses revised proposed Letters for Request for eleven former employees of Defendants Deutsche Bank (Messrs. Bittar, Curtler, King, Nicholls and Paturel), Lloyds (Mr. Argent), RBC (Messrs. Wright and Bateman), and Rabobank (Messrs. Allan, Conti, and Robson), which were submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential and personal information of individuals identified in Requests for International Judicial Assistance pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

The request of the Direct Action Plaintiffs and the OTC Class Plaintiffs' a revised proposed Letters for Request for eleven former employees of Defendants Deutsche Bank (Messrs. Bittar, Curtler, King, Nicholls and Paturel), Lloyds (Mr. Argent), RBC (Messrs. Wright and Bateman), and Rabobank (Messrs. Allan, Conti, and Robson) under seal is GRANTED. The Direct Action Plaintiffs and the OTC Class Plaintiffs are ordered to serve all Defendants named in their action with unredacted versions of the revised letters.

IT IS SO ORDERED.

Dated: New York, New York
November 21, 2023

*Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTIRCT JUDGE