IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | [PROPOSED] ORDER GRANTING MOTION FOR REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS – JOHN ARGENT |

The Court has reviewed Plaintiffs' letter requesting issuance of a Letter of Request to take the Testimony of John Argent in the United Kingdom, the supporting Declaration of James R. Martin, the proposed Letter of Request, and all other accompanying submissions. The Court GRANTS Plaintiffs' request.

Neither this Order, the transmission of the Letter of Request to the UK Special Master pursuant to the Hague Convention, any examination of documents by the UK Special Master, nor the terms of the Letter of Request (which are incorporated into this Order) shall constitute or operate as a waiver or admission of any argument, position, objection, allegation, claim, or defense of Plaintiffs or Defendants in the above-captioned action, including any defense to personal jurisdiction or venue that Defendants have raised or otherwise may have, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the law of the United Kingdom, the United States, the State of New York, or the law of any other applicable state.

Dated: New York, New York
       November 27, 2023

SO ORDERED

Naomi Reice Buchwald
UNITED STATES DISTRICT JUDGE