# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## [PROPOSED] ORDER

This Order addresses revised proposed Letters of Request for three former employees of the British Bankers' Association (John Ewan, Angela Knight, and Sally Scutt), which were submitted in redacted form. The proposed sealed filing contains information designated by one or more Defendants as Confidential or Highly Confidential and personal information of individuals identified in Requests for International Judicial Assistance pursuant to The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

Direct Action Plaintiffs and the OTC Class Plaintiffs' request for revised proposed Letters of Request for three former employees of the British Bankers' Association (Ewan, Knight, and Scutt) under seal is GRANTED. The Direct Action Plaintiffs and the OTC Class Plaintiffs are ordered to serve all Defendants named in their actions with unredacted versions of the revised letters.

IT IS SO ORDERED.

Dated: New York, New York
    November 30, 2023

NAOMI REICE BUCHWALD
UNITED STATES DISTIRCT JUDGE