UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 20071 Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>Defendants. | Civil Action No. 14-cv-000146-NRB<br><br>**Notice of Voluntary Dismissal with Prejudice of MUFG Bank, Ltd., f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd., Pursuant to F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned attorneys, hereby dismiss all of their claims against Defendant MUFG Bank, Ltd., f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("MUFG"), with prejudice from the action *Triaxx Prime CDO 2006-1 Ltd. et al. v. Bank of America Corp. et al.*, 14-cv-00146-NRB (S.D.N.Y.), without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this notice of voluntary dismissal applies only to MUFG, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   February 23, 2024
         New York, New York

Dated: February 21, 2024

_____
Derek W. Loeser
Dean N. Kawamoto
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com

Gary A. Gotto
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggotto@kellerrohrback.com

*Counsel to Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.*