**MAYER | BROWN**

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Henninger S. Bullock**
Partner
T: +1 212 506 2528
F: +1 212 849 5528
HBullock@mayerbrown.com

February 29, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-02262-NRB

Dear Judge Buchwald:

    We write on behalf of defendant Société Générale, and also defendant MUFG Bank, Ltd., f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd., and further to our February 26, 2024 pre-motion letter concerning dismissal of the City of Houston and the California Municipalities cases (ECF 3976). We have now conferred with counsel for plaintiffs and the parties expect to resolve this issue in the next few days. As a result, SG and MUFG ask that the Court temporarily hold in abeyance their request for a pre-motion conference.

    Should the parties require Court intervention we will write to Your Honor promptly. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Henninger S. Bullock

Henninger S. Bullock

cc:   Counsel of Record (via ECF)