UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>*City of Houston* v. *Bank of America Corp., et al.*, No. 13-cv-05616;<br><br>*City of Richmond, et al.* v. *Bank of America Corp., et al.*, No. 13-cv-00627;<br><br>*City of Riverside, et al.* v. *Bank of America Corp., et al.*, No. 13-cv-00597;<br><br>*County of Mendocino* v. *Bank of America Corp., et al.*, No. 13-cv-08644;<br><br>*County of Sacramento* v. *Bank of America Corp., et al.*, No. 13-cv-05569;<br><br>*County of San Diego* v. *Bank of America Corp., et al.*, No. 13-cv-00667;<br><br>*County of San Mateo, et al.* v. *Bank of America Corp., et al.*, No. 13-cv-00625;<br><br>*County of Sonoma, et al.* v. *Bank of America Corp., et al.*, No. 13-cv-05187;<br><br>*East Bay Municipal Utility District* v. *Bank of America Corp., et al.*, No. 13-cv-00626;<br><br>*San Diego Association of Governments* v. *Bank of America Corp., et al.*, No. 13-cv-05221; and<br><br>*The Regents of the University of California* v. *Bank of America Corp., et al.*, No. 13-cv-05186. | Stipulation of Dismissal with Prejudice of Defendants Citibank, N.A. and Citigroup Inc. Pursuant To F.R.C.P. 41(a)(1)(A)(i) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs in the above-captioned actions and Defendants Citibank, N.A. and Citigroup Inc. that all of Plaintiffs' respective claims against Defendants Citibank, N.A. and Citigroup Inc. only are hereby dismissed with prejudice from the actions *City of Houston v. Bank of America Corp., et al.*, No. 13-cv-05616; *City of Richmond, et al. v. Bank of America Corp., et al.*, No. 13-cv-00627; *City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597; *County of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644; *County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569; *County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667; *County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625; *County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; *East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626; *San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221; and *The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: April 4, 2024

_____  _____
Nanci E. Nishimura               Andrew A. Ruffino
Cotchett, Pitre & McCarthy, LLP  COVINGTON & BURLING LLP
San Francisco Airport Office Center  The New York Times Building
840 Malcolm Road                 620 Eighth Avenue
Suite 200                        New York, New York 10018
Burlingame, CA 94010             Telephone: (212) 841-1000
Email: nnishimura@cpmlegal.com   aruffino@cov.com

*Counsel to Plaintiffs*          Andrew D. Lazerow
                                 COVINGTON & BURLING LLP
                                 One CityCenter
                                 850 Tenth Street, N.W.
                                 Washington, D.C. 20001
                                 Telephone: (202) 662-6000
                                 alazerow@cov.com

                                 *Counsel to Defendants*
                                 *Citigroup Inc. and Citibank, N.A.*