IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

## [PROPOSED] PROTECTIVE ORDER AND STIPULATION

Direct Action Plaintiffs ("DAPs" or "Plaintiffs") and Defendants (each, a "Party," and collectively, "Parties") in the actions that are part of the above-captioned multidistrict litigation, MDL 2262 ("Action" or "Actions") stipulate and agree as to discovery related to disclosed testifying expert witnesses in these Actions as follows:

1.      This Stipulation and Order shall govern discovery related to disclosed testifying witnesses in these Actions. To the extent that this Stipulation and Order imposes limitations on discovery that would otherwise be available pursuant to Federal Rules of Civil Procedure, the Parties agree to such limitations on discovery. Neither the terms of this Stipulation and Order nor the Parties' agreement to them implies that any of the information exempted from discovery in this Stipulation and Order would otherwise be discoverable. The Parties agree that neither the stipulation to the entry of this Stipulation and Order nor the disclosure or provision of information or material by a defendant to this stipulation shall be construed as consent by the defendant to personal jurisdiction or as a waiver or forfeiture of any personal jurisdiction defense or objection in any Action.

1

2.　　Any Party disclosing or producing information or material related to disclosed testifying expert witnesses in these Actions may designate that information or material as disclosed or produced only in connection with one or more of the particular Actions captioned above as long as the disclosing Party provides all Parties with a written explanation of why the information or material is not properly disclosed or produced more broadly, in which case the information or material shall not be disclosed or used in any other Action. Any Party may challenge such designation according to the provisions of the May 12, 2016 Amended Stipulation and Protective Order [ECF No. 1405] (or as provided in any subsequent stipulation between the Parties or order of the Court).

3.　　Each Party shall make all disclosures required by Rule 26(a)(2)(A) and (B)(i), (iii), (iv), (v), and (vi) of the Federal Rules of Civil Procedure, as modified by this Stipulation and Order, and shall disclose the facts or data relied upon by the disclosed testifying expert witness in forming his or her opinion(s), on the dates provided in the Court's June 21, 2023 Scheduling Order [ECF No. 3687] (or as provided in any subsequent scheduling order issued by the Court) for the service of written expert reports. Each Party shall produce all materials needed to replicate the work their disclosed testifying expert witnesses relied upon in forming his or her opinion(s). Such materials would include (but not be limited to): all data relied upon by the disclosed testifying expert witnesses in their analyses or modeling, including all raw data files, intermediate datasets and final datasets; any programs, computer code or algorithms used by the disclosed testifying expert witnesses and their staffs to clean, transform, create or otherwise process the data they rely upon; any programs, computer code, algorithms, computer output, or spreadsheets used by the disclosed testifying expert witnesses and their staffs to generate the analyses upon which they base their opinions; any articles, books, deposition transcripts, legal

filings or other documents or materials that the disclosed testifying expert witnesses cite in their expert disclosures or otherwise rely upon in forming their opinions. The materials produced in connection with the prior sentence shall include all such materials, including those obtained through the discovery process, those that are publicly available, and those that are purchased or otherwise obtained from third parties. To the extent that the disclosures describe or include exhibits, information or data processed or modeled by computer at the direction of a disclosed expert in the course of forming the expert's opinions, machine readable copies of the final data (including all input and output files) along with the appropriate computer program and instructions shall be produced to all Parties. All electronic data, together with programs and instructions, and documents relied upon by the disclosed testifying expert witnesses shall be made available to all Parties within three (3) business days of the disclosure of the testifying expert witness's report. Subject to Paragraph 2 above, copies of the electronic data, together with any programs and instructions, and all other materials required to be produced, shall be delivered by hand, overnight express, or electronic means (e.g., FTP) to (i) liaison counsel for Defendants; and (ii) counsel for DAPs. The Parties agree that there shall be no disclosures with respect to consulting experts except as provided in Paragraph 6 below.

