## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| THE BERKSHIRE BANK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al. <br><br> Defendants. | No. 12-CV-5723-NRB |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on June 6, 2024, pursuant to and in accordance with 28 U.S.C. § 1715(b), The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc) ("NatWest"); British Bankers' Association, BBA Enterprises Ltd., and BBA Trent Ltd. (f/k/a BBA LIBOR Ltd.) (together, "BBA"); Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.) ("Rabobank"); Lloyds Banking Group plc and HBOS plc (together, "Lloyds"); Portigon AG (f/k/a WestLB AG) and Westdeutsche Immobilien Servicing AG (f/k/a Westdeutsche ImmobilienBank AG) (together, "Portigon"); and Royal Bank of Canada ("RBC") caused notification of the proposed class action settlement with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by either certified mail through the U.S. Postal Service or through electronic mail.

Dated: June 7, 2024                              Respectfully submitted,

                                                 **On behalf of NatWest:**


                                                 _/s/ David S. Lesser_
                                                 David S. Lesser
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas, 34th Floor
                                                 New York, NY  10036
                                                 Telephone: (212) 556-2261
                                                 dlesser@kslaw.com


                                                 **On behalf of BBA:**


                                                 _/s/ Richard D. Owens_
                                                 Richard D. Owens
                                                 Lilia B. Vazova
                                                 LATHAM & WATKINS LLP
                                                 1271 Avenue of the Americas
                                                 New York, NY 10020
                                                 Telephone: (212) 906-1200
                                                 richard.owens@lw.com
                                                 lilia.vazova@lw.com

**On behalf of Rabobank:**

*/s/ David R. Gelfand*
David R. Gelfand
Robert C. Hora
Andrew B. Lichtenberg
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
DGelfand@milbank.com
RHora@milbank.com
ALichtenberg@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
MVillaverde@milbank.com

**On behalf of Lloyds:**

*/s/ Marc J. Gottridge*
Marc J. Gottridge
Lisa J. Fried
HERBERT   SMITH   FREEHILLS   NEW
YORK LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
Fax: (917) 542-7601
marc.gottridge@hsf.com

**On behalf of Portigon:**

*/s/ Christopher M. Paparella*
Christopher M. Paparella
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: cpaparella@steptoe.com

**On behalf of RBC:**

*/s/ Brian J. Poronsky*
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: Brian.poronsky@katten.com