UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co. And JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |
| BAY AREA TOLL AUTHORITY,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>      Defendants.<br><br>No. 14-cv-3094-NRB | |

  IT IS HEREBY STIPULATED AND AGREED between Plaintiff in the above-captioned action and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (together, "JPMorgan"), that all of Plaintiff's claims against JPMorgan only are hereby dismissed with prejudice from the action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to JPMorgan, and Plaintiff is continuing to pursue claims against other Defendants in this action.

Dated: June 20, 2024

**So ordered.**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: June 21, 2024
     New York, New York

1

| *On behalf of Plaintiff Bay Area Toll Authority* | *On behalf of Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |
|---|---|

Steven E. Fineman
Michael J. Miarmi
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
T: (212) 355-9500
E: sfineman@lchb.com
 mmiarmi@lchb.com

Richard M. Heimann
Eric B. Fastiff
Brendan P. Glackin
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
E: rheimann@lchb.com
 efastiff@lchb.com
 bglackin@lchb.com

Andrew R. Kaufman
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
T: (615) 313-9000
E: akaufman@lchb.com

*Counsel to Bay Area Toll Authority*

Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2500
E: aturner@stblaw.com

*Counsel to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

2