UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>*County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667;<br><br>*City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597;<br><br>*County of San Mateo, et al. v. Bank of America Corp., et al.,* No. 13-cv-00625;<br><br>*East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626;<br><br>*San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221;<br><br>*County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569;<br><br>*The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186;<br><br>*County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; and<br><br>*City of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644. | **Notice of Voluntary Dismissal with Prejudice of Royal Bank of Canada Pursuant to F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned attorneys, hereby dismiss all of their respective claims against Defendant Royal Bank of Canada with prejudice from the actions *City of Riverside, et al. v. Bank of America Corp., et al.*, No. 13-cv-00597; *County of Mendocino v. Bank of America Corp., et al.*, No. 13-cv-08644; *County of Sacramento v. Bank of America Corp., et al.*, No. 13-cv-05569;

1

*County of San Diego v. Bank of America Corp., et al.*, No. 13-cv-00667; *County of San Mateo, et al. v. Bank of America Corp., et al.*, No. 13-cv-00625; *County of Sonoma, et al. v. Bank of America Corp., et al.*, No. 13-cv-05187; *East Bay Municipal Utility District v. Bank of America Corp., et al.*, No. 13-cv-00626; *San Diego Association of Governments v. Bank of America Corp., et al.*, No. 13-cv-05221; and *The Regents of the University of California v. Bank of America Corp., et al.*, No. 13-cv-05186,[1] without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this notice of voluntary dismissal applies only to Royal Bank of Canada, and Plaintiffs are continuing to pursue claims against other Defendants in these actions.

Dated: May 16, 2024

*/s/ Nanci E. Nishimura*
Nanci E. Nishimura
Cotchett, Pitre & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
nmishimura@cpmlegal.com

*Counsel to Plaintiffs*

```
So ordered.
                 NAOMI REICE BUCHWALD
                 UNITED STATES DISTRICT JUDGE
Dated:   July 10, 2024
         New York, New York
```

---

[1] *See* Direct Action Plaintiffs' Consolidated First Amended Complaint, 11-MD-2262, Dkt. No. 684.