```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re:

LIBOR-Based Financial Instruments                    ORDER
Antitrust Litigation
                                                11 MD 2262 (NRB)
This Document Applies to:

     Lender Action                              12 Civ. 5723 (NRB)
-----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS no class member has objected to the settlements that will be addressed at the fairness hearing scheduled for October 17, 2024 at 11:00 a.m. (the "Fairness Hearing"); and

WHEREAS the Lender Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, it is therefore

**Ordered** that the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and Lender Action dockets by the morning of October 17, 2024.

Dated:   October 2, 2024
         New York, New York

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE