# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 1:11-md-02262 (NRB) |
| THIS DOCUMENT RELATES TO:<br><br>OTC ACTION<br>DIRECT ACTION PLAINTIFFS | Hon. Naomi Reice Buchwald |

## PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. DENNIS CARLTON

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Plaintiffs[1] will, and hereby do, move the Court, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for an Order excluding certain opinions of Dr. Dennis Carlton, as described in Plaintiffs' accompanying Memorandum of Law.

Submitted in support of Plaintiffs' Motion to Exclude Certain Opinions of Dr. Dennis Carlton are: (i) Plaintiffs' Memorandum of Law; (ii) the Declaration of Gary I. Smith, Jr. and the Exhibits attached to that Declaration; and (iii) the [Proposed] Order granting the Motion.

---

[1] OTC Plaintiffs, the Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks, Principal Financial Group, Inc., Principal Financial Services, Inc., Principal Life Insurance Company, Principal Funds, Inc., and Principal Variable Contracts Funds, Inc.

October 4, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Gary I. Smith, Jr.* | */s/ William Christopher Carmody* |
| Michael D. Hausfeld | William Christopher Carmody |
| Hilary Scherrer | Seth Ard |
| Nathaniel C. Giddings | Geng Chen |
| HAUSFELD LLP | Daniel D. Duhaime |
| 888 16th Street NW, Suite 300 | SUSMAN GODFREY L.L.P. |
| Washington, D.C. 20006 | One Manhattan West, 50th Floor |
| Telephone: (202) 540-7200 | New York, NY 10001 |
| Facsimile: (202) 540-7201 | Telephone: (212) 336-8330 |
| mhausfeld@hausfeld.com | Facsimile: (212) 336-8340 |
| hscherrer@hausfeld.com | bcarmody@susmangodfrey.com |
| ngiddings@hausfeld.com | sard@susmangodfrey.com |
| | gchen@susmangodfrey.com |
| Gary I. Smith, Jr. | dduhaime@susmangodfrey.com |
| HAUSFELD LLP | |
| 600 Montgomery Street, Suite 3200 | Marc M. Seltzer |
| San Francisco, CA 94111 | SUSMAN GODFREY L.L.P. |
| Telephone: (415) 633-1908 | 1901 Avenue of the Stars, Suite 1400 |
| Facsimile: (415) 633-4980 | Los Angeles, CA 90067 |
| gsmith@hausfeld.com | Telephone: (310) 789-3100 |
| | Facsimile: (310) 789-3150 |
| *Counsel for OTC Plaintiffs* | mseltzer@susmangodfrey.com |
| | |
| | Drew D. Hansen |
| | SUSMAN GODFREY L.L.P. |
| | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| | dhansen@susmangodfrey.com |
| | |
| | *Counsel for OTC Plaintiffs* |
| | |
| */s/ James R. Martin* | */s/ Stacey P. Slaughter* |
| James R. Martin | K. Craig Wildfang |
| Jennifer D. Hackett | Thomas J. Undlin |
| ZELLE LLP | Stacey P. Slaughter |
| 1775 Pennsylvania Avenue, NW | Geoffrey Kozen |
| Suite 375 | Robins Kaplan LLP |
| Washington, DC 20006 | 2800 LaSalle Plaza |
| Telephone: (202) 846-6435 | 800 LaSalle Avenue South |
| Facsimile: (612) 336-9100 | Minneapolis, MN 55402–2015 |
| jmartin@zellelaw.com | Telephone: (612) 349–8500 |

jhackett@zellelaw.com

*Attorneys for Plaintiff The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks*

*Liaison Counsel for Direct Action Plaintiffs*

KCWildfang@RobinsKaplan.com
TUndlin@RobinsKaplan.com
SSlaughter@RobinsKaplan.com
GKozen@RobinsKaplan.com

*Attorneys for Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Money Market Fund; PFI Preferred Securities Fund; PFI Short-Term Income Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; PVC Money Market Account; PVC Short-Term Income Account*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I caused the foregoing Notice of Motion to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters pursuant to the Federal Rules of Civil Procedure.

Dated: October 4, 2024

                                          */s/ Daniel D. Duhaime*
                                          Daniel D. Duhaime