UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Hon. Naomi Reice Buchwald |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Merrill Lynch Capital Services, Inc., Merrill Lynch International Bank, Barclays Bank PLC, Citigroup Inc., Citigroup Financial Products, Inc., Citibank, N.A., Credit Suisse Group AG, Credit Suisse AG,[1] Credit Suisse International, Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), Deutsche Bank AG, HSBC Holdings plc, HSBC Bank plc, HSBC Bank USA, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Dublin plc, JPMorgan Markets Limited, Bear Stearns Capital Markets, Inc., Lloyds Banking Group plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc), HBOS plc, Bank of Scotland plc, The Norinchukin Bank, Portigon AG (f/k/a WestLB AG), Westdeutsche Immobilien Servicing AG (f/k/a Westdeutsche ImmobilienBank AG), Royal Bank of Canada, NatWest Markets plc (f/k/a The Royal Bank of Scotland plc), NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc), UBS AG, and UBS Limited (together, "Defendants"), through their respective undersigned attorneys, respectfully move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the

---

[1] Credit Suisse Group AG was merged with and into UBS Group AG and ceased to exist. Similarly, Credit Suisse AG was merged with and into UBS AG and ceased to exist.

Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting summary judgment under Federal Rule of Civil Procedure 56 in Defendants' favor on the "Upstream" Issues and dismissing all remaining claims asserted by Plaintiffs in the above-captioned multidistrict litigation (the "LIBOR MDL"), as further explained below.

In support of this motion (the "Motion for Summary Judgment"), Defendants submit the following accompanying documents:

(i) the Joint Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

(ii) the Statement of Material Undisputed Facts pursuant to Southern District of New York Local Rule 56.1;

(iii) the Declaration of Patrick W. Blakemore, in his capacity as both (1) counsel for Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Merrill Lynch Capital Services, Inc., and Merrill Lynch International Bank and (2) liaison counsel for Defendants in the LIBOR MDL, with supporting exhibits;

(iv) the Declaration of David S. Lesser, in his capacity as counsel for NatWest Markets plc and NatWest Group plc, with supporting exhibits;

(v) the Declaration of Steven J. Fink in his capacity as counsel for Portigon AG (f/k/a WestLB AG) and Westdeutsche Immobilien Servicing AG (f/k/a Westdeutsche ImmobilienBank AG), with supporting exhibits;

(vi) the Declaration of Alan C. Turner, in his capacity as counsel for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Dublin plc, JPMorgan Markets Limited, and Bear Stearns Capital Markets, with supporting exhibits;

(vii) the Declaration of Jefferson E. Bell, in his capacity as counsel for UBS AG and

UBS Limited, with supporting exhibits;

(viii) the Declaration of Mark D. Villaverde, in his capacity as counsel for Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), with supporting exhibits;

(ix) the Declaration of Peter Jongmans, with supporting exhibits;

(x) the Declaration of Marc J. Gottridge, in his capacity as counsel for Lloyds Banking Group plc, Bank of Scotland plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc) and HBOS plc, with supporting exhibits;

(xi) the Declaration of Tom A. Paskowitz, in his capacity as counsel for The Norinchukin Bank, with supporting exhibits;

(xii) the Declaration of Hallie S. Goldblatt in Support of Defendants' Motion for Summary Judgment, with supporting exhibits;

(xiii) the Declaration of J. Matthew Goodin, in his capacity as counsel for HSBC Holdings plc, HSBC Bank plc, and HSBC Bank USA, N.A., with supporting exhibits;

(xiv) the Declaration Of Jason M. Hall On Behalf Of The Credit Suisse Defendants In Support Of Defendants' Joint Motion For Summary Judgment, with supporting exhibits;

(xv) the Declaration of Andrew A. Ruffino dated October 4, 2024, on behalf of Defendants Citibank, N.A., Citigroup Inc., and Citigroup Financial Products, Inc., with supporting exhibits;

(xvi) the Declaration of Brian J. Poronsky, in his capacity as counsel for Royal Bank of Canada, with supporting exhibits; and

(xvii)   the Declaration of Stephen H. O. Clarke, in his capacity as counsel for Barclays Bank PLC, with supporting exhibits.

