# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO: | ECF CASE |
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>             v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 1:13-cv-03952-NRB |

## MOTION OF PLAINTIFF THE FEDERAL HOME LOAN MORTGAGE CORPORATION TO JOIN PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. DENNIS CARLTON

Plaintiff The Federal Home Loan Mortgage Corporation respectfully moves pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for an Order excluding certain opinions of Dr. Dennis Carlton. Plaintiff seeks this relief based on the legal principles supporting exclusion of Dr. Carlton's opinions as set forth in the Memorandum of Law in Support of the Motion filed on this date, ECF No. 4161, by OTC Plaintiffs, the Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks, Principal Financial Group, Inc., Principal Financial Services, Inc., Principal Life Insurance Company, Principal Funds, Inc., and Principal Variable Contracts Funds, Inc.

Dated: October 4, 2024

Respectfully submitted,

Zelle LLP

By: /s/ Jennifer D. Hackett
    Jennifer D. Hackett
    James R. Martin
    1775 Pennsylvania Avenue, NW
    Suite 375
    Washington, DC  20006
    202-899-4100

*Attorneys for Plaintiff The Federal Home Loan Mortgage Corporation*