**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| IN RE LIBOR-BASED FINANCIAL<br>INSTRUMENTS ANTITRUST LITIGATION | **NOTICE AND [PROPOSED]**<br>**ORDER FOR WITHDRAWAL OF**<br>**COUNSEL** |
| THIS DOCUMENT RELATES TO: |  |
| *Federal Deposit Insurance Corp. as Receiver for Amcore Bank, N.A., et al.* v. *Bank of America Corp., et al.* | No. 14-cv-1757 |
| *The Federal Home Loan Mortgage Corp.* v. *Bank of America Corp., et al.* | No. 13-cv-3952 |

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the

approval of the Court, Alicia S. Walker hereby withdraws as counsel for defendant Deutsche

Bank AG, and shall be removed from the Case Management/Electronic Case Files (CM/ECF)

notification list in the above-captioned matter.  Paul, Weiss, Rifkind, Wharton & Garrison LLP

will continue to represent Deutsche Bank AG in this proceeding.


Dated: New York, New York
      October 8, 2024


```
SO ORDERED:
```

Hon. Naomi Reice Buchwald, U.S.D.J.

```
Dated: October 9, 2024
```

    New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

 /s/ *Alicia S. Walker*
Alicia S. Walker
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Email: awalker@paulweiss.com

*Counsel for Defendant Deutsche Bank AG*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Federal Deposit Insurance Corp. as Receiver for Amcore Bank, N.A., et al.* v. *Bank of America Corp., et al.* | No. 14-cv-1757 |
| *The Federal Home Loan Mortgage Corp.* v. *Bank of America Corp., et al.* | No. 13-cv-3952 |

**DECLARATION OF ALICIA S. WALKER**

I, Alicia S. Walker, declare and state as follows:

  1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendant Deutsche Bank AG.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Deutsche Bank AG because I am leaving the employ of Paul, Weiss.

  2. Paul, Weiss will continue to represent Deutsche Bank AG in this proceeding.

  3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining a charging lien.

  I certify under penalty of perjury that the foregoing is true and correct.

October 8, 2024
New York, New York

/s/ Alicia S. Walker
Alicia S. Walker

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on October 8, 2024, I caused a true and correct copy of the

foregoing to be served upon all parties to this litigation via the CM/ECF system, and on October

8, 2024, caused a true and correct copy of the foregoing to be served upon Eric Herbst, Litigation

& Regulatory Enforcement, DB USA Core Corporation, Legal, 5201 Gate Parkway,

Jacksonville, FL 32556 by U.S. mail.


October 8, 2024
New York, New York


*/s/ Alicia S. Walker*
Alicia S. Walker