# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2472 | aturner@stblaw.com |

VIA ECF					November 22, 2024

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litig.*,
No. 11-md-2262 (NRB)

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-312

Dear Judge Buchwald:

We are counsel to Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A, JPMorgan Dublin plc, JPMorgan Markets Limited, and Bear Stearns Capital Markets, Inc. (collectively, "JPMorgan"). Pursuant to Rule 2.H of Your Honor's Individual Practices, and the Court's orders dated September 27, 2027 (ECF No. 4136) and October 11, 2024 (ECF No. 4195), we write to respectfully inform the Court that today JPMorgan is filing in redacted form its Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Certain Opinions of Dr. Dennis Carlton and under seal, the related exhibit. *See* ECF 4199 (Oct. 18, 2024 letter describing Defendants' approach to and basis for sealing and redactions).

\* \* \*

We are available to provide any additional information the Court may require.

Respectfully submitted,

/s/ *Alan C. Turner*

Alan C. Turner

---

Application granted. **So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: November 26, 2024
       New York, New York