UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd., and Triaxx Prime CDO 2007-1 Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>Defendants. | Civil Action No. 14-cv-000146-NRB<br><br>**Stipulation And Order Of Dismissal With Prejudice Of The Royal Bank of Scotland plc and The Royal Bank of Scotland Group plc Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets plc) and The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc) (collectively, "RBS Defendants") that all of Plaintiffs' claims against the RBS Defendants only are hereby dismissed with prejudice from the action *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of America Corporation, et al.*, No. 1:14-cv-000146-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to the RBS Defendants, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: January 17, 2025

| *Counsel to Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.* | *Counsel for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets plc) and The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc)* |
|---|---|
| */s/ Gary A. Gotto* | */s/ David S. Lesser* |
| Gary A. Gotto<br>KELLER ROHRBACK, L.L.P.<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>ggotto@kellerrohrback.com<br><br>Derek W. Loeser<br>Dean N. Kawamoto<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>dloeser@kellerrohrback.com;<br>dkawamoto@kellerrohrback.com | David S. Lesser<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 556-2261<br>E-mail: dlesser@kslaw.com |

**SO ORDERED:**

Dated: January 17, 2025
      New York, New York

_____
Hon. Naomi Reice Buchwald
United States District Judge