**Davis Polk**

Arthur J. Burke
+1 212 450 4352
arthur.burke@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

January 21, 2025

Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB)

<u>Via ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
Application granted.
So ordered.

              [signature]
     NAOMI REICE BUCHWALD
   UNITED STATES DISTRICT JUDGE

Dated: January 21, 2025
       New York, New York
```

Dear Judge Buchwald:

As liaison counsel, and pursuant to Rule 2.H of Your Honor's Individual Practices, we write on behalf of all remaining Defendants in the above-referenced multidistrict litigation to respectfully request permission to file under seal: (i) Defendants' joint reply memorandum of law in further support of their motion for summary judgment on the "upstream" issues, including related materials; and (ii) reply memoranda of law in further support of Defendants' motions to exclude expert testimony under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), including related materials (collectively, "Defendants' Upstream Reply Materials").

Defendants' Upstream Reply Materials contain a substantial amount of material that has been designated Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order, dated May 12, 2016 (ECF No. 1405), including personally identifiable information and commercially sensitive business information of Defendants. Defendants—and others whose information may be at issue—would be disadvantaged if this information were to be made publicly available. *See, e.g.*, *In re Parmalat Sec. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009) ("Notwithstanding the presumption of public access to judicial records, courts may deny access to records that are 'sources of business information that might harm a litigant's competitive standing.'" (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978))).

Pursuant to Your Honor's Individual Practices, the Court's ECF Rules & Instructions, and the Court's Order dated September 27, 2024 (ECF No. 4136), Defendants' Upstream Reply Materials are filed herewith entirely under seal, and Defendants will file within 14 days Defendants' Upstream Reply Materials with any redactions on the public docket and a second complete set of the same, with any redactions highlighted, under seal, as required by Section 6.8 of the Court's ECF Rules & Instructions.

Davis Polk

Respectfully submitted,

*/s/ Arthur J. Burke*
Arthur J. Burke

cc: All counsel via ECF