## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3000 | ONE MANHATTAN WEST |
| 1000 LOUISIANA STREET | 401 UNION STREET | NEW YORK, NEW YORK 10001-8602 |
| HOUSTON, TX 77002-5096 | SEATTLE, WASHINGTON 98101-2683 | (212) 336-8330 |
| (713) 651-9366 | (206) 516-3880 | |

BILL CARMODY
DIRECT DIAL (212) 336-8334                                      E-MAIL bcarmody@susmangodfrey.com

January 21, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*
      Case No. 11-md-2262

Dear Judge Buchwald:

Pursuant to Section 2.H.2 of Your Honor's Individual Practices, Section 6 of the Electronic Case Filing Rules & Instructions, and Your Honor's September 27, 2024 Order (ECF No. 4136), I write to respectfully request permission to file underseal OTC Plaintiffs'[1] memorandum of law, declaration, and exhibits submitted in opposition to Bank of America and JPMorgan's Motion to Decertify the OTC Class and in further support of Plaintiffs' Motion to Certify Class as to Credit Suisse, RBS, and UBS. (ECF Nos. 4317, 4182.)

These filings include materials that have been designated as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order dated May 12, 2016 (ECF No. 1405). Consistent with Your Honor's September 27, 2024, Order (ECF No. 4136), by February 4, 2025, OTC Plaintiffs will file a public set of all materials submitted in connection with these motions.

---

[1] Mayor and City Council of Baltimore, City of New Britain, Jennie Stuart Medical Center, Inc., Vistra Energy Corp., and Yale University.

January 21, 2025
Page 2

Plaintiffs are delivering courtesy copies of the sealed filings to Chambers in accordance with Section 2.H.2 of Your Honor's Individual Practices and are also serving the sealed filings on liaison counsel for Defendants via email.

Respectfully Submitted,

*/s/ William Christopher Carmody*
William Christopher Carmody
SUSMAN GODFREY L.L.P.
*Co-Lead Counsel for OTC Plaintiffs and Liaison Counsel for Class Plaintiffs*

```
Application granted.  So ordered.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: January 22, 2025
       New York, New York
```

Cc: All counsel via ECF