UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br><br>OTC ACTION<br>DIRECT ACTION PLAINTIFFS | Master File No. 1:11-md-2262-NRB |

**STIPULATION AND [PROPOSED] ORDER CLARIFYING THE SCOPE OF DR. DENNIS CARLTON'S OPINIONS AND TERMINATING PLAINTIFFS' DAUBERT MOTION**

WHEREAS, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, JPMorgan Markets Limited, and Bear Stearns Capital Markets, Inc. (together, "JPMorgan") have retained an expert economist, Dr. Dennis Carlton, in this litigation who prepared three expert reports[1] that JPMorgan submitted to the Court in conjunction with its summary judgment motion dated October 4, 2024, ECF Doc. No. 4171;

WHEREAS, Dr. Carlton was deposed on July 30, 2024 and September 12, 2024.

WHEREAS, on October 4, 2024, the OTC Plaintiffs (Mayor and City Council of Baltimore, City of New Britain, Vistra Energy Corp., Yale University, and Jennie Stuart Medical Center, Inc.), the Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks, Principal Financial Group, Inc., Principal Financial Services, Inc., Principal Life Insurance Company, Principal Funds, Inc., and Principal Variable Contracts Funds, Inc., joined by The Federal Home Loan Mortgage Company (collectively, with the OTC Plaintiffs, "Plaintiffs," and together with JPMorgan, the "Parties"), filed a motion to exclude certain opinions of Dr. Carlton

---

[1] *See* [October 4 Declaration of Alan Turner], ECF Doc. No. 4179, Exs. 20-22 (Carlton Opening; Carlton Rebuttal; Reply Report of Dennis W. Carlton dated Aug. 16, 2024 ("Carlton Reply")) (together, the "Reports").

1

on the ground that he "offers the impermissible opinion that, in fact, JPMorgan did not participate in the alleged conspiracy."  ECF Doc. No. 4161.

WHEREAS, JPMorgan disputes Plaintiffs' contention that any of the Reports contain "testimony stating ultimate legal conclusions," *United States v. Bilzerian*, 926 F. 2d 1285, 1294 (2d Cir. 1991), or opinions tantamount to "tell[ing] the jury what result to reach," *Nimely v. City of New York*, 414 F.3d 381, 397 (2d Cir. 2005), but rather comport with courts' regular practice of permitting experts in antitrust cases to opine on whether "evidence is consistent with . . . collusion," *B&R Supermarket*, 2024 WL 4252031, at *8.

AND WHEREAS, the Parties seek to resolve this dispute without Court intervention;

NOW, THEREFORE, the undersigned parties, through their attorneys and subject to the Court's approval, stipulate as follows:

1. Counsel for JPMorgan will not elicit, and Dr. Carlton will not offer, testimony at trial expressing (a) the ultimate conclusion that JPMorgan (or any other alleged co-conspirator) did not enter into an agreement or conspiracy to persistently suppress USD LIBOR, or (b) his view that the record shows JPMorgan (or any other alleged co-conspirator) did not enter into an agreement or conspiracy to persistently suppress USD LIBOR;

2. Nothing in this stipulation shall preclude Dr. Carlton from offering opinions or testimony other than opinions and testimony expressly identified in Paragraph 1 herein. For the avoidance of doubt, counsel for JPMorgan may elicit, and Dr. Carlton may offer, testimony at trial expressing the opinion that the market structure and behavior, economic conditions, competitive incentives, conduct of JPMorgan

and other market participants, and record evidence, are inconsistent with collusion and consistent with unilateral action;

3. OTC Plaintiffs reserve all challenges – other than those under *Daubert* and Federal Rule of Evidence 702 – to the admissibility of Dr. Carlton's testimony and opinions at trial.

4. Dr. Carlton is not required to amend any of the Reports;

5. Plaintiffs' Motion to Exclude Certain Opinions of Dr. Dennis Carlton, ECF Doc. No. 4159, is withdrawn.

January 21, 2025

Respectfully submitted,

*/s/ Gary I. Smith, Jr.*
Michael D. Hausfeld
Hilary Scherrer
Nathaniel C. Giddings
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com

Gary I. Smith, Jr.
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
gsmith@hausfeld.com
Counsel for OTC Plaintiffs

*s/ William Christopher Carmody*
William Christopher Carmody
Seth Ard
Geng Chen
Daniel D. Duhaime
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
sard@susmangodfrey.com
gchen@susmangodfrey.com
dduhaime@susmangodfrey.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

Drew D. Hansen
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000

Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
dhansen@susmangodfrey.com
*Counsel for OTC Plaintiffs*

*/s/ James R. Martin*
James R. Martin
Jennifer D. Hackett
ZELLE LLP
775 Pennsylvania Avenue, NW Suite 375
Washington, DC 20006
Telephone: (202) 846-6435
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com

*Attorneys for Plaintiffs The Federal Home Loan Mortgage Corporation and The Federal Deposit Insurance Corporation as Receiver for 20 Closed Banks*

*Liaison Counsel for Direct Action Plaintiff*

*/s/ Alan C. Turner*
Alan C. Turner
Rachel S. Sparks Bradley
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
aturner@stblaw.com
rachel.sparksbradley@stblaw.com

Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: (202) 636-5500
aellis@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, JPMorgan Markets*

*/s/ Stacey P. Slaughter*
K. Craig Wildfang
Thomas J. Undlin
Stacey P. Slaughter
Geoffrey Kozen
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402–2015
Telephone: (612) 349–8500
KCWildfang@RobinsKaplan.com
TUndlin@RobinsKaplan.com
SSlaughter@RobinsKaplan.com
GKozen@RobinsKaplan.com

*Attorneys for Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Funds, Inc.; PFI Bond & Mortgage Securities Fund; PFI Bond Market Index Fund; PFI Core Plus Bond I Fund; PFI Diversified Real Asset Fund; PFI Equity Income Fund; PFI Global Diversified Income Fund; PFI Government & High Quality Bond Fund; PFI High Yield Fund; PFI High Yield Fund I; PFI Income Fund; PFI Inflation Protection Fund; PFI Money Market Fund; PFI Preferred Securities Fund; PFI Short-Term Income Fund; Principal Variable Contracts Funds, Inc.; PVC Asset Allocation Account; PVC Balanced Account; PVC Bond & Mortgage Securities Account; PVC Equity Income Account; PVC Government & High Quality Bond Account; PVC Income Account; PVC Money Market Account; PVC Short-Term Income Account*

4

*Limited, and Bear Stearns Capital Markets, Inc.*

**SO ORDERED**

Dated: January 24, 2025

      New York, New York

                                      Hon. Naomi Reice Buchwald
                                      United States District Judge