## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 3000 | One Manhattan West |
|---|---|---|
| 1000 Louisiana Street | 401 Union Street | New York, New York 10001-8602 |
| Houston, TX 77002-5096 | Seattle, Washington 98101-2683 | (212) 336-8330 |
| (713) 651-9366 | (206) 516-3880 | |

Bill Carmody
Direct Dial (212) 336-8334

E-Mail bcarmody@susmangodfrey.com

February 4, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*
      Case No. 11-md-2262

Dear Judge Buchwald:

Pursuant to Section 2.H.2 of Your Honor's Individual Practices, Section 6 of the Electronic Case Filing Rules & Instructions, I write to respectfully inform the court that today OTC Plaintiffs[1] are filing publicly or in redacted form (with an accompanying highlighted version under seal) OTC Plaintiffs' Reply Memorandum in Support of Class Certification and in Opposition to Decertification Motion, (ECF 4461), and Declaration of William Christopher Carmody in Opposition to Defendants' Motion to Decertify the OTC Class and in Further Support of OTC Plaintiffs' Motion to Certify Class as to Credit Suisse, RBS, and UBS. (ECF 4462). These materials were initially filed under seal in accordance with your Honor's January 22, 2025, Order (ECF No. 4464).

Materials remaining under seal are not being refiled.

---

[1] Mayor and City Council of Baltimore, City of New Britain, Jennie Stuart Medical Center, Inc., Vistra Energy Corp., and Yale University.

February 4, 2025
Page 2

The redacted and sealed materials have been designated by Defendants as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order dated May 12, 2016. (ECF No. 1405). Plaintiffs do not object to the redactions and sealing at this time. However, Plaintiffs reserve their right to object to the redactions and sealing at a later date.

Respectfully Submitted,

*/s/ William Christopher Carmody*
William Christopher Carmody
SUSMAN GODFREY L.L.P.
*Co-Lead Counsel for OTC Plaintiffs*
*And Liaison Counsel for Class Plaintiffs*

Cc: All counsel via ECF