February 7, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE:    *In re LIBOR-Based Financial Instruments Antitrust Litig.*,
              Case No. 11-md-2262 (S.D.N.Y.);

Dear Judge Buchwald:

      On behalf of the Direct Action Plaintiffs who sponsored the expert report of Karl N. Snow, Ph.D., ("Plaintiffs"), I write to respectfully request permission to file under seal a letter and attachments seeking permission to move to strike improper new argument and unauthorized expert analysis contained in Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Exclude the Opinions and Testimony of Dr. Karl Snow and Dr. B. Douglas Bernheim (ECF No. 4438).

      The proposed sealed filing contains materials that have been designated as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order dated May 12, 2016 (ECF No. 1405).

      Accordingly, we respectfully request that the Court allow the information to be filed under seal.

      We appreciate Your Honor's consideration in this matter.

Respectfully Submitted,

*/s/ James R. Martin*
James R. Martin

*Counsel for The Federal Deposit Insurance Corporation as Receiver for 20 Banks and The Federal Home Loan Mortgage Corporation and Liaison Counsel for the Direct Action Plaintiffs*

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2025
       New York, New York