# HAUSFELD

**Gary I. Smith, Jr.**
Partner

600 Montgomery Street
Suite 3200
San Francisco, CA 94111

T: (267) 702-2318
Email: gsmith@hausfeld.com

February 10, 2025

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    ***RE: In re LIBOR-Based Financial Instruments Antitrust Litigation***
    ***Case No. 11-md-2262 (S.D.N.Y.)***

Dear Judge Buchwald:

    On behalf of the OTC Plaintiffs, I write to respectfully request permission to file a letter and attachments under seal, seeking permission to move to strike the improper new argument and unauthorized expert analysis contained in Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Exclude the Opinions and Testimony of Dr. Karl Snow and Dr. B. Douglas Bernheim (ECF No. 4438) and OTC Defendants' Joint Memorandum of Law in Opposition to OTC Plaintiffs' Motion to Certify a Class as to Credit Suisse, NatWest, and UBS, and in Support of Bank of America and JPMorgan's Motion to Decertify the OTC Class (ECF No. 4336), pursuant to Section 2.H.2 of Your Honor's Individual Practices and Section 6 of the Electronic Case Filing Rules & Instructions.

    The proposed sealed filing contains materials that have been designated as Confidential or Highly Confidential pursuant to the Amended Stipulation and Protective Order dated May 12, 2016 (ECF No. 1405).

    Accordingly, we respectfully request that the Court allow the information to be filed under seal.

    We appreciate Your Honor's consideration in this matter.

Respectfully Submitted,

HAUSFELD, LLP

*/s/ Gary I. Smith, Jr.*
Gary I. Smith, Jr.

*Co-Lead Counsel for OTC Plaintiffs*

Cc: All counsel via ECF

```
Application granted.
So ordered.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2025
       New York, New York
```

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC