

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5397
ASTERN@SIDLEY.COM

April 2, 2025

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-md-2262 (NRB)

Dear Judge Buchwald:

    I write on behalf of my client, The Norinchukin Bank ("Norinchukin"), to respectfully advise the Court that the March 20, 2025 dismissal of the Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A. et al.'s claims against Norinchukin under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (ECF No. 4543) has resolved all remaining claims against Norinchukin in the above-captioned multidistrict litigation. No claims remain pending against Norinchukin, and Norinchukin is no longer an active Defendant.

    I am available at the Court's convenience to answer any questions at (212) 839-5397.

                          Respectfully submitted,

                          */s/ Andrew W. Stern*
                          Andrew W. Stern

cc:    All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.