UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Naomi Reice Buchwald |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, OTC Plaintiffs hereby respectfully request leave of this Court to withdraw Samantha Derksen as attorney of record in the above-captioned matter. Ms. Derksen is no longer affiliated with Hausfeld LLP, and accordingly, will not work on this case.

OTC Plaintiffs will continue to be represented by Hausfeld LLP, and the remaining attorneys of record identified on ECF. No existing deadlines will be affected, and no party will be prejudiced if this Motion is granted.

Dated: May 6, 2025

```
Application granted.
So ordered.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2025
       New York, New York
```

Respectfully submitted,

By: */s/ Gary I. Smith, Jr.*
Gary I. Smith, Jr. (*pro hac vice*)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94101
Tel: (415) 633-1908
gsmith@hausfeld.com

*Co-Lead Counsel for OTC Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing Motion for Leave to Withdraw as Counsel via the CM/ECF System and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Gary I. Smith, Jr.*