# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR 20 CLOSED BANKS,<br><br>                        Plaintiff,<br><br>                  v.<br><br>BANK OF AMERICA CORPORATION, *et al*.,<br><br>                        Defendants. | No. 14-cv-01757 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff the Federal Deposit Insurance Corporation, as Receiver for 20 Closed Banks ("FDIC-R"), and Defendant Deutsche Bank AG that all of FDIC-R's respective claims against Deutsche Bank AG are hereby dismissed with prejudice from the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated:  May 16, 2025

_/s/_

_____

James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 899-4101
jmartin@zellelaw.com
jhackett@zellelaw.com

*Counsel for FDIC-R*

_/s/ Hallie S. Goldblatt_

_____

Aidan Synnott
Hallie Suzanne Goldblatt
Tyler Myers
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
asynnott@paulweiss.com
hgoldblatt@paulweiss.com
tymyers@paulweiss.com

*Counsel for Deutsche Bank AG*

**SO ORDERED:**

Date:

_____           _____
                                          Hon. Naomi Reice Buchwald
                                          United States District Judge