UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America Corp., et al.,<br><br>Defendants. | Civil Action No. 14-cv-000146-NRB<br><br>**Stipulation and Order of Dismissal With Prejudice of UBS AG and Credit Suisse Group AG and Credit Suisse International Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants UBS AG ("UBS") and Credit Suisse Group AG and Credit Suisse International (together, "Credit Suisse") that all of Plaintiffs' claims against the UBS and Credit Suisse Defendants only are hereby dismissed with prejudice from the action *Triaxx Prime CDO 2006-1 ltd., et al. v. Bank of America Corporation, et al.*, No. 1:14-cv-000146-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to the UBS and Credit Suisse Defendants, and Plaintiffs are continuing to pursue claims against other Defendants in this action.

Dated: June 11, 2025

**Counsel for Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.**

*/s/ Gary A. Gotto*

Gary A. Gotto
KELLER ROHRBACK, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggotto@kellerrohrback.com

Derek W. Loeser
Dean N. Kawamoto
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
E-mail: dloeser@kellerrohrback.com;
dkawamoto@kellerrohrback.com

**Counsel for Defendant Credit Suisse Group AG and Credit Suisse International**

Jason Michael Hall
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3154
E-mail: jhall@cahill.com

**Counsel for Defendant UBS AG**

Jefferson Eliot Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
E-mail: jbell@gibsondunn.com

**SO ORDERED:**

Dated: June 12, 2025

*/s/ Naomi Reice Buchwald*
Hon. Naomi Reice Buchwald
United States District Judge

2

Dated: June 11, 2025

*Counsel for Plaintiffs Triaxx Prime CDO 2006-1 Ltd., Triaxx Prime CDO 2006-2 Ltd. and Triaxx Prime CDO 2007-1 Ltd.*

_____

Gary A. Gotto
KELLER ROHRBACK, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggotto@kellerrohrback.com

Derek W. Loeser
Dean N. Kawamoto
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
E-mail: dloeser@kellerrohrback.com;
dkawamoto@kellerrohrback.com

*Counsel for Defendant Credit Suisse Group AG and Credit Suisse International*

_____
Jason Michael Hall
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3154
E-mail: jhall@cahill.com

*Counsel for Defendant UBS AG*

_____
Jefferson Eliot Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
E-mail: jbell@gibsondunn.com

**SO ORDERED:**

Dated: June 12, 2025

_____
Hon. Naomi Reice Buchwald
United States District Judge

2