UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR 20 CLOSED BANKS,<br><br>       Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | No. 14-cv-01757 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff the Federal Deposit Insurance Corporation, as Receiver for 20 Closed Banks ("FDIC-R"), and Defendants Barclays Bank plc, Coöperatieve Rabobank U.A. (formerly known as Coöperatieve Centrale Raiffeisen-Boerenleenbank BA), Lloyds Banking Group plc, Bank of Scotland plc, Lloyds Bank plc, HBOS plc, NatWest Markets plc (formerly known as The Royal Bank of Scotland plc), NatWest Group plc (formerly known as The Royal Bank of Scotland Group PLC), and UBS AG (each a "Defendant Party") that all of FDIC-R's respective claims against Defendant Party are hereby dismissed with prejudice from the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: July 25, 2025

/s/ *James R. Martin*
James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 899-4101
jmartin@zellelaw.com
jhackett@zellelaw.com

*Counsel for FDIC-R*

/s/ *Jonathan Carter*
Jonathan Carter
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-3031
carterjo@sullcrom.com

*Attorney for Defendant Barclays Bank plc*

/s/ *Marc Gottridge*
Marc Gottridge
Herbert Smith Freehills Kramer New York LLP
200 Park Avenue, 16th Floor
New York, NY 10166
Telephone: +1 917 542 7807
marc.gottridge@hsfkramer.com

Benjamin Fleming
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: +1 212 918 3283
Benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Banking Group plc, Bank of Scotland plc, Lloyds Bank plc, and HBOS plc*

/s/ David R. Gelfand
David R. Gelfand
Andrew B. Lichtenberg
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
DGelfand@milbank.com
ALichtenberg@milbank.com

Mark D. Villaverde
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
Telephone: (424) 386-4000
MVillaverde@milbank.com

*Attorneys for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank BA)*

/s/ David Lesser
David Lesser
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY, 10036
Telephone: +1 212 556 2261
DLesser@KSLAW.com

*Attorney for Defendants NatWest Markets plc and Natwest Group plc*

/s/ Eric J. Stock
Eric J. Stock
Jefferson E. Bell
Kathryn N. Salvaggio
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
estock@gibsondunn.com
jbell@gibsondunn.com
ksalvaggio@gibsondunn.com

*Attorneys for Defendant UBS AG*

3

**SO ORDERED:**

Date:

_____  _____
                                                                              Hon. Naomi Reice Buchwald
                                                                              United States District Judge