UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR 20 CLOSED BANKS,<br><br>        Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>        Defendants. | No. 14-cv-01757 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the Federal Deposit Insurance Corporation, as Receiver ("FDIC-R") for Amcore Bank, N.A.; AmTrust Bank; California National Bank; Colonial Bank; Corus Bank, N.A.; Guaranty Bank; Imperial Capital Bank; IndyMac Bank, F.S.B.; Integra Bank, N.A.; Lydian Private Bank; Pacific National Bank; Park National Bank; R-G Premier Bank of Puerto Rico; San Diego National Bank; Silverton Bank, N.A.; Superior Bank; United Commercial Bank; United Western Bank; Washington Mutual Bank; and Westernbank Puerto Rico, by and through its undersigned attorneys, hereby withdraws and dismisses with prejudice all of FDIC-R's claims in the above-captioned multi-district litigation against the British Bankers' Association, BBA Trent Ltd. (formerly known as BBA LIBOR Ltd.), and BBA Enterprises Ltd.

Dated: July 25, 2025

*/s/ James R. Martin*
James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 899-4101
jmartin@zellelaw.com
jhackett@zellelaw.com

*Counsel for FDIC-R*

**SO ORDERED.**

Date: July 30, 2025

   New York, New York

_____
Hon. Naomi Reice Buchwald
United States District Judge

2