IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:13-cv-7720 (NRB) |
| | ) ) | MDL No. 2262 |
| v. | ) ) | |
| BARCLAYS BANK PLC; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; THE ROYAL BANK OF SCOTLAND PLC; DEUTSCHE BANK AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CITIGROUP INC.; CITIBANK, N.A.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; COOPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; BRITISH BANKERS ASSOCIATION; and BBA LIBOR, LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF APPEAL** |
| Defendants. | ) | |

------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given, in accordance with Federal Rules of Appellate Procedure 3 and 4, that Plaintiff Federal National Mortgage Association ("Fannie Mae") in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from: the Memorandum and Order identified as "LIBOR IX" and entered in this action on the 25th day of September, 2025 [Dkt. 4597 in Case No. 1:11-md-02262 (NRB); Dkt. 326 in Case No. 1:13-cv-7720 (NRB)]; the Amended Memorandum and Order identified as "LIBOR IV" and entered in this action on the 20th day of October, 2015 [Dkt. 1222 in Case No. 1:11-md-02262 (NRB), Dkt. 110 in Case No. 1:13-cv-7720 (NRB)]; and all Orders subsumed within the foregoing, and in the forthcoming final judgment,[1] to the extent adverse to Fannie Mae.

---

[1] The District Court has not yet entered a separate, final judgment as required by Federal Rule 58(a). As soon as it does, this Notice of Appeal will be treated as filed from, and after entry of, that judgment. *See* Fed. R. App. P. 4(a)(2); *id.* 4(a)(7)(A)(ii).

Dated October 24, 2025                            Respectfully submitted,

/s/ *Sam W. Cruse III*
Kathy D. Patrick
Sam W. Cruse III
Connor E. Burwell
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
kpatrick@gibbsbruns.com
scruse@gibbsbruns.com
cburwell@gibbsbruns.com

Kenneth E. Warner (KW-5524)
WARNER PARTNERS, P.C.
950 Third Avenue, 32nd Floor
New York, NY 10022
Tel: (212) 593-8000
kwarner@warnerpc.com

*Counsel for Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated: October 24, 2025

/s/ Connor Burwell
Connor Burwell