IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | [PROPOSED] FINAL JUDGMENT |
| ALL CASES IN APPENDICES | |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order, dated September 25, 2025 (ECF No. 4597):

- Defendants' joint motion for summary judgment is granted, as applicable to the actions in Appendix A set forth below, *see* ECF No. 4597 at 10 n.10; ECF Nos. 4583, 4583-1, 4586;

- Defendants' joint motion to exclude the opinions expressed by Dr. Michael Cragg is granted in part and denied in part, as applicable to *Mayor and City Council of Baltimore, et al. v. Credit Suisse AG, et al.* (No. 11-cv-05450) (the "OTC Action"), *see* ECF No. 4156;

- Defendants' joint motion to exclude the opinions expressed by Dr. Leslie Marx is granted in part and denied in part, as applicable to the actions in Appendix B set forth below (collectively, the "FFFP Actions"), *see* ECF No. 4147;

- Defendants' joint motion to exclude the opinions expressed by Dr. B. Douglas Bernheim, as applicable to the OTC Action, and by Dr. Karl Snow, as applicable to the FFFP Actions, is granted, *see* ECF No. 4151;

1

- OTC Action Plaintiffs' motion to certify a class as to Credit Suisse AG, the Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), Royal Bank of Scotland plc (n/k/a NatWest Markets plc), and UBS AG is denied, as applicable to the OTC Action, *see* ECF No. 4182; and

- Bank of America N.A.'s, Bank of America Corporation's, JPMorgan Chase & Co.'s, and JPMorgan Chase Bank, N.A.'s joint motion to decertify the class is granted, as applicable to the OTC Action, *see* ECF No. 4317.

This is a final judgment disposing of all remaining claims against all remaining parties listed on Appendix A. *See* ECF No. 4597 at 10 n.10. Accordingly, the cases are closed.

**SO ORDERED:**

Date: October 28, 2025

Hon. Naomi Reice Buchwald
**UNITED STATES DISTRICT JUDGE**

## APPENDIX A

| CASE NAME | CASE NO. |
|---|---|
| *In re Libor-Based Financial Instruments Antitrust Litigation* | 11-md-02262 |
| *Mayor and City Council of Baltimore, et al., v. Credit Suisse AG, et al.* | 11-cv-05450 |
| *The Federal Home Loan Mortgage Corp. v. Bank of America Corp. et al.* | 13-cv-03952 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 13-cv-06013 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 15-cv-09793 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 16-cv-00590 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 13-cv-06014 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 15-cv-09792 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 16-cv-00592 |
| *Federal National Mortgage Association v. Barclays Bank PLC, et al.* | 13-cv-07720 |
| *Federal Deposit Insurance Corp. as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corp., et al.* | 14-cv-01757 |

## APPENDIX B

| CASE NAME | CASE NO. |
|---|---|
| *The Federal Home Loan Mortgage Corp. v. Bank of America Corp. et al.* | 13-cv-03952 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 13-cv-06013 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 15-cv-09793 |
| *Principal Funds, Inc., et al. v. Bank of America Corp., et al.* | 16-cv-00590 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 13-cv-06014 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 15-cv-09792 |
| *Principal Financial Group, Inc., et al. v. Bank of America Corp., et al.* | 16-cv-00592 |
| *Federal National Mortgage Association v. Barclays Bank PLC, et al.* | 13-cv-07720 |
| *Federal Deposit Insurance Corp. as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corp., et al.* | 14-cv-01757 |