4.      The following categories of data, information, documents or materials need not be produced by any Party, and are not subject to discovery or disclosure in this matter, including at deposition or trial:

> a.   drafts of any disclosed testifying expert witness's reports, opinions, written testimony or work papers prepared for these Actions; preliminary calculations, computations, modeling or data runs prepared in connection with these Actions prepared by, for or at the direction of any disclosed testifying expert witness; or

other preliminary or draft materials prepared by, for or at the direction of any disclosed testifying expert witness; but any facts, data or information upon which the disclosed testifying expert witness relies in rendering his or her expert opinion(s) in these Actions, or which form the basis of summaries or tables of information relied on by the disclosed testifying expert witness in rendering his or her expert opinion(s) in these Actions (e.g., surveys and instructions for surveys) shall be produced and subject to discovery;

b.  any notes taken or other writings prepared by or for any disclosed testifying expert witness in connection with these Actions, including correspondence or memos to or from, and notes of conversations with his or her assistants and/or clerical or support staff, other disclosed testifying expert witnesses or non-testifying expert consultants, or attorneys for the Party offering the testimony of such disclosed testifying expert witness (or any Party sharing a common interest with the Party offering the testimony of such disclosed testifying expert witness), unless the disclosed testifying expert witness relied on those notes or other writings in rendering his or her expert opinion(s) in these Actions; and

c.  any written correspondence between any disclosed testifying expert witness and his or her assistants and/or clerical or support staff, other disclosed testifying expert witnesses or non-testifying expert consultants, or attorneys for the Party offering the testimony of such disclosed testifying expert witness (or any Party sharing a common interest with the Party offering the testimony of such disclosed testifying expert witness), except that facts, data or information, or assumptions, that the Party's attorney provided and that the disclosed testifying expert witness

4

relied on in rendering his or her expert opinion(s) in these Actions shall be produced. Written engagement letters between a disclosed testifying expert retained for these Actions and attorneys for the Party offering the testimony of such disclosed testifying expert witness and any invoices issued by the testifying expert in connection with these Actions are not exempted from discovery and must be produced.

5.     For avoidance of doubt, notwithstanding anything to the contrary in the Federal Rules of Civil Procedure, the following types of information shall not be the subject of discovery, except to the extent that a disclosed testifying expert witness relied upon any of them in forming opinions to which he or she may testify: communications, written or otherwise, among and between (i) counsel and the disclosed testifying expert witness and/or his or her staff and/or supporting firms; (ii) counsel and any non-testifying expert consultant and/or the consultant's staff: (iii) the disclosed testifying expert witness and other experts and/or other non-testifying expert consultants; (iv) disclosed testifying expert witnesses and their staffs and/or supporting firms; (v) non-testifying expert consultants and their staffs; (vi) the respective staffs and/or supporting firms of disclosed testifying expert witnesses or non-testifying expert consultants and the staffs and/or supporting firms of other experts or non-testifying expert consultants.

6.     Notwithstanding any other provision in this Stipulation and Order, this Stipulation and Order does not preclude or limit discovery regarding expert work, data, calculations, or other material filed with or otherwise submitted to (or referenced in material filed with or submitted to) the Court outside of written expert reports, without regard to whether such material was prepared by disclosed testifying expert witnesses or consulting experts.

7.      This Stipulation and Order should not be construed to preclude reasonable questions at a deposition going to the disclosed testifying expert witness's compensation, or to the number of hours expended in preparing his or her report and testimony, or to any facts or assumptions provided by a Party and relied upon by that disclosed testifying expert witness, or to the frequency and duration of meetings with counsel in connection with these Actions.

8.      Any Party proffering the testimony of a disclosed testifying expert witness in these Actions shall make reasonable efforts to produce the contact information for the attorneys or other individuals who have copies of his or her trial and deposition testimony, along with his or her written opinion(s), for each case in which the disclosed testifying expert witness has testified as an expert at trial or by deposition within the preceding four years. Subject to obtaining any other required consents, any Party proffering the testimony of a disclosed testifying expert witness in these Actions who also proffered that disclosed testifying expert witness's testimony as an expert witness in a prior matter shall not unreasonably withhold its consent to the production in these Actions of the testimony or opinion(s) from such disclosed testifying expert witness that it proffered in the prior matter.

9.      This Protective Order and Stipulation may be executed in counterparts. This Protective Order and Stipulation shall become effective as a stipulation as among the executing Parties as of April 16, 2024.