In addition, as set forth below, specific Defendants submit the following supplemental memoranda of law and accompanying documents in support of the Motion for Summary Judgment:

(i)   Credit Suisse's Supplemental Memorandum Of Law In Support Of Motion For Summary Judgment On "Upstream" Issues;

(ii)   JPMorgan's Supplemental Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

(iii)   The Norinchukin Bank's Supplemental Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and

(iv)   NatWest Markets plc and NatWest Group plc Supplemental Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment.

Defendants additionally state as follows with respect to the specific claims and actions at issue in this Motion for Summary Judgment.[2]  Plaintiffs and Defendants previously submitted to the Court the so-called "Joint Memorialization," which enumerated the claims in each action in the LIBOR MDL and as to each Defendant that were "Live," "Not Live," or "Disputed" as of the date of those submissions.  *See* ECF No. 3501 (including the attachments thereto), ECF No. 3600 (including the attachments thereto).  Since the Joint Memorialization was filed, there have been various developments, including settlements and voluntary dismissals as well as the substitution of certain affiliates, that have narrowed the scope of live cases and claims, resulting in various

---

[2] Defendants' motion focuses on the "upstream" issues the Court requested the parties brief in the Scheduling Order, ECF No. 3687, and the Court's other directions.  Defendants reserve the right to address at the appropriate time, and in accordance with the Court's directions, other issues that the Court has not yet requested be briefed, including but not limited to personal jurisdiction and venue.

4

claims previously listed as "Live" or "Disputed" that are now "Not Live" based on the classifications used in the Joint Memorialization.

Through the Motion for Summary Judgment, each Defendant is seeking dismissal of every claim that is currently "Live" or "Disputed" as to that Defendant in any LIBOR MDL action.[3] Based on the positions taken by Plaintiffs in the Joint Memorialization and subsequent developments, the following chart sets forth, for each LIBOR MDL action, (i) Defendants' understanding as to which Defendants are facing one or more "Live" or "Disputed" claims in that action, and (ii) on that basis, which Defendants are moving for summary judgment in that action:[4]

| Action | Defendants Moving for Summary Judgment on All "Live" or "Disputed" Claims |
|---|---|
| *Amabile* (Case No. 13-cv-01700) | No remaining live or disputed claims |
| *Axiom* (Case No. 15-cv-02973) | No remaining live or disputed claims |
| *Bay Area Toll Authority* (Case No. 14-cv-03094) | No remaining live or disputed claims |
| *California Municipalities* (Case Nos. 13-cv-05186, 13-cv-05569, 13-cv-00626, 13-cv-05221, 13-cv-00627, 13-cv-00597, 13-cv-08644, 13-cv-00667, 13-cv-00625, 13-cv-05187) | Bank of America, N.A. <br> Bank of America Corp. <br> Credit Suisse Group AG <br> JPMorgan Chase & Co. <br> JPMorgan Chase Bank, N.A. <br> The Royal Bank of Scotland Group PLC <br> Royal Bank of Canada <br> UBS AG |
| *Charles Schwab Corp.* (Case No. 13-cv-7005) | No remaining live or disputed claims |
| *Schwab Short-Term* (Case Nos. 11-cv-6409, 11-cv-6411, 11-cv-6412) | No remaining live or disputed claims |

---

[3] Defendants do not concede that any claims designated as "Disputed" are currently live, but, in the interest of efficiency and judicial economy, move for summary judgment as to "Disputed" claims because a grant of summary judgment during this "upstream" stage of the case would dispose of all claims, without the Court needing to engage in a claim-by-claim analysis to resolve whether any "Disputed" claim is live. Defendants reserve all rights with respect to "Disputed" claims, including the right to revisit the status of such claims and to seek dismissal of any such "Disputed" claim on grounds unrelated to the upstream Motion for Summary Judgment.