10.     SO STIPULATED AND AGREED.

So Ordered

Nami Reici Buchwald,
USDJ

April 17, 2024

6

DATED:        April 16, 2024

/s/ James R. Martin
James R. Martin
Jennifer D. Hackett
ZELLE LLP
775 Pennsylvania Avenue, NW Suite
Washington, DC 20006
Telephone: (202) 846-6435
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com

*Attorneys for The Federal Home Loan Mortgage Corporation, The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks*

/s/ Daniel L. Brockett
Daniel L. Brockett
QUINN    EMANUEL    URQUHART    &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
danbrockett@quinnemanuel.com

*Attorneys for Darby Financial Products and Capital Ventures; City of Philadelphia; The Pennsylvania Intergovernmental Cooperation Authority; Prudential Investment Portfolios; Salix Capital US Inc.*

/s/ Michael J. Miarmi
Michael J. Miarmi
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
mmiarmi@lchb.com

*Attorneys for The Charles Schwab Corporation; Charles Schwab Bank, N.A.; Charles Schwab & Co.; The Charles Schwab Family of Funds (on behalf of current or former series Schwab Money Market Fund, Schwab Value Advantage Money Fund, Schwab Investor Money Fund, and Schwab Cash Reserves); Charles Schwab*

*Worldwide Funds PLC 9on behalf of series Schwab U.S. Dollar Liquid Assets Fund), Schwab Investments (on behalf of former series Schwab Short-Term Bond Market Fund, Schwab Total Bond Market Fund, and Schwab YieldPlus Fund), Short Short-Term Bond Market Fund, Shwab Total Bond Market Fund, Schwab U.S. U.S. Dollar Liquid Assets Fund, Schwab Money Market Fund, Schwab Value Advantage Money Fund, Schwab Retirement Advantage Money Fund, Schwab Investor Money Fund, Schwab Cash Reserves, Schwab Advisor Cash Reserves, Schwab YieldPlus Fund, and Schwab YieldPLus Fund Liquidation Trust; Bay Area Toll Authority.*

*/s/ Michael J. Miarmi*
Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 320-9507
sschlesinger@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

*Attorneys for Joseph Amabile; Louie Amabile, Individually, and on Behalf of Lue Trading, Inc.; Norman Byster; Michael Cahill; Richard Deogracias, Individually, and on Behalf of, RCD Trading, Inc.; Marc Federighi, Individually, and on Behalf of, MCO Trading; Scott Federighi, Individually, and on Behalf of, Katsco, Inc.; Robert Furlong, Individually, and on Behalf of, XCOP, Inc.; David Gough; Brian Haggerty, Individually, and on Behalf of, BJH Futures, Inc.; David Klusendorf; Ronald Krug, Christopher Lang, John Monckton; Philip Olson; Brett Pankau; David Vecchione, Individually, and on Behalf of Vecchione & Associates; And Randall Williams*

*/s/ Stacey P. Slaughter*
Stacey P. Slaughter

8

Geoffrey H. Kozen
J. Austin Hurt
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

*Attorneys for Principal Financial, Principal Funds*

/s/ *Sam W. Cruse III*
Kenneth E. Warner (KW-5524)
WARNER PARTNERS, P.C.
950 Third Avenue, 32nd Floor
New York, NY 10022
Telephone: (212) 593-8000
kwarner@warnerpc.com

Kathy D. Patrick (admitted pro hac vice)
Sam W. Cruse III (admitted pro hac vice)
David M. Sheeren (admitted pro hac vice)
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
kpatrick@gibbsbruns.com
scruse@gibbsbruns.com
dsheeren@gibbsbruns.com

*Attorneys for Federal National Mortgage Association*

/s/ *William E. Walker, Jr.*
William E. Walker, Jr. (Ohio Bar No. 0038703)
P.O. Box 192
Massillon, Ohio 44648-0192
Telephone: (330) 327-2509
williamwalker@gmx.com

*Attorneys for CEMA Joint Venture*

/s/ *David S. Preminger*
David S. Preminger (DP 1057)

9

KELLER ROHRBACK L.L.P.
1440 Avenue of the Americas
New York, NY 10036
Telephone: (646) 380-66908
dpreminger@kellerrohrback.com

*Attorneys for Triaxx Prime*

*/s/ Nanci E. Nishimura*
Nanci E. Nishimura
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com

*Attorneys for the Regents of the University of California; East Bay Municipal Utility District (EBMUD); San Diego Association of Governments (SANDAG); City of Richmond; Richmond Joint Powers Financing Authority; Successor Agency to the Richmond Community Redevelopment Agency; City of Riverside; Riverside Public Financing Authority; County of Mendocino; County of Sacramento; County of San Diego; County of San Mateo; San Mateo County Joint Powers Financing Authority; County of Sonoma; David E. Sundstrom, in his official capacity as the Treasurer of the County of Sonoma*