[4] To the extent that any Plaintiff contends that it has any "Live" or "Disputed" claims against any Defendant that are not reflected in this chart, the Motion for Summary Judgment should be construed as seeking summary judgment as to those claims as well, subject to the Defendants' reservation of rights.

| Action | Defendants Moving for Summary Judgment on All "Live" or "Disputed" Claims |
|---|---|
| *City of Houston* (Case No. 13-cv-05616) | Bank of America, N.A.<br>Credit Suisse Group AG<br>JPMorgan Chase Bank, N.A.<br>The Royal Bank of Scotland Group PLC<br>Royal Bank of Canada |
| *City of Philadelphia* (Case No. 13-cv-06020) | Royal Bank of Scotland plc<br>UBS AG |
| *Darby* (Case No. 13-cv-08799) | JPMorgan Chase Bank, N.A.<br>JPMorgan Dublin plc<br>Royal Bank of Scotland plc<br>UBS AG<br>UBS Limited |
| *Exchange Class* (Case No. 11-cv-02613) | No remaining live or disputed claims |
| *FDIC* (Case No. 14-cv-01757) | Bank of America, N.A.<br>Merrill Lynch & Co.<br>Merrill Lynch Capital Services<br>Merrill Lynch International Bank<br>Barclays Bank PLC<br>Citibank, N.A.<br>Citigroup Inc.<br>Citigroup Financial Products, Inc.<br>Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)<br>Credit Suisse AG<br>Credit Suisse International<br>Deutsche Bank AG<br>HSBC Bank plc<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>JPMorgan Dublin plc<br>JPMorgan Markets Limited<br>Bear Stearns Capital Markets<br>Bank of Scotland plc<br>Lloyds Bank plc<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Scotland plc<br>Royal Bank of Canada<br>The Norinchukin Bank<br>UBS AG |
| *Fannie Mae* (Case No. 13-cv-07720) | Credit Suisse AG<br>Credit Suisse International<br>Royal Bank of Scotland plc<br>UBS AG |

| Action | Defendants Moving for Summary Judgment on All "Live" or "Disputed" Claims |
|---|---|
| *Freddie Mac* (Case No. 13-cv-03952) | Bank of America, N.A.<br>Barclays Bank PLC<br>Citibank, N.A.<br>Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)<br>Credit Suisse AG<br>Deutsche Bank AG<br>HSBC Bank plc<br>HSBC Bank USA, N.A.<br>JPMorgan Chase Bank, N.A.<br>Bank of Scotland plc<br>HBOS plc<br>Lloyds Bank plc<br>Lloyds Banking Group PLC<br>Portigon AG (f/k/a WestLB AG)<br>Royal Bank of Scotland plc<br>Royal Bank of Canada<br>The Norinchukin Bank<br>UBS AG |
| *Lender Class* (Case No. 12-cv-05723) | No remaining live or disputed claims[5] |
| *Maragos* (Case No. 13-cv-02297) | No remaining live or disputed claims |
| NCUA (Case No. 13-cv-07394) | No remaining live or disputed claims |
| *OTC Class* (Case No. 11-cv-05450) | Bank of America, N.A.<br>Bank of America Corp.<br>Credit Suisse AG<br>JPMorgan Chase & Co.<br>JPMorgan Chase Bank, N.A.<br>The Royal Bank of Scotland Group PLC<br>Royal Bank of Scotland plc<br>UBS AG |

---

[5] Defendants The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), Lloyds Banking Group plc, HBOS plc, The Norinchukin Bank, Portigon AG (f/k/a WestLB AG), Westdeutsche Immobilien Servicing AG (f/k/a Westdeutsche ImmobilienBank AG) and Royal Bank of Canada (together, the "Remaining Lender Defendants") are parties to a settlement—preliminarily approved by the Court on June 12, 2024, and subject to a final approval hearing scheduled for October 17, 2024—that will terminate the Lender action in its entirety. If this Court does not grant final approval to the settlement between Lender plaintiffs and the Remaining Lender Defendants, the motion for summary judgment should be construed as also seeking summary judgment as to all claims against the Remaining Lender Defendants for all the reasons set out in Defendants' motion papers.

| Action | Defendants Moving for Summary Judgment on All "Live" or "Disputed" Claims |
|---|---|
| *Principal Financial* (Case No. 13-cv-6014) | Bank of America, N.A.<br>Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)<br>Credit Suisse AG<br>JPMorgan Chase Bank, N.A.<br>HBOS plc/Bank of Scotland plc<br>Lloyds Bank plc<br>Royal Bank of Scotland plc<br>Royal Bank of Canada<br>UBS AG |
| *Principal Funds* (Case No. 13-cv-6013) | Bank of America, N.A.<br>Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)<br>Credit Suisse AG<br>JPMorgan Chase Bank, N.A.<br>Lloyds Bank plc<br>Royal Bank of Scotland plc<br>Royal Bank of Canada<br>UBS AG |
| *Prudential* (Case No. 14-cv-04189) | Royal Bank of Scotland plc<br>Royal Bank of Canada<br>UBS AG |
| *Salix* (Case No. 13-cv-04018) | Royal Bank of Scotland plc<br>UBS AG |
| *Triaxx* (Case No. 14-cv-00146) | Credit Suisse Group AG<br>Credit Suisse International<br>HSBC Holdings plc<br>Royal Bank of Scotland plc<br>The Royal Bank of Scotland Group PLC<br>The Norinchukin Bank<br>UBS AG |