*/s/ Richard Warren Mithoff*
Richard Warren Mithoff
MITHOFF LAW FIRM
One Allen Center 500 Dallas Street
Houston, TX 77002
Telephone: (713) 654-1122
rmithoff@mithofflaw.com

*Attorneys for The City of Houston*

*/s/ Andrew C. Shen*
Andrew C. Shen

KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
ashen@kellogghansen.com

*Attorneys for National Credit Union*
*Administration Board as Liquidating Agent for*
*Various Credit Unions*

*/s/ Mark D. Villaverde*
David R. Gelfand
Robert C. Hora
Tawfiq S. Rangwala
Andrew B. Lichtenberg
Stephen P. Morgan
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
DGelfand@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
Telephone: (424) 386-4000
MVillaverde@milbank.com

*Attorneys for Defendant Coöperatieve*
*Rabobank U.A.*

/s/ Andrew A. Ruffino
Andrew A. Ruffino
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-6000
alazerow@cov.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

/s/ Steven J. Fink
Steven J. Fink
LAW OFFICE OF STEVEN J. FINK PLLC
100 Wall Street, 15th Floor
New York, NY 10005
Tel.: (646) 802-6976
steven.fink@sjfinkpllc.com

Lisa C. Cohen
Jenny C. Gu
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, NY 10005
Tel.: (212) 277-6300
lcohen@schlaw.com

*Attorneys for Defendant Portigon*

12

*/s/ Aidan Synnott*
Aidan Synnott
Hallie S. Goldblatt
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
asynnott@paulweiss.com
hgoldblatt@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

*/s/ Paul S. Mishkin*
Paul S. Mishkin
Patrick W. Blakemore
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
paul.mishkin@davispolk.com
patrick.blakemore@davispolk.com

*Attorneys for Defendants Bank of America*
*Corporation and Bank of America, N.A.*

*/s/ Jeffrey T. Scott*
Jeffrey T. Scott
Matthew J. Porpora
Jonathan S. Carter
Stephen H. Clarke
Mark A. Popovsky
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com
clarkest@sullcrom.com
popovskym@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

*/s/ Robert B. Cowie*
Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0472
Fax: (312) 896-6472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendant HSBC Holdings plc,
HSBC Bank plc and HSBC Bank USA, N.A.*

14

/s/ Tom A Paskowitz
Andrew W. Stern
Tom A. Paskowitz
Peter J. Mardian
Michelle Gomez-Reichman
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
astern@sidley.com
tpaskowitz@sidley.com
pmardian@sidley.com
mgomezreichman@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

/s/ Alan C. Turner
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

Abram Ellis (aellis@stblaw.com)
900 G Street NW, Ste. 900
Washington DC, 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

15

*/s/ Davis S. Lesser*
David S. Lesser
Jamie S. Dycus
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY  10036
Telephone: (212) 556-2261
dlesser@kslaw.com
jdycus@kslaw.com

G. Patrick Montgomery
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
pmontgomery@kslaw.com

*Attorneys for Defendants NatWest Markets plc
(f/k/a The Royal Bank of Scotland plc) and
NatWest Group plc (f/k/a The Royal Bank of
Scotland Group plc)*

*/s/ Eric J. Stock*
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS
Limited*

*/s/ Brian J. Poronsky*
Brian J. Poronsky
J Matthew Haws
Shannon C. Gross
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Brian.poronsky@katten.com
Matthew.haws@katten.com
Shannon.gross@katten.com

*Attorneys for Defendant Royal Bank of*

16

*Canada*
*/s/ Jason Hall*
Jason Hall
Herbert S. Washer
Joel Kurtzberg
Edward N. Moss
Lauren Perlgut
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone: (212) 701–3000
Facsimile: (212) 269–5420
jhall@cahill.com
hwasher@cahill.com
jkurtzberg@cahill.com
emoss@cahill.com
lperlgut@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse AG and Credit Suisse International*

*/s/ Marc J. Gottridge*
Marc J. Gottridge
Lisa J. Fried
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
Fax: (917) 542-7601
marc.gottridge@hsf.com
lisa.fried@hsf.com

Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants Lloyds Bank plc, Bank of Scotland plc, HBOS plc, and Lloyds Banking Group plc*