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this motion at a time and date convenient for the Court.

Dated:  New York, New York
        October 4, 2024

                                      Respectfully submitted,

| | |
|---|---|
| */s/ Arthur J. Burke* | */s/ Jeffrey T. Scott* |
| Arthur J. Burke | Jeffrey T. Scott |
| Paul S. Mishkin | Matthew J. Porpora |
| Sheila R. Adams James | Jonathan S. Carter |
| Patrick Blakemore | Mark A. Popovsky |
| DAVIS POLK & WARDWELL LLP | Stephen H. O. Clarke |
| 450 Lexington Avenue | SULLIVAN & CROMWELL LLP |
| New York, New York 10017 | 125 Broad Street |
| Telephone: (212) 450-4000 | New York, New York 10004 |
| Facsimile: (212) 450-4800 | Telephone: (212) 558-4000 |
| arthur.burke@davispolk.com | scottj@sullcrom.com |
| paul.mishkin@davispolk.com | porporam@sullcrom.com |
| sheila.adams@davispolk.com | carterjo@sullcrom.com |
| patrick.blakemore@davispolk.com | popovskym@sullcrom.com |
| | clarkest@sullcrom.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Merrill Lynch Capital Services, Inc., and Merrill Lynch International Bank* | *Attorneys for Defendant Barclays Bank PLC* |
| */s/ Andrew A. Ruffino* | */s/ Herbert S. Washer* |
| Andrew A. Ruffino | Herbert S. Washer |
| COVINGTON & BURLING LLP | Joel Kurtzberg |
| The New York Times Building | Jason M. Hall |
| 620 Eighth Avenue | Edward Moss |
| New York, New York 10018 | Adam S. Mintz |
| Telephone: (212) 841-1000 | Lauren Perlgut |
| aruffino@cov.com | CAHILL GORDON & REINDEL LLP |
| | 32 Old Slip |
| Andrew D. Lazerow | New York, New York 10005 |
| Stephen M. Rees | Telephone: (212) 701-3000 |
| COVINGTON & BURLING LLP | hwasher@cahill.com |
| One CityCenter | jkurtzberg@cahill.com |
| 850 Tenth Street, N.W. | jhall@cahill.com |
| Washington, D.C. 20001 | emoss@cahill.com |
| Telephone: (202) 662-6000 | amintz@cahill.com |
| alazerow@cov.com | lperlgut@cahill.com |
| srees@cov.com | |
| | *Attorneys for Defendants Credit Suisse AG, Credit Suisse Group AG and Credit Suisse International* |
| *Attorneys for Defendants Citibank, N.A., Citigroup Inc., Citigroup Financial Products, Inc.* | |

| | |
|---|---|
| */s/ Aidan Synnott* | */s/ Roger B. Cowie* |
| Aidan Synnott<br>Hallie S. Goldblatt<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3990<br>asynnott@paulweiss.com<br>hgoldblatt@paulweiss.com<br><br>*Attorneys for Defendant Deutsche Bank AG* | Roger B. Cowie<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 740-8614<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>LOCKE LORD LLP<br>111 South Wacker Drive, Suite 4100<br>Chicago, Illinois 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, and HSBC Bank USA, N.A.* |
| */s/ Alan C. Turner* | */s/ Marc J. Gottridge* |
| Alan C. Turner<br>Rachel S. Sparks Bradley<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Fax: (212) 455-2502<br>aturner@stblaw.com<br>rachel.sparksbradley@stblaw.com<br><br>Abram J. Ellis<br>SIMPSON THACHER & BARTLETT LLP<br>900 G Street, NW<br>Washington, DC 20001<br>Telephone: (202) 636-5500<br>aellis@stblaw.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, JPMorgan Markets Limited, and Bear Stearns Capital Markets, Inc.* | Marc J. Gottridge<br>Lisa J. Fried<br>HERBERT SMITH FREEHILLS NEW YORK LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (917) 542-7600<br>marc.gottridge@hsf.com<br>lisa.fried@hsf.com<br><br>Benjamin A. Fleming<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>benjamin.fleming@hoganlovells.com<br><br>*Attorneys for Defendants Lloyds Banking Group plc, Bank of Scotland plc, Lloyds Bank plc (f/k/a Lloyds TSB Bank plc) and HBOS plc* |

| | |
|---|---|
| */s/ Steven J. Fink* | */s/ David S. Lesser* |
| Steven J. Fink | David S. Lesser |
| LAW OFFICE OF STEVEN J. FINK PLLC | Jamie S. Dycus |
| 100 Wall Street, 15th Floor | Jenny Pelaez |
| New York, NY 10005 | Brian Donovan |
| Tel.: (646) 802-6976 | KING & SPALDING LLP |
| steven.fink@sjfinkpllc.com | 1185 Avenue of the Americas, 34th Floor |
| | New York, New York 10036 |
| Lisa C. Cohen | Telephone: (212) 556-2100 |
| Jenny C. Gu | Fax: (212) 556-2100 |
| SCHINDLER COHEN & HOCHMAN LLP | dlesser@kslaw.com |
| 100 Wall Street, 15th Floor | jdycus@kslaw.com |
| New York, NY 10005 | jpelaez@kslaw.com |
| Tel.: (212) 277-6300 | bdonovan@kslaw.com |
| lcohen@schlaw.com | |
| jgu@schlaw.com | G. Patrick Montgomery |
| | KING & SPALDING LLP |
| *Attorneys for Defendants Portigon AG (f/k/a WestLB AG) and Westdeutsche Immobilien Servicing AG (f/k/a Westdeutsche ImmobilienBank AG)* | 1700 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 626-5444 |
| | Fax: (202) 626-3737 |
| | pmontgomery@kslaw.com |
| | |
| | *Attorneys for Defendants NatWest Markets plc (f/k/a The Royal Bank of Scotland plc) and NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc)* |
| */s/ Brian J. Poronsky* | */s/ Andrew W. Stern* |
| Brian J. Poronsky | Andrew W. Stern |
| J Matthew Haws | Tom A. Paskowitz |
| Anna Porter | Peter J. Mardian |
| KATTEN MUCHIN ROSENMAN LLP | Michelle Gomez-Reichman |
| 525 West Monroe Street | SIDLEY AUSTIN LLP |
| Chicago, Illinois 60661 | 787 Seventh Avenue |
| Telephone: (312) 902-5200 | New York, NY 10019 |
| brian.poronsky@kattenlaw.com | Telephone: (212) 839-5300 |
| matthew.haws@katten.com | Fax: (212) 839-5599 |
| anna.porter@katten.com | astern@sidley.com |
| | tpaskowitz@sidley.com |
| *Attorneys for Defendant Royal Bank of Canada* | pmardian@sidley.com |
| | mgomezreichman@sidley.com |
| | |
| | *Attorneys for Defendant The Norinchukin Bank* |

| | |
|---|---|
| */s/ David R. Gelfand* | */s/ Jefferson E. Bell* |
| David R. Gelfand | Eric J. Stock |
| Robert C. Hora | Jefferson E. Bell |
| Andrew B. Lichtenberg | Kathryn N. Salvaggio |
| Stephen P. Morgan | GIBSON, DUNN & CRUTCHER LLP |
| MILBANK LLP | 200 Park Avenue |
| 55 Hudson Yards | New York, New York 10166-0193 |
| New York, New York 10001 | Telephone: (212) 351-4000 |
| Tel: (212) 530-5000 | estock@gibsondunn.com |
| Fax: (212) 530-5219 | jbell@gibsondunn.com |
| dgelfand@milbank.com | ksalvaggio@gibsondunn.com |
| rhora@milbank.com | |
| alichtenberg@milbank.com | *Attorneys for Defendants UBS AG and* |
| smorgan1@milbank.com | *UBS Limited* |

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel: (424) 386-4000
Fax: (213) 629-5063
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)*